# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

E-FILING

APPLIED MATERIALS, INC.,

**SUMMONS IN A CIVIL CASE**

ADR

CASE NUMBER:

ADVANCED MICRO-FABRICATION EQUIPMENT C 07 05248 PVT
(SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION
EQUIPMENT INC., ASIA, GERALD Z. YIN, AIHUA CHEN
RYOJI TODAKA, AND LEE LUO

TO: (Name and address of defendant)

ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD.
No. 188, Zhongyang Avenue, Jinqiao Export Processing Zone
No. 5001, Huadong Road, Pudong New Area, Shanghai
People's Republic of China

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel:  650-752-3144
Fax:  650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel:  617-570-1000
Fax:  617-523-1231
jenglander@goodwinprocter.com

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

OCT 1 5 2007
DATE_____

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/15/2007 @ 7:50 pm |
| Name of SERVER William Copy | TITLE Private Invest - CA LIC PI 21817 |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD.
C/O Matthew Ruby @ 1223 Crossgates Ln., San Jose, CA
(List of Docs Attached and Incorporated Hereto)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/2007
              Date

Signature of Server: William Cody

P.O. Box 910, San Carlos, CA 94070
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Summons

Complaint

Civil Case Cover Sheet

Order Setting Initial Case Management Conference and ADR Deadlines

Standing Order for Civil Practice Cases Assigned for All Purposes to Mag. Judge Trumbell
Standing Order for All Judges re Contents of Joint Case Management Statement
Standing Order re Case Management in Civil Cases
Notice from Court – Welcome to US District Court for the Northern District of California
Alternative Disputes Resolution Procedures

Notice of Emergency Motion, Motion and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection and Preservation of Evidence
Ex. A to the Motion - Document Requests
Ex. B to the Motion - Interrogatories

Proposed Order Granting Emergency Motion, Motion and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection and Preservation of Evidence

Motion to Shorten Time
Proposed Order Granting Motion to Shorten Time
Declaration of Thomas Fitzpatrick in Support of Motion to Shorten Time

Proposed Protective Order

*[signature]* PI 21817
10/15/2007