# EXHIBIT C
## TO BE ADDED UPON ENTRY OF PROTECTIVE ORDER