1  Thomas F. Fitzpatrick
   GOODWIN PROCTER LLP
2  181 Lytton Avenue
   Palo Alto, CA 94301
3  Tel: 650-752-3144
   Fax: 650-853-1038
4  tfitzpatrick@goodwinprocter.com

5  John C. Englander
   Douglas C. Doskocil
6  Michael G. Strapp
   GOODWIN PROCTER LLP
7  53 State Street
   Boston, Massachusetts 02109
8  Tel.: 617.570.1000
   Fax: 617.523.1231
9  jenglander@goodwinprocter.com
   ddoskocil@goodwinprocter.com
10 mstrapp@goodwinprocter.com

11 Greg H. Gardella
   FISH & RICHARDSON P.C.
12 60 South Sixth Street
   3300 Dain Rauscher Plaza
13 Minneapolis, MN 55402
   Tel.: 612-335-5070
14 Fax: 612-288-9696
   ggardella@fr.com

Attorneys for Applied Materials, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07-05248 PVT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, AND LEE LUO, | Date: November 6, 2007<br>Time: 10:00 a.m.<br>Ctrm: 5 (Mag. Judge Patricia V. Trumbull) |
| Defendants. | |

This matter came regularly before this Court on Plaintiff's Notice of Emergency Motion, Motion, and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection, and Preservation of Evidence.

Good cause appearing:

IT IS HEREBY ORDERED THAT Plaintiff's Notice of Emergency Motion, Motion, and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection, and Preservation of Evidence is GRANTED.  Defendants are ordered to respond to Plaintiff's requests for documents and interrogatories within 30 days of this Order.  Defendants are also ordered to provide access to independent computer consultants so that the consultants may inspect and copy the computers, hard drives, digital storage devices, and email accounts in the control and possession of Defendants.  Such access must be provided within 14 days from the date of this Order.  Defendants are hereby ordered to preserve such computers, hard drives, digital storage devices, and email accounts in their current condition until such an inspection can take place. Defendants are ordered to immediately refrain from deleting files or otherwise disturbing the current state of these computers, hard drives, digital storage devices, and email accounts until the inspection and copying is complete.

Dated: _____, 2007        _____
                                  Honorable Patricia V. Trumbull
                                  United States Magistrate Judge
                                  Northern District of California