1  Thomas F. Fitzpatrick
   GOODWIN PROCTER LLP
2  181 Lytton Avenue
   Palo Alto, CA 94301
3  Tel.: 650-752-3144
   Fax: 650-853-1038
4  tfitzpatrick@goodwinprocter.com

5  John C. Englander
   Douglas C. Doskocil
6  Michael G. Strapp
   GOODWIN PROCTER LLP
7  53 State Street
   Boston, Massachusetts 02109
8  Tel.: 617.570.1000
   Fax: 617.523.1231
9  jenglander@goodwinprocter.com
   ddoskocil@goodwinprocter.com
10 mstrapp@goodwinprocter.com

11 Greg H. Gardella
   FISH & RICHARDSON P.C.
12 60 South Sixth Street
   3300 Dain Rauscher Plaza
13 Minneapolis, MN 55402
   Tel.: 612-335-5070
14 Fax: 612-288-9696
   ggardella@fr.com
15
   Attorneys for Applied Materials, Inc.
16

17                 UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                        SAN JOSE DIVISION

20 | APPLIED MATERIALS, INC.,                 | Case No. C 07 05248 PVT

21 |         Plaintiff,

22 |     v.                                   | **NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR HEARING**

23 | ADVANCED MICRO-FABRICATION
   | EQUIPMENT (SHANGHAI) CO., LTD.,
24 | ADVANCED MICRO-FABRICATION
   | EQUIPMENT INC., ASIA, GERALD Z. YIN,
25 | AIHUA CHEN, RYOJI TODAKA, AND LEE
   | LUO,
26 |
   |         Defendants.
27
28

                                    1

# NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff Applied Materials, Inc. ("Applied") hereby moves, pursuant to Civil Local Rules 6-1 and 6-3, for an order setting an expedited hearing on Applied's Motion for Expedited Discovery, Inspection and Preservation of Evidence. This motion is based on this Notice of Motion and Motion, the Declaration of Thomas F. Fitzpatrick filed concurrently herewith, and the pleadings on file with the Court.

# MOTION

Applied hereby moves for an order setting an expedited briefing schedule and hearing date for its Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence. Specifically, Applied requests an order that a hearing be set for **November 6, 2007**, and that the briefing schedule be ordered as follows:

**Defendants' Responsive Briefs:  Friday, October 29, 2007**

**Plaintiff's Reply Brief:  Monday, November 2, 2007**

This proposed schedule provides Defendants nearly two weeks to respond to Applied's motion, which Applied believes is sufficient time under the circumstances.

Applied seeks an expedited briefing schedule and hearing because it is being irreparably damaged by the ongoing and imminent disclosure of its trade secrets by Defendants. *See* Declaration of Thomas F. Fitzpatrick in Support of Motion To Shorten Time for Hearing; *see also* Applied's Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence. Notably, Defendants already have publicly disclosed Applied trade secrets in patent applications, and likely will disclose additional Applied trade secrets in new patent applications and in other publications. Applied's motion accordingly seeks to expedite the discovery process and also seeks an order preserving documents. Applied seeks the opportunity as soon as possible to stop Defendants' violations before further harm is done. *See Teleflora, LLC v. Florists' Transworld Delivery, Inc.*, No. C 03-05858 JW, 2004 WL 1844847, at *6 (N.D. Cal., Aug. 18, 2004)("use or disclosure of trade secrets is an irreparable harm").

Because of the urgent nature of Applied's Motion to this Court, because Defendants reside in the People's Republic of China, and because the identity of Defendants' counsel cannot be

1  ascertained, there has been no opportunity for Applied to meet and confer with Defendants
2  regarding this Motion. However, counsel for Applied has asked Advanced Micro-Fabrication
3  Equipment Co., Ltd.'s vice president, legal and general counsel, in writing, whether Advanced
4  Micro-Fabrication Equipment Co., Ltd. will agree to a November 6, 2007 hearing, and an
5  expedited briefing schedule.

## CONCLUSION

For the foregoing reasons, Applied respectfully requests that this Court order that Defendants file any opposition to by no later than October 29, 2007, that Applied file any reply to any such opposition by no later than November 2, 2007, and that a hearing be set on the Emergency Motion for November 6, 2007.

| | |
|---|---|
| Dated: October 16, 2007 | Respectfully submitted, |
| | Applied Materials, Inc. |
| | By its attorneys, |
| | /s Thomas F. Fitzpatrick |
| | Thomas F. Fitzpatrick |
| | GOODWIN PROCTER LLP |
| | 181 Lytton Avenue |
| | Palo Alto, CA 94301 |
| | Tel.: 650-752-3144 |
| | Fax: 650-853-1038 |
| | tfitzpatrick@goodwinprocter.com |
| | |
| | John C. Englander |
| | Douglas C. Doskocil |
| | Michael G. Strapp |
| | GOODWIN PROCTER LLP |
| | 53 State Street |
| | Boston, Massachusetts 02109 |
| | Tel.: 617.570.1000 |
| | Fax: 617.523.1231 |
| | jenglander@goodwinprocter.com |
| | ddoskocil@goodwinprocter.com |
| | mstrapp@goodwinprocter.com |
| | |
| | Greg H. Gardella |
| | FISH & RICHARDSON P.C. |
| | 60 South Sixth Street |
| | 3300 Dain Rauscher Plaza |
| | Minneapolis, MN 55402 |
| | Tel.: 612-335-5070 |
| | Fax: 612-288-9696 |
| | ggardella@fr.com |