Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jnglander@goodwinprocter.com
doskocil@goodwinprocter.com
mstrapp@goodwinprocter.com

Greg H. Gardella
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696
ggardella@fr.com

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, AND LEE LUO<br>        Defendant | Case No. C 07 05248 PVT<br><br><br>**DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING** |

1

1    I, Thomas F. Fitzpatrick, hereby declare and state as follows:

2    1)    1 am a partner in the law firm of Goodwin1Procter. LLP and am admitted to practice

3    in the Federal Bar in the Northern District of California.  I am counsel of record for Plaintiff,

4    Applied Materials Inc. ("Applied") in the above-captioned case. I make this declaration of my own

5    personal knowledge and, if called and sworn as a witness, I could and would testify competently to

6    the matters set forth herein.

7    2)    I submit this declaration in support of Plaintiff Applied's Motion to Shorten Time .or

8    Hearing. Applied seeks an expedited hearing on its emergency motion for expedited discovery,

9    inspection and preservation of evidence.

10    3)    This expedited discovery is necessary and appropriate because Defendants have

11    misappropriated Applied's trade secrets and breached their employee agreements with Applied, and

12    in doing so have caused, and are causing, Applied irreparable harm. Notably, Defendants have

13    already publicly disclosed Applied trade secrets in patent applications and will likely disclose

14    additional Applied trade secrets in new patent applications and in other publications. Because many

15    critical facts regarding Defendants' misappropriation are in Defendants' possession, Applied seeks

16    expedited discovery to learn the full extent of Defendants' wrongful conduct and to prevent

17    Applied's confidential information and trade secrets from further misuse or destruction. The

18    inspection of Defendants' computers, hard drives, digital storage devices, and email accounts will

19    allow copying by an independent computer consultant qualified in computer forensics, to minimize

20    the risk of spoliation of electronic evidence directly related to Defendants' misappropriation of

21    Applied's trade secrets.

22    4)    Expedited discovery is appropriate and necessary here, because (1) key evidence of

23    Defendants' misappropriations and other breaches is only in Defendants' possession; (2) Applied is

24    being irreparably harmed by Defendants' actions; and (3) Defendants actions to date indicate that the

25    further misuse and destruction of Applied trade secrets and confidential information is likely and

26    imminent. The expedited discovery Applied seeks will aid Applied and the Court in understanding

27    the nature and scope of Defendants' violations and the remedies needed and will provide Applied

28

2

1  with the information it needs to put a halt to the further destruction of the secrecy of key Applied
2  technology.

3      5)    Applied is being irreparably harmed now because its trade secrets have been publicly
4  disclosed and because Defendants are actively seeking to further disseminate Applied's trade secrets
5  and use those trade secrets to implement its business, and thereby take market share and goodwill
6  from Applied. There is also a very great risk that Defendants will disclose additional Applied
7  confidential information and trade secrets in additional patent applications, and will share Applied's
8  confidential information and trade secrets with its suppliers and potential customers in the ordinary
9  course of business. Moreover, once Defendants successfully take Applied's customers, Applied will
10 have suffered the loss of market share and goodwill that it might never recover. In the ordinary
11 course of discovery, Applied could have to wait up to four months for a discovery scheduling order.
12 Defendants would then have an additional 30 days to respond to Applied's discovery requests. This
13 time represents five months that Defendants would be unfairly competing with Applied, using
14 Applied's trade secrets to sell products to Applied's customers, eroding Applied's market share,
15 profiting from these actions at Applied's expense, and further disseminating Applied's confidential
16 information and trade secrets.

17     6)    Applied filed and served the complaint in the above-captioned matter on October 15,
18 2007. In a letter dated today, I asked ADVANCED MICRO-FABRICATION EQUIPMENT
19 (SHANGHAI) CO., LTD.'s vice president, legal and general counsel, whether ADVANCED
20 MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD. will agree to a November 6,
21 2007 hearing, and an expedited briefing schedule.

22     7)    There have been no previous time modifications in this case and the request should
23 have no effect on the current case schedule which sets the initial case management conference for
24 February 5, 2008.

25

26

27

28

DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING
CASE NO. C07 05248 PVT

1

2    Dated: October 16, 2007                    Respectfully Submitted,

3

4                                               /s/ Thomas F. Fitzpatrick
                                                Thomas F. Fitzpatrick
5                                               GOODWIN PROCTER LLP
                                                181 Lytton Avenue
6                                               Palo Alto, CA 94301
                                                Tel: 650-752-3144
7                                               Fax: 650-853-1038
                                                tfitzpatrick@goodwinprocter.com
8

9

10                                              John C. Englander
                                                Douglas C. Doskocil
11                                              Michael G. Strapp
                                                GOODWIN PROCTER LLP
12                                              53 State Street
                                                Boston, Massachusetts 02109
13                                              Tel.: 617.570.1000
                                                Fax: 617.523.1231
14                                              jenglander@goodwinprocter.com
                                                doskocil@goodwinprocter.com
15                                              mstrapp@goodwinprocter.com

16                                              Greg H. Gardella
                                                FISH & RICHARDSON P.C.
17                                              60 South Sixth Street
                                                3300 Dain Rauscher Plaza
18                                              Minneapolis, MN 55402
                                                Tel.: 612-335-5070
19                                              Fax: 612-288-9696
                                                ggardella@fr.com

20                                              Attorneys for Plaintiff
                                                APPLIED MATERIALS, INC
21

22    LIBA/1837314.1

23

24

25

26

27

28

4

DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING
CASE NO. C07 05248 PVT