Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
ddoskocil@goodwinprocter.com
mstrapp@goodwinprocter.com

Greg H. Gardella
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696
ggardella@fr.com

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C 07 05248 PVT |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING** |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, AND LEE LUO, | |
| Defendants. | |

1

Having reviewed Plaintiff Applied Materials, Inc.'s ("Applied") motion seeking an order setting an expedited briefing schedule and hearing date for its Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence, IT IS ORDERED THAT:

(1) Defendants file any opposition to the Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence by no later than October 29, 2007;

(2) Applied file any reply to any such opposition by no later than November 2, 2007; and

(3) A hearing be set on the Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence on November 6, 2007.

Dated: _____, 2007

_____
Honorable Patricia V. Trumbull
United States Magistrate Judge
Northern District of California

2

[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING
CASE NO. C 07 05248 PVT