| | |
|---|---|
| 1 | Thomas F. Fitzpatrick |
| | GOODWIN PROCTER LLP |
| 2 | 181 Lytton Avenue |
| | Palo Alto, CA 94301 |
| 3 | Tel: 650-752-3144 |
| | Fax: 650-853-1038 |
| 4 | tfitzpatrick@goodwinprocter.com |
| 5 | John C. Englander |
| | Douglas C. Doskocil |
| 6 | Michael G. Strapp |
| | GOODWIN PROCTER LLP |
| 7 | 53 State Street |
| | Boston, Massachusetts 02109 |
| 8 | Tel.: 617.570.1000 |
| | Fax: 617.523.1231 |
| 9 | jenglander@goodwinprocter.com |
| | ddoskocil@goodwinprocter.com |
| 10 | mstrapp@goodwinprocter.com |
| 11 | Greg H. Gardella |
| | FISH & RICHARDSON P.C. |
| 12 | 60 South Sixth Street |
| | 3300 Dain Rauscher Plaza |
| 13 | Minneapolis, MN 55402 |
| | Tel.: 612-335-5070 |
| 14 | Fax: 612-288-9696 |
| | ggardella@fr.com |
| 15 | |
| 16 | Attorneys for Applied Materials, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07-05248 PVT |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | Date: November 6, 2007 |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, AND LEE LUO, | Time: 10:00 a.m. |
| | Ctrm: 5 (Mag. Judge Patricia V. Trumbull) |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. C07-05248

LIBA/1837285.1

I, Rachael Nelson, declare:

I am employed in the County of Santa Clara, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin|Procter LLP, 181 Lytton Avenue, Palo Alto, California 94301.

On October 16, 2007, I served the following documents exactly entitled:

- **NOTICE OF EMERGENCY MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE**

- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE**

- **NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR HEARING**

- **DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING**

- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION AND MOTION TO SHORTEN TIME FOR HEARING**

- **[PROPOSED] PROTECTIVE ORDER**

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of is Goodwin|Procter LLP, as follows:

# VIA COURIER AND OVERNIGHT COURIER:

ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD.
c/o Matthew Ruby, Vice President, Legal & General Counsel
1223 Crossgates Lane
San Jose, CA 95120

[ ]    U.S. Mail: I am personally and readily familiar with the business practice of is Goodwin|Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

[ X ]    HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ ]    FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

1
2   [ ]   EMAIL TRANSMISSION: I caused such document[s] to be sent by email transmission to the party(ies) indicated.

3   [X]   OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day.
4

5   I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on October 16, 2007, at Palo Alto, California.

6
7                                               *Rachael Nelson* (signature)
                                                Rachael Nelson
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE                       2
CASE NO. C07-05248 PVT
                                                                                    LIBA/1837285.1