**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | No. C-07-5248 PVT |
| Plaintiff, | **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SHORTEN TIME** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA and LEE LUO, | **[Docket No. 6]** |
| Defendants. | |

Pursuant to Civil Local Rule 6-3, plaintiff Applied Materials, Inc. ("AMI") moves to shorten time for hearing of its emergency motion for expedited discovery, inspection and preservation of evidence. Having reviewed the brief and accompanying papers submitted by plaintiff, the court finds that plaintiff has met the Rule 6-3(a)(3) standard of identifying "the substantial harm or prejudice that would occur if the court did not change the time."

IT IS HEREBY ORDERED that plaintiff shall serve defendants in China with the complaint, the moving papers (including the notice of motion and motion to shorten time for hearing, notice of emergency motion, motion and memorandum of points and authorities in

support of request for expedited discovery, inspection and preservation of evidence) and this order no later than Friday, October 19, 2007;

IT IS FURTHER ORDERED that defendants may object to the date of the proposed November 6, 2007 hearing no later than October 23, 2007; and

IT IS FURTHER ORDERED that absent any objection to the date of the hearing on plaintiff's emergency motion for expedited discovery, inspection and preservation of evidence, the hearing shall be held on November 6, 2007. Defendants' opposition shall be due no later than October 29, 2007 and plaintiff's reply shall be due no later than November 2, 2007.[1]

IT IS SO ORDERED.

Dated:   *October 17, 2007*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

2