Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
ddoskocil@goodwinprocter.com
mstrapp@goodwinprocter.com

Greg H. Gardella
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696
ggardella@fr.com

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, AND LEE LUO <br><br> Defendants. | Case No. C 07 05248 PVT <br><br> **NOTICE OF COMPLIANCE WITH THIS COURT'S ORDER DATED OCTOBER 17, 2007, GRANTING IN PART PLAINTIFF'S MOTION TO SHORTEN TIME** |

I, Thomas F. Fitzpatrick, hereby declare and state as follows:

1) I am a partner in the law firm of Goodwin Procter LLP and am admitted to practice in the Federal Bar in the Northern District of California. I am counsel of record for Plaintiff, Applied Materials Inc. ("Applied") in the above-captioned case. I make this declaration of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently to the matters set forth herein.

2) Detailed below are efforts taken by Applied with regard to service of the Complaint, Applied's notice of motion and motion to shorten time for hearing, notice of emergency motion and memorandum of points and authorities in support of request for expedited discovery, inspection and preservation of evidence ("Moving Papers"), and the Court's October 17, 2007 Order Granting in Part Plaintiff's Motion to Shorten Time ("Order"). In summary, and as set forth in more detail below, Applied served Defendant Advanced Micro-Fabrication Equipment ("AMEC") with the Complaint, the Moving Papers, and the Order by personally serving Matthew Ruby, Vice President, Legal and General Counsel for AMEC, pursuant to Fed. R. Civ. P. 4(a)-(c), (e), (h) and 5(b)(2)(A) and (B) and California Code of Civil Procedure §§ 415.10 *et seq.* and §§ 1010 and 1011. Applied also served Defendants Advanced Micro-Fabrication Equipment Inc., Asia ("AMEC Asia"), (a holding company located in the Cayman Islands), Mr. Gerald Z. Yin ("Yin"), Mr. Aihua Chen ("Chen"), Mr. Ryoji Todaka ("Todaka") and Mr. Lee Luo ("Luo") by Federal Express, by facsimile and by email.

3) On October 15, 2007, Applied filed the Complaint in the above-captioned matter. On that same day, Applied personally served Matthew Ruby, Vice President, Legal and General Counsel for AMEC, in California, pursuant to Fed. R. Civ. P. 4(a)-(c), (e), (h) and 5(b)(2)(A) and (B) and California Code of Civil Procedure 415.10 *et seq.*, with the following documents:

- Summons
- Complaint
- Civil Case Cover Sheet
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order for Civil Practice Cases Assigned for All Purposes to Magistrate

NOTICE OF COMPLIANCE WITH THIS COURT'S ORDER DATED OCTOBER 17, 2007 GRANTING IN PART PLAINTIFF'S MOTION TO SHORTEN TIME
CASE NO. C07 05248 PVT

Judge Trumbull
- Standing Order for All Judges re Contents of Joint Case Management Statement
- Standing Order re Case Management in Civil Cases
- Notice from Court – Welcome to US District Court for the Northern District of California
- Notice of Emergency Motion, Motion and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection and Preservation of Evidence
- Proposed Order Granting Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence
- Motion to Shorten Time
- Declaration of Thomas Fitzpatrick in Support of Motion to Shorten Time
- Proposed Order Granting Motion to Shorten Time
- [Proposed] Protective Order
- Alternative Disputes Resolution Procedures

3)   On October 16, 2007, Applied filed its Notice of Emergency Motion, Motion and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection and Preservation of Evidence, Proposed Order Granting Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence, Motion to Shorten Time, Declaration of Thomas Fitzpatrick in Support of Motion to Shorten Time and Proposed Order Granting Motion to Shorten Time, and Proof of Service of the Summons.

4)   Also on October 16, 2007, Applied personally served an individual at Matthew Ruby's residence, who accepted service on his behalf, and also served Matthew Ruby, Vice President, Legal and General Counsel for AMEC, by Federal Express, pursuant to Fed. R. Civ. P. 5(b)(2)(A) and (B) and California Code of Civil Procedure §§ 1010 *et seq*. with the following documents:

- [Corrected] Notice of Emergency Motion, Motion and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection and Preservation of Evidence

- [Corrected] Proposed Order Granting Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence
- [Corrected] Motion to Shorten Time,
- [Corrected] Declaration of Thomas Fitzpatrick in Support of Motion to Shorten Time and Proposed Order Granting Motion to Shorten Time
- [Proposed] Protective Order
- Certificate of Service

5)    On October 17, 2007, Applied personally served and served by Federal Express Matthew Ruby, Vice President, Legal and General Counsel for AMEC, in California pursuant to Fed. R. Civ. P. 5(b)(2)(A) and (B) and California Code of Civil Procedure §§ 1010 *et seq.*, a copy of the Court's October 17, 2007 Order.

6)    On October 18, 2007, Applied served AMEC Asia, Yin, Chen, Todaka and Luo by Federal Express, by facsimile and by email. Although Applied had already properly served AMEC by personally serving its Vice President, Legal and General Counsel, Applied also served AMEC by Federal Express, by facsimile and by email on October 18, 2007. All Defendants were served with the following documents:

- Summons
- Complaint
- Civil Case Cover Sheet
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order for Civil Practice Cases Assigned for All Purposes to Magistrate Judge Trumbull
- Standing Order for All Judges re Contents of Joint Case Management Statement
- Standing Order re Case Management in Civil Cases
- Notice from Court – Welcome to US District Court for the Northern District of California
- [Corrected] Notice of Emergency Motion, Motion and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection and

       Preservation of Evidence

- [Corrected] Proposed Order Granting Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence
- [Corrected] Motion to Shorten Time,
- [Corrected] Declaration of Thomas Fitzpatrick in Support of Motion to Shorten Time and Proposed Order Granting Motion to Shorten Time
- [Proposed] Protective Order
- Alternative Disputes Resolution Procedures
- Proof of Service of the Summons
- Certificate of Service
- Court's October 17, 2007 Order Granting in Part Plaintiff's Motion to Shorten Time

7)    For the reasons above, Applied has complied with the Court's October 17, 2007 Order Granting in Part Plaintiff's Motion to Shorten Time.

Dated: October 18, 2007

Respectfully Submitted,

/s/ Thomas F. Fitzpatrick
Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com


John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
ddoskocil@goodwinprocter.com
mstrapp@goodwinprocter.com

Greg H. Gardella
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696
ggardella@fr.com

Attorneys for Plaintiff
APPLIED MATERIALS, INC