HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT
(SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO,<br><br>Defendants. | Case No.   C07 05248 PVT<br><br>**DECLARATION OF HAROLD MCELHINNY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE** |

DECLARATION OF HAROLD MCELHINNY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 PVT
pa-1204671

1

I, Harold McElhinny, do declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendant Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd.

2. Upon learning of Applied's claims, we prepared a draft notice to preserve documents and provided it to the appropriate person. I understand that the notice has been distributed to all of the named defendants.

3. Attached hereto as Exhibit A is a true and correct copy of a letter I sent to Thomas Fitzpatrick via e-mail on October 18, 2007. In that letter, I informed Mr. Fitzpatrick that Matt Ruby was not an officer or authorized agent of Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. or Advanced Micro-Fabrication Equipment, Inc. Asia. I received no response from Mr. Fitzpatrick.

4. Attached hereto as Exhibit B is a true and correct copy of a press release issued by Advanced Micro-Fabrication Equipment Inc. on October 9, 2006, entitled "Advanced Micro-Fabrication Equipment Inc. Raises $35 Million In Series B Financing."

5. Attached hereto as Exhibit C is a true and correct copy of a press release issued by Advanced Micro-Fabrication Equipment Inc. on December 4, 2006, entitled "Advanced Micro-Fabrication Equipment Inc. Names Business and Technology Luminaries to Board of Directors and Board of Advisors."

6. Attached hereto as Exhibit D is a true and correct copy of a press release issued by Advanced Micro-Fabrication Equipment Inc. on March 6, 2007, entitled "Samsung Venture Investment Corp. Makes Investment In Advanced Micro-Fabrication Equipment Inc."

7. Attached hereto as Exhibit E is a true and correct copy of a press release issued by Advanced Micro-Fabrication Equipment Inc. on March 6, 2007, entitled "QUALCOMM Makes Strategic Investment in Advanced Micro-Fabrication Equipment Inc."

DECLARATION OF HAROLD MCELHINNY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 PVT
pa-1204671

2

1  I declare under penalty of perjury that to the best of my knowledge the foregoing is true
2  and correct. Executed on October 29, 2007, in San Francisco, California.

                        /s/ Harold J. McElhinny
                           Harold McElhinny

DECLARATION OF HAROLD MCELHINNY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 PVT
pa-1204671

3