**AMEC**
Advanced Micro-Fabrication Equipment Inc.

**AMEC PROPRIETARY AND CONFIDENTIAL**

**Company Contact**
Robert W. Wu, Ph.D.
Advanced Micro-Fabrication Equipment Inc.
Mobile: +1-858-717-0371
E-mail: robertwu@amecnsh.com

**Global Media Contact**
Jane Evans-Ryan
MCA Public Relations
Mobile:  +1-408-489-6391
E-mail:  jryan@mcapr.com

**FOR IMMEDIATE RELEASE**

**ADVANCED MICRO-FABRICATION EQUIPMENT INC. NAMES BUSINESS AND TECHNOLOGY LUMINARIES TO BOARD OF DIRECTORS AND BOARD OF ADVISORS**

*Elite Group of Global Executives Brings Business and Technology Strength to Growing Semiconductor Capital Equipment Provider*

**SHANGHAI, China, and SAN FRANCISCO, Calif., Dec. 4, 2006—**Advanced Micro-Fabrication Equipment Inc. (AMEC), an emerging Asia-based developer of proprietary innovative semiconductor processing technology and equipment, today announced the composition of its Board of Directors.   Led by AMEC's chairman and chief executive officer, Gerald (Zheyao) Yin, Ph.D., the board includes AMEC's executive vice president, Steve (Aihua) Chen, Ph.D, along with Lip-Bu Tan, chairman of Walden International, and Chris Schaepe, general partner of Lightspeed Venture Partners.   Larry Yoshida**,** chairman  of the board of Japan's Premier Technologies, Inc., also serves as a board member.   Yoshida is a former chairman of  Innotech and president of Tokyo Electron Ltd.

AMEC also enjoys the counsel of a number of board observers, including: Hsueh Sung, vice chairman, Goldman Sachs (Asia); John Walecka, partner, Redpoint Ventures; Victor Westerlind, partner, Interwest Partners; Koji Osawa, managing principal, Global Catalyst Partners; Atul Kapadia, partner, Bay Partners; and Joe Laia, Ph.D., group vice president, KLA-Tencor Corp., and former vice president of Novellus Systems.   Laia represents KT Venture Group.

The company has also named four executives to its board of advisors.   This group of international individuals will provide further business and technical guidance to AMEC as the company stages its global market entry.   Joining the advisory board are Albert Yu, Ph.D., former senior vice president of Intel Corp., and Koichi Suzuki**,** president of Japan's Premier Technologies, Inc. Suzuki previously served as a member of the board of Toshiba Corporation and vice president of Toshiba Semiconductor Group, as well as president and chief executive officer of Toshiba Ceramics.   Also joining the advisory board is Joseph R. Bronson, president and member of the office of the chief executive, FormFactor, Inc.   Bronson previously worked at Applied Materials, Inc., as chief financial officer and member of the office of the president.   Rounding out the advisory board roster is Alain S. Harrus, Ph.D., venture advisor at Crosslink Capital and general partner at Compass Technology Partners.   Harrus is a former chief technology officer of Novellus Systems.

-more-

**AMEC PROPRIETARY AND CONFIDENTIAL**

**AMEC NAMES GLOBAL LEADERS TO BOARD OF DIRECTORS......................... PAGE 2 OF 2**

"It's a thrill to be part of an emerging process technology company once again—especially one with a strong leadership team, innovative technology solutions and a cost-efficient global business model," said board member Larry Yoshida.  "While the center of gravity for IC manufacturing has shifted toward Asia, chipmakers across the globe are struggling with rising technology and cost obstacles.  This provides an opportunity for an Asia-based player like AMEC to address the new challenges with a combination of advanced proprietary technology and a close-to-the-customer regional infrastructure that is staffed by experienced local engineers to provide top-class support.  It's an exciting time to be working with AMEC.  I'm looking forward to helping the company, especially as it prepares for market entry in Japan," noted Yoshida.

Calling the executive line-up an extraordinary global talent bank, AMEC's chief executive officer, Gerald Yin, noted, "We're fortunate to have attracted such a strong and diverse group of leaders to our team.  They are deeply engaged in AMEC's development and growth, generously lending international business advice and technical expertise.  We will be tapping their talents as we ramp up plans to place AMEC products at customer sites and establish a firm early foothold in this highly competitive space.  We appreciate their support of AMEC's mission to build a strong global technology company, headquartered in the hub of the semiconductor manufacturing industry."

Board members' resumes can be found on AMEC's website at *www.amec-inc.com*

**About Advanced Micro-Fabrication Equipment Inc.**

Advanced Micro-Fabrication Equipment Inc. (AMEC) is an emerging Asia-based semiconductor equipment company with a portfolio of proprietary wafer fabrication solutions designed to advance technology, increase productivity and reduce manufacturing costs for leading global semiconductor manufacturers.  Strategically headquartered in the hub of the semiconductor manufacturing industry, AMEC's proprietary etch and chemical vapor deposition (CVD) systems combine unique technology solutions with economic innovations for the 65/45-nm nodes and beyond.  AMEC's global infrastructure will include R&D, manufacturing, business and support operations in China, Japan, Korea, Singapore, Taiwan, and the U.S.  To learn more about AMEC, please visit the company on the Internet at *www.amec-inc.com*

# # #