

**Samsung Ventures Contact**
Yoon Choi
Tel:  +1-408-544-4470

**AMEC Contacts**
Robert W. Wu, Ph.D.
Tel: +1-858-717-0371
E-mail: robertwu@amecnsh.com

Jane Evans-Ryan
MCA Public Relations
Tel: +1-408-489-6391
E-mail:  jryan@mcapr.com

**FOR IMMEDIATE RELEASE**

**SAMSUNG VENTURE INVESTMENT CORP. MAKES INVESTMENT IN
ADVANCED MICRO-FABRICATION EQUIPMENT INC.**

**SHANGHAI, China, March 6, 2007**—Advanced Micro-Fabrication Equipment Inc. (AMEC), an emerging Asia-based developer of proprietary innovative semiconductor processing technology and equipment, today announced that it has raised $8 million from Samsung Venture Investment Corp. (SVIC) and other investors.  The new funding represents the second and final closing of AMEC's Series B effort, which secured a total of $43 million.

"AMEC's vision to spearhead and strategically manufacture semiconductor capital equipment in Asia with a team of world-class industry veterans is the reason for Samsung Ventures' investment," said Bill Byun, managing director of Samsung Ventures.

"Samsung is a leading manufacturer of the memory products that are enabling our digital world," said AMEC's chairman and chief executive officer, Gerald Yin.  "As a global technology innovator, they understand our industry and our technology value proposition.  We're proud that this industry leader has chosen to support AMEC with today's investment."

Under the terms of its investment, SVIC will hold board observer rights.  Such rights entitle an SVIC representative to attend select sessions of AMEC's board of directors meetings that do not involve the disclosure of customer-specific information.

The first closing of AMEC's Series B round was announced in October 2006.  The amount secured at that time was $35 million.  The investors included: Walden International, Lightspeed Venture Partners, Goldman Sachs, Redpoint Ventures, Interwest Partners, Bay Partners, Global Catalyst Partners and KT Venture Group.

-more-



**SAMSUNG VENTURE INVESTMENT CORP. INVESTS IN AMEC………..Page 2 of 2**

**About Samsung Venture Investment Corporation**
Samsung Venture Investment Corporation manages investment and investment-related activities for the Samsung Group.  The investment mandate for Samsung Venture Investment Corporation tracks closely to the strategic priorities of Samsung Electronics' and other Group companies' core operating divisions, and encompasses investments in semiconductors, displays, telecommunications, and consumer electronics.

**About Advanced Micro-Fabrication Equipment Inc.**
Advanced Micro-Fabrication Equipment Inc. (AMEC) is an emerging Asia-based semiconductor equipment company with a portfolio of proprietary wafer fabrication solutions designed to advance technology, increase productivity and reduce manufacturing costs for leading global semiconductor manufacturers.  Strategically headquartered in the hub of the semiconductor manufacturing industry, AMEC's proprietary etch and chemical vapor deposition (CVD) systems combine unique technology solutions with economic innovations for the 65/45-nm nodes and beyond.  AMEC's global infrastructure will include R&D, manufacturing, business and support operations in China, Japan, Korea, Singapore, Taiwan, and the U.S.  To learn more about AMEC, please visit the company on the Internet at *www.amec-inc.com*

# # #