

| QUALCOMM Contacts: | AMEC Contacts: |
|---|---|
| Kira Lee, QUALCOMM CDMA Technologies | Robert W. Wu, Ph.D. |
| Phone:  1-858-845-7571 | Phone: 1-858-717-0371 |
| Email:  qctpublicrelations@qualcomm.com | E-mail:  robertwu@amecnsh.com |
| | |
| Tina Asmar, Corporate Communications | Jane Evans-Ryan/MCA Public Relations |
| Phone:  1-858-845-5959 | Phone: 1-408-489-6391 |
| Email:  corpcomm@qualcomm.com | Email:  jryan@mcapr.com |
| | |
| John Gilbert, Investor Relations | |
| Phone:  1-858-658-4813 | |
| Email:  ir@qualcomm.com | |

**FOR IMMEDIATE RELEASE**

**QUALCOMM Makes Strategic Investment in
Advanced Micro-Fabrication Equipment Inc.**

— *Company's Investment in Chinese Chip-Equipment Company Helps Enable Regional Semiconductor Industry* —

**BEIJING and SHANGHAI, China —** March 6, 2007**—**QUALCOMM Incorporated and Advanced Micro-Fabrication Equipment Inc. (AMEC) today announced that AMEC, an emerging Asia-based developer of proprietary innovative semiconductor processing technology and equipment, has raised $8 million from QUALCOMM and other investors in its latest round of financing.

"QUALCOMM continues to work closely with numerous industry leaders and is firmly committed to helping ensure the success of emerging companies based in China that have opportunities to serve global markets," said Behrooz Abdi, senior vice president and general manager of QUALCOMM CDMA Technologies.  "By investing in AMEC, QUALCOMM will help to encourage innovation in the advanced semiconductor industry, helping bring more integrated and cost-effective chipsets to global manufacturers."

"We are very pleased to have QUALCOMM as one of our corporate investors," said Gerald Yin, AMEC's chairman and chief executive officer.  "QUALCOMM is one of the primary drivers of the wireless communications revolution.  The cutting-edge integrated circuits that power some of today's most advanced devices are the same ones that AMEC's technologies and products will help produce.  The investment by this industry leader represents a significant vote of confidence in our progress."

The first closing of AMEC's Series B round was announced in October 2006.  The amount secured at that time was $35 million.  The investors included: Walden International, Lightspeed Venture Partners, Goldman Sachs, Redpoint Ventures, Interwest Partners, Bay Partners, Global Catalyst Partners and KT Venture Group.  Today's investment represents the final closure of the company's Series B effort.

This investment is part of QUALCOMM's commitment made in June of 2003 to invest up to $100 million in early- to mid-stage Chinese companies engaged in the development and commercialization of CDMA-based products, applications and services, and other innovative technologies that support the broader wireless communications ecosystem.

-more-



**QUALCOMM INVESTS IN AMEC……………………………………………….Page 2 of 2**

**About Advanced Micro-Fabrication Equipment Inc.**
Advanced Micro-Fabrication Equipment Inc. (AMEC) is an emerging Asia-based semiconductor equipment company with a portfolio of proprietary wafer fabrication solutions designed to advance technology, increase productivity and reduce manufacturing costs for leading global semiconductor manufacturers. Strategically headquartered in the hub of the semiconductor manufacturing industry, AMEC's proprietary etch and chemical vapor deposition (CVD) systems combine unique technology solutions with economic innovations for the 65/45-nm nodes and beyond. AMEC's global infrastructure will include R&D, manufacturing, business and support operations in China, Japan, Korea, Singapore, Taiwan, and the U.S.  To learn more about AMEC, please visit the company on the Internet at [www.amec-inc.com](www.amec-inc.com).

**About QUALCOMM**

QUALCOMM Incorporated (www.qualcomm.com) is a leader in developing and delivering innovative digital wireless communications products and services based on CDMA and other advanced technologies. Headquartered in San Diego, Calif., QUALCOMM is included in the S&P 500 Index and is a 2006 FORTUNE 500® company traded on The Nasdaq Stock Market® under the ticker symbol QCOM.

### 

QUALCOMM is a registered trademark of QUALCOMM Incorporated.  All other trademarks are the property of their respective owners.