1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone: 650-813-5600
9  Facsimile: 650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION EQUIPMENT
11 (SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO, <br><br>　　　　　Defendants. | Case No.　C07 05248 PVT <br><br>**DECLARATION OF MATT RUBY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE** |

Declaration of Matt Ruby in Support of Opposition to Plaintiff's Motion to Expedite Discovery and Preserve Evidence
Case No. C07 05248 PVT
pa-1204069

1

1  I, Matt Ruby, do declare as follows:

2  1. I am the Vice President and General Counsel of Advanced Micro-Fabrication Equipment Inc., a Cayman Islands corporation that is not a party to this action. I joined Advanced Micro-Fabrication Equipment Inc. in April of this year.

2. Advanced Micro-Fabrication Equipment Inc. is the parent company of Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. and Advanced Micro-Fabrication Equipment, Inc., Asia. I am not an officer, managing agent, or employee of Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd., or Advanced Micro-Fabrication Equipment, Inc., Asia.

3. Gerald Z. Yin, Aihua Chen, and Lee Luo are known to me. They each reside in China.

4. I gathered the United States passports of Messrs. Yin, Chen, and Luo, which show each to be a citizen of the United States of America. True and correct copies of the face pages of those passports (with their personal information redacted) are attached hereto.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on October 29, 2007, in Shanghai, China.

/s/ Matt Ruby
Matt Ruby

DECLARATION OF MATT RUBY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 PVT
pa-1204069

2



The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

_____
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

SEE PAGE D    NOT VALID UNTIL SIGNED

PASSPORT / PASSEPORT / PASAPORTE
UNITED STATES OF AMERICA

Type / Type / Tipo: **P**
Code / Code / Código: **USA**
Passport No. / No. du Passport / No. de Pasaporte: 

Surname / Nom / Apellidos: **CHEN**
Given names / Prénoms / Nombres: **AIHUA**
Nationality / Nationalité / Nacionalidad: **UNITED STATES OF AMERICA**
Date of birth / Date de naissance / Fecha de nacimiento: 
Sex / Sexe / Sexo: **M**
Place of birth / Lieu de naissance / Lugar de nacimiento: **CHINA**
Date of issue / Date de délivrance / Fecha de expedición: **15 Dec 1999**
Authority / Autorité / Autoridad: **National Passport Center**
Date of expiration / Date d' expiration / Fecha de caducidad: **14 Dec 2009**
Amendments / Modifications / Enmiendas: **See Page 24**

P<USACHEN<<AIHUA<<<<<<<<<<<<<<<<<<<<<<<<<<<<


The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT / PASSEPORT
USA

Type/Catégorie: P
Code of issuing State / code du pays émetteur: USA
Passport No / No du Passeport: [REDACTED]
Surname / Nom: LUO
Given names / Prénoms: LEE
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth: [REDACTED]
Sex / Sexe: M
Place of birth / Lieu de naissance: CHINA
Date of issue / Date de délivrance: 06 JUL/JUI 00
Date of expiration / Date d'expiration: 05 JUL/JUI 10
Authority / Autorité: PASSPORT AGENCY SAN FRANCISCO
Amendments/Modifications SEE PAGE 48

P<USALUO<<LEE<<<<<<<<<<<<<<<<<<<<<<<<<<<<
[REDACTED]<<<<<<<<<<<<<0

**GENERAL ORDER 45 ATTESTATION**

I, Harold McElhinny, am the ECF User whose ID and password are being used to file the Declaration Of Matt Ruby In Support Of Opposition To Plaintiff's Motion To Expedite Discovery And Preserve Evidence. In compliance with General Order 45, X.B., I hereby attest that Matt Ruby has concurred in this filing.

                                                          /s/ Harold McElhinny
                                                             Harold McElhinny