| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 3 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | MARC DAVID PETERS (CA SBN 211725) |
|   | MDPeters@mofo.com |
| 6 | DAVID M. ALBAN (CA SBN 238955) |
|   | DAlban@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 8 | Palo Alto, CA 94304-1018 |
|   | Telephone:  650-813-5600 |
| 9 | Facsimile:  650-494-0792 |
| 10 | Attorneys for Defendant |
|    | ADVANCED MICRO-FABRICATION EQUIPMENT |
| 11 | (SHANGHAI) CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07 05248 PVT |
| Plaintiff, | **AMEC-SHANGHAI'S NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO,, | Date: November 6, 2007<br>Time: 10:00 a.m.<br>Ctrm: 5 |
| Defendants. | |

## I. NOTICE AND MOTION TO STRIKE

PLEASE TAKE NOTICE THAT on November 6, 2007, at 10:00 a.m. in the Courtroom of the Honorable Patricia V. Trumbull, located at 280 South 1st Street, San Jose, California, or as soon thereafter as counsel may be heard, Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. ("AMEC-Shanghai") will and hereby does bring this Motion to Strike the Declaration of Thomas F. Fitzpatrick offered in support of plaintiff's motion to shorten time for hearing.

## II. THE FITZPATRICK DECLARATION SHOULD BE STRICKEN BECAUSE IT LACKS FOUNDATION

The testimony in the Fitzpatrick Declaration lacks foundation and is not based on Mr. Fitzpatrick's personal knowledge.  Fed. R. Evid. 403, 702(a).  The bare statement of Mr. Fitzpatrick's position with the law firm of Goodwin and Proctor is insufficient to support that he has personal knowledge of any of the facts in his declaration regarding AMEC-Shanghai or his client, Applied Materials.  For example, Mr. Fitzpatrick has shown no basis for personal knowledge or foundation for his conclusory statements concerning what information is or is not in AMEC-Shanghai's possession, the alleged harm caused to Applied Materials, and the likelihood (or lack thereof) that AMEC-Shanghai is unfairly competing in the marketplace. Fitzpatrick Decl. ¶¶ 3-5.  Because the testimony in the Fitzpatrick Declaration lacks foundation, the Court should strike the declaration.

Dated: October 29, 2007

HAROLD J. MCELHINNY
MARC DAVID PETERS
DAVID M. ALBAN
MORRISON & FOERSTER LLP

By:   /s/ Harold J. McElhinny
Harold J. McElhinny

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ET AL.