HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT
(SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO,, <br><br> Defendants. | Case No. C07 05248 PVT <br><br> **[PROPOSED] ORDER GRANTING AMEC-SHANGHAI'S MOTION TO STRIKE THE DECLARATION OF THOMAS FITZPATRICK** <br><br> Date: November 6, 2007 <br> Time: 10:00 a.m. <br> Ctrm: 5 |

This matter comes before the Court on Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd's Motion to Strike Declaration of Thomas F. Fitzpatrick In Support Of Motion to Shorten Time for Hearing. Having considered the arguments and evidence submitted and for good cause appearing:

1    IT IS HEREBY ORDERED THAT Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd's Motion to Strike Declaration of Thomas F. Fitzpatrick In Support of Motion to Shorten Time for Hearing is GRANTED.  Specifically, the Declaration of Thomas F. Fitzpatrick In Support Of Motion to Shorten Time for Hearing is hereby stricken.

IT IS SO ORDERED.

Dated:_____ , 2007

                                                      _____
PATRICIA V. TRUMBULL
United States Magistrate Judge
Northern District of California