1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION EQUIPMENT
11 (SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C07 05248 PVT |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO, | |
| Defendants. | |

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO. C07 05248 PVT
pa-1204895

1

The undersigned party respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and respectfully requests the reassignment of this case to a United States District Judge.

Dated: October 29, 2007

HAROLD J. MCELHINNY
MARC DAVID PETERS
DAVID M. ALBAN
MORRISON & FOERSTER LLP

By:  /s/ Harold J. McElhinny
   Harold J. McElhinny

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO. C07 05248 PVT
pa-1204895

2

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 29, 2007, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of California using the CM/ECF System which will send notification of such filing to the following:

Thomas F. Fitzpatrick (tfitzpatrick@goodwinprocter.com)

and a true and correct copy of the foregoing document was served via first class mail upon:

John C. Englander
Douglas C Doskocil
Michael Strapp
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Greg H. Gardella
Fish and Richardson PC
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, this 29th day of October, 2007.

By: /s/ Harold J. McElhinny
Harold J. McElhinny