1 | HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California 94105-2482
Telephone: 415.268.7000
4 | Facsimile: 415.268.7522

5 | MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
6 | DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
7 | MORRISON & FOERSTER LLP
755 Page Mill Road
8 | Palo Alto, CA 94304-1018
Telephone: 650-813-5600
9 | Facsimile: 650-494-0792

10 | Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT
11 | (SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07 05248 PVT |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 5:07-CV-05248-PVT
pa-1205046

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 29, 2007, I served a copy of:

**AMEC-SHANGHAI'S OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**

**DECLARATION OF HAROLD MCELHINNY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE**

**DECLARATION OF MATT RUBY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE**

**AMEC-SHANGHAI'S NOTICE OF MOTION AND MOTION TO STRIKE DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING**

**[PROPOSED] ORDER GRANTING AMEC-SHANGHAI'S MOTION TO STRIKE THE DECLARATION OF THOMAS FITZPATRICK**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

1  ☒  **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Federal Express, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or delivered to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐  **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

John C. Englander
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Fax: 617-523-1231
Email: jenglander@goodwinprocter.com

_____ Fax
_____ U.S. Mail
__X__ Overnight
_____ Personal

Greg H. Gardella
Fish & Richardson P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Fax: 612-288-9696
Email: ggardella@fr.com

_____ Fax
_____ U.S. Mail
__X__ Overnight
_____ Personal

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 29th day of October, 2007.

| Harold J. McElhinny | /s/ |
| --- | --- |
| (typed) | (signature) |