1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone: 650-813-5600
9  Facsimile: 650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION EQUIPMENT
11 (SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO,, <br><br> Defendants. | Case No. C07 05248 PVT <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION, AND PRESERVATION OF EVIDENCE** <br><br> Date: November 6, 2007 <br> Time: 10:00 a.m. <br> Ctrm: 5 |

1  This matter came regularly before this Court on Plaintiff's Notice of Emergency Motion, Motion, and Memorandum of Points and Authorities in Support of Request for Expedited Discovery, Inspection, and Preservation of Evidence.

Having considered the arguments and evidence submitted and for good cause showing: IT IS HEREBY ORDERED THAT Plaintiff's Motion for Expedited Discovery, Inspection, and Preservation of Evidence should be DENIED in its entirety.

IT IS SO ORDERED.

Dated: _____ , 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge
Northern District of California

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 29, 2007, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of California using the CM/ECF System which will send notification of such filing to the following:

Thomas F. Fitzpatrick (tfitzpatrick@goodwinprocter.com)
Michael Strapp (mstrapp@goodwinprocter.com)

and a true and correct copy of the foregoing document was served via first class mail upon:

John C. Englander
Douglas C Doskocil
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Greg H. Gardella
Fish and Richardson PC
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

I declare under penalty of perjury that the foregoing is true and correct. Executed at Palo Alto, California, this 29th day of October, 2007.

By: /s/ Marc David Peters
Marc David Peters