UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS,INC., <br><br>       Plaintiff, <br><br>   v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI)CO., LTD., ET AL. et al, <br><br>       Defendant.                            / | Case Number: CV07-05248 JW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


John C. Englander
Attorney at Law
Goodwin Procter LLP
53 State Street
Boston, MA 02109


Dated: October 30, 2007

                                    Richard W. Wieking, Clerk
                                    By: Tiffany Salinas-Harwell, Deputy Clerk