UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

APPLIED MATERIALS,INC.,

        Plaintiff,

  v.

ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI)CO., LTD., ET AL. et al,

        Defendant.
                                       /

Case Number: CV07-05248 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gred H. Gardella
Fish and Richardson PC
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

Dated: October 30, 2007

                                       Richard W. Wieking, Clerk
                                       By: Tiffany Salinas-Harwell, Deputy Clerk