UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC., | No. C 07-05248 JW (PVT) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT Plaintiff Applied Material, Inc.'s Emergency Motion for Expedited Discovery, Inspection and Preservation of Evidence, and Defendant AMEC-Shanghai's Motion to Strike Declaration of Thomas F. Fitzpatrick in Support of Motion to Shorten Time for Hearing, before Judge Patricia Trumbull will remain on calendar as scheduled on November 6, 2007, at 1000 a.m., Courtroom 5, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: October 31, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Snooki Puli
Deputy Clerk