[APPEARANCES LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.<br><br>　　　　Defendants. | Case No. CV 07-05248 JW<br><br>**JOINT STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Applied Materials, Inc. ("Applied") and Defendants Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. and Advanced Micro-Fabrication Equipment Inc. request an order changing to November 20, 2007 the hearing date for Applied's Motion for Expedited Discovery, Inspection and Preservation of Evidence ("Motion for Expedited Discovery"; Docket No. 4) and changing the deadline for Applied's Reply Brief in support of its Motion for Expedited Discovery to November 9, 2007. In addition, the parties request that Defendants be permitted to file a Sur-Reply Brief (of five pages) that will be due on November 16, 2007. This joint stipulation is accompanied by the declaration of Thomas F. Fitzpatrick ("Fitzpatrick Declaration") which sets forth with particularity the reasons for the requested enlargement of time and change in the briefing schedule and describes the effect the requested time modification would have on the schedule for the case.[1]

---

[1] Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. maintains its objection (Opp. at 5 n.9) to Applied presenting any substantive evidence for the first time on reply.

Dated: November 1, 2007

| APPLIED MATERIALS, INC. | ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD. and ADVANCED MICRO-FABRICATION EQUIPMENT INC. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Thomas F. Fitzpatrick | /s/ With permission of Marc D. Peters |
| Thomas F. Fitzpatrick<br>GOODWIN PROCTER LLP<br>181 Lytton Avenue<br>Palo Alto, CA 94301<br>Tel.: 650-752-3144<br>Fax: 650-853-1038<br>tfitzpatrick@goodwinprocter.com | Harold J. McElhinny<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel.: 415-268-7000<br>Fax: 415-268-7522<br>hmcelhinny@mofo.com |
| John C. Englander<br>Douglas C. Doskocil<br>Michael G. Strapp<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231<br>jenglander@goodwinprocter.com<br>ddoskocil@goodwinprocter.com<br>mstrapp@goodwinprocter.com | Marc David Peters<br>David M. Alban<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Tel.: 650-813-5600<br>Fax: 650-494-0792<br>mdpeters@mofo.com<br>dalban@mofo.com |
| Greg H. Gardella<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402<br>Tel.: 612-335-5070<br>Fax: 612-288-9696<br>ggardella@fr.com | |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: _____, 2007   _____
                                                      Honorable Patricia V. Trumbull
                                                      U.S. District Magistrate Judge