Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
ddoskocil@goodwinprocter.com
mstrapp@goodwinprocter.com

Greg H. Gardella
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696
ggardella@fr.com

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.<br><br>            Defendants. | Case No. CV 07-05248 JW<br><br>**DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE** |

1

1      I, Thomas F. Fitzpatrick, hereby declare and state as follows:

2      1.    I am a partner in the law firm of Goodwin Procter LLP and am admitted to practice in the Federal Bar in the Northern District of California. I am counsel of record for Plaintiff Applied Materials, Inc. ("Applied").

       2.    I submit this declaration in support of the parties' Joint Stipulation Regarding Plaintiff's Motion for Expedited Discovery, Inspection and Preservation of Evidence. I make this declaration of my own personal knowledge.

       3.    On October 16, 2007, Applied filed a Motion for Expedited Discovery, Inspection and Preservation of Evidence ("Motion for Expedited Discovery"; Docket No. 4) and a Motion to Shorten Time for Hearing ("Motion to Shorten Time"; Docket No. 6).

       4.    Applied sought an order in the Motion to Shorten Time requiring that Defendants' Responsive Brief to the Motion for Expedited Discovery be due on October 29, 2007, that Applied's Reply Brief be due on November 2, 2007, and that a hearing date for the Motion for Expedited Discovery be set for November 6, 2007.

       5.    On October 29, 2007, Defendant Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. ("AMEC Shanghai") filed its opposition to Plaintiff's Motion to Expedite Discovery. Among other things, AMEC Shanghai alleged that the Court lacked subject matter jurisdiction and that the Defendants had not been properly served.

       6.    On November 1, 2007, Applied filed a First Amended Complaint, in part to address certain allegations raised in AMEC Shanghai's Responsive Brief. Among other things, Applied added one new corporate defendant, Advanced Micro-Fabrication Equipment Inc. ("AMEC Inc."), and dropped the individual defendants that AMEC Shanghai claimed were non-diverse.

       7.    Counsel for Applied and Defendants agree that in light of AMEC Shanghai's Responsive Brief and the First Amended Complaint, the hearing date for the Motion for Expedited Discovery should be reset to November 20, 2007. Counsel have also agreed that Applied's Reply Brief should now be due on November 9, 2007. In addition Counsel request that Defendants be permitted to file a Sur-Reply Brief (of five pages) that shall be due on November 16, 2007.

8. The requested time modification will not have an impact on the schedule for this case as the case is still in its preliminary stages and the Court has yet to hold a scheduling conference.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2007.

/s/ Thomas F. Fitzpatrick

Thomas F. Fitzpatrick