[APPEARANCES LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants. | Case No. CV 07-05248 JW <br><br> **JOINT STIPULATION AND PROPOSED ORDER REGARDING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Applied Materials, Inc. ("Applied") and Defendants Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. and Advanced Micro-Fabrication Equipment Inc. request an order changing to November 20, 2007 the hearing date for Applied's Motion for Expedited Discovery, Inspection and Preservation of Evidence ("Motion for Expedited Discovery"; Docket No. 4) and changing the deadline for Applied's Reply Brief in support of its Motion for Expedited Discovery to November 9, 2007. In addition, the parties request that Defendants be permitted to file a Sur-Reply Brief (of five pages) that will be due on November 16, 2007. This joint stipulation is accompanied by the declaration of Thomas F. Fitzpatrick ("Fitzpatrick Declaration") which sets forth with particularity the reasons for the requested enlargement of time and change in the briefing schedule and describes the effect the requested time modification would have on the schedule for the case.[1]

---

[1] Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. maintains its objection (Opp. at 5 n.9) to Applied presenting any substantive evidence for the first time on reply.

1
2  Dated: November 1, 2007
3  APPLIED MATERIALS, INC.                        ADVANCED MICRO-FABRICATION
                                                  EQUIPMENT (SHANGHAI) CO., LTD. and
4                                                 ADVANCED MICRO-FABRICATION
                                                  EQUIPMENT INC.
5
6  By its attorneys,                              By their attorneys,
7
8  /s/ Thomas F. Fitzpatrick                      /s/ With permission of Marc D. Peters
   Thomas F. Fitzpatrick                          Harold J. McElhinny
   GOODWIN PROCTER LLP                            MORRISON & FOERSTER LLP
9  181 Lytton Avenue                              425 Market Street
   Palo Alto, CA 94301                            San Francisco, CA 94105
10 Tel.: 650-752-3144                             Tel.: 415-268-7000
   Fax: 650-853-1038                              Fax: 415-268-7522
11 tfitzpatrick@goodwinprocter.com                hmcelhinny@mofo.com

12 John C. Englander                              Marc David Peters
   Douglas C. Doskocil                            David M. Alban
13 Michael G. Strapp                              755 Page Mill Road
   GOODWIN PROCTER LLP                            Palo Alto, CA 94304
14 53 State Street                                Tel.: 650-813-5600
   Boston, MA 02109                               Fax: 650-494-0792
15 Tel.: 617.570.1000                             mdpeters@mofo.com
   Fax: 617.523.1231                              dalban@mofo.com
16 jenglander@goodwinprocter.com
   ddoskocil@goodwinprocter.com
17 mstrapp@goodwinprocter.com

18 Greg H. Gardella
   FISH & RICHARDSON P.C.
19 60 South Sixth Street
   3300 Dain Rauscher Plaza
20 Minneapolis, MN 55402
   Tel.: 612-335-5070
21 Fax: 612-288-9696
   ggardella@fr.com
22

23                              [PROPOSED] ORDER
24
   PURSUANT TO STIPULATION, IT IS SO ORDERED:
25

26 Dated: __November 2_____, 2007    _Patricia V. Trumbull_____
27                                       Honorable Patricia V. Trumbull
                                         U.S. District Magistrate Judge
28