1  Thomas F. Fitzpatrick
   GOODWIN PROCTER LLP
2  181 Lytton Avenue
   Palo Alto, CA 94301
3  Tel: 650-752-3144
   Fax: 650-853-1038
4  tfitzpatrick@goodwinprocter.com

5  John C. Englander
   Douglas C. Doskocil
6  Michael G. Strapp
   GOODWIN PROCTER LLP
7  53 State Street
   Boston, Massachusetts 02109
8  Tel.: 617.570.1000
   Fax: 617.523.1231
9  jenglander@goodwinprocter.com
   ddoskocil@goodwinprocter.com
10 mstrapp@goodwinprocter.com

11 Greg H. Gardella
   FISH & RICHARDSON P.C.
12 60 South Sixth Street
   3300 Dain Rauscher Plaza
13 Minneapolis, MN 55402
   Tel.: 612-335-5070
14 Fax: 612-288-9696
   ggardella@fr.com
15
   Attorneys for Applied Materials, Inc.
16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07-05248 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE RE FIRST AMENDED COMPLAINT** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. | |
| Defendants. | |

1  I, Rachael Nelson, declare:

2  I am employed in the County of Santa Clara, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin|Procter LLP, 181 Lytton Avenue, Palo Alto, California 94301.

On November 1, 2007, I served the following documents exactly entitled:

- **SUMMONS (RE ADVANCED MICRO-FABRICATION EQUIPMENT INC.)**
- **FIRST AMENDED COMPLAINT**
- **COMPLAINT**
- **CIVIL CASE COVER SHEET**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **NOTICE FROM COURT – WELCOME TO US DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**
- **ALTERNATIVE DISPUTES RESOLUTION PROCEDURES**
- **SUMMONS RETURNED EXECUTED RE ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI)**
- **NOTICE OF EMERGENCY MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE**
- **PROPOSED ORDER GRANTING EMERGENCY MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE**
- **MOTION TO SHORTEN TIME**
- **DECLARATION OF THOMAS FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME**
- **PROPOSED ORDER GRANTING MOTION TO SHORTEN TIME**
- **CERTIFICATE OF SERVICE**
- **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO SHORTEN TIME**
- **NOTICE OF COMPLIANCE**
- **AMEC-SHANGHAI'S OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY**
- **DECLARATION OF RUBY IN SUPPORT OF OPPOSITION TO MOTION TO EXPEDITE DISCOVERY**
- **DECLARATION OF MCELHINNY IN SUPPORT OF OPPOSITION TO MOTION TO EXPEDITE DISCOVERY**
- **MOTION TO STRIKE DECLARATION IN SUPPORT OF MOTION TO EXPEDITE DISCOVERY**
- **PROPOSED ORDER GRANTING MOTION TO STRIKE DECLARATION IN SUPPORT OF MOTION TO EXPEDITE DISCOVERY**
- **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE**
- **CERTIFICATE OF SERVICE**
- **PROPOSED ORDER DENYING MOTION TO EXPEDITE DISCOVERY**
- **CLERK'S NOTICE OF IMPENDING REASSIGNMENT**
- **ORDER REASSIGNING CASE**
- **CLERK'S NOTICE**

1 on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Goodwin|Procter LLP, as follows:

| VIA HAND DELIVERY, EMAIL AND OVERNIGHT COURIER:<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT INC.<br><br>Matt Ruby, Esq. and Frank Masciocchi<br>c/o Marc D. Peters, Esq.<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br><br>Email: mdpeters@mofo.com | VIA FACSIMILE, EMAIL AND U.S. MAIL:<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT INC.<br><br>c/o Maples and Calder,<br>P.O. Box 309, Ugland House,<br>South Church Street, George Town,<br>Grand Cayman KY1-1104<br>Phone: 345-949-8066,<br>Fax 345-949-8080<br><br>Email: info@amecnsh.com; sales@amecnsh.com; hr@amecnsh.com; customerservice@amecnsh.com; michaelchu@amecnsh.com |
|---|---|
| VIA FACSIMILE AND EMAIL:<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA<br><br>Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD<br>No. 188, Zhongyang Avenue,<br>Jinquiao Export Processing Zone, No. 5001,<br>Huadong Road, Pudong New Area,<br>Shanghai<br>People's Republic of China<br><br>Tel: 9-011-86-21 61001199<br>Fax: 9-011-86-21 61002216<br><br>Email: info@amecnsh.com; sales@amecnsh.com; hr@amecnsh.com; customerservice@amecnsh.com; michaelchu@amecnsh.com | |

[ X ]   U.S. Mail: I am personally and readily familiar with the business practice of Goodwin|Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

CERTIFICATE OF SERVICE                    2
CASE NO. C07-05248 JW                                                                       LIBA/1842696.1

[ X ]   HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ X ]   FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

[ X ]   EMAIL TRANSMISSION: I caused such document[s] to be sent by email transmission to the party(ies) indicated.

[ X ]   OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on November 2, 2007, at Palo Alto, California.

_____
Rachael Nelson