UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RECEIVED
NOV - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

APPLIED MATERIALS, INC.,

Plaintiff,

v.

ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,

Defendants.

Case No. CV 07-05248 JW

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* BY JOHN C. ENGLANDER FOR APPLIED MATERIALS, INC.

John C. Englander, an active member in good standing of the bar of the Supreme Judicial Court of Massachusetts, whose business address and telephone number is

GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac* vice basis, representing Applied Materials, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/05/07

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

cc:
J. Englander

1
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; CASE NO. CV 07-05248 JW
LIBA/1842413.1