Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Greg H. Gardella
gardella@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants. | Case No. Case No. CV 07-05248 JW <br><br> **DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE** <br><br> Date: November 20, 2007 <br> Time: 10:00 a.m. <br> Ctrm: 5 |

DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE; Case No. CV 07-05248 JW

1

LIBA/1844651.1

I, Thomas F. Fitzpatrick, declare:

1. I am a member of the law firm Goodwin Procter LLP, and am licensed to practice before this Court, among others. I make this declaration based on my personal knowledge, and am competent to testify to the facts set forth herein if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a letter from Mr. Harold J. McElhinny to Thomas Fitzpatrick dated October 18, 2007.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2007

/s/ Thomas F. Fitzpatrick

Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038