# EXHIBIT A

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 18, 2007

Writer's Direct Contact
415.268.7265
HMcElhinny@mofo.com

*Via E-Mail*

Thomas F. Fitzpatrick
Goodwin Procter LLP
181 Lytton Avenue
Palo Alto, CA 94301

Re: *Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. et al.*, United States District Court Case No. C 07-05248 PVT

Dear Mr. Fitzpatrick:

    I am writing to you on behalf of Messrs. Matt Ruby and Frank Masciocchi. I am informed that, several times over the past weeks, process servers working for your firm have served legal papers intended for an Advanced Micro-Fabrication entity on Mr. Ruby and attempted to serve documents on Mr. Masciocchi. In order to avoid further discomfort to their families from late evening service, we request that, henceforward, any documents you wish to deliver to them be delivered to us at the following address:

    c/o Marc D. Peters
    Morrison & Foerster LLP
    755 Page Mill Road
    Palo Alto, CA 94304-1018

    We agree to accept any such papers on their behalf and agree that delivering the papers to us will have the same legal effect as having delivered them personally to either Mr. Ruby or Mr. Masciocchi.

    In reviewing the papers delivered to Mr. Ruby, I note that your client is apparently attempting to serve legal process. Please note that neither Mr. Ruby nor Mr. Masciocchi is an officer or authorized agent for the two corporate defendants you have sued: Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd., or Advanced Micro-Fabrication Equipment, Inc. Asia. Neither Mr. Ruby, nor Mr. Masciocchi, nor this firm is authorized to accept service on behalf of those entities.

sf-2407768

MORRISON | FOERSTER

Thomas F. Fitzpatrick
October 18, 2007
Page Two

      I also note that you have purported to set an emergency motion for hearing on November 6, 2007 and represented to the Court that that date presents an adequate time for the defendants to respond. I worry that you may not have informed the court that you have yet to effect service of process on any of the named defendants. I assume that you will re-notice your motion once you have served someone. Please confirm that this is what you intend to do.

      Yours truly,

*Harold J. McElhinny*

Harold J. McElhinny

sf-2407768