Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Greg H. Gardella
gardella@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696

Attorneys for Applied Materials, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants. | Case No. Case No.  CV 07-05248 JW <br><br> **[REVISED PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE** <br><br> Date:       November 20, 2007 <br> Time:       10:00 a.m. <br> Ctrm:       5 |

This matter came regularly before this Court on Plaintiff's Motion for Expedited Discovery, Inspection, and Preservation of Evidence.

Good cause appearing:

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Expedited Discovery, Inspection, and Preservation of Evidence is GRANTED.  Defendants are ordered to respond to Plaintiff's interrogatories and to produce the categories of documents set forth below within 30 days of this Order:

1.    All of Defendants' patent applications which have not yet been made public.  *See* Document Request No. 1 (Docket No. 4-2 at 5).

2.    All documents regarding the research and development of any matters disclosed in Defendants' following patent applications (*i.e.,* the patent applications which contain Applied trade secrets):  Chinese Patent Application No. 200510028563.2 filed on August 5, 2005; U.S. Patent Application No. 11/441,291, filed May 24, 2006; Japanese Patent Application No. 2006-214829, filed August 7, 2006; Chinese Patent Application No. 200510028564.7, filed on August 5, 2005; U.S. Patent Application No. 11/350,022, filed February 8, 2006; and Japanese Patent Application No. 2006213916, filed August 4, 2006.  *Id.*

3.    All documents showing the design and/or specifications for any of Defendants' CVD or Etch machines previously or currently being evaluated or offered for sale.  *Id.* at Request Nos. 11-13.

4.    All operating manuals for Defendants' CVD or Etch machines, and all documents regarding processes to be run on these AMEC machines, including any best known methods for such processes.  *Id.* at Request No. 10.

5.    All documents that Gerald Yin, Aihua Chen, Lee Luo and/or Ryoji Todaka provided to Defendants regarding Applied, Applied machines, Applied processes, and/or Applied trade secrets, and all Applied documents in Defendants' possession.  *Id.* at Request Nos. 2, 3 and 6.

1

1

2          Defendants are also ordered to provide access to independent computer consultants so that

3  the consultants may inspect and copy the computers, hard drives, digital storage devices, and email

4  accounts in the control and possession of Defendants.  Such access must be provided within 14

5  days from the date of this Order.  Defendants are hereby ordered to preserve such computers, hard

6  drives, digital storage devices, and email accounts in their current condition until such an inspection

7  can take place.  Defendants are ordered to immediately refrain from deleting files or otherwise

8  disturbing the current state of these computers, hard drives, digital storage devices, and email

9  accounts until the inspection and copying is complete.

10

11  Dated: _____                    _____

12                                             Magistrate Judge Patricia V. Trumbull
                                               United States District Court Judge
13                                             Northern District of California

14

15  LIBA/1844620.1

16

17

18

19

20

21

22

23

24

25

26

27

28

[REVISED PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION
OF EVIDENCE; Case No.  CV 07-05248 JW