Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Greg H. Gardella
gardella@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants | Case No. C 07 05248 JW <br><br> **MANUAL FILING NOTIFICATION OF DECLARATION OF NIR MERRY IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE** <br><br> Date: November 20, 2007 <br> Time: 10:00 a.m. <br> Ctrm: 5 |

1

MANUAL FILING NOTIFICATION OF DEC. OF NIR MERRY IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY
CASE NO. C07 05248 JW

1  RE: **DECLARATION OF NIR MERRY IN SUPPORT OF PLAINTIFF'S MOTION FOR**
2  **EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE**

3  This filing is in paper or physical form only, and is being maintained in the case file in the
4  Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.
5  For information on retrieving this filing directly from the court, please see the court's main web site
6  at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

7  This filing was not efiled for the following reason(s):
8  [  ] Voluminous Document (PDF file size larger than the efiling system allows)
9  [  ] Unable to Scan Documents
10 [  ] Physical Object (description):
11 [  ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
12 [X] Item Under Seal
13 [  ] Conformance with the Judicial Conference Privacy Policy (General Order 53)
14 [  ] Other (description):_____

| | |
|---|---|
| Dated: November 9, 2007 | Respectfully submitted, |
| | Applied Materials, Inc. |
| | By its attorneys, |

/s/ Thomas F. Fitzpatrick
Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Greg H. Gardella
gardella@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696

LIBA/1844687.1