Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Greg H. Gardella
gardella@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants. | Case No. Case No. CV 07-05248 JW <br><br> **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11, 7-12, AND 79-5 TO FILE DOCUMENTS UNDER SEAL** |

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL; Case No. CV 07-05248 JW        1

LIBA/1836964.1

Pursuant to Civil Local Rules 7-11, 7-12, and 79-5, Plaintiff Applied Materials, Inc. ("Applied") hereby requests that the Court order the filing under seal of the following documents:

- Declaration of Steve Shannon in Support of Plaintiff's Motion for Expedited Discovery, Inspection and Preservation of Evidence;
- Declaration of Nir Merry in Support of Plaintiff's Motion for Expedited Discovery, Inspection and Preservation of Evidence

The documents listed above discuss and describe Applied's confidential and trade secret information. Distribution of this information in the public domain will harm Applied by making confidential and trade secret information available to Applied's competitors.

Counsel of record for Defendants have been informed of this request and do not object to it.

A Proposed Order granting this request is submitted herewith.

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL; Case No. CV 07-05248 JW    2

LIBA/1836964.1

| | |
|---|---|
| Dated: November 9, 2007 | Respectfully submitted, |
| | Applied Materials, Inc. |
| | By its attorneys, |
| | |
| | /s/ Thomas F. Fitzpatrick |
| | Thomas F. Fitzpatrick |
| | tfitzpatrick@goodwinprocter.com |
| | GOODWIN PROCTER LLP |
| | 181 Lytton Avenue |
| | Palo Alto, CA 94301 |
| | Tel.: 650-752-3144 |
| | Fax: 650-853-1038 |
| | |
| | John C. Englander (*pro hac vice*) |
| | jenglander@goodwinprocter.com |
| | Douglas C. Doskocil (*pro hac vice*) |
| | ddoskocil@goodwinprocter.com |
| | Michael G. Strapp (*pro hac vice*) |
| | mstrapp@goodwinprocter.com |
| | GOODWIN PROCTER LLP |
| | 53 State Street |
| | Boston, Massachusetts 02109 |
| | Tel.: 617.570.1000 |
| | Fax: 617.523.1231 |
| | |
| | Greg H. Gardella |
| | gardella@fr.com |
| | FISH & RICHARDSON P.C. |
| | 60 South Sixth Street |
| | 3300 Dain Rauscher Plaza |
| | Minneapolis, MN 55402 |
| | Tel.: 612-335-5070 |
| | Fax: 612-288-9696 |

STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL; Case No. CV 07-05248 JW    3

LIBA/1836964.1