UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants. | Case No.: CV 07-05248 JW <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Pursuant to Plaintiff Applied Materials, Inc.'s Miscellaneous Administrative Request, the following documents shall be filed under seal and not placed in the public file in this action:

- Declaration of Steve Shannon in Support of Plaintiff's Motion for Expedited Discovery, Inspection and Preservation of Evidence;

- Declaration of Nir Merry in Support of Plaintiff's Motion for Expedited Discovery, Inspection and Preservation of Evidence.

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____                          _____
                                                 Magistrate Judge Patricia V. Trumbull
                                                 United States District Court Judge
                                                 Northern District of California

PROPOSED ORDER GRANTING ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL AND PROPOSED ORDER; Case No. Case No. CV 07-05248 JW      1

LIBA/1844586v1