1  Thomas F. Fitzpatrick
   tfitzpatrick@goodwinprocter.com
2  GOODWIN PROCTER LLP
   181 Lytton Avenue
3  Palo Alto, CA 94301
   Tel.: 650-752-3144
4  Fax: 650-853-1038

5  John C. Englander (*pro hac vice*)
   jenglander@goodwinprocter.com
6  Douglas C. Doskocil (*pro hac vice*)
   ddoskocil@goodwinprocter.com
7  Michael G. Strapp (*pro hac vice*)
   mstrapp@goodwinprocter.com
8  GOODWIN PROCTER LLP
   53 State Street
9  Boston, Massachusetts 02109
   Tel.: 617.570.1000
10 Fax: 617.523.1231

11 Greg H. Gardella
   gardella@fr.com
12 FISH & RICHARDSON P.C.
   60 South Sixth Street
13 3300 Dain Rauscher Plaza
   Minneapolis, MN 55402
14 Tel.: 612-335-5070
   Fax: 612-288-9696
15
   Attorneys for Applied Materials, Inc.
16
               **UNITED STATES DISTRICT COURT**
17             **NORTHERN DISTRICT OF CALIFORNIA**
               **SAN JOSE DIVISION**
18

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07-05248 JW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. | Date:  November 20, 2007<br>Time:  10:00 a.m.<br>Ctrm:  5 |
| Defendants. | |

1  I, Rachael Nelson, declare:

2      I am employed in the County of Santa Clara, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin|Procter LLP, 181 Lytton Avenue, Palo Alto, California 94301.

    On November 9, 2007, I served the following documents exactly entitled:

**DECLARATION OF STEVE SHANNON IN SUPPORT OF EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE**

**DECLARATION OF NIR MERRY IN SUPPORT OF EXPEDITED DISCOVERY, INSPECTION AND PRESERVATION OF EVIDENCE**

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Goodwin|Procter LLP, as follows:

| **VIA HAND DELIVERY**<br><br>Marc D. Peters, Esq.<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Email: mdpeters@mofo.com | |
|---|---|

[ ]    U.S. Mail: I am personally and readily familiar with the business practice of Goodwin|Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

[X]    HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ ]    FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

[ ]    EMAIL TRANSMISSION: I caused such document[s] to be sent by email transmission to the party(ies) indicated.

[ ]    OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day.

    I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on November 9, 2007, at Palo Alto, California.

*Rachael Nelson*
Rachael Nelson