Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
ddoskocil@goodwinprocter.com
mstrapp@goodwinprocter.com

Greg H. Gardella
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696
gardella@fr.com

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. CV 07-05248 JW |
| Plaintiff, | |
| v. | **MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING** |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. | |
| Defendants. | Date: November 20, 2007<br>Time: 10:00 a.m.<br>Ctrm: 5 |

Plaintiff Applied Materials, Inc. ("Applied") respectfully requests that the Court deny Defendants' Motion to Strike Declaration of Thomas F. Fitzpatrick ("Fitzpatrick Declaration") as moot.  The Fitzpatrick Declaration was submitted in support of Applied's Motion to Shorten Time for Hearing ("Motion to Shorten Time").  To the extent Defendants' Motion to Strike is based on the fact that Mr. Fitzpatrick, instead of Applied employees, submitted a declaration concerning Defendants' misappropriation of Applied trade secrets, Applied now submits, with its Reply in support of its Motion for Expedited Discovery, affidavits from Applied engineers.  Moreover, because the Court entered an Order on October 17, 2007, granting in part Plaintiff's Motion to Shorten Time, there is no need to address or resolve the issues raised in Defendants' Motion to Strike the Fitzpatrick Declaration that was submitted in support of the Motion to Shorten Time.

2

MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING; CASE NO. Case No. CV 07-05248 JW

Dated: November 9, 2007

Respectfully submitted,

Applied Materials, Inc.

By its attorneys,

/s/  Thomas F. Fitzpatrick
Thomas F. Fitzpatrick
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.:  650-752-3144
Fax:  650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander
Douglas C. Doskocil
Michael G. Strapp
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231
jenglander@goodwinprocter.com
ddoskocil@goodwinprocter.com
mstrapp@goodwinprocter.com

Greg H. Gardella
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.:  612-335-5070
Fax:  612-288-9696
ggardella@fr.com

3

MEMORANDUM IN OPPOSITION TO MOTION TO STRIKE DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF MOTION TO SHORTEN TIME FOR HEARING; CASE NO. Case No. CV 07-05248 JW