HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT
(SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>Defendants. | Case No.   C07 05248 JW (PVT)<br><br>**DECLARATION OF MARC DAVID PETERS IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE**<br><br>Date: November 20, 2007<br>Time:  10:00am.<br>Courtroom:  5<br>The Honorable Patricia Trumbull |

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
pa-1209090

1

I, Marc David Peters, do declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendant Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd.

2. Attached hereto as Exhibit A is a true and correct copy of published European Patent Application No. EP 1 215 7210 A2, filed December 11, 2001, and published June 19, 2002. Figures 1C and 14A show the use of three RF sources in a plasma chamber, which is also discussed in paragraphs **0051-0053** and **0416-0418** of the disclosure.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Published Patent Application No. 2005/0133163 A1, published June 23, 2005 and assigned to Applied Materials. The use of L-, π-, and T-networks in a matching network for a multi-frequency plasma chamber is disclosed in paragraph **0018**.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 6,500,266 B1, issued on December 31, 2002 to Applied Materials. Figure 3 shows a rotating heater in a CVD tool.

5. Attached hereto as Exhibit D is a true and correct copy of a September 20, 2001 EE Times article, entitled "Applied Materials lays off 2,000 workers."

6. Attached hereto as Exhibit E is a true and correct copy of a November 11, 2002 Electronic News article, entitled "Applied Materials axes jobs, wall street not worried."

7. Attached hereto as Exhibit F is a true and correct copy of a March 18, 2003 New York Times article, entitled "Applied Materials To Cut 2,000 Jobs."

8. Attached hereto as Exhibit G is a true and correct copy of an April 30, 2003 EE Times article, entitled "Applied names Intel exec as new president and CEO."

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
pa-1209090

2

1  I declare under penalty of perjury that to the best of my knowledge the foregoing is true
2  and correct. Executed on November 16, 2007, in Palo Alto, California.

                     /s/ Marc David Peters
                         Marc David Peters

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
pa-1209090

3