The New York Times
nytimes.com

March 18, 2003

# Technology Briefing | Hardware: Applied Materials To Cut 2,000 Jobs

Applied Materials, responding to the worst-ever slump in semiconductor equipment demand, said yesterday that it would close plants and cut 14 percent of its work force, or 2,000 jobs, its second major round of layoffs in five months. Applied Materials, which makes microchip production tools and is based in Santa Clara, Calif., said it expected to record up to $425 million in pretax charges over the next four quarters. The layoffs are in addition to an 11 percent cut in the work force that was announced in November. Worldwide chip equipment sales fell about 32 percent in 2002 from $28 billion in 2001. About 1,400 jobs will be cut in North America, with the rest elsewhere around the world. Certain operations in Santa Clara, Calif., and Austin, Tex., will also be consolidated, the company said.

Copyright 2007 The New York Times Company | Home | Privacy Policy | Search | Corrections | **XML** | Help | Contact Us | Work for Us | Back to Top

Peters Decl. Exh. F