HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT
(SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>  Defendants. | Case No.   C07 05248 JW (PVT)<br><br>**DECLARATION OF FRANK MASCIOCCHI IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE** |

DECLARATION OF FRANK MASCIOCCHI IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
tk-257811

1

1   I, Frank Maschiocchi, do declare as follows:

2   1.   I am the Vice President for Global Business of Advanced Micro-Fabrication Equipment Inc. I joined Advanced Micro-Fabrication Equipment Inc. in August of this year.

3   2.   Advanced Micro-Fabrication Equipment Inc. is the parent company of Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. and Advanced Micro-Fabrication Equipment, Inc., Asia.

4   3.   I am not an officer, managing agent, or employee of Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd., or Advanced Micro-Fabrication Equipment, Inc., Asia.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on November 16, 2007, in Shanghai, China.

*[signature: Frank P. Maschiocchi]*
Frank Maschiocchi

DECLARATION OF FRANK MASCHIOCCHI IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
tk-257811

2

**GENERAL ORDER 45 ATTESTATION**

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Matt Ruby In Support Of Opposition To Plaintiff's Motion To Expedite Discovery And Preserve Evidence. In compliance with General Order 45, X.B., I hereby attest that Frank Masciocchi has concurred in this filing.

    /s/ Marc David Peters
    Marc David Peters

DECLARATION OF FRANK MASCIOCCHI IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
tk-257811

3