1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION EQUIPMENT
11 (SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>　　　　　Defendants. | Case No.   C07 05248 JW (PVT)<br><br>**DECLARATION OF MATT RUBY IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE**<br><br>Date: November 20, 2007<br>Time:  10:00 a.m.<br>Courtroom:  5<br>The Honorable Patricia Trumbull |

DECLARATION OF MATT RUBY IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
tk-257810

1

I, Matt Ruby, do declare as follows:

1. I am the Vice President and General Counsel of Advanced Micro-Fabrication Equipment Inc. ("AMEC Inc."), a Cayman Islands corporation.

2. I am an attorney admitted to practice in the State of California and am aware of the duty and obligation to preserve documents in the context of litigation.

3. Upon learning that Applied Materials, Inc. ("Applied") filed a lawsuit, I distributed a document retention notice to all employees of AMEC Inc. and its subsidiaries, including Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. ("AMEC-Shanghai").

4. AMEC Inc. and its subsidiaries took appropriate steps to preserve evidence, electronic and otherwise, potentially relevant to Applied's claims. As part of these efforts, a leading independent security and risk management consultancy firm forensically imaged potentially relevant electronic documents at AMEC-Shanghai's facility, using globally accepted best practices for handling and imaging potentially responsive data. The electronic documents that were forensically imaged comprise the bulk of AMEC Inc.'s and its subsidiaries' files, and include:

   a. The live NAS (network-attached storage) file server environment, which is used to store AMEC Inc. and its subsidiaries' files including reports, presentations, photos, experiment data, meeting minutes, engineering designs, and other potentially relevant documents. These files have varying degrees of access control depending on the documents' sensitivity, meaning that the most sensitive files are only available to authorized employees based on business need.

   b. The live Microsoft Exchange email servers that store, manage, and process the email accounts of all individuals employed by AMEC Inc. and its subsidiaries.

   c. The storage server for 3-D CAD (computer aided design) files used to design products, as well as the supporting Oracle database server necessary for managing those files within a PLM (product lifecycle management) system.

DECLARATION OF MATT RUBY IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
tk-257810

2

      d.    Hard drives of the laptops and desktops ("PCs") used by those AMEC-Shanghai custodian employees who were formerly employed by Applied and are involved in the technical aspects of Etch and CVD technologies.

5. I understand that (a) the forensic images of the custodians' PCs are bit-stream copies of the custodians' hard drives and contain all files, associated metadata, and unallocated space, and (b) the various server images were taken live, and are images of the logical partitions containing files, associated metadata, and unallocated space of their respective logical partitions.

6. These forensic images have been stored at a secure location in Shanghai that cannot be accessed by employees of AMEC Inc. or its subsidiaries.

7. Given the wide scope of the forensic imaging that was undertaken, and the measures taken to secure those forensic images, I am confident that all potentially relevant documents have been copied and preserved and there is virtually no risk that these data will be lost.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on November 16, 2007, in Palo Alto, California.

*/s/ Matt Ruby*
Matt Ruby

DECLARATION OF MATT RUBY IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
tk-257810

3

**GENERAL ORDER 45 ATTESTATION**

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Matt Ruby In Support Of Opposition To Plaintiff's Motion To Expedite Discovery And Preserve Evidence. In compliance with General Order 45, X.B., I hereby attest that Matt Ruby has concurred in this filing.

       /s/ Marc David Peters
       Marc David Peters

DECLARATION OF MATT RUBY IN SUPPORT OF SUR-REPLY TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 JW (PVT)
tk-257810

4