UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., et al.,<br><br>           Defendants. | Case No.: C 07-5248 JW (PVT)<br><br>**ORDER DENYING MOTION FOR EXPEDITED DISCOVERY AND PRESERVATION OF EVIDENCE WITHOUT PREJUDICE TO RENEWED MOTION** |

Presently before the court is Plaintiff's motion for expedited discovery and preservation of evidence.[1] Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument. Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that Plaintiff's motion is DENIED. The motion requests leave to serve discovery that is directed at Defendants Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. and Advanced Micro-Fabrication Equipment, Inc. Asia (along with individuals who are no longer parties to this action). Plaintiff has not shown proper service of process on those to corporations, and thus this court is without jurisdiction either to grant expedited discovery as to them

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  or to order them to preserve evidence.

2      IT IS FURTHER ORDERED that this order is without prejudice to Plaintiff renewing this
3  motion after it properly serves either or both of the two aforementioned corporations with the
4  summons and complaint (or after any waiver of service by Defendant(s)).  This order is also without
5  prejudice to Plaintiff moving for expedited discovery as to the new Defendant, Advanced
6  Micro-Fabrication Equipment, Inc., ("AMEC, Inc.") if the parties are unable to reach agreement after
7  meeting and conferring regarding what information and documents are properly discoverable from
8  AMEC, Inc.  In connection with any such motion, Plaintiff shall submit the proposed discovery
9  requests and shall certify that it has disclosed to Defendants all trade secrets it is alleging have been
10 misappropriated.[2]

11 Dated: *11/19/07*

12                                 */s/ Patricia V. Trumbull*
                               PATRICIA V. TRUMBULL
13                                United States Magistrate Judge

---

28  [2]  At a minimum, this court finds the procedure set forth in California Code of Civil Procedure section 2019.210 to be a useful case management tool.

ORDER, *page 2*