| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | MARC DAVID PETERS (CA SBN 211725) |
| | MDPeters@mofo.com |
| 6 | DAVID M. ALBAN (CA SBN 238955) |
| | DAlban@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 8 | Palo Alto, CA 94304-1018 |
| | Telephone: 650-813-5600 |
| 9 | Facsimile: 650-494-0792 |
| 10 | Attorneys for Defendant |
| | ADVANCED MICRO-FABRICATION EQUIPMENT INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLIED MATERIALS, INC., | | Case No. C07 05248 JW |
| Plaintiff, | | **STIPULATED EXTENSION FOR AMEC INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| v. | | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. | | |
| Defendants. | | |

# STIPULATION

Plaintiff Applied Materials Inc. and Defendant Advanced Micro-Fabrication Equipment Inc. stipulate to extend the time to November 30, 2007 for Advanced Micro-Fabrication Equipment Inc. to respond to Applied's First Amended Complaint. This change will not alter the date of any event or any deadline already fixed by Court order.

Dated: November 20, 2007

MARC DAVID PETERS
MORRISON & FOERSTER LLP

By: /s/ Marc David Peters
Marc David Peters

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT INC.

Dated: November 20, 2007

THOMAS FITZPATRICK
GOODWIN PROCTER LLP

By: /s/ Thomas Fitzpatrick
Thomas Fitzpatrick

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

# GENERAL ORDER 45 ATTESTATION

I, Marc Peters, am the ECF User whose ID and password are being used to file the Stipulated Extension For AMEC Inc. To Respond To The First Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Thomas Fitzpatrick has concurred in this filing.

/s/ Marc David Peters
Marc David Peters