1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone: 650-813-5600
9  Facsimile: 650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C07 05248 JW (PVT) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADVANCED MICRO-FABRICATION EQUIPMENT INC.'S MOTION TO DISMISS** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., | Date:         January 7, 2008<br>Time:         9:00 a.m.<br>Courtroom:  8, 4th Floor |
| Defendants. | |

1   This matter comes before the Court on Advanced Micro-Fabrication Equipment, Inc.'s
2  Motion To Dismiss. Having considered the arguments and evidence submitted and for good
3  cause appearing:
4   IT IS HEREBY ORDERED THAT Advanced Micro-Fabrication Equipment, Inc.'s
5  Motion To Dismiss is GRANTED. Applied Materials, Inc.'s second, third, and fourth causes of
6  action against Advanced Micro-Fabrication Equipment, Inc. are DISMISSED with prejudice.
7  Applied Materials, Inc.'s first cause of action against Advanced Micro-Fabrication Equipment,
8  Inc. is DISMISSED. Should Applied Materials, Inc. wish to pursue a claim for trade secret
9  misappropriation against Advanced Micro-Fabrication Equipment, Inc., Applied Materials Inc. is
10  directed to file such claim in China.

Dated: _____

_____
Honorable Judge James Ware
United States District Court Judge
Northern District of California