HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>                    Defendants. | Case No.   C07 05248 JW (PVT)<br><br>**DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT INC.'S MOTION TO DISMISS**<br><br>Date:              January 7, 2008<br>Time:             9:00 a.m.<br>Courtroom:     8, 4th Floor |

I, Marc David Peters, do declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendant Advanced Micro-Fabrication Equipment, Inc.

2. Attached hereto as Exhibit A is a true and correct copy of a webpage available at http://www.tsmc.com/english/a_about/a01_profile/a0102_overview.htm, printed on November 29, 2007, which states that TSMC is the world's largest dedicated semiconductor foundry with fab operations in Taiwan, Washington State, Singapore, and Shanghai.

3. Attached hereto as Exhibit B is a true and correct copy of a webpage available at http://www.smics.com/website/enVersion/About_SMIC/aboutUs.htm, printed on November 29, 2007, which states that SMIC is one of the largest semiconductor foundries in the world, with fabs in Shanghai, Beijing, Tianjin, and Chengdu.

4. Attached hereto as Exhibit C is a true and correct copy of a webpage available at http://www.umc.com.tw/English/about/o_1.asp, printed on November 29, 2007, which states that UMC, a world-leading semiconductor foundry, has fabs located in Taiwan and Singapore.

5. Attached hereto as Exhibit D is a true and correct copy of a brochure, entitled Samsung Semiconductor Foundry, which states that Samsung has built a new 350-acre fab in Giheung, South Korea.

6. Attached hereto as Exhibit E is a true and correct copy of pages excerpted from Applied Materials' Form 10-K, dated December 14, 2006, which shows that the majority of Applied's semiconductor equipment net sales is derived from customers' Asian facilities.

1   7. Attached hereto as Exhibit F is a true and correct copy of the transmittal forms for U.S. Patent Application Nos. 11/441,291 and 11/350,022, showing them to have been filed by George Grigel, and a printout of Mr. Grigel's contact information from the USPTO's Office of Enrollment and Discipline, available at http://des.uspto.gov/OEDCI/details.do?regisNum=31166, printed on November 30, 2007, showing that Mr. Grigel is based in Spokane, Washington.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on November 30, 2007, in Palo Alto, California.

                               /s/ Marc David Peters  
                               Marc David Peters