1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF AMEC-INC.'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
pa-1211577



Taiwan Semiconductor Manufacturing Company Limited



**About TSMC**

Home > About TSMC > Company Profile > **Company Overview** Nov. 29, 2007 繁中 │ 简中 │ 日本語

- **Company Profile**
  - Company Overview
  - Executives
  - Vision and Values
  - Board of Directors
- Quality Policy
- siness Contacts
- Worldwide Manufacturing
- TSMC Foundation
- TSMC Literature
- Annual Reports
- Environmental, Safety and Health

- Member Login
- TSMC-Online<sup>SM</sup>
- Contact Us
- Search

### Company Overview

Established in 1987, TSMC is the world's largest dedicated semiconductor foundry. As the founder and leader of this industry, TSMC has built its reputation on offering advanced wafer production processes and unparalleled manufacturing efficiency. From its inception, TSMC has consistently offered the foundry industry's leading technologies to its customers. The company's manufacturing capacity exceeds 7 million 8-inch equivalent wafers in 2006, while its revenues represent some 50% of the dedicated foundry segment in the semiconductor industry.

In 2002, TSMC became the first semiconductor foundry to enter the ranks of the top 10 IC companies in terms of worldwide sales. It continues to move up and is ranked number sixth in 2006 according to the IC insight research report on March 15, 2007.

As the first dedicated foundry, TSMC has consistently experienced strong growth by building solid partnerships with its customers, large and small. IC suppliers from around the world trust TSMC with their manufacturing needs, due to its unique integration of cutting-edge process technologies, pioneering design services, manufacturing productivity and product quality.

TSMC operates two advanced 300mm wafer fabs, four 8-inch wafer fabs, and one 6-inch wafer fab. Fab operations are centralized in Taiwan, primarily in the Hsinchu Science Park and the Tainan Science Park. TSMC fabs are also located in Camas, Washington (WaferTech), Singapore (SSMC, a joint venture with NXP Semiconductors), and Shanghai, China.

TSMC's headquarters is located in the Hsinchu Science Park, with account management and engineering service offices in China, India, Japan, Korea, the Netherlands, Taiwan and the United States. The company is listed on the Taiwan Stock Exchange (TSE) and on the New York Stock Exchange (NYSE) under the trading symbol of TSM.

l FAQ l My Subscriptions l Site Map l Contact Us l Privacy Policy l Legal Notice & Trademark Information |
Copyright© Taiwan Semiconductor Manufacturing Company Limited 2002-2006, All Rights Reserved. Best Viewed in MSIE.