1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit C

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF AMEC-INC.'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
pa-1211577

**General Info**

UMC Overview

UMC Facts

Quality Policy

Management

**Services**

**Corporate Social Responsibility**

**Press Room**

## General information

### About UMC

UMC is a world-leading semiconductor foundry, specializing in the contract manufacturing of customer designed ICs for high performance semiconductor applications. Its position as the foundry industry technology leader has been a major contributing factor to its rapid growth. UMC delivers the cutting-edge foundry technologies that enable sophisticated system-on-chip (SoC) designs, including 0.13um copper, 90nm copper, and mixed signal/RFCMOS. In addition, UMC is a leader in 300mm manufacturing with strategically located 300mm fabs to serve our global customer base: Fab 12A in Taiwan and Fab 12i in Singapore. UMC employs over 12,000 people worldwide and has offices in Taiwan, Japan, Singapore, Europe, and the United States.

**The SoC Solution Foundry**

The increasing complexity of 90nm and beyond technologies has impacted the entire chip industry, as ICs can now be designed with greater gate density and higher performance while incorporating the functions of an entire system.

These new System on Chip (SoC) designs have created a whole new market of "smart" products such as today's proliferating 3G cell phones, which have decreased in size while greatly increasing in functionality.

UMC collaborates closely with customers as well as partners throughout the entire supply chain, including equipment, EDA tool, and IP vendors to work synergistically towards each customer's SoC silicon success. We also possess the required knowledge in system design and architecture necessary to properly integrate SOC designs with advanced process technologies and IP. The result is a greater chance of first pass silicon success for today's SoC designs.

UMC's complete foundry SoC solution starts from a common logic-based platform, where designers can choose the process technology and transistor options that best fit their application. From there, technologies such as RFCMOS and embedded Flash can be used to further fine-tune the process for customers' individual needs. Furthermore, as IP has become a critical resource for today's SoCs, we have worked to provide basic SoC design building blocks as well as more complex IP that are optimized for portability and cost, developed both internally and from third party partners.

With advanced technology, a broad IP portfolio, system knowledge, and advanced 300mm manufacturing, UMC offers complete SoC foundry solutions to deliver successful results in a timely fashion.

© 2006 UMC (United Microelectronics Corporation). All rights reserved.