# Exhibit D

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF AMEC-INC.'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
pa-1211577




# Samsung Semiconductor Foundry

Design Expertise, Leading-Edge Processes, Comprehensive Service and Capacity Assurance to Enable Rapid Production of Advanced Logic ICs




# The Best of Both Worlds: IDM and Pure-Play Foundry



For fabless semiconductor companies staking their future success on advanced chips requiring 65nm process technology and beyond, selecting the right manufacturer has become a make-or-break decision.

Can the manufacturer support DFM? Are its processes and equipment advanced enough to efficiently make high-performance chips on 300mm wafers? Will it guarantee manufacturing capacity on a timely basis? Is a customer's IP thoroughly protected? Samsung's dedicated logic foundry – aimed at manufacturing advanced IC designs – combines the key benefits of an IDM and a pure-play foundry. Customers have access to the deep design and process expertise of an IDM with the security, capacity assurance and extensive services of a pure-play foundry.

With the cost of building a deep sub-micron 300mm fab now in excess of $3 billion, it's no surprise that semiconductor companies increasingly choose a fabless or "fab-light" business model. As the world's second-largest semiconductor manufacturer and the leader in key markets like memory, Samsung pours billions of dollars into new fabs annually and also makes considerable investments in R&D. As a result, the company is known for its commitment to ongoing innovation in both products and processes. With demand for foundry services expanding, Samsung is leveraging its broad expertise in its new logic foundry and expects this business to become another corporate growth engine.

## A New Foundry Paradigm Focused on Advanced Technologies

Samsung's vision for its new logic foundry is to serve both fabless and IDM semiconductor companies making leading-edge products on 300mm wafers. Very few other companies can compete with Samsung's deep manufacturing expertise and financial strength in this area. Already in production are 90nm processes including generic, low-power, embedded memory and RF-CMOS options. In addition, jointly developed generic and low-power 65nm processes are available along with the initial design kits for 45nm. Rather than competing with other foundries to build older legacy products, Samsung's focus is on providing capacity in this high-end segment of the market.

In the fast-growing 65nm arena, complicated designs dictate the need for a close engineering partnership between customers and their foundry. This plays into Samsung's technical strengths and superior manufacturing capabilities. For example, Samsung offers a broad DFM solution covering design through mask making that is shared with its Common Platform partners. In addition, Samsung can deliver benefits such as a world-class mask shop, a broad manufacturing infrastructure and proven yield-enhancement programs.

## Samsung's Full-Service Foundry Solution

**START ENGAGEMENT**

**TECHNICAL REQUIREMENTS**
Detailed, expert-level technical disscusions
Clear understanding of customer requirements

**DESIGN SUPPORT**
Design Kits
Libraries and IP
Design services and DFM

**EXPEDITED PROTOTYPING & SHUTTLES**
In-house mask making for fast TAT
Super hot lot prototyping service
Cost-effective prototyping & IP verification shuttles

**HIGH-VOLUME MANUFACTURING**
300mm capacity
VDSM high-volume production experience
Aggressive yield improvement methods

**WAFER-LEVEL TESTING**
Wafer sort
Quality and realibility expertise
Fully equipped failure analysis labs

**BUMPING, ASSEMBLY & FINAL TEST**
Turn-key management

**SHIP PRODUCTS**







## Doing Whatever It Takes to Serve Customers

Samsung's foundry operation is in stark contrast to the IDM "fab-filler" approach sometimes seen in the past. Key elements of Samsung's logic foundry business include:

- **New plant** – Containing advanced 90, 65 and 45nm production equipment, the foundry opened in mid-2005 in Giheung, South Korea, to serve foundry customers with leading-edge, high-volume manufacturing services.

- **Capacity assurance** – The foundry team – which is independent from Samsung's own fab operations -- defines contractual capacity terms with customers to their satisfaction and is committed to expand capacity as demand grows.

- **Partnerships for multi-sourcing** – Along with IBM and Chartered Semiconductor, Samsung is a Common Platform supplier. The three companies provide worldwide multi-sourcing of the same product design to meet customer needs, without any redesigning required.

- **Advanced process technology availability** – In addition to its own significant process R&D investments, Samsung is actively involved in many joint research and development alliances, including the Common Platform with IBM and Chartered Semiconductor. As a result, Samsung foundry customers can design innovative products built on the most advanced process platforms.

