1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit E



# FORM 10-K

## APPLIED MATERIALS INC /DE - amat

**Filed: December 14, 2006 (period: October 29, 2006)**

Annual report which provides a comprehensive overview of the company for the past year

Quarterly and full fiscal year financial information was as follows:

| | First | Second | Third | Fourth | Fiscal Year |
|---|---|---|---|---|---|
| | | **Fiscal Quarter** | | | |
| | | (In millions, except per share amounts) | | | |
| **2004:** | | | | | |
| New orders | $ 1,683 | $ 2,214 | $ 2,462 | $ 2,623 | $ 8,982 |
| Net sales | $ 1,556 | $ 2,018 | $ 2,236 | $ 2,203 | $ 8,013 |
| Gross margin | $ 676 | $ 939 | $ 1,059 | $ 1,027 | $ 3,701 |
| Net income | $ 82 | $ 373 | $ 441 | $ 455 | $ 1,351 |
| Earnings per share | $ 0.05 | $ 0.22 | $ 0.26 | $ 0.27 | $ 0.78 |
| **2005:** | | | | | |
| New orders | $ 1,675 | $ 1,553 | $ 1,468 | $ 1,693 | $ 6,389 |
| Net sales | $ 1,781 | $ 1,861 | $ 1,632 | $ 1,718 | $ 6,992 |
| Gross margin | $ 790 | $ 818 | $ 717 | $ 761 | $ 3,086 |
| Net income | $ 289 | $ 305 | $ 370 | $ 246 | $ 1,210 |
| Earnings per share | $ 0.17 | $ 0.18 | $ 0.23 | $ 0.15 | $ 0.73 |
| **2006:** | | | | | |
| New orders | $ 2,041 | $ 2,488 | $ 2,670 | $ 2,688 | $ 9,888 |
| Net sales | $ 1,858 | $ 2,248 | $ 2,543 | $ 2,518 | $ 9,167 |
| Gross margin | $ 838 | $ 1,045 | $ 1,223 | $ 1,186 | $ 4,292 |
| Net income | $ 143 | $ 413 | $ 512 | $ 449 | $ 1,517 |
| Earnings per share | $ 0.09 | $ 0.26 | $ 0.33 | $ 0.30 | $ 0.97 |

Net sales by geographic region, which were attributed to the location of customers' facilities, were as follows:

| Fiscal Year | 2004 | 2005 | 2006 |
|---|---|---|---|
| | | (In millions) | |
| Taiwan | $ 2,006 | $ 1,608 | $ 2,079 |
| North America(1) | 1,337 | 1,472 | 1,708 |
| Korea | 879 | 1,021 | 1,699 |
| Japan | 1,417 | 1,396 | 1,518 |
| Asia-Pacific(2) | 1,580 | 612 | 1,157 |
| Europe | 794 | 883 | 1,006 |
| | $ 8,013 | $ 6,992 | $ 9,167 |

(1) Primarily the United States.
(2) Includes China.

New orders increased to $9.0 billion for fiscal 2004, reflecting a broad-based increase in capital investment in 300mm technology to meet rising demand for chips and flat panel displays. Following the new order trends, net sales increased to $8.0 billion in fiscal 2004, reflecting the fulfillment of higher levels of orders for capital equipment received in prior quarters to support customers' manufacturing capacity expansion and new technology requirements.

New orders for fiscal 2005 decreased 29 percent, from $9.0 billion in the prior year to $6.4 billion, as semiconductor manufacturers reduced their capital investments to align inventories with demand. Following the trend of decreasing orders during fiscal 2005, net sales decreased by 13 percent from $8.0 billion for fiscal 2004 to $7.0 billion for fiscal 2005, reflecting lower demand for semiconductor products.

Source: APPLIED MATERIALS IN, 10-K, December 14, 2006