1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit F

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF AMEC-INC.'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
pa-1211577

EV850817641

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Doc Code:

| | |
|---|---|
| **UTILITY PATENT APPLICATION TRANSMITTAL** *(Only for new nonprovisional applications under 37 CFR 1.53(b))* | Attorney Docket No.: AD25-005 |
| | First Inventor: AiHua Chen |
| | Title: Method and Apparatus for Processing Semiconductor Work Pieces |
| | Express Mail Label: EV 850817641 US |

## APPLICATION ELEMENTS
See MPEP chapter 600 concerning utility patent application contents.

ADDRESS TO: Commissioner for Patents
P. O. Box 1450
Alexandria VA 22313-1450

1. [✓] **Fee Transmittal Form** (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. [✓] **Applicant claims small entity status.** See 37 CFR 1.27.
3. [✓] **Specification** [Total 41]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [✓] **Drawing(s)** (35 U.S.C.) [Total Sheets 15]
5. Oath or Declaration [Total Sheets 4]
   a. [✓] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) name in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [ ] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission** (if applicable, items a. - c. are required)
   a. Computer Readable Form (CRF)
      i. [ ] Computer Readable Form (CRF)
      ii. [ ] Transfer Request (37 CFR 1.821(e))
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

9. [✓] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee: Advanced Micro-Fabrication Equipment, Inc. Asia
10. [ ] **37 CFR 3.73(b) Statement** (when there is an assignee)   [ ] **Power of Attorney**
11. [✓] **English Translation Document** (if applicable)
12. [✓] **Information Disclosure Statement** (PTO/SB/08 or)
    [ ] Copies of foreign patent documents, publications, & other information
13. [ ] **Preliminary Amendment**
14. [✓] **Return Receipt Postcard** (MPEP 503)
    (Should be specifically itemized)
15. [✓] **Certified Copy of Priority Document(s)** (if foreign priority is claimed)
16. [ ] **Nonpublication Request** under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
17. [✓] Other: Check; 2 Small Entity Statements (Ind. Inv. & Small Business)

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
    [ ] Continuation  [ ] Divisional  [ ] Continuation-in-part (CIP)  of prior application No.: _____
    Prior application information:   Examiner _____   Art Unit: _____

### 19. CORRESPONDENCE ADDRESS

[✓] The address associated with Customer Number: 021567   OR   [ ] Correspondence address below

| Name | |
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email Address | |

Signature: [signed]   Date: 24 May 2006
Name (Print/Type): George G. Grigel   Registration No. (Attorney/Agent): 31,166

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/05 (05-05)
Approved for use through 07/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Doc Code:

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | AD25-003 |
| First Inventor | Yaomin Xia |
| Title | RF Matching Network of a Vacuum Processing Chamber and Corresponding Configuration Methods |
| Express Mail Label | EV 550716446 US |

**APPLICATION ELEMENTS**
See MPEP chapter 600 concerning utility patent application contents.

ADDRESS TO: Commissioner for Patents
P. O. Box 1450
Alexandria VA 22313-1450

1. [✓] **Fee Transmittal Form** (e.g., PTO/SB/17)
   (Submit an original and a duplicate for fee processing)
2. [✓] **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. [✓] **Specification** [Total 26]
   Both the claims and abstract must start on a new page
   (For information on the preferred arrangement, see MPEP 608.01(a))
4. [✓] **Drawing(s)** (35 U.S.C.) [Total Sheets 6]
5. Oath or Declaration [Total Sheets 3]
   a. [✓] Newly executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR 1.63(d))
      (for continuation/divisional with Box 18 completed)
      i. [ ] DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) name in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. [ ] **Application Data Sheet.** See 37 CFR 1.76
7. [ ] **CD-ROM or CD-R** in duplicate, large table or Computer Program (Appendix)
   [ ] Landscape Table on CD
8. Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, items a. - c. are required)
   a. Computer Readable Form (CRF)
      i. [ ] Computer Readable Form (CRF)
      ii. [ ] Transfer Request (37 CFR 1.821(e))
   b. Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [ ] Paper
   c. [ ] Statements verifying identity of above copies

**ACCOMPANYING APPLICATION PARTS**

9. [✓] **Assignment Papers** (cover sheet & document(s))
   Name of Assignee  Advanced Micro-Fabrication Equipment, Inc. Asia
10. [ ] **37 CFR 3.73(b) Statement**   [ ] **Power of Attorney**
    (when there is an assignee)
11. [✓] **English Translation Document** (if applicable)
12. [✓] **Information Disclosure Statement** (PTO/SB/08 or
    [ ] Copies of foreign patent documents, publications, & other information
13. [ ] **Preliminary Amendment**
14. [✓] **Return Receipt Postcard** (MPEP 503)
    (Should be specifically itemized)
15. [✓] **Certified Copy of Priority Document(s)**
    (if foreign priority is claimed)
16. [ ] **Nonpublication Request** under 35 U.S.C. 122 (b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
17. [✓] **Other:** Check; 2 Small Entity Statements (Independent Inventor & Small Business)

18. If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in the first sentence of the specification following the title, or in an Application Data Sheet under 37 CFR 1.76:
[ ] Continuation   [ ] Divisional   [ ] Continuation-in-part (CIP)   of prior application No.: _____
Prior application information:   Examiner _____   Art Unit: _____

### 19. CORRESPONDENCE ADDRESS

[✓] The address associated with Customer Number: 021567   OR   [ ] Correspondence address below

| Name | |
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email Address | |

| Signature | *(signed)* | Date | 8 Feb 06 |
| Name (Print/Type) | George G. Grigel | Registration No. (Attorney/Agent) | 31,166 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*





**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Boards & Counsel** > **OED** > **Patent Attorney/Agent Search** > **Search Results** > **Detailed Information**

| | |
|---|---|
| **Last Name** | Grigel |
| **First Name** | George |
| **Middle Name** | G |
| **Suffix** | |
| **Firm Name** | Wells St John PS |
| **Address** | 601 W First Ave Ste 1300 |
| **City** | Spokane |
| **State/Province** | WA |
| **Postal Code** | 99201 |
| **Country** | US |
| **Primary Telephone** | (509) 624-4276 |
| **Registration Number** | 31166 |
| **Attorney/Agent** | ATTORNEY |
| **Date Registered as Agent** | 12/30/1983 |
| **Date Registered as Attorney** | 10/06/1986 |

**Data extracted on Fri Nov 30 17:09:02 EST 2007**

| .**HOME** | **INDEX**| **SEARCH** | *e***BUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**

Last Modified: 11/30/2007 EST