**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ET AL.,<br><br>      Defendant(s).<br>_____/ | No. C 07-05248 JW<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed for January 7, 2008 at 9:00 AM has been reset to **February 11, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: December 12, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:     /s/
      Elizabeth Garcia
      Courtroom Deputy