[APPEARANCES LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC.<br>        Defendants. | Case No. C07 05248 JW (PVT)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON MOTION OF PLAINTIFF APPLIED MATERIALS TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**<br><br>Date:    January 8, 2008<br>Time    10:00 a.m.<br>Dept:    Mag. Judge Patricia Trumbull |

      Pursuant to Local Rules 6-2 and 7-12, Plaintiff Applied Materials, Inc. ("Applied") requests that the Court hear Applied's concurrently filed Motion To Enter Confidentiality Order and Interim Protective Order on January 8, 2008, with Defendants to file their opposition on or before December 24, 2007 and Applied to file a Reply on or before January 4, 2008. Defendants Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd., Advanced Micro-Fabrication Equipment Inc., Asia and Advanced Micro-Fabrication Equipment Inc., ("the Defendants")

1 stipulate to the requested hearing date of January 8, 2008 and the proposed briefing schedule. This
2 joint stipulation is accompanied by the declaration of Thomas F. Fitzpatrick ("Fitzpatrick
3 Declaration") which sets forth with particularity the reasons for the requested shortening of time
4 and change in the briefing schedule and describes the effect the requested time modification would
5 have on the schedule for the case.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: December 14, 2007

| APPLIED MATERIALS, INC. | ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, AND ADVANCED MICRO-FABRICATION EQUIPMENT INC. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Thomas F. Fitzpatrick | /s/ Harold J. McElhinny |
| Thomas F. Fitzpatrick<br>tfitzpatrick@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>181 Lytton Avenue<br>Palo Alto, CA 94301<br>Tel.: 650-752-3144<br>Fax: 650-853-1038<br><br>John C. Englander (*pro hac vice*)<br>jenglander@goodwinprocter.com<br>Douglas C. Doskocil (*pro hac vice*)<br>ddoskocil@goodwinprocter.com<br>Michael G. Strapp (*pro hac vice*)<br>mstrapp@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231<br><br>Greg H. Gardella<br>gardella@fr.com<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street<br>3300 Dain Rauscher Plaza<br>Minneapolis, MN 55402<br>Tel.: 612-335-5070<br>Fax: 612-288-9696<br><br>Attorneys for Plaintiff<br>APPLIED MATERIALS, INC. | Harold J. McElhinny<br>hmcelhinny@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel.: 415-268-7000<br>Fax: 415-268-7522<br><br>Marc David Peters<br>mdpeters@mofo.com<br>David M. Alban<br>dalban@mofo.com<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Tel.: 650-813-5600<br>Fax: 650-494-0792<br><br>Attorneys for Defendants<br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. |

**GENERAL ORDER 45 ATTESTATION**

I, Thomas F. Fitzpatrick, am the ECF User whose ID and password are being used to file the Stipulation and [Proposed] Order Shortening Time for Briefing and Hearing on Motion of Plaintiff Applied Materials to Enter Confidentiality Order and Interim Protective Order. In compliance with General Order 45, X.B., I hereby attest that Harold J. McElhinny has concurred in this filing.

/s/ Thomas F. Fitzpatrick
Thomas F. Fitzpatrick

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____, 2007      _____
                                      Honorable Patricia V. Trumbull
                                      U.S. District Magistrate Judge