Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Greg H. Gardella
gardella@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. CV 07-05248 JW |
| Plaintiff, | **DECLARATION OF THOMAS F. FITZPATRICK IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON MOTION OF PLAINTIFF APPLIED MATERIALS TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. | |
| Defendants. | |

I, Thomas F. Fitzpatrick, hereby declare and state as follows:

1. I am a partner in the law firm of Goodwin Procter LLP and am admitted to practice in the Federal Bar in the Northern District of California. I am counsel of record for Plaintiff Applied Materials, Inc. ("Applied").

2. I submit this declaration in support of the parties' Joint Stipulation Regarding Applied's Motion to Enter Confidentiality Order and Interim Protective Order. I make this declaration of my own personal knowledge.

3. In the Court's Order of November 19, 2007 denying, without prejudice, Applied's Motion for Expedited Discovery, the Court directed Applied to "disclose[] to defendants all trade secrets it is alleging have been misappropriated."

4. In order to provide Defendants with Applied's trade secret list, and in order for the parties to exchange documents and information, the trade secret list and the information have to be protected. The parties have conferred at length regarding the manner in which Applied's trade secret list and the parties' documents and information should be protected, but have been unable to reach agreement.

5. In an effort to comply with the Court's Order of November 19, 2007, Applied respectfully requests that the Court resolve the parties' dispute regarding the confidentiality of Applied's trade secret list and the other documents and information to be exchanged in this case as expeditiously as possible.

6. Counsel for Applied and Defendants agree that the hearing date for the Motion to Enter Confidentiality Order and Interim Protective Order should be set for January 8, 2008. Counsel have also agreed that Defendant's Opposition Brief should now be filed on or before December 24, 2007, and that Applied's Reply Brief should be filed on or before January 4, 2008.

7. The requested time modification will not have an impact on the schedule for this case as the case is still in its preliminary stages and the Court has yet to hold a scheduling conference.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th
2  day of December, 2007.

3

4                                        /s/ Thomas F. Fitzpatrick
                                         Thomas F. Fitzpatrick
5

3
FITZPATRICK DECLARATION IN SUPPORT OF JOINT STIPULATION REGARDING MOTION TO ENTER
CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER; CASE NO. CV 07-05248 JW
LIBA/1852687.1