UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVANCED MICRO-FABRICATION ) <br> EQUIPMENT (SHANGHAI) CO., LTD., et ) <br> al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 07-5248 JW (PVT) <br><br> **INTERIM ORDER RE MOTION TO ENTER CONFIDENTIALITY ORDER;** <br><br> **AND** <br><br> **ORDER DENYING JOINT STIPULATED REQUEST FOR ORDER SHORTENING TIME** |

On December 14, 2007, Plaintiff filed a Motion to Enter Confidentiality Order and Interim Protective Order, along with a stipulated request to shorten time for hearing that motion.[1] Having reviewed the papers submitted by Plaintiff, the court finds it appropriate to issue this interim order. Based on the papers submitted and the file herein,

IT IS HEREBY ORDERED that, pending resolution of Plaintiff's Motion to Enter Confidentiality Order, Plaintiff's trade secret list shall be treated as "Attorneys Eyes Only."

IT IS FURTHER ORDERED that, no later than December 21, 2007, the parties shall submit to the court either a stipulated form of protective order, or else their respective proposed forms of

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  protective order.

2  IT IS FURTHER ORDERED that the stipulated request to shorten time is DENIED. In light
3  of the foregoing interim order, there is no longer any need to shorten time for hearing the motion.
4  The motion will be heard January 22, 2008. The opposition shall be filed no later than January 8,
5  2008. The reply, if any, shall be filed no later than January 15, 2008.

6  Dated: *12/17/07*

7  *Patricia V. Trumbull*
   PATRICIA V. TRUMBULL
8  United States Magistrate Judge

ORDER, *page 2*