**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

December 21, 2007

Writer's Direct Contact
650.813.5932
MDPeters@mofo.com

*Via E-Filing*

Hon. Patricia V. Trumbull
United States District Court
Northern District, San Jose Division
280 South First St.
San Jose, CA  95113-3095

    Re:    Applied Materials v. Advanced Micro-Fabrication Equipment (Shanghai) Co. Ltd.,
            C07 05248 JW (PVT)

Your Honor:

Pursuant to the Court's order, the parties have met and conferred and agreed to a stipulated protective order to govern documents produced in discovery. Their proposed order is attached.

The parties continue to disagree as to whom and under what circumstances Applied's Trade Secret List can be shown. This one point of disagreement remains the subject of the pending motion for entry of a confidentiality order governing the Trade Secret List.

Respectfully yours,

*/s/ Marc David Peters*

Marc David Peters

Attachment

cc:    Thomas Fitzgerald (via email)

pa-1216707