Thomas F. Fitzpatrick, State Bar No. 193565
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617-570-1000
Fax: 617-523-1231

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,<br><br>Defendants. | Case No. C 07 05248 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR EXPEDITED DISCOVERY**<br><br>**Date: January 22, 2008**<br>**Time: 10:00 a.m.**<br>**Ctrm: 5 (Mag. Judge Patricia V. Trumbull)** |

1 | This matter came before this Court on Plaintiff's Notice of Renewed Motion, Renewed Motion, and Memorandum of Points and Authorities in Support of Request for Expedited Discovery.

Good cause appearing:

IT IS HEREBY ORDERED THAT Plaintiff's Notice of Renewed Motion, Renewed Motion, and Memorandum of Points and Authorities in Support of Request for Expedited Discovery is GRANTED. Defendants are ordered to respond to Plaintiff's requests for documents and interrogatories within 30 days of this Order.

Dated: _____, 2008

_____
Honorable Patricia V. Trumbull
United States Magistrate Judge
Northern District of California