1 | Thomas F. Fitzpatrick, State Bar No. 193565
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617-570-1000
Fax: 617-523-1231

Attorneys for Applied Materials, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. <br><br> Defendants. | Case No. C07 05248 JW (PVT) <br><br> **NOTICE OF MOTION AND MOTION TO SHORTEN TIME FOR HEARING** <br><br> **Date: January 22, 2008** <br> **Time: 10:00 a.m.** <br> **Ctrm: 5 (Mag. Judge Patricia V. Trumbull)** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that plaintiff Applied Materials, Inc. ("Applied") hereby moves, pursuant to Civil Local Rules 6-1 and 6-3, for an order setting an expedited hearing on Applied's Renewed Motion for Expedited Discovery. This motion is based on this Notice of Motion and Motion, the Declaration of Thomas F. Fitzpatrick filed concurrently herewith, and the pleadings on file with the Court.

**MOTION**

Applied hereby moves for an order setting an expedited briefing schedule and hearing date for its Motion for Expedited Discovery. Specifically, Applied requests an order that a hearing be set for **January 22, 2008**, and that the briefing schedule be ordered as follows:

**Defendants' Responsive Briefs: Friday, January 11, 2008**

**Plaintiff's Reply Brief: Thursday, January 17, 2008**

This proposed schedule provides Defendants two weeks to respond to Applied's motion, which Applied believes is sufficient time under the circumstances.

Applied seeks an expedited briefing schedule and hearing because it is being irreparably damaged by the ongoing and imminent disclosure of its trade secrets by Defendants. *See* Declaration of Thomas F. Fitzpatrick in Support of Motion To Shorten Time for Hearing; *see also* Applied's Renewed Motion for Expedited Discovery. Defendants already have publicly disclosed Applied trade secrets in patent applications, and likely will disclose additional Applied trade secrets in new patent applications and in other publications. Further, Applied must respond to Defendants' assertions and arguments regarding personal jurisdiction, raised in Defendants' Motion to Dismiss. Applied's motion accordingly seeks to expedite the discovery process by shortening the time for Defendants to respond to Applied's narrowly tailored discovery requests. Applied seeks the opportunity as soon as possible to stop Defendants' violations before further harm is done. *See Teleflora, LLC v. Florists' Transworld Delivery, Inc.*, No. C 03-05858 JW, 2004 WL 1844847, at *6 (N.D. Cal., Aug. 18, 2004)("use or disclosure of trade secrets is an irreparable harm").

Counsel for Applied has met and conferred with Defendants' counsel and Defendants' Counsel would not agree on an expedited hearing or briefing schedule.

## **CONCLUSION**

For the foregoing reasons, Applied respectfully requests that this Court order that Defendants file any opposition to Applied's Renewed Motion for Expedited Discovery no later than January 11, 2008, that Applied file any reply to any such opposition by no later than January 17, 2008, and that a hearing be set on the Motion for January 22, 2008.

Dated: December 28, 2007                    Respectfully submitted,

Applied Materials, Inc.

By its attorneys,

/s/ Thomas F. Fitzpatrick
Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.:  650-752-3144
Fax:  650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617-570-1000
Fax:  617-523-1231