Thomas F. Fitzpatrick, State Bar No. 193565
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617-570-1000
Fax: 617-523-1231

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., <br><br> Defendants. | Case No. C 07 05248 JW (PVT) <br><br> **[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING** <br><br> **Date: January 22, 2008** <br> **Time: 10:00 a.m.** <br> **Ctrm: 5 (Mag. Judge Patricia V. Trumbull)** |

Having reviewed Plaintiff Applied Materials, Inc.'s ("Applied") motion seeking an order setting an expedited briefing schedule and hearing date for its Renewed Motion for Expedited Discovery, IT IS ORDERED THAT:

(1) Defendants file any opposition to the Renewed Motion for Expedited Discovery by no later than January 11, 2008;

(2) Applied file any reply to any such opposition by no later than January 17, 2008; and

(3) A hearing be set on the Renewed Motion for Expedited Discovery on January 22, 2008.

Dated: _____, 2008

_____
Honorable Patricia V. Trumbull
United States Magistrate Judge
Northern District of California

1