HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT
(SHANGHAI) CO., LTD., ADVANCED MICRO-
FABRICATION EQUIPMENT, INC., ASIA, ADVANCED
MICRO-FABRICATION EQUIPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>Defendants. | Case No. C07 05248 JW (PVT)<br><br>**DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLIED'S MOTION TO SHORTEN TIME FOR HEARING**<br><br>Date:  TBD<br>Time:  TBD<br>Ctrm:  5 (Mag. Judge Patricia V. Trumbull) |

I, Kenneth A. Kuwayti, do declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendants.

DECLARATION OF KEN KUWAYTI IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLIED'S MOTION TO SHORTEN TIME FOR HEARING
CASE NO. C07 05248 JW (PVT)
pa-1217655

1

2. I had meet and confer telephone conversations concerning Applied's request for expedited discovery with Tom Fitzpatrick of Goodwin Procter, LLP on December 21, 27 and 28, 2007. During each of those telephone conversations, I offered to present a 30(b)(6) witness for deposition of the person(s) most knowledgeable about the defendants' contacts with California, and to have that deposition take place before Applied's opposition to AMEC Inc.'s pending motion to dismiss was due. Mr. Fitzpatrick told me that Applied was not agreeable to taking such a deposition unless we also agreed to produce documents. I informed Mr. Fitzpatrick on December 28 that the AMEC defendants would be agreeable to producing documents as well if we could agree on a reasonable scope. The parties are still engaging in meet and confer on this issue.

3. During these same meet and confer discussions, I also informed Mr. Fitzpatrick that the AMEC defendants believed that the trade secret list that was provided by Applied was not sufficiently particular, and provided specific examples to support that view. I said that we would be prepared to avoid having to litigate over this issue by taking a 30(b)(6) deposition relating to the trade secret claims, and that we would be willing to take such a deposition before the end of this month so that discovery could move forward. Mr. Fitzpatrick told me on December 27th and again on December 28th that Applied was unwilling to submit to such a deposition. I also suggested during our conversation on December 21, that Applied might be able to better define its trade secrets by pointing to passages from specific Applied documents that it would produce, and that we would be willing to consent to that as well. Applied has chosen not to accept this option either. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 2, 2008, in Palo Alto, California.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 2, 2008, in Palo Alto, California.

                              /s/ Kenneth A. Kuwayti
                              Kenneth A. Kuwayti

DECLARATION OF KEN KUWAYTI IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLIED'S MOTION TO SHORTEN TIME FOR HEARING
CASE NO. C07 05248 JW (PVT)
pa-1217655

2

**GENERAL ORDER 45 ATTESTATION**

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Kenneth A. Kuwayti In Support Of Defendants' Opposition to Applied's Motion to Shorten Time For Hearing. In compliance with General Order 45, X.B., I hereby attest that Kenneth A. Kuwayti has concurred in this filing.

                                                /s/ Marc David Peters
                                                Marc David Peters

DECLARATION OF KEN KUWAYTI IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLIED'S MOTION TO SHORTEN TIME FOR HEARING
CASE NO. C07 05248 JW (PVT)
pa-1217655

3