1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10 Attorneys for Defendants
   ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11 CHINA, ADVANCED MICRO-FABRICATION
   EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12 FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>             Defendants. | Case No.   C07 05248 JW (PVT)<br><br>**DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**<br><br>Date:      TBD<br>Time:     TBD<br>Courtroom: 5<br>The Honorable Patricia Trumbull |

DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF AMEC DEFENDANTS' OPP. TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER
CASE NO. C07 05248 JW (PVT)
pa-1218764

1

I, Kenneth Kuwayti, do declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendants.

2. Attached hereto as Exhibit A is a true and correct copy of "Applied Materials, Inc.'s Identification of Trade Secrets," which Applied served on December 18, 2007.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on the 8th of January 2008, in Palo Alto, California.

        /s/ Kenneth Kuwayti
        Kenneth Kuwayti

DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF AMEC DEFENDANTS' OPP. TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER
CASE NO. C07 05248 JW (PVT)
pa-1218764

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**TO BE FILED UNDER SEAL**

DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF AMEC DEFENDANTS' OPP. TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER
CASE NO. C07 05248 JW (PVT)
pa-1218764

3