1   HAROLD J. MCELHINNY (CA SBN 66781)
    HMcElhinny@mofo.com
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, California  94105-2482
    Telephone: 415.268.7000
4   Facsimile: 415.268.7522

5   KENNETH A. KUWAYTI (CA SBN 145384)
    KKuwayti@mofo.com
6   MARC DAVID PETERS (CA SBN 211725)
    MDPeters@mofo.com
7   MORRISON & FOERSTER LLP
    755 Page Mill Road
8   Palo Alto, CA 94304-1018
    Telephone:  650-813-5600
9   Facsimile:  650-494-0792

10  Attorneys for Defendants
    ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11  CHINA, ADVANCED MICRO-FABRICATION
    EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12  FABRICATION EQUIPMENT INC.

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17
    APPLIED MATERIALS, INC.,                  Case No.    C 07-05248 JW (PVT)
18
                     Plaintiff,               **[PROPOSED] ORDER
19                                            REGARDING OPPOSITION TO
             v.                               PLAINTIFF'S MOTION TO
20                                            ENTER CONFIDENTIALITY
    ADVANCED MICRO-FABRICATION                ORDER AND INTERIM
21  EQUIPMENT, INC. CHINA, ADVANCED           PROTECTIVE ORDER**
    MICRO-FABRICATION EQUIPMENT, INC.
22  ASIA, ADVANCED MICRO-FABRICATION          Date:      TBD
    EQUIPMENT INC.,                           Time:      TBD
23                                            Courtroom:  5
                     Defendants.              The Honorable Patricia Trumbull
24

25

26

27

28
    [PROPOSED] ORDER REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER
    AND INTERIM PROTECTIVE ORDER
    CASE NO. C07-05248 JW (PVT)
    pa-1218822

1    This matter comes before the Court on Applied Materials, Inc.'s Motion to Enter

2  Confidentiality Order.  Having considered the arguments and evidence submitted and for good

3  cause appearing:

4    IT IS HEREBY ORDERED THAT the Stipulated Protective Order, filed December 21,

5  2007, shall be entered (if not already) and further that Section 16.3 of that Order shall be amended

6  to read:

7    16.3 Trade Secret Disclosure.  Within 14 days of the date of this Order, Applied will

8  identify, for each secret listed on its Trade Secret List, each ex-Applied employee who had access

9  to that secret when employed at Applied.  This identification shall be supplemented promptly if

10  Applied discovers new information, pursuant to Rule 26(e).  The Trade Secret List shall be

11  treated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and, notwithstanding

12  the foregoing, may be disclosed only to: those persons identified in Section 7.3; Matt Ruby,

13  AMEC's Vice President and General Counsel; Gerald Z. Yin, AMEC's Chairman of the Board

14  and Chief Executive Officer; AiHua Chen, AMEC's Executive Vice President; and, on a per-

15  trade-secret basis, any ex-Applied employee identified by Applied pursuant to this paragraph as

16  already having had access to that alleged trade secret.

17

18

19    Dated: _____

20

21                                    _____

                                        Honorable Patricia V. Trumbull
22                                    United States Magistrate Judge
                                        Northern District of California
23

24

25

26

27

28

[PROPOSED] ORDER REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER
AND INTERIM PROTECTIVE ORDER
CASE NO. C07-05248 JW (PVT)
pa-1218822

1