1    HAROLD J. MCELHINNY (CA SBN 66781)
     HMcElhinny@mofo.com
2    MORRISON & FOERSTER LLP
     425 Market Street
3    San Francisco, California  94105-2482
     Telephone: 415.268.7000
4    Facsimile: 415.268.7522

5    KENNETH A. KUWAYTI (CA SBN 145384)
     KKuwayti@mofo.com
6    MARC DAVID PETERS (CA SBN 211725)
     MDPeters@mofo.com
7    MORRISON & FOERSTER LLP
     755 Page Mill Road
8    Palo Alto, CA 94304-1018
     Telephone:  650-813-5600
9    Facsimile:  650-494-0792

10   Attorneys for Defendants
     ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11   CHINA, ADVANCED MICRO-FABRICATION
     EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12   FABRICATION EQUIPMENT INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

| | |
|---|---|
| 18  APPLIED MATERIALS, INC., | Case No.   C07 05248 JW (PVT) |
| 19          Plaintiff, | **CERTIFICATE OF SERVICE** |
| 20      v. | |
| 21  ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., | |
| 24          Defendants. | |

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. C07 05248 JW (PVT)
pa-1218806

1          **CERTIFICATE OF SERVICE**

2          I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
   is 755 Page Mill Road, Palo Alto, California  94304-1018.  I am not a party to the within cause,
3  and I am over the age of eighteen years.

4          I further declare that on January 8, 2008, I served a copy of:

5  **AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER
   CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER [REDACTED
6  VERSION]**

7  **AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER
   CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER
8  [CONFIDENTIAL – PROVISIONALLY FILED UNDER SEAL]**

9  **DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF AMEC
   DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER
10 CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**

11 **EXHIBIT A TO THE DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF
   AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER
12 CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER
   [CONFIDENTIAL – PROVISIONALLY FILED UNDER SEAL]**
13
   **[PROPOSED] ORDER REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO
14 ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**

15 **AMEC DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENT
   UNDER SEAL**
16
   ☒   **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true
17      copy thereof enclosed in a sealed envelope with delivery fees provided for,
        addressed as follows, for collection by Federal Express, at 755 Page Mill Road, Palo
18      Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's ordinary
        business practices.
19
        I am readily familiar with Morrison & Foerster LLP's practice for collection and
20      processing of correspondence for overnight delivery and know that in the ordinary
        course of Morrison & Foerster LLP's business practice the document(s) described
21      above will be deposited in a box or other facility regularly maintained by Federal
        Express or delivered to an authorized courier or driver authorized by Federal
22      Express to receive documents on the same date that it (they) is are placed at
        Morrison & Foerster LLP for collection.
23

24      Thomas F. Fitzpatrick                           _____ Fax
        Goodwin & Procter                              _____ U.S. Mail
25      181 Lytton Avenue                               __X__ Overnight
        Palo Alto, CA  94301                            _____ Personal
26      Fax: 650-752-3144
        Email: tfitzpatrick@goodwinprocter.com
27

28
   CERTIFICATE OF SERVICE                      1
   CASE NO. 5:07-CV-05248-PVT
   pa-1218806

1

2          I declare under penalty of perjury that the foregoing is true and correct.

3          Executed at Palo Alto, California, this 8th day of January, 2008.

4

5

6      _____          _____
              Ken A. Kuwayti                                        /s/
                 (typed)                                        (signature)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. C07 05248 JW (PVT)                         2
pa-1218806