ORIGINAL

```
 1  HAROLD J. MCELHINNY (CA SBN 66781)
    HMcElhinny@mofo.com
 2  MORRISON & FOERSTER LLP
    425 Market Street
 3  San Francisco, California 94105-2482
    Telephone: 415.268.7000
 4  Facsimile: 415.268.7522

 5  KENNETH A. KUWAYTI (CA SBN 145384)
    KKuwayti@mofo.com
 6  MARC DAVID PETERS (CA SBN 211725)
    MDPeters@mofo.com
 7  MORRISON & FOERSTER LLP
    755 Page Mill Road
 8  Palo Alto, CA 94304-1018
    Telephone: 650-813-5600
 9  Facsimile: 650-494-0792

10  Attorneys for Defendants
    ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11  CHINA, ADVANCED MICRO-FABRICATION
    EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12  FABRICATION EQUIPMENT INC.
```

FILED

2008 JAN -8  P 3:24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., <br><br> Defendants. | Case No.   C 07-05248 JW (PVT) <br><br> **AMEC DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL** <br><br> Date:   TBD <br> Time:   TBD <br> Courtroom: 5 <br> The Honorable Patricia Trumbull |

AMEC'S ADMIN. REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C07 05248 JW (PVT)
pa-1218793

1

Pursuant to Federal Rule of Civil Procedure 26(c) and Civil Local Rules 3-17(d), 7-11, and 79-5, Defendants hereby request permission to file under seal:

(1) their Opposition To Plaintiff's Motion To Enter Confidentiality Order And Interim Protective Order; and

(2) Exhibit A to the Declaration of Kenneth Kuwayti in Support of Defendants' Opposition to Plaintiff's Motion to Enter Confidentiality Order and Interim Protective Order.

Civil Local Rule 79-5 provides that a court order authorizing the sealing of a document may be obtained when it is established that the document in question contains information that is privileged, protectable as a trade secret, or otherwise entitled to protection under the law.

Plaintiff Applied Materials alleges that its Trade Secret List, Kuwayti Exhibit A, contains its trade secrets and designated it "confidential" and "attorneys' eyes only." Portions of Defendants' Opposition quote or refer to the information of the Trade Secret List. A redacted version of Defendants' Opposition will be lodged, should the Court grant Defendants' request.

For the reasons stated above, the Defendants respectfully request that the Court grant their Miscellaneous Administrative Request to File Documents Under Seal.

Dated: January 8, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By: /s/ Kenneth A. Kuwayti
    Kenneth A. Kuwayti

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.