ORIGINAL

| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | KENNETH A. KUWAYTI (CA SBN 145384) |
| | KKuwayti@mofo.com |
| 6 | MARC DAVID PETERS (CA SBN 211725) |
| | MDPeters@mofo.com |
| 7 | 755 Page Mill Road |
| | Palo Alto, CA 94304-1018 |
| 8 | Telephone: 650-813-5600 |
| | Facsimile: 650-494-0792 |

FILED

2008 JAN -8 P 3: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT
(SHANGHAI) CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07 05248 JW (PVT) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 5:07-CV-05248-PVT
pa-1218806

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on January 8, 2008, I served a copy of:

**AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**

**AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER [CONFIDENTIAL – PROVISIONALLY FILED UNDER SEAL]**

**DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**

**EXHIBIT A TO THE DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF AMEC DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER [FILED UNDER SEAL]**

**[PROPOSED] ORDER REGARDING OPPOSITION TO PLAINTIFF'S MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**

**AMEC DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL**

[X] **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Federal Express, at 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or delivered to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| Thomas F. Fitzpatrick | ____ Fax |
| Goodwin & Procter | ____ U.S. Mail |
| 181 Lytton Avenue | _X__ Overnight |
| Palo Alto, CA 94301 | ____ Personal |
| Fax: 650-752-3144 | |
| Email: tfitzpatrick@goodwinprocter.com | |

CERTIFICATE OF SERVICE
CASE NO. 5:07-CV-05248-PVT
pa-1218806

1

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed at Palo Alto, California, this 8th day of January, 2008.

| Martha Barakah | /s/ |
|---|---|
| (typed) | (signature) |

CERTIFICATE OF SERVICE
CASE NO. 5:07-CV-05248-PVT
pa-1218806

2