UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., et al.,<br><br>        Defendants. | Case No.: C 07-5248 JW (PVT)<br><br>**ORDER RE PLAINTIFF'S RENEWED MOTION FOR EXPEDITED DISCOVERY AND RE: PLAINTIFF'S MOTION TO SHORTEN TIME FOR HEARING** |

      On December 28, 2007, Plaintiff filed a Renewed Motion for Expedited Discovery along with a Motion to Shorten Time for Hearing.[1] Defendants opposed the motion to shorten time. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the papers submitted and the file herein,

      IT IS HEREBY ORDERED that discovery is deemed to be open as of January 15, 2008. In opposing the motion to shorten time, Defendants correctly note that the proposed hearing date of January 22, 2008 is *after* the date on which discovery is currently scheduled to open. The scheduling order herein sets a deadline of January 15, 2008 for the parties to meet and confer in compliance with

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  Rule 26(f).[2]  Pursuant to Rule 26(d), discovery opens immediately after the Rule 26(f), or earlier if
2  the parties mutually agree, or the court so orders.  Based on all the circumstances of this case, and
3  the briefs submitted by the parties in connection with Plaintiff's motion to shorten time, the court
4  finds it appropriate to order discovery open as of January 15, 2008.
5      IT IS FURTHER ORDERED that, in light of the foregoing order, Plaintiff's motion to
6  shorten time is deemed MOOT.
7      IT IS FURTHER ORDERED that Plaintiff's argument regarding the likelihood that
8  Defendants will object to the discovery requests on the grounds that Plaintiff has not yet sufficiently
9  identified its trade secrets is not ripe, and thus is not properly before the court in this motion.
10 Dated: *1/10/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]  All references herein to "Rules" are to the Federal Rules of Civil Procedure.

ORDER, *page 2*