Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Applied Materials, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. <br><br> Defendants. | Case No. C07 05248 JW (PVT) <br><br> **MANUAL FILING NOTIFICATION OF APPLIED'S REPLY IN SUPPORT OF MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER** <br><br> Date:        January 22, 2008 <br> Time        10:00 a.m. <br> Dept:       Mag. Judge Patricia Trumbull |

RE: **APPLIED'S REPLY IN SUPPORT OF MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

1   This filing was not efiled for the following reason(s):
2   [ ] Voluminous Document (PDF file size larger than the efiling system allows)
3   [ ] Unable to Scan Documents
4   [ ] Physical Object (description):
5   [ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
6   [X] Item Under Seal
7   [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)
8   [ ] Other (description):_____
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: January 15, 2008

Respectfully submitted,

Applied Materials, Inc.

By its attorneys,

/s/ Michael G. Strapp
Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.:  650-752-3144
Fax:  650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231

LIBA/1859594.1