Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07 05248 JW (PVT) |
| Plaintiff, | **STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-11, 7-12, AND 79-5 TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. | |
| Defendants. | |

   Pursuant to Civil Local Rules 7-11, 7-12, and 79-5, Plaintiff Applied Materials, Inc.

("Applied") hereby requests that the Court order the filing under seal of portions of the following

document:

   APPLIED'S REPLY IN SUPPORT OF MOTION TO ENTER CONFIDENTIALITY

ORDER AND INTERIM PROTECTIVE ORDER

1       Applied respectfully submits that a portion of the document listed above contains

2  Applied's highly confidential and trade secret information, and that distribution of this information

3  in the public domain will harm Applied by making confidential and trade secret information

4  available to Applied's competitors.  Indeed, Defendants have already lodged the same information

5  under seal with their Opposition to Applied's Motion for to Enter Confidentiality Order and

6  Interim Protective Order.

7       Counsel of record for Defendants have been informed of this request and do not object to

8  it.

9       A Proposed Order granting this request is submitted herewith.

1

2   Dated: January 15, 2008                    Respectfully submitted,

3                                              Applied Materials, Inc.

4                                              By its attorneys,

5                                              /s/ Michael G. Strapp
                                               _____
6                                              John C. Englander (*pro hac vice*)
                                               jenglander@goodwinprocter.com
7                                              Douglas C. Doskocil (*pro hac vice*)
                                               ddoskocil@goodwinprocter.com
8                                              Michael G. Strapp (*pro hac vice*)
                                               mstrapp@goodwinprocter.com
9                                              GOODWIN PROCTER L
                                               53 State Street
10                                             Boston, Massachusetts  02109
                                               Tel.:  617.570.1000
11                                             Fax:  617.523.1231

12                                             Thomas F. Fitzpatrick
                                               tfitzpatrick@goodwinprocter.com
13                                             GOODWIN PROCTER LLP
                                               181 Lytton Avenue
14                                             Palo Alto, CA 94301
                                               Tel.:  650-752-3144
15                                             Fax:  650-853-1038

16

17

18

19

20

21

22

23

24

25

26

27

28