1  Thomas F. Fitzpatrick
   tfitzpatrick@goodwinprocter.com
2  GOODWIN PROCTER LLP
   181 Lytton Avenue
3  Palo Alto, CA 94301
   Tel.: 650-752-3144
4  Fax: 650-853-1038

5  John C. Englander (*pro hac vice*)
   jenglander@goodwinprocter.com
6  Douglas C. Doskocil (*pro hac vice*)
   ddoskocil@goodwinprocter.com
7  Michael G. Strapp (*pro hac vice*)
   mstrapp@goodwinprocter.com
8  GOODWIN PROCTER LLP
   53 State Street
9  Boston, Massachusetts  02109
   Tel.: 617.570.1000
10 Fax: 617.523.1231

11 Attorneys for Applied Materials, Inc.

12                       UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                             SAN JOSE DIVISION

15

16 APPLIED MATERIALS, INC.,                    Case No. C07 05248 JW (PVT)

                Plaintiff,
17
                                              **DECLARATION OF MICHAEL G.**
        v.                                    **STRAPP IN SUPPORT OF**
18                                            **MISCELLANEOUS**
   ADVANCED MICRO-FABRICATION                 **ADMINISTRATIVE REQUEST TO**
19 EQUIPMENT (SHANGHAI) CO., LTD.,            **FILE DOCUMENTS UNDER SEAL**
   ADVANCED MICRO-FABRICATION
20 EQUIPMENT INC., ASIA, ADVANCED
   MICRO-FABRICATION EQUIPMENT INC.
21
                Defendants.
22

23

24      I, Michael G. Strapp, declare:

25      1.     I am an attorney with the law firm Goodwin Procter LLP, and am admitted *pro hac*

26 *vice* to practice before this Court in the above-captioned matter.  I make this declaration based on

27 my personal knowledge, and am competent to testify to the facts set forth herein if called upon to

28

DECLARATION OF STRAPP IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES
7-11 AND 79-5 TO FILE DOCUMENTS UNDER SEAL AND PROPOSED ORDER; Case No.  CV 07-05248 JW          1

1 | do so.

2 |      2.      A portion of Applied's Reply in Support of Motion to Enter Confidentiality Order

3 | and Interim Protective Order contains information that Applied considers to be proprietary and

4 | highly confidential.

5 |      3.      On January 15, 2008, I conferred with counsel telephonically for Defendants in the

6 | above-captioned action and requested that Defendants stipulate to the filing of a portion of

7 | Applied's reply memorandum under seal.  The Defendants so stipulate.

8 |      I swear under penalty of perjury that the foregoing is true and correct.

9 |

10 |

Dated: January 15, 2008

11 |
                                                /s/ Michael G. Strapp
                                                Michael G. Strapp (*pro hac vice*)
12 |                                             mstrapp@goodwinprocter.com
                                                GOODWIN PROCTER LLP
13 |                                             53 State Street
                                                Boston, Massachusetts  02109
14 |                                             Tel.:  617.570.1000
                                                Fax:  617.523.1231
15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |