1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.  C07 05248 JW (PVT) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. | |
| Defendants. | |

        Pursuant to Plaintiff Applied Materials, Inc.'s Miscellaneous Administrative Request, an

unredacted version of the following document shall be filed under seal and not placed in the public

file in this action:

        **APPLIED'S REPLY IN SUPPORT OF MOTION TO ENTER CONFIDENTIALITY**

**ORDER AND INTERIM PROTECTIVE ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.


Dated: _____          _____
                                 Magistrate Judge Patricia V. Trumbull
                                 United States District Court Judge
                                 Northern District of California