1  Thomas F. Fitzpatrick
   tfitzpatrick@goodwinprocter.com
2  GOODWIN PROCTER LLP
   181 Lytton Avenue
3  Palo Alto, CA 94301
   Tel.: 650-752-3144
4  Fax: 650-853-1038

5  John C. Englander (*pro hac vice*)
   jenglander@goodwinprocter.com
6  Douglas C. Doskocil (*pro hac vice*)
   ddoskocil@goodwinprocter.com
7  Michael G. Strapp (*pro hac vice*)
   mstrapp@goodwinprocter.com
8  GOODWIN PROCTER LLP
   53 State Street
9  Boston, Massachusetts 02109
   Tel.: 617.570.1000
10 Fax: 617.523.1231

11 Attorneys for Applied Materials, Inc.

12
                     UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
14

15 APPLIED MATERIALS, INC.,                    Case No. C07 05248 JW (PVT)

16        Plaintiff,                           **CERTIFICATE OF SERVICE**

17        v.

18 ADVANCED MICRO-FABRICATION
   EQUIPMENT (SHANGHAI) CO., LTD.,
19 ADVANCED MICRO-FABRICATION
   EQUIPMENT INC., ASIA, ADVANCED
20 MICRO-FABRICATION EQUIPMENT, INC.

21        Defendants.

22

23

24

25

26

27

28

I, Rachael Nelson, declare:

I am employed in the County of Santa Clara, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin|Procter LLP, 181 Lytton Avenue, Palo Alto, California 94301.

On January 15, 2008, I served the following documents exactly entitled:

- **APPLIED'S REPLY IN SUPPORT OF MOTION TO ENTER CONFIDENTIALITY ORDER AND INTERIM PROTECTIVE ORDER (UNREDACTED VERSION - SUBMITTED UNDER SEAL)**

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of is Goodwin|Procter LLP, as follows:

**VIA EMAIL AND OVERNIGHT COURIER:**
Marc D. Peters, Esq.
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Email: mdpeters@mofo.com

[ ]  U.S. Mail: I am personally and readily familiar with the business practice of is Goodwin|Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

[ ]  HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ ]  FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

[ X ]  EMAIL TRANSMISSION: I caused such document[s] to be sent by email transmission to the party(ies) indicated.

[ X ]  OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on January 15, 2008, at Palo Alto, California.

_____
Rachael Nelson

CERTIFICATE OF SERVICE
CASE NO. C07-05248 PVT

1

LIBA/1859584.1