UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPLIED MATERIALS, INC.

                Plaintiff(s),

           v.

ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., et al.

                Defendant(s).
_____/

CASE NO. C 07-05248 JW (PVT)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: February 4, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Harold McElhinny | Defendants | 415-268-7000 | hmcelhinny@mofo.com |
| James Rehnquist | Plaintiff | 617-570-1658 | jrehnquist@goodwinprocter.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/15/2008                                James Rehnquist
                                                         Attorney for Plaintiff

Dated: 1/15/2008                                Harold McElhinny
                                                         Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."