HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
FABRICATION EQUIPMENT INC.

THOMAS F. FITZPATRICK
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-752-3144
Facsimile: 650-853-1038

Attorney for Plaintiff Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br>           Plaintiff, <br><br>     v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., <br><br>           Defendants. | Case No.   C 07-05248 JW (PVT) <br><br> **NOTICE OF MOTION, MOTION, AND MEMORANDUM IN SUPPORT OF JOINT MOTION TO CONTINUE AND SET HEARING DATE** <br><br> Date:    No oral argument requested <br> Time: <br> Courtroom: 5 <br> The Honorable James Ware |

1  PLEASE TAKE NOTICE THAT Defendants Advanced Micro-Fabrication Equipment, Inc. China, Advanced Micro-Fabrication Equipment, Inc. Asia, and Advanced Micro-Fabrication Equipment, Inc. (collectively, the "AMEC Defendants" or "Defendants") and Plaintiff Applied Materials, Inc. ("Applied") hereby jointly move to continue the hearing previously set before the Honorable James Ware on AMEC-Inc.'s motion to dismiss on February 11, 2008 at 9:00 a.m. and reset it for February 25, 2008 at 9:00 a.m, or as soon thereafter as the matter may be heard. The parties further ask the Court to order that motions to dismiss to be filed by AMEC-China and AMEC-Asia shall be heard by the Court at the same time as the hearing on AMEC-Inc.'s motion to dismiss.[1]  In accordance with Northern District of California Civil Local Rule 7-1(b), the parties request that this motion be determined without oral argument.

This motion is based on this Notice of Motion and Motion and Memorandum.

## **ARGUMENT**

On November 30, 2007 Defendant Advanced Micro-Fabrication Equipment, Inc. ("AMEC-Inc.") filed a Motion to Dismiss First Amended Complaint (Doc. No. 54). This motion was scheduled by the Court to be heard on February 11, 2008 at 9:00 a.m. *See* Clerk's Notice (Doc. No. 58). The parties had a dispute as to whether the other two Defendants in this action, Advanced Micro-Fabrication Equipment, Inc. China ("AMEC-China")[2] and Advanced Micro-Fabrication Equipment, Inc. Asia ("AMEC-Asia") had been served at the time of AMEC-Inc.'s filing of this motion and thus they did not join in the motion. Now, having waived service of process, AMEC-China and AMEC-Asia will be moving to dismiss on the same substantive grounds as AMEC-Inc. In the interests of conserving both the parties' and the Court's resources, the parties move the Court to continue the hearing previously set for February 11, 2008 and reset

---

[1] Both parties have agreed that the motion may be heard on any date on the Court's calendar between February 25, 2008 and March 31, 2008, with the exception of March 17. Because of the MLK holiday, the parties have stipulated that if the motion is heard on February 25, Defendants' opening briefs will be filed on January 22, Applied's opposition will be filed on February 5, and the reply would be filed in accordance with the normal schedule on February 11.

[2] Previously labeled "AMEC-Shanghai."

1  it for February 25, 2008, at which time the Court may hear oral argument on all of the AMEC
2  Defendants' motions to dismiss Plaintiff Applied Materials, Inc.'s First Amended Complaint.
3        From communications with the Clerk of Court, it is the parties' understanding that the
4  next available hearing date is not until March 17, 2008. Applied's counsel is not available on
5  March 17, and the parties request that all three motions be set for hearing at an earlier date for
6  three reasons. First, it would conserve this Court's resources to consolidate the hearings on all
7  three Defendants' related motions to dismiss. Second, while the parties obviously disagree as to
8  their merits, because the AMEC Defendants' dispositive motions — which are based in part on
9  jurisdictional and *forum non conveniens* grounds — have the potential to resolve this action in its
10 entirety, it is in the parties' best interests to have them decided as quickly as possible and without
11 an extra month of costly and potentially unnecessary discovery. Finally, Harold J. McElhinny,
12 lead counsel for the AMEC Defendants, is scheduled to be at trial in another matter during the
13 month of March and the AMEC Defendants are requesting a February hearing so that he can
14 participate in the oral argument of these motions.
15       For all these reasons, the parties jointly ask the Court to continue the hearing on AMEC-
16 Inc's motion to dismiss that is currently set for February 11, 2008 and reset it for February 25,
17 2008, or at the next available date for the Court and the parties, with the exception of March 17,
18 2008, and to futher order that the motions to dismiss of AMEC-China and AMEC-Asia may be
19 heard at the same time.
20       The parties stipulate that this motion is filed without prejudice to Applied's ability to
21 argue that it requires discovery on jurisdictional issues prior to the Court's resolution of the
22 AMEC Defendants' motions to dismiss, and that Applied is reserving the right to do so. The
23 parties have met and conferred on this issue and continue to do so.
24
25
26
27
28

MOTION TO CONTINUE AND SET HEARING DATE     2
CASE NO. C07-05248 JW (PVT)
pa-1221031

1  Dated: January 17, 2008                           HAROLD J. MCELHINNY
                                                     KENNETH A. KUWAYTI
2                                                    MORRISON & FOERSTER LLP

3

4                                                    By:  /s/ Kenneth A. Kuwayti
                                                          Kenneth A. Kuwayti
5
                                                     Attorneys for Defendants
6                                                    ADVANCED MICRO-
                                                     FABRICATION EQUIPMENT, INC.
7                                                    CHINA, ADVANCED MICRO-
                                                     FABRICATION EQUIPMENT, INC.
8                                                    ASIA, and ADVANCED MICRO-
                                                     FABRICATION EQUIPMENT INC.
9
   Dated: January 17 , 2008                          THOMAS F. FITZPATRICK
10                                                   GOODWIN PROCTER LLP

11

12                                                   By:  /s/ Thomas F. Fitzpatrick
                                                          Thomas F. Fitzpatrick
13
                                                     Attorney for Plaintiff
14                                                   APPLIED MATERIALS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO CONTINUE AND SET HEARING DATE                                            3
CASE NO. C07-05248 JW (PVT)
pa-1221031

1  I, Kenneth A. Kuwayti, am the ECF User whose ID and password are being used to file
2  this NOTICE OF MOTION, MOTION, AND MEMORANDUM IN SUPPORT OF JOINT
3  MOTION TO CONTINUE AND SET HEARING DATE.  In compliance with General Order 45,
4  X.B., I hereby attest that THOMAS F. FITZPATRICK has concurred in this filing.

Dated: January 17, 2008

MORRISON & FOERSTER LLP

By:  s/ Kenneth A. Kuwayti
    Kenneth A. Kuwayti

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.