1 | HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California 94105-2482
Telephone: 415.268.7000
4 | Facsimile: 415.268.7522

5 | KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
6 | MORRISON & FOERSTER LLP
755 Page Mill Road
7 | Palo Alto, CA 94304-1018
Telephone: 650-813-5600
8 | Facsimile: 650-494-0792

9 | Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
10 | CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
11 | FABRICATION EQUIPMENT INC.

12 | THOMAS F. FITZPATRICK
tfitzpatrick@goodwinprocter.com
13 | GOODWIN PROCTER LLP
181 Lytton Avenue
14 | Palo Alto, CA 94301
Telephone: 650-752-3144
15 | Facsimile: 650-853-1038

16 | Attorney for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C 07-05248 JW (PVT) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE AND SET HEARING DATE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., | Date:    No oral argument requested<br>Time:<br>Courtroom: 5<br>The Honorable James Ware |
| Defendants. | |

1    Having reviewed the joint motion of Defendants Advanced Micro-Fabrication Equipment,
2 Inc. China, Advanced Micro-Fabrication Equipment, Inc. Asia, and Advanced Micro-Fabrication
3 Equipment, Inc. and Plaintiff Applied Materials, Inc. to continue the hearing on AMEC-Inc.'s
4 motion to dismiss and reset it, IT IS ORDERED THAT:
5    (1)    The hearing on AMEC-Inc.'s motion to dismiss previously set for February 11,
6 2008 at 9:00 a.m. is vacated; and
7    (2)    A hearing on all of the AMEC Defendants' motions to dismiss Plaintiff Applied
8 Materials, Inc.'s First Amended Complaint is set for _____, 2008 at 9:00 a.m.

10   Dated: _____, 2008                   _____
                                                  Honorable James Ware
                                                  United States District Judge
                                                  Northern District of California

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE AND SET HEARING DATE
CASE NO. C07-05248 JW (PVT)
sf-2451828

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE AND SET HEARING DATE
CASE NO. C07-05248 JW (PVT)
sf-2451828

1