| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 3 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 6 | MARC DAVID PETERS (CA SBN 211725) |
|   | MDPeters@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 8 | Palo Alto, CA 94304-1018 |
|   | Telephone:  650-813-5600 |
| 9 | Facsimile:  650-494-0792 |

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C 07-05248 JW (PVT) |
| Plaintiff, | **AMEC CHINA'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

**Parent Corporations**

Advanced Micro-Fabrication Equipment Inc. China is a cooperative joint venture between Advanced Micro-Fabrication Equipment Inc. Asia and Shanghai Venture Capital Co., Ltd.

**Corporate Shareholders**

No publicly held corporation owns 10% or more of Advanced Micro-Fabrication Equipment Inc. China's stock.

Dated: January 21, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:   /s/ Marc David Peters
        Marc David Peters

Attorneys for Defendant
ADVANCED MICRO-
FABRICATION EQUIPMENT, INC.
CHINA

AMEC CHINA'S CERTIFICATE OF INTERESTED PARTIES
CASE NO. C07-05248 JW (PVT)
pa-1221628

1