1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone: 650-813-5600
9  Facsimile: 650-494-0792

10 Attorneys for Defendants
   ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11 CHINA, ADVANCED MICRO-FABRICATION
   EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12 FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLIED MATERIALS, INC., | Case No.   C 07-05248 JW (PVT) |
|---|---|
| Plaintiff, | **AMEC ASIA'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., | |
| Defendants. | |

AMEC ASIA'S CERTIFICATE OF INTERESTED PARTIES
CASE NO. C07-05248 JW (PVT)
pa-1221626

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

**Parent Corporations**

Advanced Micro-Fabrication Equipment Inc. Asia is a wholly owned subsidiary of Advanced Micro-Fabrication Equipment Inc.

**Corporate Shareholders**

No publicly held corporation owns 10% or more of Advanced Micro-Fabrication Equipment Inc. Asia's stock.

Dated: January 21, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:  /s/ Marc David Peters
     Marc David Peters

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA