HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>        Defendants. | Case No.   C 07-05248 JW (PVT)<br><br>**AMEC INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

**Parent Corporations**

Advanced Micro-Fabrication Equipment Inc. is a privately-held company; its venture investors include, among others, Walden International, Lightspeed Venture Partners, Goldman Sachs, Redpoint Ventures, Interwest Partners, Global Catalyst Partners, KT Venture Group, QUALCOMM Ventures, Bay Partners, and Samsung Venture Investment.

**Corporate Shareholders**

No publicly held corporation owns 10% or more of Advanced Micro-Fabrication Equipment Inc.'s stock.

Dated: January 21, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:  /s/ Marc David Peters
     Marc David Peters

Attorneys for Defendant
ADVANCED MICRO-
FABRICATION EQUIPMENT, INC.