1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
8  Facsimile:  650-494-0792

9  Attorneys for Defendants
   ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
10 CHINA, ADVANCED MICRO-FABRICATION
   EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
11 FABRICATION EQUIPMENT INC.

12 THOMAS F. FITZPATRICK
   tfitzpatrick@goodwinprocter.com
13 GOODWIN PROCTER LLP
   181 Lytton Avenue
14 Palo Alto, CA 94301
   Telephone:  650-752-3144
15 Facsimile:  650-853-1038

16 Attorney for Applied Materials, Inc.

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge James Ware — United States District Court, Northern District of California]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., <br><br>  Defendants. | Case No.   C 07-05248 JW (PVT) <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE AND SET HEARING DATE <br><br> Date:   No oral argument requested <br> Time: <br> Courtroom: 5 <br> The Honorable James Ware |

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE AND SET HEARING DATE
CASE NO. C07-05248 JW (PVT)
sf-2451828

1  Having reviewed the joint motion of Defendants Advanced Micro-Fabrication Equipment,
2 Inc. China, Advanced Micro-Fabrication Equipment, Inc. Asia, and Advanced Micro-Fabrication
3 Equipment, Inc. and Plaintiff Applied Materials, Inc. to continue the hearing on AMEC-Inc.'s
4 motion to dismiss and reset it, IT IS ORDERED THAT:
5  (1)  The hearing on AMEC-Inc.'s motion to dismiss previously set for February 11,
6 2008 at 9:00 a.m. is vacated; and
7  (2)  A hearing on all of the AMEC Defendants' motions to dismiss Plaintiff Applied
8 Materials, Inc.'s First Amended Complaint is set for _____ February 25 _, 2008 at 9:00 a.m.
9  The Case Management Conference presently set for February 4, 2008 is continued to
10 February 25, 2008 at 10 a.m. to coincide with the hearing.  The parties shall adhere to the
11 briefing schedule as set forth in the Civil Local Rules of Court.
12
13 Dated:  January 22, 2008        _____
14                                  JAMES WARE
                                    United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE AND SET HEARING DATE
CASE NO. C07-05248 JW (PVT)
sf-2451828

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Motion to Continue and Set Hearing Date
Case No. C07-05248 JW (PVT)
sf-2451828

1