1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION
11 EQUIPMENT INC. CHINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLIED MATERIALS, INC., | Case No.   C07 05248 JW (PVT) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA'S MOTION TO DISMISS** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., | Date:          February 25, 2008<br>Time:          9:00 a.m.<br>Courtroom:  8, 4th Floor |
| Defendants. | |

1    This matter comes before the Court on Advanced Micro-Fabrication Equipment Inc.
2  China's Motion to Dismiss.  Having considered the arguments and evidence submitted and for
3  good cause appearing:
4    IT IS HEREBY ORDERED THAT Advanced Micro-Fabrication Equipment Inc. China's
5  Motion to Dismiss is GRANTED.  Applied Materials, Inc.'s second, third, and fourth causes of
6  action against Advanced Micro-Fabrication Equipment Inc. China are DISMISSED with
7  prejudice.  Applied Materials, Inc.'s first cause of action against Advanced Micro-Fabrication
8  Equipment Inc. China is DISMISSED.  Should Applied Materials, Inc. wish to pursue a claim for
9  trade secret misappropriation against Advanced Micro-Fabrication Equipment Inc. China,
10  Applied Materials Inc. is directed to file such claim in China.

   Dated: _____

   _____
   Honorable Judge James Ware
   United States District Court Judge
   Northern District of California