1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone: 650-813-5600
9  Facsimile: 650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION EQUIPMENT INC.
11 CHINA

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                     SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C07 05248 JW (PVT) |
| Plaintiff, | **DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., | Date:          February 25, 2008<br>Time:          9:00 a.m.<br>Courtroom:  8, 4th Floor |
| Defendants. | |

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380

1

I, Zhiyou Du, do declare as follows:

1. I am the Senior Vice President for Corporate Operation of Advanced Micro-Fabrication Equipment Inc. China ("AMEC China," sued as "Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd.").

2. AMEC China is a cooperative joint venture between Advanced Micro-Fabrication Equipment Inc. Asia and Shanghai Ventures Capital Co., Ltd., organized under the laws of the People's Republic of China, having its principal place of business in Shanghai.

3. AMEC China designs and develops semiconductor fabrication equipment in Shanghai, not in the United States. AMEC China maintains all its technology-related and employment-related documents in Shanghai.

4. All of AMEC China's board meetings take place in Shanghai.

5. AMEC China does not have any offices or facilities within California. It does not own or lease any property in California. It has not sold or shipped products to customers located in California.

6. AMEC China's contacts in the State of California are minimal. AMEC China obtains parts for its equipment from hundreds of suppliers located around the world. AMEC China currently has about a dozen current suppliers in the Northern District of California, and about the same number of past part suppliers located in the Northern District.

7. AMEC China pays no California state taxes, pays no federal taxes, and is not licensed to do business in the State of California.

8. I understand that the territory of the Northern District of California encompasses the following counties of the State of California: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380

2

1   I declare under penalty of perjury that to the best of my knowledge the foregoing is true
2   and correct. Executed on January 19, 2008, in Shanghai, China.

_____
Zhiyou Du

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S
MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380

3

## GENERAL ORDER 45 ATTESTATION

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Zhiyou Du In Support Of Advanced Micro-Fabrication Equipment Inc. China's Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Zhiyou Du has concurred in this filing.

          /s/ Marc David Peters
          Marc David Peters

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380

4