1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION
11 EQUIPMENT INC. CHINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>            Defendants. | Case No.    C07 05248 JW (PVT)<br><br>**DECLARATION OF MARC DAVID PETERS IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA'S MOTION TO DISMISS**<br><br>Date:           February 25, 2008<br>Time:           9:00 a.m.<br>Courtroom:    8, 4th Floor |

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF AMEC CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
sf-2454534

1

I, Marc David Peters, do declare as follows:

1. I am a partner in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendant Advanced Micro-Fabrication Equipment Inc. China.

2. Attached hereto as Exhibit A is a true and correct copy of a December 4, 2007 press release by Advanced Micro-Fabrication Equipment Inc., indicating that AMEC's primary market for its products will be Asia.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on January 22, 2007, in Palo Alto, California.

       /s/ Marc David Peters
       Marc David Peters