| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | MARC DAVID PETERS (CA SBN 211725) |
|   | MDPeters@mofo.com |
| 6 | DAVID M. ALBAN (CA SBN 238955) |
|   | DAlban@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 8 | Palo Alto, CA 94304-1018 |
|   | Telephone: 650-813-5600 |
| 9 | Facsimile: 650-494-0792 |
| 10 | Attorneys for Defendant |
|    | ADVANCED MICRO-FABRICATION |
| 11 | EQUIPMENT INC. ASIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C07 05248 JW (PVT) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ADVANCED MICRO-FABRICATION EQUIPMENT INC. ASIA'S MOTION TO DISMISS** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., | Date:         February 25, 2008<br>Time:         9:00 a.m.<br>Courtroom:  8, 4th Floor |
| Defendants. | |

[PROPOSED] ORDER GRANTING AMEC ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
sf-2454615

1

1       This matter comes before the Court on Advanced Micro-Fabrication Equipment Inc.
2   Asia's Motion to Dismiss.  Having considered the arguments and evidence submitted and for
3   good cause appearing:
4       IT IS HEREBY ORDERED THAT Advanced Micro-Fabrication Equipment Inc. Asia's
5   Motion to Dismiss is GRANTED.  Applied Materials, Inc.'s second, third, and fourth causes of
6   action against Advanced Micro-Fabrication Equipment Inc. Asia are DISMISSED with prejudice.
7   Applied Materials, Inc.'s first cause of action against Advanced Micro-Fabrication Equipment
8   Inc. Asia is DISMISSED.  Should Applied Materials, Inc. wish to pursue a claim for trade secret
9   misappropriation against Advanced Micro-Fabrication Equipment Inc. Asia, Applied Materials
10  Inc. is directed to file such claim in China.

12      Dated: _____

    _____
    Honorable Judge James Ware
    United States District Court Judge
    Northern District of California

[PROPOSED] ORDER GRANTING AMEC ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
sf-2454615

2