1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
6  DAVID M. ALBAN (CA SBN 238955)
   DAlban@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone: 650-813-5600
9  Facsimile: 650-494-0792

10 Attorneys for Defendant
   ADVANCED MICRO-FABRICATION EQUIPMENT INC.
11 ASIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., <br><br> Defendants. | Case No.   C07 05248 JW (PVT) <br><br> **DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS** <br><br> Date:         February 25, 2008 <br> Time:         9:00 a.m. <br> Courtroom:    8, 4th Floor |

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

1

I, Aihua ("Steve") Chen, do declare as follows:

1. I am a Director and Executive Vice President of Advanced Micro-Fabrication Equipment Inc. Asia ("AMEC Asia").

2. AMEC Asia is a privately-held company incorporated in the Cayman Islands. AMEC Asia is a joint venture owner of Advanced Micro-Fabrication Equipment Inc. China ("AMEC China"), a cooperative joint venture between AMEC Asia and Shanghai Ventures Capital Co., Ltd., organized under the laws of the People's Republic. AMEC Asia is also the parent company of Advanced Micro-Fabrication Equipment International Pte. Ltd. ("AMEC International"), a company organized under the laws of Singapore, which maintains various regional offices and subsidiaries around Asia.

3. AMEC Asia's management is located in Shanghai, China. AMEC Asia operates primarily as a holding company of AMEC China and AMEC International. AMEC Asia does not itself design, manufacture, sell or market any products.

4. AMEC Asia does not have any offices or facilities within California. It does not own or lease any property in California. It has not sold or shipped products to customers located in California.

5. AMEC Asia's contacts in the State of California are minimal. AMEC Asia maintains a bank account with Silicon Valley Bank, which is used to facilitate the payment of certain administrative costs where payment in dollars is required (*e.g.*, travel expenses for certain employees, consultant fees, and certain legal fees). The balance on AMEC Asia's account averages approximately $250,000.

6. AMEC Asia pays no California state taxes, pays no federal taxes, and is not licensed to do business in the State of California.

7. I understand that the territory of the Northern District of California encompasses the following counties of the State of California: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

2

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 19, 2008, in Shanghai, China.

*[signature]*
Aihua ("Steve") Chen

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

3

**GENERAL ORDER 45 ATTESTATION**

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Aihua ("Steve") Chen In Support Of Advanced Micro-Fabrication Equipment Inc. Asia's Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Aihua ("Steve") Chen has concurred in this filing.

/s/ Marc David Peters
Marc David Peters

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

4