# EXHIBIT 2



 My Report Archive                                                                                    E-mail Report

# International Business Information Report: Advanced Micro-Fabrication Equipment

### Country Conditions can Impact Company Risk

Now that you know about this business, stay on top of the latest developments in its country with ... D&B COUNTRY RISK SERVICES    **Click here** to learn more

```
     COPYRIGHT 2007 DUN & BRADSTREET INC. - PROVIDED UNDER CONTRACT
            FOR THE EXCLUSIVE USE OF SUBSCRIBER 264-744365L.

           ATTN: 103175-163678
D&B Report                                      DATE PRINTED:July 28 2007
 ------------------------------------------------------------------------
 D-U-N-S:54-497-3683                                            ORIGINAL
 ------------------------------------------------------------------------
 Advanced Micro-Fabrication Equipment
 (SHANGHAI) CO., LTD.                    D&B RATING   --
                                         STARTED      2004
 NO.188, TAIHUA ROAD, JINQIAO EXPORT PROC
 ZONE, NO.5001, HUADONG ROAD, PUDONG NEW
 SHANGHAI                                WORTH:       152,350 RMB
 SHANGHAI
 CHINA                                   EXPORTS      YES
 POST CODE:201201
 EMPLOYS: 200 (HERE)
 REGISTERED CAPITAL:USD 26,050,000       HISTORY      CLEAR
 TEL:021 61001199
 FAX:021 61002216

 SIC:    36749900

 SUBJECT  IS  MAINLY  ENGAGED  IN DEVELOPING AND MANUFACTURING SEMICONDUCTORS
 EQUIPMENT.

 CHIEF EXECUTIVE: YIN, GERALD / CHAIRMAN & PRESIDENT

 CURRENCY:    All monetary amounts quoted in this report are
              shown in Renminbi(RMB) unless otherwise stated.
 ------------------------------------------------------------------------
 EXECUTIVE SUMMARY
 ------------------------------------------------------------------------
 A blank symbol "--" should not be interpreted as indicating that credit
 should be denied. It simply means that the information available to Dun
 & Bradstreet does not permit us to classify the company within our
 rating key and that further inquiry should be made before reaching a
 credit decision.

 The Risk Index for the company is 1,
 which indicates "Low Risk".
```

```
Subject company is a Chinese foreign cooperative venture established in 20

Subject company's registered capital is USD 26,050,000.

Nothing detrimental found against D&B China's court file.

Subject company has no media record in the past 12 months.

Advanced Micro-Fabrication Equipment Inc., Asia based in Cayman Islands is
of the subject.

RISK ASSESSMENT
--------------------------------------------------------------------------
Advanced Micro-Fabrication Equipment's Risk Index is 1
--------------------------------------------------------------------------

Industry Norm Grouping
Industry Group SIC            : 3674
Industry Group Description    : Semiconductors and related devices

Industry Group Risk Index Quartile Values:
Lower                         : 3
Median                        : 4
Upper                         : 5

Distribution of Risk Index based on SIC 3674
NCRI            1        2        3        4        5        6
%             2.75     3.53    21.57    32.35    34.71     5.10



RISK ASSESSMENT
--------------------------------------------------------------------------

D&B Credit    % of Report    Commentary
Risk Index    in Database
--------------------------------------------------------------------------
    1            10%         Low Risk
    2            16%         Lower Than Average Risk
    3            25%         Average Risk
    4            22%         Slightly Higher Than Average Risk
    5            18%         Higher Than Average Risk
    6             7%         High Risk
--------------------------------------------------------------------------

* The Risk Index is derived based on the Index development sample of
  more than 1,000,000 company records. When using the Index to make
  individual applicant decisions, a customized version of this table
  based on an analysis of the Index against your customer account
  portfolio is recommended. It does not necessarily mean doing business
  with the company, which is assigned with higher risk index,
  will experience credit risk.

* The Risk Index was recently re-estimated in June 2006 and has been
  computed based on up-to-date information currently available in the
  D&B database, using D&B's expertise and advanced statistical
  techniques.

RISK ANALYSIS
```

```
-------------

The major factors that influence the Risk Index for this company are:

1. Lower debt ratio;
2. Registered capital;

3. Industry classification;
4. Payment experiences indicate lower percentage of slow payment experienc


Note: Besides the major factors listed above,there are other key drivers
that also contribute to the Risk Index calculation. For more information
of the Methodology and Key drivers,please refer to Appendix at the end
of the report.



CURRENT INVESTIGATION
---------------------


On May 17, 2007, Ms. Mao of Business Dept.,

confirmed   operational   and   partially  historical    information,and   other
information was obtained from last investigation.

The provided name is the abbreviation of subject is English name.






PAYMENTS
--------

DATE       PAYING                   HIGH            NOW         PAST SELLING LAST
           RECORD                   CREDIT          OWES        DUE  TERMS   SALE

11/30/06 Prompt                     7,500           7,500         0 Net
12/31/06 Prompt                     7,500           7,500         0 Net


FINANCE
-------
FISCAL (INDEPENDENT) BALANCE SHEET AS OF Dec 31, 2006 RMB(Thousands)
----------------------------------




Cash and Bank               18,330
Account Receivables              0 Accounts Payable              19,410
Other Receivables          -63,010 Other Payables                   140
Inventory                   14,430
Other Current Assets         2,540 Other Current Liabilities     18,970
                         ----------                            ----------
```

```
TOTAL CURRENT ASSETS        -27,710  TOTAL CURRENT LIABILITIES    38,520

Construction in Progres       2,920
Fixed Assets, net            72,770
                           ----------
TOTAL FIXED ASSETS           75,690

Other Intangibles            60,790
                           ----------                            ----------
TOTAL INTANGIBLE ASSETS      60,790  TOTAL LIABILITIES            38,520

Other Assets                142,890  Capital                     213,140
                           ----------                            ----------
INVESTMENT & OTHER ASSE     142,890  TOTAL EQUITY                213,140

                           ==========                            ==========
TOTAL ASSETS                251,660  EQUITY & LIABILITIES        251,660
```

