# EXHIBIT 3



AMEC0000190

CONFIDENTIAL - AEO