# EXHIBIT 5



**Dr. Gerald (Zheyao) Yin**
**Chairman of the Board and Chief Executive Officer**

Dr. Gerald (Zheyao) Yin has served as AMEC's chairman and CEO since the company was founded in 2004. He brings more than 22 years of product development and executive management experience in the semiconductor equipment industry.

Prior to AMEC, Dr. Yin spent 13 years at Applied Materials. While there, he held a variety of executive positions, including corporate vice president and general manager of the Etch product business group, vice president of Asia sourcing and procurement, and chief technology officer of Applied Materials Asia.

Dr. Yin joined Intel central technology development when he first arrived in Silicon Valley in 1984. In 1986, he moved to Lam Research, where he led the Etch technology development and introduction initiatives for several key products.

Dr. Yin received his Bachelor of Science in chemical physics from the University of Science and Technology, China. He pursued his graduate studies at Beijing University, Department of Chemistry. He received his Ph.D. in physical chemistry from the University of California, Los Angeles. Prior to his U.S. experience, he served the Chinese Academy of Sciences as a research group leader where he received two national science team awards. He holds 74 U.S. patents, with more pending.