# EXHIBIT 6

HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLIED MATERIALS, INC.,

Plaintiff,

v.

ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,

Defendants.

Case No. C07 05248 JW (PVT)

**DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS**

Date: February 25, 2008
Time: 9:00 a.m.
Courtroom: 8, 4th Floor

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380
1

I, Zhiyou Du, do declare as follows:

1. I am the Senior Vice President for Corporate Operation of Advanced Micro-Fabrication Equipment Inc. China ("AMEC China," sued as "Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd.").

2. AMEC China is a cooperative joint venture between Advanced Micro-Fabrication Equipment Inc. Asia and Shanghai Ventures Capital Co., Ltd., organized under the laws of the People's Republic of China, having its principal place of business in Shanghai.

3. AMEC China designs and develops semiconductor fabrication equipment in Shanghai, not in the United States. AMEC China maintains all its technology-related and employment-related documents in Shanghai.

4. All of AMEC China's board meetings take place in Shanghai.

5. AMEC China does not have any offices or facilities within California. It does not own or lease any property in California. It has not sold or shipped products to customers located in California.

6. AMEC China's contacts in the State of California are minimal. AMEC China obtains parts for its equipment from hundreds of suppliers located around the world. AMEC China currently has about a dozen current suppliers in the Northern District of California, and about the same number of past part suppliers located in the Northern District.

7. AMEC China pays no California state taxes, pays no federal taxes, and is not licensed to do business in the State of California.

8. I understand that the territory of the Northern District of California encompasses the following counties of the State of California: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380

2

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on January 18, 2008, in Shanghai, China.

Zhiyou Du

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380
3

CaCase 5:07-cv-05248-JW Document 106-7 Filed 01/24/2008 Page 45 of 47

**GENERAL ORDER 45 ATTESTATION**

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Zhiyou Du In Support Of Advanced Micro-Fabrication Equipment Inc. China's Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Zhiyou Du has concurred in this filing.

/s/ Marc David Peters
Marc David Peters

DECLARATION OF ZHIYOU DU IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT CHINA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264380

4

## Nelson, Rachael R

**From:** ECF-CAND@cand.uscourts.gov
**Sent:** Tuesday, January 22, 2008 5:23 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 5:07-cv-05248-JW Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al Declaration in Support

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from by Peters, Marc entered on 1/22/2008 5:23 PM PST and filed on 1/22/2008

| | |
|---|---|
| **Case Name:** | Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al |
| **Case Number:** | 5:07-cv-5248 |
| **Filer:** | Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD |
| **Document Number:** | 99 |

**Docket Text:**
**Declaration of Zhiyou Du in Support of [98] MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss *for failure to state a claim, and MOTION to Dismiss for improper forum* filed byAdvanced Micro-Fabrication Equipment (Shanghai) Co, LTD. (Related**

**document(s)[98]) (Peters, Marc) (Filed on 1/22/2008)**

**5:07-cv-5248 Notice has been electronically mailed to:**

Thomas F. Fitzpatrick tfitzpatrick@goodwinprocter.com, rnelson@goodwinprocter.com

Kenneth Alexander Kuwayti KKuwayti@mofo.com, BGomez@mofo.com

Harold J. McElhinny HMcElhinny@mofo.com, vsmith@mofo.com

Marc David Peters mbarakah@mofo.com, mdpeters@mofo.com, msmoot@mofo.com

Michael G. Strapp mstrapp@goodwinprocter.com

**5:07-cv-5248 Notice has been delivered by other means to:**

Douglas C. Doskocil
Goodwin Procter LLP
53 State Street
Boston, MA 02109

John C. Englander
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Gred H. Gardella
Fish and Richardson PC
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

Michelle R. Gonnam
Goodwin Procter LLP
53 State Street
Boston, MA 02109-2881

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**P:\63613\0000003\eFiling\2008-01-22 AMEC China Motion to Dismiss\Decl of Zhiyou Du ISO AMEC China MTD.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/22/2008] [FileNumber=4073447-0]
[2f37b5edb4c5518b45e47eed965fafd32bbd2948c82c10662e0bafe4740b334988b75
d2d29c4e5c1521e9750b7198bcad92dc544143107c7b12c174f7698f5ab]]