# EXHIBIT 7

HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
DAVID M. ALBAN (CA SBN 238955)
DAlban@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,<br><br>Defendants. | Case No. C07 05248 JW (PVT)<br><br>**DECLARATION OF MATT RUBY IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT INC.'S MOTION TO DISMISS**<br><br>Date: January 7, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor |

Declaration of Matt Ruby in Support of Advanced Micro-Fabrication Equipment Inc.'s Motion To Dismiss
Case No. C07 05248 JW (PVT)
tk-258530

1

I, Matt Ruby, do declare as follows:

1. I am the Vice President and General Counsel of Advanced Micro-Fabrication Equipment Inc. ("AMEC").

2. AMEC is a privately-held company incorporated in the Cayman Islands. AMEC is the parent company of Advanced Micro-Fabrication Equipment, Inc. Asia ("AMEC Asia"), a company also incorporated in the Cayman Islands.

3. Advanced Micro-Fabrication Equipment Inc. China ("AMEC China", sued as "AMEC Shanghai") is a cooperative joint venture organized under the laws of the People's Republic of China having its principal place of business in Shanghai. AMEC China currently is 80% owned by AMEC Asia and 20% owned by Shanghai Venture Capital Co., Ltd.

4. AMEC's management is located in Shanghai, China. AMEC operates primarily as a holding company of AMEC Asia and (indirectly) AMEC China and other AMEC entities. AMEC does not itself design, manufacture, sell or market any products. AMEC and its subsidiaries maintain their employment records and agreements in China.

5. AMEC China designs and develops semiconductor fabrication equipment in Shanghai, not in the United States. AMEC China maintains all its technology-related and employment-related documents in Shanghai.

6. AMEC and its subsidiaries do not have any offices or facilities within California. They do not own or lease any property in California. They have not sold or shipped products to customers located in California. No AMEC subsidiary has sold or shipped any CVD or Etch tool to any customer located in California.

7. The majority of AMEC's and its subsidiaries' assets are located in China.

8. AMEC has had *de minimis* contact with the State of California that includes the following:

- AMEC and AMEC Asia maintain bank accounts with Silicon Valley Bank. The accounts are used to facilitate the payment of certain administrative costs where payment in dollars is required (*e.g.*, travel expenses for Board members located in the U.S., directors and

DECLARATION OF MATT RUBY IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT INC.'S
MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-258530

2

officers insurance, consultant fees (including my own compensation)). The balance on AMEC's account averages approximately $100,000, and the balance on AMEC Asia's account averages approximately $250,000.

- AMEC holds quarterly Board meetings that alternate between Shanghai and Northern California. Board meetings are held in California for the convenience of certain investors.
- AMEC has used legal counsel in California related to financing and IP issues.
- Due to Silicon Valley's high concentration of high-tech businesses, AMEC has worked with outside consultants in California, such as in marketing/public relations, one in senior executive training, one in corporate finance, and an executive recruiter.
- AMEC has met with investors within the Northern District of California.
- AMEC China obtains parts for its equipment from hundreds of suppliers located around the world. AMEC China has about a dozen current suppliers in the Northern District of California, and about the same number of past part suppliers located in the Northern District.
- A few AMEC (and its subsidiaries') employees and some board members spend time in California (including the Northern District of California), having maintained residences and/or family there. This includes me, AMEC's General Counsel. My employment agreement requires me to spend up to half of my time in Shanghai.

9. AMEC's website states that AMEC has service and support operations in the U.S. and provides the contact information for Robert Wu, Sr. Director of Global Customer Support and Spares. The website provides Mr. Wu's San Diego cell phone number, but AMEC and its subsidiaries presently have no offices or facilities within California as noted above. Mr. Wu works and is based in Shanghai, although his family maintains a residence in San Diego.

10. AMEC pays no California state taxes, pays no federal taxes, and is not licensed to do business in the State of California.

11. I understand that the territory of the Northern District of California encompasses the following counties of the State of California: Alameda, Contra Costa, Del Norte, Humboldt,

DECLARATION OF MATT RUBY IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT INC.'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-258530

3

1  Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara,
2  Santa Cruz, and Sonoma.
3      I declare under penalty of perjury that to the best of my knowledge the foregoing is true
4  and correct. Executed on November 30, 2007, in Palo Alto, California.

_____
Matt Ruby

DECLARATION OF MATT RUBY IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT INC.'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-258530

4

**GENERAL ORDER 45 ATTESTATION**

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Matt Ruby In Support Of Advanced Micro-Fabrication Equipment Inc.'s Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Matt Ruby has concurred in this filing.

        /s/ Marc David Peters
        Marc David Peters

DECLARATION OF MATT RUBY IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT INC.'S
MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-258530

5

**Nelson, Rachael R**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Friday, November 30, 2007 5:54 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:07-cv-05248-JW Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al Declaration in Support |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Peters, Marc entered on 11/30/2007 5:54 PM PST and filed on 11/30/2007

| | |
|---|---|
| **Case Name:** | Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al |
| **Case Number:** | 5:07-cv-5248 |
| **Filer:** | Advanced Micro-Fabrication Equipment Inc. (AMEC Inc.) |
| **Document Number:** | 55 |

**Docket Text:**
Declaration of Matt Ruby in Support of [54] MOTION to Dismiss for Lack of Jurisdiction *, for failure to state a claim, and for forum non conveniens* filed byAdvanced Micro-Fabrication Equipment Inc. (AMEC Inc.). (Related document(s)[54]) (Peters, Marc) (Filed on 11/30/2007)

**5:07-cv-5248 Notice has been electronically mailed to:**

12/4/2007

Thomas F. Fitzpatrick     tfitzpatrick@goodwinprocter.com, rnelson@goodwinprocter.com

Harold J. McElhinny     HMcElhinny@mofo.com, vsmith@mofo.com

Marc David Peters     mbarakah@mofo.com, mdpeters@mofo.com

Michael G. Strapp     mstrapp@goodwinprocter.com

**5:07-cv-5248 Notice has been delivered by other means to:**

Douglas C. Doskocil
Goodwin Procter LLP
53 State Street
Boston, MA 02109

John C. Englander
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Gred H. Gardella
Fish and Richardson PC
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

Michelle R. Gonnam
Goodwin Procter LLP
53 State Street
Boston, MA 02109-2881

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\63613\0000003\eFiling\2007-11-30 AMEC Inc. motion to dismiss\Ruby decl.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/30/2007] [FileNumber=3954718-0]
[3b19995097a70cca4d3af6db10d5f18c1b997f87cf05777250c2f4f6e614d77665f5
245ab4f8b14f928f75a78b236d91edf5d84bcd107c5a9dd5310ea018215e]]

12/4/2007