# EXHIBIT 8

| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | MARC DAVID PETERS (CA SBN 211725) |
| | MDPeters@mofo.com |
| 6 | DAVID M. ALBAN (CA SBN 238955) |
| | DAlban@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 8 | Palo Alto, CA 94304-1018 |
| | Telephone: 650-813-5600 |
| 9 | Facsimile: 650-494-0792 |
| 10 | Attorneys for Defendant |
| | ADVANCED MICRO-FABRICATION EQUIPMENT INC. |
| 11 | ASIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07 05248 JW (PVT) |
| Plaintiff, | **DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., | Date: February 25, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor |
| Defendants. | |

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

I, Aihua ("Steve") Chen, do declare as follows:

1. I am a Director and Executive Vice President of Advanced Micro-Fabrication Equipment Inc. Asia ("AMEC Asia").

2. AMEC Asia is a privately-held company incorporated in the Cayman Islands. AMEC Asia is a joint venture owner of Advanced Micro-Fabrication Equipment Inc. China ("AMEC China"), a cooperative joint venture between AMEC Asia and Shanghai Ventures Capital Co., Ltd., organized under the laws of the People's Republic. AMEC Asia is also the parent company of Advanced Micro-Fabrication Equipment International Pte. Ltd. ("AMEC International"), a company organized under the laws of Singapore, which maintains various regional offices and subsidiaries around Asia.

3. AMEC Asia's management is located in Shanghai, China. AMEC Asia operates primarily as a holding company of AMEC China and AMEC International. AMEC Asia does not itself design, manufacture, sell or market any products.

4. AMEC Asia does not have any offices or facilities within California. It does not own or lease any property in California. It has not sold or shipped products to customers located in California.

5. AMEC Asia's contacts in the State of California are minimal. AMEC Asia maintains a bank account with Silicon Valley Bank, which is used to facilitate the payment of certain administrative costs where payment in dollars is required (*e.g.*, travel expenses for certain employees, consultant fees, and certain legal fees). The balance on AMEC Asia's account averages approximately $250,000.

6. AMEC Asia pays no California state taxes, pays no federal taxes, and is not licensed to do business in the State of California.

7. I understand that the territory of the Northern District of California encompasses the following counties of the State of California: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma.

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

2

1  I declare under penalty of perjury that to the best of my knowledge the foregoing is true
2  and correct. Executed on January 19, 2008, in Shanghai, China.

_____
Aihua ("Steve") Chen

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT
ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

# GENERAL ORDER 45 ATTESTATION

I, Marc Peters, am the ECF User whose ID and password are being used to file the Declaration Of Aihua ("Steve") Chen In Support Of Advanced Micro-Fabrication Equipment Inc. Asia's Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Aihua ("Steve") Chen has concurred in this filing.

                /s/ Marc David Peters
                Marc David Peters

DECLARATION OF AIHUA ("STEVE") CHEN IN SUPPORT OF ADVANCED MICRO-FABRICATION EQUIPMENT ASIA'S MOTION TO DISMISS
CASE NO. C07 05248 JW (PVT)
tk-264375

4

**Nelson, Rachael R**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, January 22, 2008 5:41 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:07-cv-05248-JW Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al Declaration in Support |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Peters, Marc entered on 1/22/2008 5:40 PM PST and filed on 1/22/2008

| | |
|---|---|
| **Case Name:** | Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al |
| **Case Number:** | 5:07-cv-5248 |
| **Filer:** | Advanced Micro-Fabrication Equipment, Inc., Asia |
| **Document Number:** | 102 |

**Docket Text:**
**Declaration of Aihua Chen in Support of [101] MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss** *for failure to state a claim, and MOTION to Dismiss for improper forum* **filed byAdvanced Micro-Fabrication Equipment, Inc., Asia. (Related**

**document(s)[101]) (Peters, Marc) (Filed on 1/22/2008)**

**5:07-cv-5248 Notice has been electronically mailed to:**

Thomas F. Fitzpatrick    tfitzpatrick@goodwinprocter.com, rnelson@goodwinprocter.com

Kenneth Alexander Kuwayti    KKuwayti@mofo.com, BGomez@mofo.com

Harold J. McElhinny    HMcElhinny@mofo.com, vsmith@mofo.com

Marc David Peters    mbarakah@mofo.com, mdpeters@mofo.com, msmoot@mofo.com

Michael G. Strapp    mstrapp@goodwinprocter.com

**5:07-cv-5248 Notice has been delivered by other means to:**

Douglas C. Doskocil
Goodwin Procter LLP
53 State Street
Boston, MA 02109

John C. Englander
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Gred H. Gardella
Fish and Richardson PC
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

Michelle R. Gonnam
Goodwin Procter LLP
53 State Street
Boston, MA 02109-2881

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\63613\0000003\eFiling\2008-01-22 AMEC Asia Motion to Dismiss\Decl of Aihua Chen ISO AMEC Asia MTD.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/22/2008] [FileNumber=4073562-0]
[89d8cf52dcddbd30ad6ea0215f7cbabe856cd9003669cd43ecfffb8971550f012babf
0cc371de6cb8b405d86fe51414db50181a1f68707e73758c6e592001da5]]

1/23/2008