# EXHIBIT 9



# Org Chart -- AMEC



Copyright © 2006 AMEC. All Rights Reserved         Confidential                    1
CONFIDENTIAL - AEO                                 AMEC0000199



Copyright © 2006 AMEC. All Rights Reserved   Confidential   2
CONFIDENTIAL - AEO   AMEC0000200



# Org Chart -- AMECN



Copyright © 2006 AMEC. All Rights Reserved      Confidential                                3
CONFIDENTIAL - AEO                              AMEC0000201

# Global Corporate Structure

## Advanced Micro-Fabrication Equipment Inc. (AMEC)
## Established August 2004



**AMEC/AMECA Cayman** — Cayman Island

**Shanghai**
80% AMECA
20% SHVC

**AMECN**

**AMEC International**

**Singapore**
Sales and Support operation
100% AMECA

- Japan Region Office
- Taiwan Region Office
- Singapore Region Office
- Korea Region Office
- US (TBD) Region Office
- Europe (TBD) Region Office

Copyright © 2007 AMEC. All Rights Reserved   Confidential   February 1, 2008
CONFIDENTIAL - AEO   AMEC0000202