# EXHIBIT 10



| | | | | | | |
|---|---|---|---|---|---|---|
| Home | **Company** | Technology | Customer Service | Global Business | News | Careers |

Corporate Profile | **Corporate Officers** | Board of Directors | Board Observers | Board of Advisors | Investors | Contact Us

## Corporate Officers

Home > Company > Corporate Officers

- Corporate Profile
- **Corporate Officers**
- Board of Directors
- Board Observers
- Board of Advisors
- Investors
- Contact Us

**Dr. Gerald (Zheyao) Yin**
Chairman of the Board and Chief Executive Officer

**Dr. Steve (Aihua) Chen**
Executive Vice President and Member of the Board of Directors

**Dr. Zhiyou Du**
Vice President of Corporate Operations

**Frank Masciocchi**
Vice President, Global Business

**Dr. Xueyu Qian**
Vice President and General Manager, Etch Division

**Dr. Lee Luo**
General Manager, CVD Division

**Matt Ruby**
Vice President, Legal & General Counsel

Site Map | Contact Us | Privacy

Copyright 2006 AMEC. All rights reserved.

沪ICP备05053603号 Designed by Chinaclick