# EXHIBIT 12

| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
| | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | MARC DAVID PETERS (CA SBN 211725) |
| | MDPeters@mofo.com |
| 6 | DAVID M. ALBAN (CA SBN 238955) |
| | DAlban@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 8 | Palo Alto, CA 94304-1018 |
| | Telephone: 650-813-5600 |
| 9 | Facsimile: 650-494-0792 |
| 10 | Attorneys for Defendant |
| | ADVANCED MICRO-FABRICATION EQUIPMENT |
| 11 | (SHANGHAI) CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07 05248 PVT |
| Plaintiff, | **DECLARATION OF MATT RUBY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, GERALD Z. YIN, AIHUA CHEN, RYOJI TODAKA, and LEE LUO, | |
| Defendants. | |

Declaration of Matt Ruby in Support of Opposition to Plaintiff's Motion to Expedite Discovery and Preserve Evidence
Case No. C07 05248 PVT
pa-1204069

1

29/10 2007 10:30 FAX ☒002
Case 5:07-cv-05248-JW Document 106-43 Filed 02/29/2008 Page 23 of 69
Case 5:07-cv-05248-PVT Document 16-43 Filed 10/29/2007 Page 2 of 59

I, Matt Ruby, do declare as follows:

1. I am the Vice President and General Counsel of Advanced Micro-Fabrication Equipment Inc., a Cayman Islands corporation that is not a party to this action. I joined Advanced Micro-Fabrication Equipment Inc. in April of this year.

2. Advanced Micro-Fabrication Equipment Inc. is the parent company of Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd. and Advanced Micro-Fabrication Equipment, Inc., Asia. I am not an officer, managing agent, or employee of Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd., or Advanced Micro-Fabrication Equipment, Inc., Asia.

3. Gerald Z. Yin, Aihua Chen, and Lee Luo are known to me. They each reside in China.

4. I gathered the United States passports of Messrs. Yin, Chen, and Luo, which show each to be a citizen of the United States of America. True and correct copies of the face pages of those passports (with their personal information redacted) are attached hereto.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on October 29, 2007, in Shanghai, China.

_____
Matt Ruby

DECLARATION OF MATT RUBY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND PRESERVE EVIDENCE
CASE NO. C07 05248 PVT
pa-1204069

2







*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

Aihua Chen

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

SEE PAGE D

NOT VALID UNTIL SIGNED

PASSPORT
PASSPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type /Type / Tipo: P
Code /Code /Código: USA
Passport No. / No. du Passport / No. de Pasaporte: [redacted]

Surname /Nom /Apellidos
CHEN

Given names / Prénoms /Nombres
AIHUA

Nationality / Nationalité /Nacionalidad
UNITED STATES OF AMERICA

Date of birth /Date de naissance /Fecha de nacimiento
[redacted]

Sex /Sexe /Sexo: M
Place of birth /Lieu de naissance /Lugar de nacimiento: CHINA

Date of issue /Date de délivrance /Fecha de expedición
15 Dec 1999

Authority /Autorité / Autoridad
National Passport Center

Date of expiration /Date d' expiration /Fecha de caducidad
14 Dec 2009

Amendments /Modifications /Enmiendas
See Page 24

P<USACHEN<<AIHUA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]

**GENERAL ORDER 45 ATTESTATION**

I, Harold McElhinny, am the ECF User whose ID and password are being used to file the Declaration Of Matt Ruby In Support Of Opposition To Plaintiff's Motion To Expedite Discovery And Preserve Evidence. In compliance with General Order 45, X.B., I hereby attest that Matt Ruby has concurred in this filing.

            /s/ Harold McElhinny
            Harold McElhinny

## Nelson, Rachael R

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Monday, October 29, 2007 4:03 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 5:07-cv-05248-PVT Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al Declaration in Opposition |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by McElhinny, Harold entered on 10/29/2007 4:02 PM and filed on 10/29/2007

| | |
|---|---|
| **Case Name:** | Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al |
| **Case Number:** | 5:07-cv-5248 |
| **Filer:** | Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD |
| **Document Number:** | 14 |

**Docket Text:**
DECLARATION of Matt Ruby in Opposition to [12] Memorandum in Opposition *to Applied motion for expedited discovery* filed byAdvanced Micro-Fabrication Equipment (Shanghai) Co, LTD. (Related document(s)[12]) (McElhinny, Harold) (Filed on 10/29/2007)

**5:07-cv-5248 Notice has been electronically mailed to:**

10/29/2007

Thomas F. Fitzpatrick    tfitzpatrick@goodwinprocter.com, rnelson@goodwinprocter.com

Harold J. McElhinny    HMcElhinny@mofo.com, vsmith@mofo.com

Michael G. Strapp    mstrapp@goodwinprocter.com

**5:07-cv-5248 Notice has been delivered by other means to:**

Douglas C Doskocil
Goodwin Procter LLP
53 State Street
Boston, MA 02109

John C. Englander
Attorney at Law
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Gred H. Gardella
Fish and Richardson PC
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\e-filing\2007-10-29 AMEC Opp to Mot to Expedite Discovery\Ruby Decl ISO Opp To Mot For Expedited Discovery.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=10/29/2007] [FileNumber=3869436-0]
[50fc7a68bab3e0e972256bae261a3e325befea4837daa44138cca1864c64509cc58d
83eb1ed6d07a0b7a056fab89bb61e0d59156682476bce679169ab38214b3]]

10/29/2007