# EXHIBIT 13



Home   Company   Technology   Customer Service   **Global Business**   News   Careers

Regional Offices



Regional Offices

Home > Global Business > Regional Offices

**Regional Offices**

To better serve our global customers, AMEC maintains service and support operations in **China**, **Japan**, **Taiwan**, **Korea**, **Singapore** and **The U.S**.



| Contact Us   |   Privacy

Copyright 2006 AMEC. All rights reserved.

沪ICP备05053603号 Designed by Chinaclick