Thomas F. Fitzpatrick (CA Bar #193565)
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander (*pro hac vice*)
James C. Rehnquist (*pro hac vice*)
Michael G. Strapp (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
jrehnquist@goodwinprocter.com
mstrapp@goodwinprocter.com

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants. | Case No.: CV 07-05248 JW (PVT) <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** <br><br><br> Date: February 25, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 8, 4th Floor |

1   This matter came before this Court on Defendants' Motions to Dismiss First Amended
2   Complaint.
3   Good cause appearing:
4   IT IS HEREBY ORDERED THAT Defendants' Motions to Dismiss First Amended
5   Complaint is DENIED.

Dated: _____        _____
                             Judge James Ware
                             United States District Court Judge
                             Northern District of California

PROPOSED ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT
Case No. Case No.  CV 07-05248 JW (PVT)           1
LIBA/1844586v1