1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10 Attorneys for Defendants
   ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11 CHINA, ADVANCED MICRO-FABRICATION
   EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12 FABRICATION EQUIPMENT INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

18 APPLIED MATERIALS, INC.,                  Case No.    C07 05248 JW (PVT)

19              Plaintiff,                   **DECLARATION OF KENNETH
                                             A. KUWAYTI IN SUPPORT OF
20       v.                                  AMEC INC.'S AND AMEC
                                             CHINA'S MOTIONS TO DISMISS
21 ADVANCED MICRO-FABRICATION               APPLIED'S FIRST AMENDED
   EQUIPMENT, INC. CHINA, ADVANCED           COMPLAINT**
22 MICRO-FABRICATION EQUIPMENT, INC.
   ASIA, ADVANCED MICRO-FABRICATION          Date:          February 25, 2008
23 EQUIPMENT INC.,                           Time:          9:00 a.m.
                                             Courtroom:     8, 4th Floor
24              Defendants.

25

26

27

28

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF AMEC INC.'S AND AMEC CHINA'S
MOTIONS TO DISMISS APPLIED'S FAC
CASE NO. C07 05248 JW (PVT)
pa-1229404

1

1    I, Kenneth A. Kuwayti, do declare as follows:

2    1.    I am a partner in the law firm of Morrison & Foerster LLP.  I am admitted to

3    practice in the Northern District of California and am counsel for Defendants.

4    2.    Attached hereto as Exhibit A is a true and correct copy of Applied's Factsheet for

5    the Fourth Quarter Fiscal 2007, available at

6    http://www.appliedmaterials.com/about/assets/corporate_factsheet.pdf (last visited February 10,

7    2008), showing that Asia accounted for 77% of Applied's orders.

8    3.    Attached hereto as Exhibit B is a true and correct copy of Applied's offices in

9    China, http://www.appliedmaterials.com/about/china_addresses.html?menuID=4_2 (last visited

10   February 11, 2008).

11   4.    Attached hereto as Exhibit C is a true and correct copy of a January 24, 2008 San

12   Jose Mercury News article quoting Applied CEO Mike Splinter, who was interviewed at the

13   World Economic Forum in Davos, Switzerland.

14   5.    Attached hereto as Exhibit D is a true and correct copy of a November 1, 2004

15   press release by Applied Materials, on the occasion of its 20th anniversary in China.

16   6.    Attached hereto as Exhibit E is a true and correct copy of Applied's Standards of

17   Business Conduct, http://www.appliedmaterials.com/investors/cg_standards.html (last visited

18   February 11, 2008).

19   7.    Attached hereto as Exhibit F is a true and correct copy of an October 18, 2007

20   press release by the Department of Commerce's Bureau of Industry and Security, available at

21   http://www.bis.doc.gov/news/2007/china10182007.htm (last visited February 9, 2008), which

22   announces that Applied Materials China just received approval under a program to facilitate

23   exports to civilian end-users in China.

24   8.    Attached hereto as Exhibit G is a true and correct copy of Applied's February 5,

25   2008 Initial Disclosures, which identifies more than twenty people who Applied asserts may have

26   "knowledge relating to the trade secrets that Applied alleges Defendants have misappropriated

27   and to the particular circumstances surrounding Defendant's misappropriation of those trade

28   secrets."

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF AMEC INC.'S AND AMEC CHINA'S
MOTIONS TO DISMISS APPLIED'S FAC
CASE NO. C07 05248 JW (PVT)
pa-1229404

2

1    9.    Attached hereto as Exhibit H is a true and correct copy of Gerald Yin's Employee

2  Exit Package Termination Certification, executed on January 20, 2004.

3    10.    Attached hereto as Exhibit I is a true and correct copy of Applied's Corporate

4  Officers webpage, along with the biographies of Michael Splinter and Thomas St. Dennis,

5  available at http://www.appliedmaterials.com/about/corporate_officers.html?menuID=2 (last

6  visited February 11, 2008).

7    11.    During several meet and confer discussions that the parties had with respect to

8  jurisdictional discovery, the parties reached agreement with respect to the production of

9  documents in response to many of Applied's discovery requests, including, to my understanding,

10  all of the requests relating to the defendants' California contacts.  The parties' dispute has been

11  over the production of documents relating to alter ego discovery, such as documents relating to

12  the defendant companies' capitalization, or "all agendas" of every board meeting any of the

13  companies had.  Applied refers to the production of certain documents in Chinese.  I am informed

14  and believe that these documents are simply articles of incorporation for AMEC China and other

15  AMEC China corporate filings such as corporate inspection reports and annual certificates of

16  renewal to do business in China, which Applied had requested we produce as part of alter ego

17  discovery.  They were produced on February 1, promptly after we received them.

18    I declare under penalty of perjury under the laws of the United States that to the best of

19  my knowledge the foregoing is true and correct.  Executed on February 11, 2008, in Palo Alto,

20  California.

21

22    _____/s/ Kenneth A. Kuwayti_____

23    Kenneth A. Kuwayti

24

25

26

27

28

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF AMEC INC.'S AND AMEC CHINA'S
MOTIONS TO DISMISS APPLIED'S FAC
CASE NO. C07 05248 JW (PVT)
pa-1229404

3

1

**GENERAL ORDER 45 ATTESTATION**

2        I, Marc Peters, am the ECF User whose ID and password are being used to file the

3   Declaration Of Kenneth A. Kuwayti In Support Of AMEC Inc.'s And AMEC China's Motions

4   To Dismiss Applied's First Amended Complaint. In compliance with General Order 45, X.B., I

5   hereby attest that Kenneth A. Kuwayti has concurred in this filing.

6

7

8                                 /s/ Marc David Peters
                                Marc David Peters

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28