# EXHIBIT A

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF AMEC INC.'S AND AMEC CHINA'S
MOTIONS TO DISMISS APPLIED'S FAC
CASE NO. C07 05248 JW (PVT)
pa-1229404

# Applied Materials Factsheet
## *Fourth Quarter Fiscal 2007*



## Corporate Profile

Applied Materials (Nasdaq: AMAT) is the global leader in Nanomanufacturing Technology™ solutions with a broad portfolio of innovative equipment, service and software products for the fabrication of semiconductor chips, flat panels, solar photovoltaic cells, flexible electronics and energy efficient glass. At Applied Materials, we apply nanomanufacturing technology to improve the way people live.

Founded in 1967, Applied Materials creates and commercializes the nanomanufacturing technology that helps produce virtually every semiconductor chip and flat panel display in the world. The company recently entered the market for equipment to produce solar arrays and energy efficient glass.

Applied Materials service products improve yield enhancement and increase nanomanufacturing productivity.

To support our customers, Applied Materials employs approximately 14,500 people throughout the world. In fiscal year 2007, Applied Materials recorded revenues of approximately U.S. $9.73 billion.

## Milestones

| Year | Event |
|---|---|
| 1967 | Applied Materials, Inc. established |
| 1971 | Applied Materials Europe (AME) established |
| 1972 | Applied Materials' first public stock offering |
| 1977 | James C. Morgan named Chief Executive Officer |
| 1979 | Applied Materials Japan (AMJ) established |
| 1984 | Applied Materials opens its office in Beijing, PRC. |
| 1989 | Applied Materials Taiwan (AMT) established |
| 1991 | Applied Materials South East Asia (AMSEA) established in Singapore |
| 1992 | Applied Materials becomes world's largest semiconductor equipment manufacturer |
| 1993 | Applied Materials Korea (AMK) established |
| 1997 | Applied Materials acquires Opal Inc. and Orbot Instruments, Ltd. |
| 1998 | Applied Materials acquires Consilium, Inc. |
| 2000 | Applied Materials launches industry's largest 300mm product portfolio<br>Applied Materials opens offices in Malaysia |
| 2001 | Applied Materials opens new Shanghai, PRC office |
| 2002 | Applied Materials unveils the Maydan Technology Center |
| 2003 | Mike Splinter named President and Chief Executive Officer |
| 2004 | Applied Materials acquires Metron Technology |
| 2005 | Applied Materials declares its first quarterly cash dividend |
| 2006 | Applied Materials acquires Applied Films Corporation<br>Applied Materials to enter the solar photovoltaic equipment market |
| 2007 | Applied Materials acquires Brooks Software<br>Applied Materials acquires HCT Shaping Systems |

## About

**Nasdaq Market Symbol:**
AMAT

**Shares Outstanding:**
1.39 Billion Shares

**Avg. Daily Trading Volume:**
20.78 Million Shares

**Market Capitalization:**
$26.13 Billion

**Primary Business:**
Manufactures, sells and services equipment to fabricate semiconductor chips, flat panel displays and solar photovoltaic panels

## Company Executives

**James C. Morgan**
Chairman of the Board of Directors

**Michael R. Splinter**
President, Chief Executive Officer

**George S. Davis**
Senior Vice President,
Chief Financial Officer

## Information

**Investor Relations**
investor_relations@amat.com
408.748.5227

**Corporate Media Relations**
media_relations@amat.com
408.563.5300

**Product Media Relations**
408.563.6209

**Web Site:**
http://www.appliedmaterials.com

APPLIED MATERIALS®

# Applied Materials Factsheet
## Fourth Quarter Fiscal 2007



## Consolidated Financial Statement ($ Millions)

| Income Statement | 2007* | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|
| Net Sales | $9,734.9 | $9,167.0 | $6,991.8 | $8,013.1 | $4,477.3 |
| Gross Margin % | 46.1 | 46.8 | 44.1 | 46.2 | 35.8 |
| RD&E % | 11.7 | 12.6 | 13.5 | 12.4 | 20.6 |
| SG&A % | 9.8 | 9.9 | 10.0 | 9.4 | 14.0 |
| **Balance Sheet** | | | | | |
| Cash, Cash Equivalents & Investments | $3,732.0 | $3,212.2 | $5,985.2 | $6,578.0 | $5,493.2 |
| Accounts Receivable | $2,049.4 | $2,026.2 | $1,615.5 | $1,670.2 | $912.9 |
| Inventories | $1,313.2 | $1,406.8 | $1,034.1 | $1,139.4 | $950.7 |
| Total Assets | $10,654.1 | $9,480.8 | $11,269.2 | $12,093.4 | $10,311.6 |
| Total Current Liabilities | $2,373.4 | $2,436.0 | $1,765.4 | $2,288.0 | $1,640.9 |
| Total Stockholders Equity | $7,821.4 | $6,651.4 | $8,928.5 | $9,262.0 | $8,068.0 |

* Fiscal year end: Last Sunday in October

### Q4FY07 ($ MILLIONS)



NET SALES: Q1'07 2,277.3; Q2'07 2,529.6; Q3'07 2,561.0; Q4'07 2,367.0



OPERATING INCOME: Q1'07 549.5; Q2'07 589.0; Q3'07 671.9; Q4'07 561.1



NET INCOME: Q1'07 403.5; Q2'07 411.4; Q3'07 473.5; Q4'07 421.8



RD&E: Q1'07 287.6; Q2'07 291.0; Q3'07 292.6; Q4'07 270.9

## Net Sales by Segment



Silicon $1.51B; Fab Solutions $572M; Display $222M; Adjacent Technologies $62M

**Q4'07 Total Net Sales: $2.37 Billion**

## Geographic Orders



Taiwan 27%; Japan 18%; SE Asia & China 18%; Korea 14%; N. America 13%; Europe 10%

**Q4'07 Total New Orders: $2.21 Billion**

Past performance does not guarantee future results. ©2007
Applied Materials and Applied Materials logo are registered trademarks of Applied Materials, Inc. Printed in USA. November 2007

APPLIED MATERIALS