1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B





## Locations in China

**Main Office**
Applied Materials China Co., Ltd.
No. 368 Zhangjiang Road
Zhangjiang Hi-tech Park, Pudong
Shanghai 201203
People's Republic of China
Tel: (86) 21-5895-8985
Fax: (86) 21-5895-8955
Download PDF of Map (21KB)

**Training Center**
Applied Materials China
No. 368 Zhangjiang Road
Zhangjiang Hi-tech Park, Pudong
Shanghai 201203
People's Republic of China
Tel: (86) 21-5895-8985
Fax: (86) 21-5895-8955
Download PDF of Map (21KB)

**Sales and Service Offices**
Applied Materials China, Beijing Office
Building 9
No. 1, North Disheng Street
Beijing Economic-Technological Development Zone
Beijing, 100176
People's Republic of China
Tel: (86) 10-6786-8383
Fax: (86) 10-6785-5160

Applied Materials, Inc.
Nextage Business Center
Room E. 11F,
1111 PuDong South Road
PuDong New District
Shanghai, 200120
People's Republic of China
Tel: (86) 21-5836-4567

Applied Materials China, Tianjin Office
Room 902,903, Block A
Youyi Building, No. 50.
Youyi Road, Hexi District,
Tianjin 300061
People's Republic of China
Tel: (86) 22-8813-0488

Fax: (86) 22-8837-3610

Applied Materials China, Wuxi Office
West Wing, No. 14 Liangxi Road
Wuxi, Jiangsu Province, 214061
People's Republic of China
Tel: (86) 51-0581-0333
Fax: (86) 51-0580-6715

Applied Materials China, Suzhou Office
Century Financial Tower, Room 401
Suzhou Industrial Park
No. 1 Suhua Road
Suzhou 215021
People's Republic of China
Tel: (86) 512-6762-8899
Fax: (86) 512-6762-8899 ext 5000
Download PDF of Map (128KB)

Applied Materials China, Wai Gao Qiao Office
53-1A, No. 311 Fute Nan Road
Wai Gao Qiao Free Trade Zone
Pudong, Shanghai, China, 200137
People's Republic of China
Tel: (86) 21-3895-4550
Fax: (86) 21-5048-4199/3895-1550 EXT 8100

**Engineering and Development Center**
Applied Materials China
No. 28, Xinxi Road,
Xi'an Hi-tech Industrial Development Zone,
Xi'an, Shaanxi Province, 710075
People's Republic of China
Tel: (86) 29-6890-3300
Fax: (86) 29-6891-2609

◀ BACK

LEGAL INFORMATION
PRIVACY STATEMENT

© APPLIED MATERIALS, INC., 2005-2008. ALL RIGHTS RESERVED.