# EXHIBIT C

**The Mercury News**
MercuryNews.com

# Applied Materials chief says U.S. in 'major slowdown'

**CEO sees 'slow' times**

**Bloomberg News**

Article Launched: 01/24/2008 03:35:36 AM PST
Applied Materials Chief Executive Mike Splinter said the U.S. economy is in a "major slowdown" and orders for chip-making equipment may decline. The company doesn't plan to make further job cuts on top of the 1,000 announced this month, Splinter said in an interview with Bloomberg Television from the World Economic Forum in Davos, Switzerland. Almost one-fifth of Applied Materials' sales come from North America. Intel, the world's biggest chip maker, forecast sales last week that fell short of analysts' estimates, adding to concern that slowing economic growth is hurting technology companies' profits. Applied Materials will weather the slowdown because most of its sales come from outside North America, helping the company to benefit from the decline in the U.S. dollar, Splinter said.

*- Bloomberg News*

Advertisement

Print Powered By FormatDynamics