# EXHIBIT E

## Standards of Business Conduct

Applied Materials is committed to upholding the highest ethical standards in our workplace and in our business dealings. Our values, including close to the customer, mutual trust and respect, and world-class performance, are the cornerstone of Applied Materials' success. It is the responsibility of each of us to embrace the high standards we set for ourselves and to be a role model for our values.

Applied Materials has one set of Standards of Business Conduct that applies globally. These Standards are intended to help guide you in making the best possible decisions. As a member of Applied Materials' worldwide workforce, it is your personal responsibility to read, understand and comply with these Standards.

Given the complexity and constantly changing nature of our work, it is not always easy to make the right decision for Applied Materials. Each of us must take all responsible steps to address and resolve those issues in accordance with the policies outlined in these Standards of Business Conduct, as well as other Company policies. Nothing short of ethical and legal conduct is acceptable.

If you are ever in doubt about an action or unclear about Applied Materials' expectations from you, we encourage you to consult with the resources available to assist you. Contact your manager, the Human Resources Department, the Law Department or our Company Ombudsman. You may also call the 24-hour global toll-free Ethics Hotline at 1-877-225-5554 or email the Ombudsman at The_Ombudsman@amat.com. We believe that good ethical decisions are made when adequate information and resources are readily available.

Applied Materials' reputation for honest and fair business dealings developed and continues today through your dedicated efforts. We are committed to conducting business using the highest ethical standards and we expect the same from you.



Mike Splinter
President and Chief Executive Officer

James C. Morgan
Chairman of the Board

**TABLE OF CONTENTS**

- Introduction
- Core Values
- Obligations to Applied Materials and Members of Our Workforce
    - Conflicts of Interest
    - Protection of Company Information
    - Protection of Confidential Information
    - Protection of Our Intellectual Property
    - Recordkeeping and Accounting Practices
    - Business Gifts and Entertainment
    - International Business Conduct
    - Workplace Safety

- Obligations to Our Customers, Suppliers and Competitors
    - Antitrust and Unfair Competition
    - Intellectual Property of Others
    - Confidential and Proprietary Information of Others
    - Selection of Suppliers
    - Treatment of Suppliers
- Obligations to the Public
    - Insider Trading and Tipping
    - Fair Disclosure
    - Environmental, Safety and Health
    - Participating in Investigations
    - Taxes
    - Importing and Exporting
    - Corporate Philanthropy Program
    - Government Contracts
- Compliance and Consequences
- Additional Resources and Contact Information

At Applied Materials, we are committed to upholding the highest ethical standards in our work. Our reputation for honest and fair business dealings developed and continues today through the efforts of our workforce. It remains one of our greatest assets.

**INTRODUCTION**
These Standards of Business Conduct (the "Standards") are intended to provide information about Applied Materials' ethical standards and the resources available to assist you in applying these Standards. Every person who works for Applied Materials, its affiliates or subsidiaries, (the "Company") is expected to understand and comply with these Standards. For ease of reading, we have used the term "workforce" throughout this publication to apply to all persons working for the Company, including employees, contractors, temporary workers and consultants.

These Standards identify the legal and ethical parameters under which we conduct business. Although we cannot anticipate all situations that may arise, you may find it helpful to first ask yourself the following questions when faced with an ethical issue:

*Would my conduct be legal?*
*Would my conduct be ethical?*
*Does my conduct comply with Applied Materials' policies?*
*Does my conduct appear appropriate or would I be embarrassed if someone knew?*
*If the person I most respect were to hear about my conduct,*
*would that person be proud of me?*

Other resources are also available to help you determine an appropriate course of conduct. You are encouraged to bring any concerns you may have about your ethical responsibilities or unethical or questionable conduct of others to the attention of the Company by discussing them with your supervisor or another member of management. If you are uncomfortable speaking with your supervisor, we strongly encourage you to contact a management representative in the Human Resources Department or an attorney in the Law Department.

You may also call the toll-free Ethics Hotline at 1-877-225-5554 to seek clarification regarding ethical business conduct at Applied Materials, or contact the Company Ombudsman. The Ombudsman can be reached at x32153 in Santa Clara, by email at The_Ombudsman@amat.com, or in writing: Ombudsman, Applied Materials, Inc., 3050 Bowers Avenue, M/S 2062, Santa Clara, California 95054. You should mark your envelope confidential.

We believe these Standards provide us with the information and resources necessary to meet our ethical obligations to each other, to the Company, to our customers, suppliers and competitors, and to the public. It is the personal responsibility of each of us to comply with these Standards, and like all Company policies, noncompliance constitutes grounds for disciplinary action, up to and including termination of employment.

Back to Top

**CORE VALUES**
By creating and maintaining an environment that supports our core values of honesty, integrity, trust, respect, teamwork, global awareness, positive social contribution and achievement, each of us has the opportunity to achieve excellence. Although everyone at Applied Materials must contribute to the creation and maintenance of a positive work environment, our executives and everyone in management have a special responsibility to set and communicate standards that allow all of us to excel.

