1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT H

 APPLIED MATERIALS

# EMPLOYEE EXIT PACKAGE
## Termination Certification

**Employer's Copy**

| Employee Name | Employee ID No. | Termination Date |
|---|---|---|
| Gerald Yin | 99271 | 8/1/04 |

This is to certify that I do not have in my possession, and have returned all Confidential Information (as defined below) and copies of such information, and all other documents or materials, and other property belonging to Applied Materials.

I further certify that I have complied with and will continue to comply with all the terms of the Employment Agreement, which I signed.

In addition, I acknowledge my obligation, in compliance with the Employment Agreement, to preserve as confidential and not to disclose to any third party or use any and all Confidential Information. Confidential Information includes, without limitation, any and all information concerning (i) processes, formulas, trade secrets, innovations, inventions, discoveries, improvements, research or development and test results, specifications, data, know-how and formulas; (ii) marketing plans, business plans, strategies, forecasts, unpublished financial information, budgets, projections, product plans and pricing; (iii) personnel information, including organizational structure, salary, and qualifications of employees; and (iv) customer and supplier information, including identities, product sales and purchase history or forecasts, and agreements.

_____   1/20/04
Employee Signature                  Date

Gerald Z. Yin
Print Employee Name