# EXHIBIT I

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF AMEC INC.'S AND AMEC CHINA'S
MOTIONS TO DISMISS APPLIED'S FAC
CASE NO. C07 05248 JW (PVT)
pa-1229404



WORLDWIDE :: MY APPLIED MATERIALS :: CONTACT US :: About

SEARCH: GO!

DISPLAY | ENERGY AND ENVIRONMENT | FAB SOLUTIONS | SEMICONDUCTOR | BRIGHT FUTURE



ABOUT
- EVENTS
- LEADERSHIP
- MILESTONES
- PRINCIPAL LOCATIONS
- QUALITY AND RELIABILITY
- SOCIAL RESPONSIBILITY

# LEADERSHIP



Board of Directors | Corporate Officers | Corporate Vice Presidents | Fellows

## Corporate Officers

**James C. Morgan**
Chairman of the Board of Directors

**Michael R. Splinter**
President and Chief Executive Officer

**Franz Janker**
Executive Vice President, Sales and Marketing

**George S. Davis**
Senior Vice President, Chief Financial Officer

**Manfred Kerschbaum**
Senior Vice President, General Manager Applied Global Services

**Mark R. Pinto**
Senior Vice President, Chief Technology Officer and General Manager Energy and Environmental Solutions

**Thomas St. Dennis**
Senior Vice President, General Manager Silicon Systems Group

**Joseph Sweeney**
Senior Vice President, General Counsel and Corporate Secretary

**RELATED LINKS**
Company Store | Corporate Governance | Financial Fundamentals | How We Do It | News Features | Web Site Feedback

LEGAL INFORMATION
PRIVACY STATEMENT

© APPLIED MATERIALS, INC., 2005-2008. ALL RIGHTS RESERVED.

**MICHAEL R. SPLINTER**
President and Chief Executive Officer
Applied Materials, Inc.



In 2003, Mike Splinter was named president and chief executive officer, as well as member of the Board of Directors of Applied Materials, the global leader in nanomanufacturing technology solutions for the electronics industry. He has focused the Company on expanding its leadership with a strong growth strategy by increasing market share and offering a breadth of products and service solutions.

Splinter, a 30-year veteran of the semiconductor industry, has led some of the largest semiconductor manufacturing operations in the world, during which time he has been at the forefront of many of the industry's most significant technology innovations and transitions.

Prior to joining Applied Materials, Splinter was an executive at Intel Corporation for nearly 20 years. Most recently, he was executive vice president and director of Sales and Marketing worldwide. In a previous role as executive vice president and general manager of Technology and Manufacturing worldwide, he spearheaded the development of industry-leading technologies, deployment of world-class manufacturing processes and on-time delivery of all Intel products. He was responsible for the critical development of manufacturing technologies for major industry transitions, including the move to 300mm wafers and the shift to 130nm devices.

An engineer and technologist, Splinter began his career at Rockwell International in the firm's Electronics Research Center. During his tenure, he became manager of Rockwell International's Semiconductor Fabrication Operations and was awarded two patents.

As a key member of the Technology CEO Council, an elite group of nine top high-tech CEOs, Splinter is helping drive new U.S. federal public policy. He serves on the board of Semiconductor Equipment and Materials International (SEMI), a global association representing the collective interests of the equipment and materials industry. He also is Chair of the board of directors for the Silicon Valley Leadership Group, an organization of CEOs focused on housing, transportation, environment and other quality of life issues affecting their employees.

Internationally, Splinter is a member of the Governors' Council of the World Economic Forum, which consists of the most influential and forward-thinking business, government, media and intellectual leaders. For more than 30 years, the council has been at the heart of the global business community, working to sustain economic and social prosperity worldwide.

Splinter's work in the semiconductor industry and dedication to the community have garnered many awards, including the California-Israel Chamber of Commerce International Partnership Award, the Distinguished Alumni Award from the University of Wisconsin and being named to the Junior Achievement Hall of Fame.

Author of numerous papers and articles, Splinter earned both bachelor of science and master of science degrees in electrical engineering from the University of Wisconsin, Madison.



**THOMAS ST. DENNIS**
Senior Vice President, General Manager
Silicon Systems Group
Applied Materials, Inc.



Tom St. Dennis was named general manager of the newly created Silicon Systems Group in June 2007. The Silicon Systems Group encompasses Applied Materials entire portfolio of semiconductor manufacturing systems. Since 2005, St. Dennis served as senior vice president and general manager of Applied's Etch, Cleans, Front End and Implant Products groups.

From 2003-2005, St. Dennis helped lead Novellus Systems, Inc., serving as executive vice president and a member of the Office of the CEO.  From 1999 to 2003, St. Dennis was president and CEO of Wind River Systems, a leader in embedded software.

Before that, he spent 20 years in the semiconductor industry, including a seven-year tenure at Applied Materials.  After joining Applied in 1992, he served as president of the PVD Product Business Group until 1997 when he became president of the Planarization and Dielectric Deposition Product Business Group and was responsible for the company's Chemical Mechanical Polishing (CMP) products, Dielectric CVD products and Process Sequence Integration group.

St. Dennis holds a bachelor's degree in physics from UCLA and a master's degree in physics from UCLA.