# EXHIBIT B

Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
James C. Rehnquist (*pro hac vice*)
jrehnquist@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br> Defendants. | Case No. CV 07-05248 JW (PVT) <br><br> **DECLARATION OF ROGER LINDLEY IN SUPPORT OF PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTIONS TO DISMISS** <br><br> Date: February 25, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 8, 4th Floor |

I, Roger Lindley, hereby declare and state as follows:

1.  I am a Senior Member of Technical Staff, Dielectric Etch at Applied Materials, Inc. ("Applied"). I make this declaration of my personal knowledge and of information that I have become aware of after reviewing relevant records and discussing these issues with others at Applied.

2.  Beginning around 1995 and continuing until the present time, I have been involved in the research and development of certain Applied trade secrets, and I have personal knowledge about certain trade secrets at issue in this litigation.

3.  Applied was founded in Mountain View, California and is now headquartered in Santa Clara, California. Applied's corporate offices and its legal, human resources and finance departments are all in the Santa Clara area. Additionally, Applied's principal marketing, distribution, research, development and engineering facilities are all based in Santa Clara, California.

4.  Applied markets and sells it products worldwide, including in Asia, but fewer than 12 percent of its total net sales in fiscal year 2007 were made in China.

5.  The trade secrets at issue in this case were developed by Applied in California and the employees with knowledge of that development, and with the safeguarding of those secrets, are located in California. The trade secrets are protected under California law.

6.  The documents concerning the research and development efforts that led to the trade secrets at issue in this case are voluminous, and are located in files and on computers in California.

7.  All of the following 14 former Applied employees who are believed to be employed by Defendants, including Gerald (Zheyao) Yin, Chairman of the Board and Chief Executive Officer of Defendants, and Steve (AiHua) Chen, Executive Vice President and Member of the Board of Directors of Defendants, worked at Applied's Santa Clara facilities: Jin Yuan Chen; Steve (AiHua) Chen; Zhiyou Du; Li Fu; Henry Ho; Lee Luo; Steve Mak; Xueyu Qian; Ryoji Todaka; Shulin Wang; Robert Wu; James Yang; Gerald (Zheyao) Yin; and Ban Zhu.

8. All of the following 29 Applied employees, who each possess information relevant to the claims Applied has asserted in this litigation, work at Applied's Santa Clara facilities: Kallol Bera; Doug Buchberger; Roger Chang; Ken Collins; Jim Cruse; Mark Fodor; Jacob Grayson; John Gross; Chuck Hardy; Dan Hoffman; Andrzej Kaszuba; Ajay Kumar; Michael Kutney; Jim L'Heureux; Thorsten Lill; Roger Lindley; Dima Lubomirsky; Shawming Ma; George Mattinger; Thomas Mele; Nir Merry; Karen Murphy; Tom Scocca; Sean Seutter; Brian (Sy-Yuan) Shieh; Jennifer Sun; Wesley Zhang; Allen (Xiaoye) Zhao; and Lutfi Zubi.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th
2  day of February, 2008.

*Roger Lindley* (signed)
Roger Lindley
Feb. 19, 2008

3

LINDLEY DECLARATION IN SUPPORT OF PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTIONS TO DISMISS; CASE NO. CV 07-05248 JW

LIBA/1868189.1