Thomas F. Fitzpatrick (CA Bar #193565)
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038
tfitzpatrick@goodwinprocter.com

John C. Englander (*pro hac vice*)
James C. Rehnquist (*pro hac vice*)
Michael G. Strapp (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jenglander@goodwinprocter.com
jrehnquist@goodwinprocter.com
mstrapp@goodwinprocter.com

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. | Case No. C07 05248 JW (PVT)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE SUR-REPLY TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date: February 25, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor |

Having considered Plaintiff Applied Materials, Inc.'s ("Applied") Motion for Leave to File Sur-reply to Defendants' Motions to Dismiss, IT IS HEREBY ORDERED AS FOLLOWS:

Applied's Motion for Leave is GRANTED. Applied's Sur-reply to Defendants' Motions to Dismiss is accepted for filing.

Dated: _____    _____
Judge James Ware
United States District Court Judge
Northern District of California