IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Applied Materials, Inc., | NO. C 07-05248 JW |
| Plaintiff, <br> v. | **ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE** |
| Advanced Micro-Fabrication Equipment, Inc., et al., | |
| Defendants. | |

The Court continues the hearing on Defendants' various motions currently set for February 25, 2008 to **Tuesday, February 26, 2008 at 9 a.m.** to give the parties sufficient time to argue the issues set forth in their briefs. The Court also continues the case management conference currently set for February 25 to **February 26, 2008 at 10 a.m.**

Dated: February 20, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Harold J. McElhinny HMcElhinny@mofo.com
Kenneth Alexander Kuwayti KKuwayti@mofo.com
Marc David Peters mdpeters@mofo.com
Michael G. Strapp mstrapp@goodwinprocter.com
Thomas F. Fitzpatrick tfitzpatrick@goodwinprocter.com

**Dated: February 20, 2008**                   **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**