1    HAROLD J. MCELHINNY (CA SBN 66781)
     HMcElhinny@mofo.com
2    MORRISON & FOERSTER LLP
     425 Market Street
3    San Francisco, California  94105-2482
     Telephone: 415.268.7000
4    Facsimile: 415.268.7522

5    KENNETH A. KUWAYTI (CA SBN 145384)
     KKuwayti@mofo.com
6    MARC DAVID PETERS (CA SBN 211725)
     MDPeters@mofo.com
7    MORRISON & FOERSTER LLP
     755 Page Mill Road
8    Palo Alto, CA 94304-1018
     Telephone:  650-813-5600
9    Facsimile:  650-494-0792

10   Attorneys for Defendants
     ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11   CHINA, ADVANCED MICRO-FABRICATION
     EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12   FABRICATION EQUIPMENT INC.

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17
     APPLIED MATERIALS, INC.,                    Case No.    C 07-05248 JW (PVT)
18
                    Plaintiff,                   **[PROPOSED] ORDER DENYING
19                                               PLAINTIFF'S MOTION TO FILE
          v.                                     SUR-REPLY TO DEFENDANTS'
20                                               MOTION TO DISMISS**

     ADVANCED MICRO-FABRICATION
21   EQUIPMENT, INC. CHINA, ADVANCED             Date:      February 25, 2008
     MICRO-FABRICATION EQUIPMENT, INC.           Time:      9:00 a.m.
22   ASIA, ADVANCED MICRO-FABRICATION            Courtroom: 8, 4th Floor
     EQUIPMENT INC.,                             The Honorable James Ware
23
                    Defendants.
24

25

26

27

28

     [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO FILE SUR-REPLY
     CASE NO. C07-05248 JW (PVT)
     pa-1236091

1       This matter comes before the Court on Applied Materials, Inc.'s Motion to File Sur-Reply

2  to Defendants' Motion to Dismiss.  Having considered the arguments and evidence submitted and

3  for good cause appearing:

4       IT IS HEREBY ORDERED THAT Plaintiff's Motion to File Sur-Reply to Defendants'

5  Motion to Dismiss is DENIED.  Further, Defendants' Motion to Strike the Declarations of Roger

6  Lindley and Mingtao Wang is GRANTED.  The sur-reply brief and declarations shall not be

7  considered.

8

9

10       Dated: _____

11

12                                                    Honorable James Ware

13                                                  United States District Judge

                                                Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO FILE SUR-REPLY           1
CASE NO. C07-05248 JW (PVT)
pa-1236091