UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 2/26/2008  **Court Reporter:** Jana Ridenour
**Case No.:** C-007-05248 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

Applied Materials, Inc. v. Advanced Micro-Fabrication Equipment (Shanghai) Co, LTD et al

**Attorney(s) for Plaintiff(s):** James Rehnquist, Thomas Fitzpatrick
**Attorney(s) for Defendant(s):** Harold McElhinny

## PROCEEDINGS

1. Defendant's Motion to Dismiss
2. Case Management Conference

## ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further order on Motion.

The Court held a Case Management Conference off the record and set the following scheduling dates:

1. Further Case Management Conference set for **April 28, 2008 at 10:00 AM**
    *Joint Statement due **April 18. 2008***

2. Close of Discovery set for **October 24, 2008**

3. Last Date to Hear Dispositive Motions set for **January 12, 2009**

4. Preliminary Pretrial Conference set for **September 22, 2008 at 11:00 AM**
    *Joint Pretrial Statement due **September 12, 2008***

The Court to issue further Order following Case Management Conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: