HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>　　　　Defendants. | Case No.　C07 05248 JW<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S NOTICE OF ASSIGNMENT OF SPECIAL MASTER** |

1    Defendants AMEC China, AMEC Asia and AMEC Inc. (collectively "Defendants") hereby respond to the Court's Notice of Intent to Appoint a Special Master as follows:

   Defendants do not object to the appointment of Tom Denver as Special Master. Defendants wish to preserve their right to have the Court decide *de novo* all objections to findings of fact made or recommended by the Special Master pursuant to Federal Rule of Civil Procedure section 53(g)(3) as well as to conclusions of law made or recommended by the Special Master pursuant to Federal Rule of Civil Procedure section 53(g)(4) and object to any procedure to the contrary.

   In addition, Defendants object to the sharing of costs and fees for the Special Master by the parties on a "per capita" basis as provided in section 2 of the Order. The three defendants are related entities, two of which are holding companies, and the parties have set discovery limits on a "per side" basis rather than a "per capita" basis. The parties have accordingly stipulated to sharing the costs and fees by allocating 50% to the plaintiff and 50% to the defendants collectively. A stipulation and proposed order is being filed concurrently with this response.

Dated: March 7, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:  /s/ KENNETH A. KUWAYTI
     Kenneth A. Kuwayti

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.