HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., <br><br> Defendants. | Case No.   C07 05248 JW <br><br> **STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER** |

1  Whereas, on March 4, 2008, the Court issued a Scheduling Order and Notice of Intent to
2  Appoint a Special Master ("the Order");
3  Whereas section 2 of the Order provides that fees and costs of the special master shall be
4  borne by each party "on a per capita basis;"
5  Whereas the three defendants in this action are related entities and the parties have set
6  discovery limits on a "per side" basis rather than a "per capita" basis;
7  THEREFORE, the Parties hereby STIPULATE as follows:
8  The parties stipulate to modifying section 2 of the Order to provide that plaintiff shall bear
9  50% of the fees and costs of the special master, and the defendants collectively shall bear 50% of
10 the fees and costs.

Dated: March 7, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:   /s/ KENNETH A. KUWAYTI
        Kenneth A. Kuwayti

Attorneys for Defendants
ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. CHINA, ADVANCED
MICRO-FABRICATION EQUIPMENT, INC.
ASIA, and ADVANCED MICRO-FABRICATION
EQUIPMENT INC.

Dated: March 7, 2008

THOMAS F. FITZPATRICK
JOHN C. ENGLANDER
JAMES C. REHNQUIST
MICHAEL G. STRAPP
GOODWIN PROCTER LLP

By:   /s/ THOMAS F. FITZPATRICK
        Thomas F. Fitzpatrick

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

**ORDER**

It is so ordered.

Dated: _____

_____
Honorable James Ware
United States District Judge
Northern District of California

**ATTESTATION**

I, Kenneth A. Kuwayti, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER. In compliance with General Order 45, X.B., I hereby attest that Thomas F. Fitzpatrick has concurred in this filing.

Dated: March 7, 2008        MORRISON & FOERSTER LLP

By:   /s/ KENNETH A. KUWAYTI
          Kenneth A. Kuwayti

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.