THOMAS HR DENVER (56872)
Mediation Masters
96 North Third Street
Suite 300
San Jose, CA 95112

Telephone: (408) 280-7883
Facsimile: (408) 292-7868

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLIED MATERIALS, INC., | No. C 07-05248 JW |
|---|---|
| Plaintiff, | **AFFIDAVIT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53(b)(3)** |
| vs. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT, INC., et al., | |
| Defendants. | |

I, THOMAS HR DENVER, declare:

Having carefully reviewed the names of the parties to this action, the names of their counsel, and the proposed order of appointment, I state that I perceive no ground for disqualification under 28 USC section 455.

I swear that the foregoing is true and correct to the best of my knowledge and that if called upon, I could so testify under oath.

Dated: March 10, 2008      /s/ Thomas HR Denver
                            THOMAS HR DENVER