1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10 Attorneys for Defendants
   ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
11 CHINA, ADVANCED MICRO-FABRICATION
   EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
12 FABRICATION EQUIPMENT INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C07 05248 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., | |
| Defendants. | |

Whereas, on March 4, 2008, the Court issued a Scheduling Order and Notice of Intent to Appoint a Special Master ("the Order");

Whereas section 2 of the Order provides that fees and costs of the special master shall be borne by each party "on a per capita basis;"

Whereas the three defendants in this action are related entities and the parties have set discovery limits on a "per side" basis rather than a "per capita" basis;

THEREFORE, the Parties hereby STIPULATE as follows:

The parties stipulate to modifying section 2 of the Order to provide that plaintiff shall bear 50% of the fees and costs of the special master, and the defendants collectively shall bear 50% of the fees and costs.

Dated: March 7, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:   /s/ KENNETH A. KUWAYTI
        Kenneth A. Kuwayti

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.

Dated: March 7, 2008

THOMAS F. FITZPATRICK
JOHN C. ENGLANDER
JAMES C. REHNQUIST
MICHAEL G. STRAPP
GOODWIN PROCTER LLP

By:   /s/ THOMAS F. FITZPATRICK
        Thomas F. Fitzpatrick

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

In light of the parties' consent of appointment, the Court appoints Mr. Tom Denver as Special Master for this case. The contours of Mr. Denver's responsibilities are as articulated in the Court's March 24 Order. The Court adopts the parties' Stipulation regarding the Special Master's fees and costs, namely, a "per side" basis rather than a "per capita" basis.

The parties shall notice all relevant discovery motions before the Special Master and not the assigned Magistrate Judge Trumbull.

Dated: March 11, 2008

_____
JAMES WARE
United States District Judge

**ATTESTATION**

I, Kenneth A. Kuwayti, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE SPECIAL MASTER. In compliance with General Order 45, X.B., I hereby attest that Thomas F. Fitzpatrick has concurred in this filing.

Dated: March 7, 2008          MORRISON & FOERSTER LLP

By:   /s/ KENNETH A. KUWAYTI
        Kenneth A. Kuwayti

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.