**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI)CO., LTD., ET AL.,<br><br>       Defendant(s).<br>_____/ | No. C 07-05248 JW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for March 24, 2008 at 10:00 AM has been reset to **March 31, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: March 14, 2008

FOR THE COURT,
Richard W. Wieking, Clerk


by: _____/s/_____
      Elizabeth Garcia
      Courtroom Deputy