| | |
|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) |
|   | HMcElhinny@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 3 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| 5 | KENNETH A. KUWAYTI (CA SBN 145384) |
|   | KKuwayti@mofo.com |
| 6 | MARC DAVID PETERS (CA SBN 211725) |
|   | MDPeters@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 8 | Palo Alto, CA 94304-1018 |
|   | Telephone:  650-813-5600 |
| 9 | Facsimile:  650-494-0792 |

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.    C07 05248 JW (PVT) |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., | |
| Defendants. | |

Pursuant to Northern District Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants Advanced Micro-Fabrication Equipment, Inc. China and Advanced Micro-Fabrication Equipment, Inc. Asia to answer or otherwise respond to the First Amended Complaint is extended from March 14, 2008 to and including March 21, 2008.  There have been no previous extensions of the time to respond.   This extension will not alter an event or deadline already set by the Court.

Dated: March 14, 2008　　　　　　MARC DAVID PETERS
　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP


By:  /s/ Marc David Peters
　　　Marc David Peters

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

Dated: March 14, 2008　　　　　　THOMAS F. FITZPATRICK
　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP


By:  /s/ Thomas F. Fitzpatrick
　　　Thomas F. Fitzpatrick

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
C07 05248 JW (PVT)
sf-2483821

1

1 | I, Marc D. Peters, am the ECF User whose ID and password are being used to file this STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that THOMAS F. FITZPATRICK has concurred in this filing.

Dated: March 14, 2008

MORRISON & FOERSTER LLP

By: s/ Marc David Peters
 Marc David Peters

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.