HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge James Ware
3/17/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br>Plaintiff,<br>v.<br>ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,<br>Defendants. | Case No. C07 05248 JW (PVT)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Northern District Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants Advanced Micro-Fabrication Equipment, Inc. China and Advanced Micro-Fabrication Equipment, Inc. Asia to answer or otherwise respond to the First Amended Complaint is extended from March 14, 2008 to and including March 21, 2008. There have been no previous extensions of the time to respond. This extension will not alter an event or deadline already set by the Court.

Dated: March 14, 2008

MARC DAVID PETERS
MORRISON & FOERSTER LLP

By: /s/ Marc David Peters
Marc David Peters

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

Dated: March 14, 2008

THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP

By: /s/ Thomas F. Fitzpatrick
Thomas F. Fitzpatrick

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

I, Marc D. Peters, am the ECF User whose ID and password are being used to file this STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that THOMAS F. FITZPATRICK has concurred in this filing.

Dated: March 14, 2008

MORRISON & FOERSTER LLP

By: s/ Marc David Peters
Marc David Peters

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
C07 05248 JW (PVT)
sf-2483821

2