UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 3/31/2008  **Court Reporter:** Irene Rodriguez
**Case No.:** C-07-05698 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

**Bernice Gonzalez et al v. VCH Salinas I LLC et al**

**Attorney(s) for Plaintiff(s)**: Sergio Parra
**Attorney(s) for Defendant(s)**: Frank Riebli, Sanford Shutz, Michael Steiner, Jeffrey Lowenthal, Deirdre O'Reilly Marblestone

## PROCEEDINGS

Defendants' VCH Salinas I LLC, Norm Yop Inc. Realtors, Monica Faranda, Old Republic Title Company Motion to Stay and Compel Arbitration, or in the Alternative, to Dismiss and Strike and Defendant's Motion for Joinder

## ORDER AFTER HEARING

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further order on Motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: