UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 3/31/2008 | **Court Reporter:** Not Reported |
| **Case No.:** C-07-05248 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | **Special Master:** Thomas Denver |

TITLE

**Applied Materials Inc v. Advance Micro-Fabrication Equipment (Shanghai) Co. LTD et al**

**Attorney(s) for Plaintiff(s)**: James Renquist, Stephen Adams, Thomas Fitzpatrick
**Attorney(s) for Defendant(s)**: Kenneth Kuwayti, Collette Verkuli

PROCEEDINGS

Further Case Management Conference

ORDER AFTER HEARING

Conference held off the record in chambers. The parties to contact Court with further scheduling dates. Parties to further confer with Special Master re court appointed scope of discovery as discussed in the Case Management Conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: