1  Thomas F. Fitzpatrick
   tfitzpatrick@goodwinprocter.com
2  GOODWIN PROCTER LLP
   135 Commonwealth Drive
3  Menlo Park, CA 94025
   Tel.: 650-752-3144
4  Fax: 650-853-1038

5  John C. Englander (*pro hac vice*)
   jenglander@goodwinprocter.com
6  James C. Rehnquist (*pro hac vice*)
   jrehnquist@goodwinprocter.com
7  Michael G. Strapp (*pro hac vice*)
   mstrapp@goodwinprocter.com
8  GOODWIN PROCTER LLP
   53 State Street
9  Boston, Massachusetts  02109
   Tel.: 617.570.1000
10 Fax: 617.523.1231

11 Attorneys for Applied Materials, Inc.

12                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
13                      SAN JOSE DIVISION

14 APPLIED MATERIALS, INC.,                Case No.  C07 05248 JW (PVT)

15          Plaintiff,

16                                          **NOTICE OF CHANGE OF ADDRESS**

17      v.

18 ADVANCED MICRO-FABRICATION
   EQUIPMENT (SHANGHAI) CO., LTD.,
19 ADVANCED MICRO-FABRICATION
   EQUIPMENT INC., ASIA, ADVANCED
20 MICRO-FABRICATION EQUIPMENT, INC.

21          Defendants.

22

23

24

25

26

27

28

**TO THE HONORABLE JUDGE OF SAID COURT:**

The undersigned attorney, Thomas F. Fitzpatrick, files this Notice of Change of Address and requests that the Court's docket in the above-captioned cause be updated accordingly.

The new information is as follows:

Firm:                Goodwin Procter LLP

Street:              135 Commonwealth Drive

City, State, Zip:    Menlo Park, CA 94025

Telephone:           (650) 752-3100

Facsimile:           (650) 853-1038

Email:               tfitzpatrick@goodwinprocter.com

NOTICE OF CHANGE OF ADDRESS – CASE NO. C07-05248 JW (PVT)

1

1

2  Dated: April 3, 2008

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Applied Materials, Inc.

By its attorneys,


/s/ Thomas F. Fitzpatrick
Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.:  650-752-3144
Fax:  650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
James C. Rehnquist (*pro hac vice*)
jrehnquist@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231