Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
James C. Rehnquist (*pro hac vice*)
jrehnquist@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. <br><br> Defendants. | Case No. C07 05248 JW (PVT) <br><br> **DECLARATION OF MICHAEL STRAPP IN SUPPORT OF APPLIED MATERIALS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM** <br><br> Date: May 19, 2008 <br> Time: 9:00 a.m. <br> Courtroom 8, 4th Floor |

I, Michael G. Strapp, hereby declare and state as follows:

1. I am an associate in the law firm of Goodwin Procter LLP and am admitted *pro hac vice* to practice in the Federal Bar in the Northern District of California. I am counsel of record for Plaintiff Applied Materials, Inc. ("Applied").

2. I submit this declaration in support of Plaintiff Applied's Motion to Dismiss Defendants' Counterclaim. I make this declaration of my own personal knowledge.

3. A true and accurate copy of Gerald Yin's Employment Agreement with Applied, dated March 18, 1991, is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2008.

/s/ Michael G. Strapp
Michael G. Strapp

STRAPP DECLARATION IN SUPPORT OF APPLIED MATERIALS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM
CASE NO. C07-05248 JW (PVT)
2

LIBA/1882898.1