Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
James C. Rehnquist (*pro hac vice*)
jrehnquist@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. <br><br> Defendants. | Case No. C07 05248 JW (PVT) <br><br> **[PROPOSED] ORDER GRANTING APPLIED MATERIALS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM** <br><br> Date: May 19, 2008 <br> Time: 9:00 a.m. <br> Courtroom 8, 4th Floor |

1  This matter comes before the Court on Applied Materials Inc.'s Motion to Dismiss
2  Defendants' Counterclaim.  Having considered the arguments and evidence submitted and for
3  good cause appearing:
4  IT IS HEREBY ORDERED THAT Applied Materials Inc.'s Motion to Dismiss is
5  GRANTED.  All counterclaims of Advanced Micro-Fabrication Equipment Inc. Asia and
6  Advanced Micro-Fabrication Equipment Inc. China are DISMISSED with prejudice.

Dated: _____       _____
                                Honorable Judge James Ware
                                United States District Court Judge