# DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1

# PROVISIONALLY LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5