HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, and ADVANCED MICRO-FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>　　　　　Defendants. | Case No.　　C07 05248 JW (PVT)<br><br>**DECLARATION OF MARC DAVID PETERS IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1** |

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1 RE TRADE SECRET LIST
CASE NO. C07 05248 JW (PVT)
pa-1247990

1

1   I, Marc David Peters, do declare as follows:

2   1.   I am a partner in the law firm of Morrison & Foerster LLP.  I am admitted to practice in the Northern District of California and am counsel for Defendants.

4   2.   Attached hereto as Exhibit A is a true and correct copy of the AMEC Defendants' Motion To Enter Protective Order and To Compel A More Particular Trade Secret Disclosure, along with its exhibits, filed with the Special Master on March 21, 2008; **[submitted for filing under seal]**

8   3.   Attached hereto as Exhibit B is a true and correct copy of Applied Materials' Opposition to Defendants' Motion to Enter Protective Order and to Compel a More Particular Trade Secret Disclosure, filed March 27, 2008. **[submitted for filing under seal]**

11  4.   Attached hereto as Exhibit C is a true and correct copy of Applied Material's Responses to AMEC, Inc.'s first set of interrogatories, dated February 25, 2008. **[submitted for filing under seal]**

14  I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.  Executed on April 14, 2008, in Palo Alto, California.

/s/ Marc David Peters
Marc David Peters

DECLARATION OF MARC DAVID PETERS IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1 RE TRADE SECRET LIST
CASE NO. C07 05248 JW (PVT)
pa-1247990

2