# DECLARATION OF MARC DAVID PETERS IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1

# EXHIBIT C

# PROVISIONALLY LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5