HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., <br><br> Defendants. | Case No.   C07 05248 JW (PVT) <br><br> **ADMINISTRATIVE MOTION TO SEAL DESIGNATED DOCUMENTS RELATED TO DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1 RE TRADE SECRET LIST AND EXHIBITS A-C TO THE DECLARATON OF MARC DAVID PETERS IN SUPPORT THEREOF** |

1  Defendants Advanced Micro-Fabrication Equipment Inc. China, Advanced Micro-
2  Fabrication Equipment, Inc., Asia, and Advanced Micro-Fabrication Equipment, Inc. hereby
3  lodge the following documents provisionally under seal pursuant to Civil Local Rule 79-5(d):
4     1. Defendants' Objection to Special Master Discovery Order No. 1 Re Trade Secret List.
5     2. Exhibit A to the Declaration of Marc David Peters in Support of Defendants' Objection to
6        Special Master Discovery Order No. 1.
7     3. Exhibit B to the Declaration of Marc David Peters in Support of Defendants' Objection to
8        Special Master Discovery Order No. 1.
9     4. Exhibit C to the Declaration of Marc David Peters in Support of Defendants' Objection to
10       Special Master Discovery Order No. 1.
11 Plaintiff has designated as confidential under the protective order certain material cited in
12 the Defendants' Objection to Special Master Discovery Order No. 1 Re Trade Secret List and
13 Exhibits A, B, and C to the Declaration of Marc David Peters in Support of Defendants'
14 Objection to Special Master Discovery Order No. 1.
15 An unredacted version of Defendants' Objection to Special Master Discovery Order No. 1
16 Re Trade Secret List and Exhibits A, B, and C to the Declaration of Marc David Peters in Support
17 of Defendants' Objection to Special Master Discovery Order No. 1 are attached hereto to be
18 provisionally lodged under seal.
19 A redacted version of Exhibit A is also attached, to be placed in the public record if the
20 Court approves the requested sealing order. Notice is hereby provided to Plaintiff that, pursuant
21 to Civil Local Rule 79-5(d), Plaintiff must file a declaration supporting the sealability of the
22 above-listed documents and a proposed sealing order.

23 Dated: April 14, 2008    HAROLD J. MCELHINNY
24                              KENNETH A. KUWAYTI
                                MARC DAVID PETERS
25                              MORRISON & FOERSTER LLP

26                            By:   /s/ Marc David Peters
27                               Marc David Peters
                              Attorneys for Defendants
28