HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,<br><br>                    Defendants. | Case No.    C07 05248 JW (PVT)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
CASE NO. C07 05248 JW (PVT)
pa-1248236

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

- **DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1 RE TRADE SECRET LIST (PROVISIONALLY LODGED UNDER SEAL);**

- **DECLARATION OF MARC DAVID PETERS IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1 (CONFIDENTIAL VERSION OF EXHIBITS A-C PROVISIONALLY LODGED UNDER SEAL);**

- **ADMINISTRATIVE MOTION TO SEAL DESIGNATED DOCUMENTS RELATED TO DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1 RE TRADE SECRET LIST AND EXHIBITS A-C TO THE DECLARATON OF MARC DAVID PETERS IN SUPPORT THEREOF;**

- **REDACTED VERSION OF EXHIBIT A TO THE DECLARATION OF MARC DAVID PERTERS IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1;**

- **CERTIFICATE OF SERVICE**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 650.494.0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

CERTIFICATE OF SERVICE
CASE NO. C07 05248 JW (PVT)
pa-1248236

2

|     |     |     |
| --- | --- | --- |
| 1   | ☒   | **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices. |

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 755 Page Mill Road, Palo Alto, California  94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

☐ **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule  5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy  through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set  forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

CERTIFICATE OF SERVICE
CASE NO. C07 05248 JW (PVT)
pa-1248236

3

| | | |
|---|---|---|
| Thomas G. Fitzpatrick, Esq.<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br><br>Tfitzpatrick@goodwinprocter.com | \_\_\_\_\_<br>X\_\_\_\_<br>\_\_\_\_\_<br>\_\_\_\_\_<br>X\_\_\_\_ | Fax<br>U.S. Mail<br>Overnight<br>Personal<br>Electronic Service |
| John C. Englander, Esq.<br>Douglas C. Doskocil, Esq.<br>Michael G. Strapp, Esq.<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA  02109<br><br>Jenglander@goodwinprocter.com<br>Ddoskocil@goodwinprocter.com<br>Mstrapp@goodwinprocter.com | \_\_\_\_\_<br>X\_\_\_\_<br>\_\_\_\_\_<br>\_\_\_\_\_<br>X\_\_\_\_ | Fax<br>U.S. Mail<br>Overnight<br>Personal<br>Electronic Service |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 14th day of April, 2008.

_____            _____
Beatriz E. Gómez                                                  (signature)
(typed)