HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  650-813-5600
Facsimile:  650-494-0792

Attorneys for Defendant
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

GRANTED
Judge James Ware
4/25/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,<br><br>Defendants. | Case No.   C07 05248 JW (PVT)<br><br>**ADMINISTRATIVE MOTION TO SEAL DESIGNATED DOCUMENTS RELATED TO DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 1 RE TRADE SECRET LIST AND EXHIBITS A-C TO THE DECLARATON OF MARC DAVID PETERS IN SUPPORT THEREOF** |

1 | Defendants Advanced Micro-Fabrication Equipment Inc. China, Advanced Micro-Fabrication Equipment, Inc., Asia, and Advanced Micro-Fabrication Equipment, Inc. hereby lodge the following documents provisionally under seal pursuant to Civil Local Rule 79-5(d):

1. Defendants' Objection to Special Master Discovery Order No. 1 Re Trade Secret List.
2. Exhibit A to the Declaration of Marc David Peters in Support of Defendants' Objection to Special Master Discovery Order No. 1.
3. Exhibit B to the Declaration of Marc David Peters in Support of Defendants' Objection to Special Master Discovery Order No. 1.
4. Exhibit C to the Declaration of Marc David Peters in Support of Defendants' Objection to Special Master Discovery Order No. 1.

Plaintiff has designated as confidential under the protective order certain material cited in the Defendants' Objection to Special Master Discovery Order No. 1 Re Trade Secret List and Exhibits A, B, and C to the Declaration of Marc David Peters in Support of Defendants' Objection to Special Master Discovery Order No. 1.

An unredacted version of Defendants' Objection to Special Master Discovery Order No. 1 Re Trade Secret List and Exhibits A, B, and C to the Declaration of Marc David Peters in Support of Defendants' Objection to Special Master Discovery Order No. 1 are attached hereto to be provisionally lodged under seal.

A redacted version of Exhibit A is also attached, to be placed in the public record if the Court approves the requested sealing order. Notice is hereby provided to Plaintiff that, pursuant to Civil Local Rule 79-5(d), Plaintiff must file a declaration supporting the sealability of the above-listed documents and a proposed sealing order.

Dated: April 14, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:  /s/ Marc David Peters
     Marc David Peters
     Attorneys for Defendants

**IT IS SO ORDERED:**
The above requested documents are GRANTED to be filed UNDER SEAL.
Dated: April 25, 2008

_/s/ James Ware_
United States District Judge