HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, and ADVANCED MICRO-
FABRICATION EQUIPMENT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>        Defendants. | Case No.   C07 05248 JW (PVT)<br><br>**DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 4 RE: TRADE SECRET LIST**<br><br>Date:<br>Time:<br>Courtroom: |

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF defendants' objection to special master discovery order no. 4 re: trade secret list
CASE NO. C07 05248 JW (PVT)
pa-1256610

1

I, Kenneth A. Kuwayti, do declare as follows:

1.  I am a partner in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendants.

2.  Attached hereto as Exhibit A is a true and correct copy of Applied Materials, Inc.'s Supplemental Identification of Trade Secrets, dated April 14, 2008. **[submitted for filing under seal]**

3.  Attached hereto as Exhibit B is a true and correct copy of Applied Materials, Inc.'s Identification of Trade Secrets, dated Dec. 18, 2007. **[submitted for filing under seal]**

4.  Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Third Request for the Production and Inspection of Documents and Tangible Things to Defendants, dated Feb. 6, 2008.

5.  Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Second Request for the Production and Inspection of Documents and Tangible Things to Defendants, dated Dec. 18, 2007.

6.  Attached hereto as Exhibit E is a true and correct copy of Plaintiff Applied Materials, Inc.'s Responses to Defendant AMEC Inc.'s First Set of Interrogatories, dated Feb. 25, 2008. **[submitted for filing under seal]**

7.  Attached hereto as Exhibit F is a true and correct copy of U.S. Patent 6,776,873, Issued Aug. 17, 2004.

8.  Attached hereto as Exhibit G is a true and correct copy of the Hearing Transcript before Special Master Thomas Denver on May 6, 2008. **[submitted for filing under seal]**

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 4 RE: TRADE SECRET LIST
CASE NO. C07 05248 JW (PVT)
pa-1256610

2

9. Attached hereto as Exhibit H is a true and correct copy of Graves & Range, Northwestern Journal of Technology Intellectual Property, Identification of Trade Secret Claims in Litigation: Solutions for a Ubiquitous Dispute.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed on May 19, 2008, in Palo Alto, California.

/s/ Kenneth A. Kuwayti
Kenneth A. Kuwayti

DECLARATION OF KENNETH A. KUWAYTI IN SUPPORT OF defendants' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 4 RE: TRADE SECRET LIST
CASE NO. C07 05248 JW (PVT)
pa-1256610

3