# DECLARATION OF KENNETH KUWAYTI IN SUPPORT OF DEFENDANTS' OBJECTION TO SPECIAL MASTER DISCOVERY ORDER NO. 4

# EXHIBIT B

# PROVISIONALLY LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5