1  Thomas F. Fitzpatrick
2  tfitzpatrick@goodwinprocter.com
   GOODWIN PROCTER LLP
3  181 Lytton Avenue
   Palo Alto, CA 94301
4  Tel.: 650-752-3144
   Fax: 650-853-1038
5
   John C. Englander (*pro hac vice*)
6  jenglander@goodwinprocter.com
   James C. Rehnquist (*pro hac vice*)
7  jrehnquist@goodwinprocter.com
   Michael G. Strapp (*pro hac vice*)
8  mstrapp@goodwinprocter.com
   GOODWIN PROCTER LLP
9  53 State Street
   Boston, Massachusetts 02109
10 Tel.: 617.570.1000
   Fax: 617.523.1231
11
12 Attorneys for Applied Materials, Inc.
13
14                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
15                       SAN JOSE DIVISION

16 | APPLIED MATERIALS, INC.,                      | Case No.: C 07 05248 JW
17 |         Plaintiff,                            |
18 |    v.                                         | **PLAINTIFF'S THIRD REQUEST FOR THE PRODUCTION AND INSPECTION OF DOCUMENTS AND TANGIBLE THINGS TO DEFENDANTS**
19 | ADVANCED MICRO-FABRICATION                    |
20 | EQUIPMENT (SHANGHAI) CO., LTD.,               |
   | ADVANCED MICRO-FABRICATION                    |
21 | EQUIPMENT INC., ASIA, ADVANCED                |
   | MICRO-FABRICATION EQUIPMENT INC.              |
22
23 |         Defendants.                           |
24
25
26      Plaintiff Applied Materials, Inc. ("Applied") hereby requests, pursuant to Fed. R. Civ. P.
27 34, that Defendants produce the documents and things described below for inspection and copying
28 in accord with the following definitions and instructions. All documents and things to be

specifications and correspondence.

Request No. 29

All communications between AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia and any actual or potential investors regarding: (a) Applied, including, but not limited to, communications regarding this litigation; (b) the intellectual property of AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia; or (c) the corporate structure of AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia.

Request No. 30

All documents regarding the research, development, testing, evaluation and use by AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia of three or more RF sources in a plasma chamber for improved performance; the use of a connection of all three RF sources of a three-source chamber to the bottom electrode of the chamber; the use of either L-, inverse L-, pi-, and T- as the circuit connection type in a matching network of a multi-frequency plasma chamber; and/or the combined use of two or more of the circuit connection types L-, inverse L-, pi-, and T- in a matching network of a multi-frequency plasma chamber, including, but not limited to, lab notebooks, test plans, schematics, test results, and data analysis.

Request No. 31

All documents regarding the research, development, testing, evaluation and use by AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia of the rotation of a pedestal/heater that articulates up/down in a chamber of a CVD tool to reduce thermal effects of CVD chamber asymmetry, including, for example, documents concerning the conception and/or development of the pedestal/heater disclosed in U.S. Patent Application No.11/441,291, filed February 6, 2006, and as disclosed in Chinese Patent Application No. 200510028564.7, filed August 5, 2005.

Request No. 32

All documents regarding the compositions, specifications (e.g., purity, material properties), and tolerances of material components in any CVD or Etch machines that AMEC Shanghai,

AMEC Inc., AMEC International or AMEC Asia have designed, developed, or manufactured, or have begun designing, developing, or manufacturing, including, but not limited to, yttrium oxide coatings of anodized aluminum surfaces, doped semiconductor materials (e.g., doped semiconductor materials used to increase the conductivity of semiconductor materials), aluminum oxide components, silicon carbide components, composites, quartz components, silicon components, graphite components, ceramic components, glass components, and showerhead bonding adhesive.

Request No. 33

All documents regarding the research, development, testing, evaluation and use by AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia of techniques for controlling film properties during borophosphosilicate ("BPSG") and undoped silica glass ("USG") process transitions.

Request No. 34

All documents regarding system architecture, algorithms, interfaces, source code and underlying data for the software provided with any CVD or Etch machines that AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia have designed, developed, or manufactured, or have begun designing, developing, or manufacturing.

Request No. 35

All documents regarding all custom/customized software for the design, manufacture, test or evaluation of any CVD or Etch machines that AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia have designed, developed, or manufactured, or have begun designing, developing, or manufacturing.

Request No. 36

All documents reflecting the materials and components used in any CVD or Etch machines that AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia have designed, developed, or manufactured, or have begun designing, developing, or manufacturing, including,

8

but not limited to, schematics, bills of materials, diagrams, schematics, parts lists, drawings, manuals, test procedures, and test data records.

Request No. 37

All documents regarding the Best Known Methods ("BKM") for any CVD or Etch machines that AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia have designed, developed or manufactured, or have begun designing, developing or manufacturing, and all associated guides and "cookbooks," including but not limited to documents reflecting workpiece processing, chamber cleaning procedures, control of damage in dielectric etch, uniformity control, process recipes, ramp-up protocols optimization of the operation of AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia's Etch and CVD tools, troubleshooting, and chamber precision matching.

Request No. 38

All communications with any third parties regarding this lawsuit including any government entities and any actual or potential customers, suppliers or investors.

Request No. 39

All documents reflecting AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia's policies, procedures and efforts to protect and safeguard its own trade secrets and any other intellectual property of AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia and to ensure that Defendants do not use the intellectual property, including trade secrets, of others.

Request No. 40

All documents that refer to Applied Materials including, but not limited to:

(a) documents describing Applied's CVD or Etch machines;

(b) documents concerning Applied's Best Known Methods for the development, design, and manufacture of CVD and/or Etch machines;

(c) documents pertaining in whole or in part to Applied Materials authored by any ex-Applied employee subsequent to his or her departure from Applied Materials; and

9

AMEC International or AMEC Asia; and (b) the use by AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia of intellectual property that Applied claims as its own.

Request No. 60

All communications between AMEC Shanghai, AMEC Inc., AMEC International or AMEC Asia, on the one hand, and any other party, on the other hand, concerning the intellectual property of Applied or the intellectual property of AMEC Shanghai, AMEC Inc., AMEC International, or AMEC Asia.

Request No. 61

All documents relating to Defendants' contentions that any trade secret in Applied's Trade Secret disclosure was independently developed by Defendants and/or was publicly known.

Dated: February 6, 2008

APPLIED MATERIALS, INC.,

By its attorneys,

Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
James C. Rehnquist (*pro hac vice*)
jrehnquist@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Applied Materials, Inc.

14

I, Rachael Nelson, declare:

I am employed in the County of Santa Clara, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin|Procter LLP, 181 Lytton Avenue, Palo Alto, California 94301.

On February 6, 2008, I served the following documents exactly entitled:

**PLAINTIFF'S THIRD REQUEST FOR THE PRODUCTION AND INSPECTION OF DOCUMENTS AND TANGIBLE THINGS TO DEFENDANTS**

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of is Goodwin|Procter LLP, as follows:

| VIA EMAIL: | VIA EMAIL AND FED EX: |
|---|---|
| Harold McElhinny, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2484<br>Email: HMcElhinny@mofo.com | Marc Peters, Esq.<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Email: mdpeters@mofo.com |

[ ] U.S. Mail: I am personally and readily familiar with the business practice of is Goodwin|Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

[ ] HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ ] FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

[X] EMAIL TRANSMISSION: I caused such document[s] to be sent by email transmission to the party(ies) indicated.

[X] OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on February 6, 2008, at Palo Alto, California.

*/s/ Rachael Nelson*
Rachael Nelson

15