Thomas F. Fitzpatrick
tfitzpatrick@goodwinprocter.com
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Tel.: 650-752-3144
Fax: 650-853-1038

John C. Englander (*pro hac vice*)
jenglander@goodwinprocter.com
Douglas C. Doskocil (*pro hac vice*)
ddoskocil@goodwinprocter.com
Michael G. Strapp (*pro hac vice*)
mstrapp@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231

Greg H. Gardella
gardella@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Tel.: 612-335-5070
Fax: 612-288-9696

Attorneys for Applied Materials, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.: C 07 05248 JW |
| Plaintiff, | |
| v. | **PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION AND INSPECTION OF DOCUMENTS AND TANGIBLE THINGS TO DEFENDANTS** |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. | |
| Defendants. | |

PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION AND INSPECTION OF DOCUMENTS TO DEFENDANTS
Case No.: C 07 05248 JW
LIBA/1853409.1

KUWAYTI EXHIBIT D

August 5, 2005; U.S. Patent Application No. 11/350,022, filed February 8, 2006; and Japanese Patent Application No. 2006213916, filed August 4, 2006.

Request No. 3

All documents showing the design and/or specifications for any CVD or Etch machines currently or previously offered for sale, or placed for evaluation, by AMEC Shanghai, AMEC Inc., and/or AMEC Asia.

Request No. 4

All operating manuals for CVD and/or Etch machines designed and/or manufactured by AMEC Shanghai, AMEC Inc., and/or AMEC Asia, and all documents regarding processes to be run on these machines, including any best known methods for such processes.

Request No. 5

All documents regarding any methods used by AMEC Shanghai, AMEC Inc., and/or AMEC Asia for improving vaporization of tetraethylorthosilicate (TEOS), tetraethylborate (TEB) and triethylphosphate (TEPO) during borophosphosilicate glass (BPSG) and undoped silica glass (USG) deposition processes.

Request No. 6

All documents regarding the research, development and use by AMEC Shanghai, AMEC Inc., and/or AMEC Asia of bulk materials, platings, coatings, anodizations (including "A-coating"), and adhesives, used in CVD and etch tools; including, in particular, aluminum oxide ($Al_2O_3$) bulk, silicon carbide (SiC) bulk, yttrium oxide ($Y_2O_3$) coating and bulk, high performance composites, quartz, silicon (Si), graphite, ceramic components, glass components, showerhead bonding adhesive, and other intrinsically impure materials.

Request No. 7

All documents regarding the research and development and use by AMEC Shanghai, AMEC Inc., and/or AMEC Asia of software for process control modules for rapid prototype development and recipe-conversion software.

Request No. 19

All documents regarding AMEC Inc.'s involvement in the operations, management, corporate governance and/or finances of AMEC Shanghai and/or AMEC Asia.

Dated: December 18, 2007

        Respectfully submitted,

        APPLIED MATERIALS, INC.,

        By its attorneys,

        /s/ T. F. Fitzpatrick
        Thomas F. Fitzpatrick
        tfitzpatrick@goodwinprocter.com
        GOODWIN PROCTER LLP
        181 Lytton Avenue
        Palo Alto, CA 94301
        Tel.: 650-752-3144
        Fax: 650-853-1038

        John C. Englander (*pro hac vice*)
        jenglander@goodwinprocter.com
        Douglas C. Doskocil (*pro hac vice*)
        ddoskocil@goodwinprocter.com
        Michael G. Strapp (*pro hac vice*)
        mstrapp@goodwinprocter.com
        GOODWIN PROCTER LLP
        53 State Street
        Boston, Massachusetts 02109
        Tel.: 617.570.1000
        Fax: 617.523.1231

        Greg H. Gardella
        gardella@fr.com
        FISH & RICHARDSON P.C.
        60 South Sixth Street
        3300 Dain Rauscher Plaza
        Minneapolis, MN 55402
        Tel.: 612-335-5070
        Fax: 612-288-9696

        Attorneys for Applied Materials, Inc.

LIBA/1853409.1

1  I, Rachael Nelson, declare:

2  I am employed in the County of Santa Clara, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Goodwin|Procter LLP, 181 Lytton Avenue, Palo Alto, California 94301.

On December 18, 2007, I served the following documents exactly entitled:

**PLAINTIFF'S SECOND REQUEST FOR THE PRODUCTION AND INSPECTION OF DOCUMENTS AND TANGIBLE THINGS TO DEFENDANTS**

on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of is Goodwin|Procter LLP, as follows:

**VIA EMAIL AND OVERNIGHT COURIER:**

Harold J. McElhinny
Morrison & Foerster
425 Market Street
San Francisco, CA 94105-2484

[ ]  U.S. Mail: I am personally and readily familiar with the business practice of is Goodwin|Procter LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service. I caused such document[s] to be sent via U.S. Mail according to the practices above.

[ ]  HAND-DELIVERY: I caused such document[s] to be delivered by a courier service on the same day.

[ ]  FACSIMILE TRANSMISSION: I caused such document[s] to be sent by facsimile transmission to the above-listed fax number for the party(ies) indicated.

[ X ]  EMAIL TRANSMISSION: I caused such document[s] to be sent by email transmission to the party(ies) indicated.

[ X ]  OVERNIGHT COURIER: I caused such documents[s] to be delivered by an overnight courier service for delivery by 10:30 a.m. the following business day.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on December 18, 2007, at Palo Alto, California.

*Rachael Nelson*
Rachael Nelson