- **Design IP availability** – Samsung has an extensive portfolio of libraries and IP that is available to customers, particularly in the embedded memory and mixed signal areas, including licensed IP from leading companies such as ARM cores. Third-party libraries and IP are also available through the Common Platform partnership.

- **Extensive customer support** – From the initial engagement to volume manufacturing, Samsung's business, engineering and logistics teams are focused on full customer satisfaction.

- **Customer IP protection** – Samsung has put firewalls and strict security systems in place to ensure that no unauthorized individuals have any access to customer IP. Customers can audit the system at any time.

- **Long-term commitment**  – Samsung has made the investments in facilities, personnel and time in order for its foundry to succeed over the long term by satisfying customers. The company's executive-level commitment and financial strength are the backbone enabling this approach.

## Samsung's New S1 Logic Foundry

Located on a 350-acre site in Giheung, South Korea, the foundry was built in just 15 months and opened in May, 2005. It has a round-the-clock staff that includes 400 engineers as well as dedicated resources for design, DFM, product engineering, test, failure analysis and reliability. Production is now at 26,000 wafers per month, which will continue to ramp up to meet demand. The plant produces advanced logic chip solutions – including those with embeded memory –  RF-CMOS chips and other sophisticated ICs.



### SAMSUNG 130nm/90nm/65nm IP SOLUTIONS

**Standard Cell Library**

Generic Process
- Multi Vth (HVT, RVT, LVT, eMPU)
- MTCMOS
- Over Drive (RVT, LVT)

Low-Power Process
- Multi Vth (SHVT, HVT, RVT, LVT)
- MTCMOS

**CPUs and DSPs**

ARM7TDMI-S
ARM946E-S
ARM926EJ-S
ARM966E-S
ARM1136J-S
ARM156T2-S
ARM1176JZ-S
ARM11 MPCore
ETM7/ETM9/ETM10/ETM11
Teak/TeakLite
Cortex-A8/Cortex-M3

**Multimedia**

MPEG4/H.264
2D/3D Engine
JPEG Codec
MP3/AAC
NTSC/PAL Encoder

**Memories**

Single-Port SRAM (HD, LP)
Dual-Port SRAM (HD, LP)
Register File (1RW, 1R1W)
Redundancy SRAM
ROM (Via)
eDRAM

**High-speed Interfaces (PHY)**

USB2.0/OTG (UTMI + L3)
8G Universal SerDes ( 2~8G FC/ SAS/SATA)
PCIe
3G Serial ATA
DDR2, GDDR3, mDDR
1.05 Gbps LVDS Rx/Tx
subLVDS Rx/Tx
HDMI Tx

**General & Special-purpose I/O**

LVCMOS (In-line, STG, CUP)
SSTL2/SSTL18
USB1.1 Transceiver
mini-LVDS
RSDS
WiseBus
PCI/PCI-X

**Analog Cores**

ADC/DAC/AFE
Audio DAC/CODEC
Class-AB/Class-D Amp.
PLL/DLL
Power Management (DC-DC Converter/Regulator)

**High-speed Interfaces ( Link)**

USB HS OTG/Device/Host
S-ATA
10/100M Ethernet
MAC+BDMA
IEEE1394a
PCI Device/Bridge

**AMBA-based Peripherals**

AMBA-2.0/3.0-based Peripherals
Memory Controller (SDRAM/ SRAM/NOR/NAND)
Multimedia Card Interface

---

*Samsung's logic foundry combines the key benefits of an IDM and a pure-play foundry. Customers have access to the deep design and process expertise of an IDM with the security, capacity assurance and extensive services of a pure-play foundry.*

*For more information, send email inquiries to: foundry@ssi.samsung.com.*



**Samsung Semiconductor, Inc.**
3655 North First Street  |  San Jose, CA 95134-1713  |  408-544-4000
www.samsung.com/Products/Semiconductor

The appearance of all products, dates, figures, diagrams and tables are subject to change at anytime, without notice.
© 2006  Samsung Electronics is a registered trademark of Samsung Electronics Co. Ltd.
All other names and brands are the property of their respective owners.

BRO-06-SLSI-002            PRINTED 11/06