Tangible net worth of the company is 152,350 Thousands after deducting
Intangible assets of 60,790 Thousands.

The above Statements were obtained from outside sources.

COMPARATIVES
------------

```
                          Dec 31,2006    Dec 31,2005
                              (RMB)          (RMB)
                           (Thousands)    (Thousands)
                          (Independent)) (Independent))

CURRENT ASSETS                -27,710         50,810
CURRENT LIABILITIES            38,520         23,820
WORKING CAPITAL               -66,230         26,990
OTHER TANGIBLE ASSETS         218,580        186,150
OTHER LIABILITIES
MINORITY INTEREST
TANGIBLE NET WORTH            152,350        213,140
CASH & BANK                    18,330         32,420
A/CS & NOTES RECEIVABL        -63,010         17,060
FIXED ASSETS                   75,690         61,720
A/CS & NOTES PAYABLE           19,550         13,770
INVENTORY                      14,430
ANNUAL SALES/REVENUE
```

KEY RATIOS
----------

```
                          Dec 31, 2006  Dec 31, 2005
                              (RMB)         (RMB)

CURRENT RATIO                  -0.71          2.13
```

```
QUICK RATIO                             -1.09       2.13
TOTAL DEBT/EQUITY RATIO                  0.18       0.11
DEBT RATIO                               0.15       0.10
COLLECTION PERIOD(DAYS)
ASSET TURNOVER
NET PROFIT MARGIN(%)
RETURN ON EQUITY(%)
RETURN ON ASSETS(%)
EARNINGS PER SHARE($)
```

Subject was under preparation in 2004&2005; therefore no latest Profit &
Loss statement is available.