All members of Applied Materials' workforce share the responsibility for mutual understanding and cooperation and for creating and maintaining a work environment in which discrimination is not tolerated. We believe that all individuals deserve consideration and respect regardless of sex, age, color, religion, national origin, ancestry, age, physical or mental disability, medical condition (including pregnancy and childbirth), marital status, sexual orientation, family care leave status or veteran status. This applies to all workforce-related decisions and actions including but not limited to recruitment, hiring, training, compensation, benefits, promotion and recreation.

Please refer to Applied Materials' Human Resources Policy Manual for additional information concerning appropriate conduct in the workplace. Some Human Resources policies may vary by region due to differences in local law.

Back to Top

**OBLIGATIONS TO APPLIED MATERIALS AND MEMBERS OF OUR WORKFORCE**
*CONFLICTS OF INTEREST*
Generally, members of Applied Materials' workforce may conduct their personal and financial affairs as they wish. However, there are certain situations and activities that may pose a conflict between your interests and the best interests of the Company. You should avoid any relationship, influence or activity that would cause or even appear to cause a conflict of interest.

Most of the time, we easily recognize a conflict of interest. However, sometimes it is less clear that a particular activity or situation may cause or appear to cause a conflict of interest. Applied Materials expects that you will not engage in activities where your loyalties to the Company may be compromised.

At the time you joined Applied Materials, you signed an agreement that required you to disclose any potential or actual activity where your role or interest may be in conflict with the Company's interest. Although such conflicts are not automatically prohibited, written approval from the Law Department is required to participate in any such activity. Your obligation to provide written disclosure of conflicts of interest, or the appearance of conflicts of interest, continues throughout the time that you work at Applied Materials.

If you are uncertain whether your activities may constitute a conflict of interest, or even the appearance of a conflict of interest, consult with your supervisor, the Human Resources Department, the Law Department or the Ombudsman before taking action.

*Outside Employment*
You may not be employed by, or contract or consult with, a customer, supplier or competitor of Applied Materials or its related entities. You may not engage in outside business activities that compete or appear to compete with the interests of Applied Materials or adversely affect your performance at Applied Materials. Applied Materials' employees who engage in commercial activity or accept employment in addition to working at Applied Materials must obtain written approval from the Law Department to participate in such activity. All other members of the workforce, including contractors, temporary workers and consultants, who engage in commercial activity or accept employment in addition to working at Applied Materials must disclose participation in such activity to the Law Department.

*Outside Transactions*
You may not engage in transactions on behalf of Applied Materials with any person or entity in which you or a member of your family has a substantial beneficial interest or in which you serve as a trustee or in a similar fiduciary capacity. You may not engage in significant financial transactions with other members of Applied Materials' workforce with whom you have a reporting relationship, or with whom you have a relationship which will pose, or

appear to pose, difficulties for supervision, security, safety or morale.

*Financial Interests in Other Companies*
You may not hold a financial interest in any customer, supplier or competitor of Applied Materials or its related entities, unless such company is a publicly owned corporation. If the company is a publicly owned corporation, you may hold up to US$25,000 worth of stock or two percent of the company's outstanding shares, whichever is greater. You must obtain approval from Applied Materials' Office of the President or Board of Directors for any variance from this rule.

*Outside Directorships*
Vice Presidents and above may not serve as an officer or on the Board of Directors of any other company without obtaining prior approval from the Human Resources and Compensation Committee of Applied Materials' Board of Directors and all other members of our workforce must obtain the prior approval from Applied Materials' highest management committee.

*Use of Company Assets*
Each of us is personally responsible for the proper use of Company property, facilities and equipment. In our dynamic business, we must use our assets as efficiently as possible and remain alert to opportunities for improving performance while reducing costs. Applied Materials prohibits the use of Company time, material, equipment or facilities for purposes not directly related to Applied Materials' business. In addition, you are responsible for protecting Applied Materials' resources entrusted to you. You must not remove or borrow Company property without permission from the appropriate authority.

*Use of Company Electronic Communications Systems*
You are provided with access to Company telephones and computer terminals, and to voice-mail, word processing, Internet and other electronic communication or data storage systems for use in carrying out Company business. In general, these systems should not be used for personal purposes. You must not use Company resources to create, distribute, store, access or display messages or materials that are threatening or harassing. Similarly, you must not use Applied Materials' resources to create messages or materials for personal gain.

*Political Contributions*
Applied Materials has a policy not to provide support from its corporate philanthropy program to political candidates, to political parties, to religious or fraternal organizations, to individuals or to ongoing capital or endowment fundraising campaigns.

Back to Top

*PROTECTION OF COMPANY INFORMATION*
Everyday information shared within Applied Materials is Company property and must be used only for Company business purposes. You may not use Applied Materials' information for personal purposes or in employment positions outside Applied Materials.