BANKING
-------

The company maintains relationship(s) with the following bank(s)
in China:

CHINA CONSTRUCTION BANK
SHANGHAI JINQIAO DEVE. DIS. SOUTH AREA SUB BRANCH
1F, Building, No.5031 Huadong Road,
Pudong, Shanghai
Tel:                                    021-58581745

Account Number:                         310015766160500563

CORPORATE HISTORY
-----------------

```
Registration Date    : May 31,2004
Registered At        : Shanghai Pudong New Area
                       Administration for Industry & Commerce
Registration No.     : 318810
License Expiry Date  : May 30,2024
Registered Capital   : USD 26,050,000
Total Investment     : USD 29,800,000
Tax No.              : 310115762627280
Business Start Year  : 2004
Legal Status         : a Chinese foreign cooperative venture
```

Shareholders:

Shanghai Chuangye Investment Co., Ltd.
Shares:                 23.22%
Advanced Micro-Fabrication Equipment Inc., Asia, Cayman Islands
Shares:                 76.78%

Total                  100%
                       ======

```
Address Changes :

From : No.188, Zhongyang Avenue, Jinqiao Export Processing Zone, No.5001,
Huadong Road, Pudong
       New Area, Shanghai
To: Captioned Address on Jul 21 , 2006




PRINCIPALS
----------

Name:                   Yin,Gerald
Gender:                 male
Title:                  Chairman & President
Education Level:        Doctor
School/ University:     University of California, Los Angeles
Started with Subject:   2004
Activity Status:        Yes
Area of Responsibility: Overall Management
Related Experience:     Since 1984
Employment History:
Period    Company Employed                              Last Position Held
          Applied Materials Inc.                        Vice President
          Chinese Academy of Sciences

He is also the legal representative of subject company.

Name:                   Qian,Xueyu
Gender:                 male
Title:                  Vice President
Education Level:        Doctor
School/ University:     University of Michigan
Activity Status:        Yes
Related Experience:     Since 1987
Employment History:
Period    Company Employed                              Last Position Held
          Applied Materials Inc.

Function Departments:
                    Research & Development Dept.
                    Administration Dept.
                    Finance Dept.
                    Office




OPERATIONS
----------



Subject is mainly engaged in developing and manufacturing semiconductors
equipment.
```

Subject is entitled to independent import and export rights.

SALES TERRITORY

International
International                 100%

NUMBER OF EMPLOYEES :         200   (Here)

LOCATION
--------

Subject is located in an industrial area. Subject rents premises of 700
sq.m. at the above captioned address, used as its office and factory (In
China, land in urban area is owned by the government, while the land in
rural area is collectively owned.)

PARENT
------
Name: Advanced Micro-Fabrication Equipment Inc., Asia
                              Cayman Islands
% Share Hold:                 76.78%
The parent company of subject is an offshore company, which is only
registered and has no regular operation, therefore no contact information is
available.

MAJOR AFFILIATES
----------------

NAME:         Shanghai Chuangye Investment Co., Ltd.
              OWNS 23.22% OF SUBJECT

The lack of a full financial statement precludes the ability to determine
the financial strength, capabilities and condition of this business and
therefore the assignment of a credit appraisal rating.

INDUSTRY ANALYSIS
-----------------

Date: 07/19/07
Detail:
Electronics and Telecommunications Equipment Manufacturing: China has around
9,420 above designated size enterprises engaged in manufacturing of
electronic and telecommunications equipment with total employee size of
4.996 million. In year 2006, this sector posted total sales of RMB 3,262.9
billion, accounting for 10.58%.The sales represented a year on year growth
of 21.1% in year 2006. Total profit of this sector amounted to RMB

```
107.51billion in year 2006, increasing by18.9% over that in year 2005. 77.4%
of the businesses in this sector made a profit in 2006. Average debt ratio
of the industry was 0.62, gross margin was 9.8% and DSO was 64.5 days in
year 2006.


APPENDIX
----------------

The D&B Risk index is based on a scale of 1 to 6, where 1 represents a
lower and 6 a higher credit risk. The index is computed using available
data in D&B's information database.

The Risk Index is developed by a data profiling approach with analyzing
the payment default and business failure cases. It reflects the credit
risk of the observed subject, which assists the users to made appropriate
credit decision.

In the Risk Index include the following:

KEY DRIVERS

    BUSINESS INFORMATION

        . Legal Company Structure
        . Industry
        . Employee Size
        . Export/Import Indicator
        . Registered Capital
        . Age of Company
        . D&B History Indicator
        . Family Support

    FINANCIAL INFORMATION

        . Quick Ratio
        . Debt Ratio

    GEO

        . Region & Province

    PAYMENT INFORMATION

        . Slow Payment
        . Amount of Overdue Payment

    PUBLIC FILINGS

        . Court Actions


D&B RISK INDEX APPLICATION
--------------------------

This D&B Risk Index provides you with a quick assessment of a business'
risk standing and when used together with other information, allows you
to derive better risk decisions.  Applications of the D&B Risk Index can
include using it to:-
```

* Assess NEW credit applications or NEW vendors;
* Monitor EXISTING accounts for credit limit adjustments, determine account receivable collection activity or track suppliers stability trends.