Special attention must be given to Company information stored on computers. Accordingly, the following special efforts are required to safeguard Company information stored on computers:

- Always use "power on" password protection for any computer system.
- Always use the available software security systems in place including at a minimum the Windows™ screen saver password.
- Be conscious of others who may observe the screen of the computer system you are using. Avoid working on proprietary information or handling data while traveling by aircraft or other common carrier where passengers are seated closely.
- Use software password systems to protect data files while using such programs as Microsoft Access, Word, Excel, Word Perfect and others.
- Do not share your password with other co-workers unless requested to do so by the Company. This simple rule can keep your data secure and avoid the possibility of your being held liable for others' actions.

Back to Top

*PROTECTION OF CONFIDENTIAL INFORMATION*

All members of Applied Materials' workforce must protect and not disclose information about the Company that is not generally available to the public or has not been published or widely disseminated ("Confidential Information").

As a member of our workforce, you must follow Company guidelines to protect our Confidential Information, including the following:

- Ensure that a nondisclosure agreement, approved by the Law Department, has been signed before providing any Confidential Information to any third party.
- Limit access to Confidential Information, e.g., by limiting reproduction and distribution of confidential documents, to only those persons who have a genuine need to know.
- Keep all confidential documents in locked areas and label such documents to indicate the degree of care that must be applied when handling and distributing to others.

You should not disclose Confidential Information to: (a) any third party who has not signed or is not covered by a nondisclosure agreement or (b) any person inside the Company who does not have a need to know such information. Even in social situations, you should remember that you represent the Company. The Company's policy on handling Confidential Information applies to you both while you work at Applied Materials and after your employment at Applied Materials ends.

Similarly, you must protect and not disclose Confidential Information about other companies that you obtain in the course of your employment, e.g., in the course of joint development, joint venture or acquisition or merger activities. In addition, you should refrain from commenting on our competitors', customers' or suppliers' businesses.

Confidential Information may be technical as well as financial and business information. Examples of Confidential Information include: actual or projected sales, earnings, backlog, gross margins, significant capital expenditures or significant borrowings; any sales or bookings by product lines, business unit, or by country or other geographic area; internal forecasts for shipments or bookings; product performance or product development schedules; drawings, process parameters, technology roadmaps; any action or event which had or is likely to have a significant effect on the Company's anticipated annual sales or earnings, or which may result in a special or extraordinary charge against earnings or capital; major management changes, a reorganization or reduction in force; a proposed merger, acquisition or disposition of assets; staff information, including reporting structures and salaries; technology or product roadmaps; specific customer or supplier confidential information, including sales, purchases or investment plans; and any other information that has not been published or widely disseminated by Applied Materials in a press release, annual report, securities filing, or other public forum.

*Investor Relations/Global Corporate Affairs*

Unless explicitly authorized for a specific purpose, you should not have contacts or communications about any topics or matters related to Applied Materials or its related entities with the media, investors, stock analysts or other members of the financial community. All inquiries concerning or in any way related to the Company from stock analysts, investors or other members of the financial community should be promptly referred to Investor Relations. All inquiries concerning or in any way related to the Company from the press and media should be promptly referred to Global Corporate Affairs. Members of our workforce who have been specifically authorized to respond to inquiries should always do so in accordance with materials approved by Investor Relations or Global Corporate Affairs.

*Confidential Information and the Internet*

You should not post or share nonpublic information about Applied Materials in Internet discussion groups, chat rooms, bulletin boards and/or other electronic communications media, even under an alias, for any purpose. Even if your intent in providing information on Applied Materials is to "set the record straight" after seeing what you perceive as a false statement about the Company that has been posted by someone else, your posting might be misinterpreted, start false rumors and/or may be inaccurate, false or misleading.

In addition to violating these Standards, disclosing Confidential Information, participating in chat rooms and/or posting information about the Company on Internet investor websites or other electronic communications media could subject you to liability for violating Regulation FD and the laws against insider trading and tipping, even if you yourself did not trade and even if you received no monetary benefit from such disclosures. Such conduct could also be a violation of other civil and criminal federal and state laws.

Back to Top

*PROTECTION OF OUR INTELLECTUAL PROPERTY*
Our intellectual property (Confidential Information, trade secrets, patents, trademarks and copyrights) is the lifeblood of Applied Materials and protects the ideas, processes and information of the Company. Each of us is responsible for protecting our Company's intellectual property.

You always should ensure that a nondisclosure agreement, approved by the Law Department, has been signed before providing any intellectual property to any person or organization outside of Applied Materials.