Below is a sample decision matrix to apply the D&B Risk Index to new credit assessments.

NEW CREDIT ASSESSMENT APPLICATION

---

| | |
|---|---|
| Low Risk Index * | May proceed to process applicant quickly with minimal or no manual review depending on the extent of index validation analysis. All credit limits should be based on applicant's capacity. |
| Medium Risk Index * | Recommend a manual review of the applicant / or adjusting your credit terms based on applicant's capacity, your internal credit policy and risk tolerance. |
| High Risk Index * | Requires thorough manual review of potential decline, or approval based on up front cash basis depending on applicant's capacity, your internal credit policy and risk tolerance. |

---

The above illustration assumes that the credit grantor has no prior history or experience with the new applicant and is using the D&B Risk Index in combination with other information including internal credit application, other D&B data, and sales channel input.

* The D&B Risk Index values within each of the 3 risk levels above should be based on, and defined by, the analysis of the D&B Risk Index against your customer account portfolio to determine the optimal index ranges within each risk level.

Below is a sample decision matrix to apply the D&B Risk Index to monitor existing customers for credit limit adjustments and receivable management follow up.

MONITOR EXISTING CUSTOMERS' APPLICATION

---

|  | Risk Level | | |
|---|---|---|---|
| Existing Credit Limit* | Low Risk | Medium Risk | High Risk |
| High | *Revise to very high limit<br>*Proactively target for up selling opportunities | *Maintain high limit (no adjustments)<br>*Monitor on regular basis for upward or downward index trend | *Adjust to lower credit limit<br>*Monitor closely for upward or downward index trend |
| Medium | *Maintain medium | *Maintain medium | *Adjust to lower |

```
              limit or revise to    limit                credit limit
              high limit            (no adjustments)    *Monitor closely for
             *Proactively target   *Monitor on regular   upward or downward
              for up selling        basis for upward or  index trend
              opportunities         downward index
                                    trend

   Low       *Maintain low limit,  *Maintain low limit  *Monitor closely for
              or revise to medium  *Adjust credit limit  upward or downward
              limit based on        to lower credit      index trend
              capacity              limit               *Consider cash terms
                                   *Monitor on regular   and othe receivable
                                    basis for upward or  management options
                                    downward index
                                    trend
   ----------------------------------------------------------------------
```

The above illustration assumes that there are 3 levels of credit limit
ranges for your existing customers from small to medium to large, and
that these limits are mapped to 3 levels of D&B index values from low
risk to medium to high.  The D&B index values within each level should
be based on, and defined by, the analysis of the D&B index against your
customer account portfolio to determine the optimal index ranges.

* Assumes credit limit range has been developed from existing
  understanding of customer's capacity


This report, which is licensed under contract solely for use by D&B's
customer as one factor in its business decisions, contains information
compiled from sources D&B does not control and which, unless otherwise
indicated in this report, has not been verified. D&B does not assume any of
user's business risk; does not guarantee the accuracy, completeness, and
timeliness of the information; and shall not be liable in tort, contract or
otherwise for any loss, damage, and injury resulting from use of this
information, even if caused by D&B's negligence.

                    Copyright 2007 Dun & Bradstreet
                         All Rights Reserved

                       *** REPORT COMPLETE ***

                    FOREIGN BIR DISPLAY COMPLETE

[ New Search ]    [ Order an Investigation ]

| Company Reports | Basic Marketing Lookups | U.S. Public Records Search | Country Risk Services | ZapData |

Main Menu | DUNSRight™ | FAQs | Customer Assistance | Samples & Descriptions | Price Guide | About Privacy

© 2006 Dun & Bradstreet, Inc.
January 14, 2006 - GTO