*Trade Secrets*
A trade secret is information, including a formula, pattern, compilation, program, device, method, technique or process, that has economic value because it is not known to the public. In order to qualify as a trade secret, information must, in fact, be kept secret. If a trade secret is disclosed, Applied Materials may lose the ability to prevent others from using it. Members of our workforce who handle trade secrets must follow Company guidelines to protect this information, including the following:

- Limit access to documents containing trade secrets, e.g., by limiting reproduction and distribution of such documents to only those persons within Applied Materials who have a genuine need to know.
- Number copies of documents containing trade secrets and maintain a list of those persons who have received copies.
- Place confidential legends on all documents containing trade secrets.
- Ensure that a nondisclosure agreement, approved by the Law Department, has been signed before providing trade secrets to a third party.
- Store all confidential documents containing trade secrets in locked areas.
- Shred or securely store excess or obsolete documents containing trade secrets.

*Inventions and Patents*
All inventions, whether patentable or not, that you conceive or reduce to practice while employed at Applied Materials are the property of Applied Materials. An exception to this rule is for inventions that are not related in any way to Applied Materials' products, research or business, are developed entirely on your own time, and are developed without the use of any of Applied Materials' assets, equipment, facilities, or resources. After conceiving an invention, you must promptly submit an Invention Alert form to the Law Department, even if you are unsure or doubt that the invention is patentable or will be used in a product.

*Trademarks*
Our Company logo is the most recognized symbol of Applied Materials and is designed to reflect consistently the Company's values and attributes. Professional use of the Company logo requires strict adherence to Company standards and trademark law. You must consult with Corporate Communications before using the logo on printed documents, corporate gifts and other items.

Back to Top

*RECORDKEEPING AND ACCOUNTING PRACTICES*
Records are a vital component in maintaining our high standard of ethical business conduct. Accurate and complete Company records must be kept by every member of Applied Materials' workforce. It is essential to record and report information accurately and honestly, without misleading, misrepresenting, misinforming, making false statements or omitting important information. The following activities are prohibited:

- Making payments for Applied Materials without supporting documentation or for a purpose contrary to that described in supporting documentation.
- Establishing undisclosed or unrecorded Applied Materials' funds or assets.
- Making false or misleading entries in, or omitting important information from, Applied Materials' records.

Applied Materials does not tolerate dishonesty, including false recordkeeping. You never should rationalize or even consider making false representations or falsifying records. If you are aware of or suspect false recordkeeping or

representations by others, you must report such activities immediately to your manager or the Ombudsman.

Back to Top

*BUSINESS GIFTS AND ENTERTAINMENT*
At Applied Materials, we believe that business decisions must be based on objective standards and established business needs. We do not accept or offer gifts, favored treatment or entertainment except within strict guidelines.

As a general policy, members of Applied Materials' workforce are prohibited from offering or accepting gifts in connection with their business activities. Gifts are permitted only in specified circumstances where (a) applicable laws are not violated, (b) they are consistent with the Company's Gift Policy, (c) they are not given in violation of the Foreign Corrupt Practices Act, and (d) they are of limited value. The Applied Materials' Gift Policy prohibits the receipt of any gift from a supplier or customer of Applied Materials, except for gifts which do not exceed US$100 in value for holidays, births, deaths, weddings or similar occasions. In addition, you must disclose to the Law Department all gifts received in any 3-month period where the aggregate value of the gifts received exceeds US$100.

The Applied Materials' Gift Policy also requires the disclosure to the Law Department of the following:
- all gifts given which have a value in excess of US$100, or US$200 if an Applied Materials logo is attached;
- all gifts given in any 12-month period to a single entity, where aggregate gifts exceed a value of US$500; and
- all gifts given to a government employee, public official, political candidate or political party.

Approval by a Corporate Vice President or higher ranking executive must be obtained to give a gift with a value greater than US$500. The Gift Policy also requires advance written clearance from an attorney in the Law Department for any gift being given to a government employee, public official, political candidate or political party.

Applied Materials' Gift Policy also contains rules for entertainment which, in general, require that reimbursable entertainment be for the benefit of Applied Materials. It is important that our actions are proper and appropriate according to Applied Materials' policies. We must take care to avoid even the appearance of impropriety.

Entertaining customers and suppliers is permitted only for the limited purpose of building business relationships. It is important that you act in accordance with Applied Materials' business goals and avoid any behavior that could be perceived as an attempt to influence decisions, to create an obligation to reciprocate, or to place anyone in a compromising position. Reimbursable expenses extend only to entertainment for the benefit of Applied Materials.

Back to Top

*INTERNATIONAL BUSINESS CONDUCT*
The Foreign Corrupt Practices Act prohibits offering directly or indirectly anything of value by United States companies and/or their subsidiaries to the following persons or entities, or their representatives, for purposes of securing business or to influence the acts or decisions of an official:
- a foreign government official;
- a foreign government or agency;
- a foreign political party or official thereof;
- a candidate for foreign political office; or
- a public international organization, or its official.

Although making offers of value or payments to public officials is viewed as a culturally acceptable practice in many countries, we must be aware that doing so may violate the Foreign Corrupt Practices Act and usually violates local laws as well. You should not make any offer or payment or give any gift that you believe might be for the benefit of a foreign official, government, political party, candidate, or public international organization without express approval of your manager, and you must report any such conduct of which you learn. Applied Materials' Gift Policy also requires that you obtain prior written consent from the Law Department before giving a gift of any value to a foreign official.

Members of Applied Materials' workforce who are involved in international operations are expected to understand

the requirements of the Foreign Corrupt Practices Act. Any violation of the Foreign Corrupt Practices Act can result in serious consequences for the individual involved and for Applied Materials. If you have any doubts or are unclear about your responsibilities under the Gift Policy or Foreign Corrupt Practices Act, consult with an attorney in the Law Department.

Back to Top

*WORKPLACE SAFETY*

At Applied Materials, we are committed to protecting, maintaining and promoting the safety, health and general well-being of our workforce. We carry out this responsibility by paying constant attention to the health and safety of our workforce and by ensuring that effective safety training and protective measures are in place. Each of us must adopt safe work practices and comply with all safety and health laws and regulations and Company policies in order to provide a hazard-free work environment. Applied Materials provides training to members of our workforce to ensure that safe work practices are maintained.

Concerns about unsafe conditions must promptly be reported to your manager. If you have any questions related to workplace safety or your responsibilities, call the Global Environmental, Safety and Health Department.

Back to Top

**OBLIGATIONS TO OUR CUSTOMERS, SUPPLIERS AND COMPETITORS**

At Applied Materials, we are proud of our reputation for integrity and fairness in our commercial dealings with our customers, suppliers and competitors. Each of us must assume a personal responsibility to understand the standards of conduct that apply to our commercial dealings and to ensure that we are treating our customers, suppliers and competitors in an ethical and respectful manner.

Back to Top

*ANTITRUST AND UNFAIR COMPETITION*

Antitrust laws protect our competitive, free-market system by prohibiting unfair agreements that restrain trade and other types of anticompetitive conduct. Other laws prohibit unfair methods of competition and unfair or deceptive trade practices. A thorough list of prohibited practices is not possible, but you should not engage in, and you should report to your manager, any of the following conduct:

- Entering into an agreement (whether formal, informal, written, oral, express or implied) with:
    - a competitor regarding prices, terms of sale (discounts, credits or trade-in allowances), product market or customer allocation or production volume;
    - a customer that imposes an exclusive or tie-in arrangement (refusal to sell a product or provide service without the purchase of another Applied Materials' product); or
    - a supplier regarding a requirement that the supplier purchase our products if we purchase from the supplier.
- Failing to warn customers of known dangers in connection with use of our products.
- Boycotting customers or suppliers.
- Representing used systems or parts as new, or representing refurbished systems or parts as original.
- Making false or deceptive comparisons with other products.
- Making inaccurate or misleading claims about Applied Materials or our products.
- Encouraging or causing a breach of contract between our competitors and their customers or suppliers.
- Misrepresenting Applied Materials' trademark, copyright, trade secret or patent rights.
- Discussing, or even being present while others are discussing, prices, terms of sale, etc. at trade association or other professional meetings.
- Making inaccurate, false or misleading comments about other products.
- Making inaccurate, false or misleading comments about other parties with whom we have commercial dealings or about the nature of those dealings.

You should confer with an attorney in the Law Department before entering into any contract with a supplier that prohibits the supplier from dealing with others or that requires the supplier to sell all of its output of a particular part to Applied Materials.

Violations of antitrust laws may result in severe penalties for Applied Materials and the individuals involved, including substantial fines and prison sentences. United States' antitrust laws apply to domestic and international business operations and transactions. Our workforce, especially those persons involved in sales, purchasing and dealings with competitors, are required to know that U.S. and foreign antitrust laws may affect their activities and are expected to consult with an attorney from the Law Department prior to negotiating or entering into arrangements.

Back to Top

*INTELLECTUAL PROPERTY OF OTHERS*
In the same way that each of us is responsible for protecting Applied Materials' intellectual property, we are also responsible for respecting and protecting the intellectual property rights of others. Under no circumstances should you improperly acquire or attempt to acquire the trade secrets or other proprietary or confidential information of others. The following list includes a few examples of activities that are prohibited-you should report any of these activities that you learn of to your supervisor, the Human Resources Department or an attorney in the Law Department:

- Use or disclosure of another company's confidential information or trade secrets;
- Use or disclosure of a former employer's confidential information or trade secrets;
- Encouraging a competitor's employees to improperly disclose trade secrets or confidential information;
- Hiring a former employee of a competitor, customer or supplier for the purpose of gaining access to that company's confidential information or trade secrets; and
- Inducing a customer or supplier to improperly disclose confidential information or trade secrets about competitors.

Due to the technical nature of our products, we often need to supply a customer or supplier with confidential information or trade secrets, or to accept the same from a customer or supplier. Circumstances also may arise in which such information is available from a competitor. You should always have in place a signed nondisclosure agreement that has been approved by the Law Department before providing or receiving any confidential information or trade secrets with parties outside of Applied Materials.

At Applied Materials, we have set a standard of competing ethically and fairly at all times. To do so, you may be required to review public information about our competitors' products to stay abreast of competitive developments. Examples of appropriate sources of public competitive information include:

- Public information in annual reports and filings with the Securities and Exchange Commission;
- Technical seminars open to the public;
- Trade journals containing technical articles;
- Industry analysts' published reports;
- Technical product information provided by an authorized representative of the company producing the product; and
- Public advertisements.

*Copyright*
Copyright laws protect many types of materials that we use. For example, copyright laws often protect books, pamphlets, seminar materials, journals and computer software. Applied Materials does not tolerate the making or use of unauthorized software copies under any circumstances. The commercial computer software that we purchase from our suppliers is copyrighted. Therefore, in some cases, copying software for use on more than one computer is illegal. Also, downloading software from a network may be illegal in some circumstances. If you have any doubts about whether you are authorized to copy, use or download computer software, you are required to consult with an attorney in the Law Department before doing so. You must also report any unauthorized use of software of which you learn to an attorney in the Law Department.

Back to Top

*CONFIDENTIAL AND PROPRIETARY INFORMATION OF OTHERS*
The same protection afforded to Applied Materials' Confidential Information extends to confidential and proprietary information belonging to other companies that you obtain during the course of your employment. Customers and suppliers sometimes give us confidential information that they expect us to keep confidential. This may be for purposes of a cooperative development effort or for some other specific purpose. For example, information that you may acquire during joint development, joint venture, acquisition or merger negotiations is protected and must not be disclosed. Applied Materials takes seriously its obligations with respect to the protection of such information. You should conscientiously abide by restrictions that another company and Applied Materials have agreed to place on the use or disclosure of such information. You should also refrain from commenting about pricing, sales, production, marketing and other related business activities of our competitors, customers and suppliers.

Back to Top

*SELECTION OF SUPPLIERS*
Applied Materials considers all qualified suppliers with fairness. If you are responsible for receiving bids, you should provide all qualified suppliers with the Company's technical and business requirements. When selecting suppliers, you must assess each qualified supplier's ability to satisfy Applied Materials' requirements pertaining to quality, timeliness, and ability to provide materials on an ongoing basis and to meet technical specifications. In addition, you must make purchasing decisions based on the long-term cost and benefit to Applied Materials, while making sure that agreements are fair to the Company and the supplier.

Back to Top

*TREATMENT OF SUPPLIERS*
Applied Materials treats all potential suppliers fairly and considers all interested suppliers when we buy goods or services. Kickbacks of any kind violate our Company's business ethics and policies. A kickback refers to any money, fee, commission, credit, gift, gratuity, thing of value or compensation of any kind, which is provided, directly or indirectly, for the purpose of improperly obtaining or rewarding favorable treatment in connection with a contract. Therefore, you should not offer, give, solicit or accept anything of value that is, or even appears to be, improper or irregular, and especially if it is outside the scope of the Applied Materials' Gift Policy, and you should report any such conduct of which you become aware to the Law Department. If you have any doubt regarding the propriety of your actions in a given situation, contact an attorney in the Law Department.

Back to Top

**OBLIGATIONS TO THE PUBLIC**
*INSIDER TRADING AND TIPPING*
You must always be aware of and comply with securities laws and regulations. United States federal and state securities laws prohibit insider trading, that is, buying or selling Applied Materials' securities at a time when you possess "material nonpublic information" relating to Applied Materials.

Material nonpublic information is information about a company that is not known to the general public and that a typical investor would consider important in making a decision to buy, sell or hold the company's securities. Material nonpublic information can include information that something is likely to happen-or just that it might happen. If you possess any material nonpublic information, the law requires that you refrain from buying or selling Applied Materials' securities until after the information has been disclosed to the public and absorbed by the market (in most cases, the first safe day to trade is the third trading day after the disclosure).

Passing material nonpublic information to someone else who may buy or sell securities-which is known as "tipping"-is also illegal, as is trading securities on the basis of a tip received from someone else if you have reason to know that the "tipper" obtained the information improperly. These prohibitions apply to stock, options, debt securities or any other securities of Applied Materials, as well as to securities of other companies if you obtain material nonpublic information in the course of working at Applied Materials.

The fact that you have material nonpublic information is enough to bar you from trading; it is no excuse that the

reasons for trading were not based on that information. For example, you might have a long-standing plan to sell Applied Materials' shares at a particular time to pay a tuition bill. You may not do so, however, if you possess material nonpublic information about Applied Materials at that time.

In addition, members of the Board of Directors, officers and certain persons within Applied Materials with early knowledge of quarterly financial results (these groups of people are referred to as "insiders") must refrain from buying or selling Applied Materials' stock from three weeks before the end of the quarter until the third trading day after Applied Materials' announcement of quarterly results. As a matter of Company policy, insiders and other members of our workforce whose responsibilities include access to corporate financial results should never sell Company stock short or trade in options on the Company stock.

Insider trading and tipping are prohibited, and you should report any such conduct of which you become aware. Persons who engage in insider trading or tipping may be liable under civil and criminal federal and state securities laws. For more information on insider trading, you should refer to the Company's Insider Trading Policy or contact an attorney in the Law Department.

Back to Top

*FAIR DISCLOSURE*
Regulation FD (for "fair disclosure") of the United States federal securities laws expressly prohibits the selective disclosure of material nonpublic information about a publicly traded company to anyone other than specifically exempted groups (e.g., people who have signed a nondisclosure agreement). The rules are intended to provide all investors with equal access to material information about a company at the same time.

To ensure that each of us complies with Regulation FD, please follow the policies on the protection of confidential information of the Company and others, set forth on pages 17-19 and page 30. All calls from analysts, investors or other members of the financial and investment community must be referred to Investor Relations; and all calls from the press and media must be referred to Global Corporate Affairs. You should not post or share nonpublic information about the Company in Internet discussion groups, chat rooms, bulletin boards and/or other electronic communications media, even under an alias, for any purpose.

For more information on selective disclosure, contact an attorney in the Law Department.

Back to Top

*ENVIRONMENTAL, SAFETY AND HEALTH*
Applied Materials is committed to protecting the environment and the safety and health of our workforce. Taking care of the environment is part of our corporate responsibility to current and future generations. Applied Materials, like all other companies that manufacture high technology products, uses regulated chemicals and raw materials and generates wastes. Each of us is responsible for full compliance with all legal requirements and Company policies. The following list contains only a few examples of activities that are regulated:

- Treating, handling, storing, transporting and disposing of hazardous materials and waste;
- Releasing hazardous substances into the environment, even in small quantities;
- Manufacturing, using, distributing or disposing of certain toxic substances;
- Emitting air pollutants; and
- Discharging pollutants into or onto the ground or into groundwater or surface water.

You must be aware of your responsibilities to protect the environment and to strictly comply with environmental, safety and health laws and regulations while performing your daily work. Applied Materials provides training for members of our workforce to ensure that safe work practices and environmental protection measures are met. Individuals, as well as the Company, are subject to civil and criminal liability for violation of environmental laws and regulations.

Because of the extent and complexity of environmental regulations, you should consult with the Global Environmental, Safety and Health Department if you have questions or concerns about your responsibilities under relevant laws, regulations or Company policies.

Back to Top

*PARTICIPATING IN INVESTIGATIONS*

At Applied Materials, we take our civic obligations seriously. If your cooperation has been requested during an investigation of a crime or other wrongdoing at Applied Materials, you must cooperate and be honest and thorough in your responses. Documents should only be disposed of in compliance with Applied Materials' document retention policies and should never be destroyed or hidden. You must never conceal wrongdoing or permit others to do so. If you have any questions or concerns about your responsibilities, or actions and responsibilities of others, please contact an attorney in the Law Department. Before responding to any inquiry, you should consult with an attorney from the Law Department.

Applied Materials forbids retaliation against any member of its workforce for reporting a violation of these Standards or for initiating or testifying, assisting, or participating in any manner in any investigation, proceeding, or hearing. You should not be afraid to report any misconduct.

Back to Top

*TAXES*

Applied Materials strictly complies with all applicable tax laws, including federal, state and foreign laws. These laws require the reporting of financial information, payment of taxes due, filing of tax returns, and withholding or collecting of necessary taxes on behalf of our workforce. Contact the Tax Department if you have any questions about the Company's responsibilities under tax laws and regulations.

Back to Top

*IMPORTING AND EXPORTING*

Applied Materials is a global growth company supporting a growing worldwide customer base in many countries. More than half of our total sales are derived from international sales.

We are fortunate to have earned the reputation of being a responsible international corporate citizen. To maintain our global standing, each of us must strictly comply with United States' laws that govern the import, export and re-export of our leading edge products. Any violation of these laws, even through ignorance, could have damaging and long-lasting effects on our business.

When importing products, you must obey the import requirements of various governmental agencies. All questions and inquiries for information pertaining to the identity, value or duty due on imported products must be answered truthfully and completely.

When exporting or re-exporting products, you must comply with the laws and regulations of the U.S. Department of Commerce and other laws pertaining to the export and/or re-export of products, spare parts, accessories, training materials and technical data. Current United States' policies also require that you are cautious when disclosing restricted technical data in the United States to a non-U.S. citizen working in the United States. In some cases, you may be required to obtain individual export authorizations for certain members of our workforce who have access to controlled technology, software or information while they are working in the United States.

The intent of the United States' export control laws is to protect national security, support foreign policy and prevent the proliferation of chemical and biological weapons, missile technology and nuclear capability. If your responsibilities include exporting products, you are responsible for screening customers and transactions to ensure that we comply with all export requirements.

You should direct any questions you have regarding imports or exports of Applied Materials' products, parts or technology to the Corporate Export Compliance Department.

Back to Top

*CORPORATE PHILANTHROPY PROGRAM*

As a socially responsible corporate citizen, Applied Materials is committed to making a meaningful and positive contribution to the communities in which we do business. As part of that commitment, we maintain a corporate

philanthropy program to support organizations and activities in these communities. Our program complies with all governmental guidelines. Applied Materials has a policy not to provide support to political candidates or parties, religious or fraternal organizations, individuals or ongoing capital or endowment fundraising campaigns.

Back to Top

*GOVERNMENT CONTRACTS*
Applied Materials sometimes enters into product or service contracts with the United States and governments of other countries, government agencies and government contractors. These contracts may be subject to special regulations and impose special requirements on the Company and our workforce.

In the United States, for example, a number of laws have been enacted to ensure the truth of any representations made to government agencies and to ensure the quality of goods and services provided to the government. Such regulations require that our business conduct conforms to stipulated pricing, contracting and certification requirements. In certain situations, it may be necessary to certify that we are providing the lowest commercial price and that such price has been determined independently. United States laws also prohibit a former government employee from acting on behalf of Applied Materials in a matter in which he or she was substantially involved while a government employee. It is the responsibility of each of us to make sure that these requirements are met and that all government regulations are being followed.

Back to Top

**COMPLIANCE AND CONSEQUENCES**
Applied Materials is committed to attaining the highest ethical standards in our work and in all of our interactions with our workforce, our customers, our suppliers, our competitors and the public.

Each of us is responsible for reading these Standards and maintaining Applied Materials' reputation for ethical business conduct. Applied Materials expects you to comply with the policies set forth in this publication and to rely upon your own high standards. Applied Materials also expects that you will seek advice, as appropriate, from the available resources to assist you in resolving issues that are not covered by these Standards.

These Standards are based, in part, on various laws. You should be aware that violations of local, state, or federal laws may result in criminal penalties for you and/or the Company. You are not to engage in any conduct that you suspect may violate any law and you must report any suspected violation of these Standards or other Company policies or any law to one of the resources described below. Because of the gravity of the issues addressed in this publication, Applied Materials may take disciplinary action, up to and including termination of employment, against any member of our workforce whose actions violate these Standards, or other Company policies, or any laws.

Back to Top

**ADDITIONAL RESOURCES AND CONTACT INFORMATION**
All Applied Materials policies are available on the Company Intranet, on Lotus Notes® and/or in hard copy.

You are encouraged to bring any concerns you may have, for example, about your own or someone else's conduct, an uncertainty about the meaning of a particular regulation, a suspicion that somebody you work with may have done something questionable or an issue with an action the Company is taking, to the attention of the Company by discussing them with your supervisor or another member of management. If you are uncomfortable speaking with your supervisor, the Company strongly encourages you to contact a management representative in the Human Resources Department or an attorney in the Law Department.

As part of the Applied Materials' Ethics Program, Applied Materials has established a 24-hour Ethics Hotline (1-877-225-5554) that you may call anytime to discuss any concerns you may have about your responsibilities. You may place your call to the Ethics Hotline anonymously.

The Ombudsman will respond to calls to the Ethics Hotline. The purpose of the Ombudsman and the toll-free Ethics Hotline is to encourage you to seek information and report your concerns when you feel uncomfortable speaking with your manager. Contact details for the Ombudsman are as follows:

- Ombudsman 408-563-2153 or x32153
- Ethics Hotline 1-877-225-5554
- Mailing address for the Ombudsman:
  Ombudsman
  Applied Materials, Inc.
  3050 Bowers Avenue, M/S 2062
  Santa Clara, California 95054
  E-mail address: The_Ombudsman@amat.com
  All communications will be treated with the highest regard
  for confidentiality.

*NOTE*

*These Standards of Business Conduct are not an employment contract and do not create contractual rights. Applied Materials reserves the right to amend or discontinue these Standards of Business Conduct and the policies addressed herein, without prior notice, at any time.*

Back to Top

**RELATED INFORMATION**
Board of Directors | Corporate Governance | Contact Information

**RELATED LINKS**
Company Store | Corporate Overview | Electronic Proxy Delivery | How We Do It | Press Releases | Product Literature | Technology/IP Licensing

LEGAL INFORMATION

PRIVACY STATEMENT

© APPLIED MATERIALS, INC., 2005-2008. ALL RIGHTS RESERVED.