# HI-TEMP ADHESIVES
## Single Component - Alumina

## 3000ºF - RESBOND 989
### Alumina Adhesive

Resbond 989 is a one component high purity, 3000ºF Alumina based, general purpose adhesive.

It has a smooth creamy consistency and cures at room temperature to form strong bonds to ceramics, graphite, metals and glass.

Resbond 989 is resistant to oxidation, electricity, molten metals, most chemicals and solvents.

Easy to use,  Just apply and air dry.

Curing may be accelerated with mild heat.

*Users Report:*

- Bonds Silicon Carbide nozzles into alumina sleeving in a high temperature instrument chamber.
- Bonds Nickel pins, measuring 0.03" dia. into 0.04" holes in an aluminum nitride ceramic. These parts were quenched (from 900ºC) in liquid Nitrogen without failure.
- Bonds Kanthal to Mullite tubes, forming inexpensive custom sized and durable high temp. Heating elements.

Applications Include: bonding alumina, metals, ceramics, graphite, electrical components, adhering thermocouples, heat sensors, and critical electronic components, in appliances, instruments, etc.

## 3000ºF - RESBOND 989FS
### Fast Set Alumina Adhesive

New, 989 Fast Set is specially formulated for applications requiring a fast setting, single component, alumina adhesive.

Now, a free flowing formulation that is ideal for use in automatic dispensing equipment. It is precisely dispensed through fine needles with out clogging or mess.

Resbond 989FS cures at room temp.  or in 5 minutes at  200ºF.

It is the ideal choice for high speed production applications where automation is required.

## 3000ºF - RESBOND 989F
### Pre-Nano Adhesive

The Alumina used to formulate Resbond 989F particle size has been reduced to 600 nms.

Resbond 989F combines this ultra-fine Alumina with special high temperature colloidal ceramic binders to create an adhesive ideal for a  new generation of applications.

Resbond 989F can be used in the finest dispensers. No clogs. No mess.  It is an ideal choice for high temp. production applications.

Now, there are no limits to applications requiring a high temperature alumina adhesive and the ability to bond super fine electric components, bundles of fiber optics filaments,





**989  Rebuilds a Worn
Ceramic Part for use to 2800ºF**

| Resbond<br>Continuous Use Temp. ºF | 989<br>3000 | 989FS<br>3000 | 989F<br>3000 |
|---|---|---|---|
| Base | $Al_2O_3$ | $Al_2O_3$ | $Al_2O_3$ |
| Feature | General Purpose | Fast Set | 0.6 Micron Ultra Fine |
| Compressive Strength (psi) | 3000 | 3500 | 2800 |
| Flexural Strength (psi) | 1100 | 1250 | 950 |
| Thermal Expansion (x $10^{-6}$/ºF) | 4.5 | 4.5 | 4.5 |
| Thermal Cond. (BTU in/hr. in $ft^2$) | 15 | 15 | 12 |
| Dielectric Strength (volts/mil) | 200 | 200 | 200 |
| Volume Resistivity (ohm - cm) | $10^8$ | $10^8$ | $10^8$ |
| Components | 1 | 1 | 1 |
| Color | White | White | White |
| Consistency | Paint | Paint | Cream |
| Cure R.T. (Hours) | 2 - 4 | ½ - 2 | 2 - 4 |
| Cure 200ºF  (Hours) | ½ - 1 | 5 mins. | 1 - 2 |

### Availability

Resbond 989-1 . . . . . . . . . . Quart. . . . . . . . . . . . . . . . 69.95
Resbond 989-2 . . . . . . . . . . Gallon. . . . . . . . . . . . . . . 159.95
Resbond 989T-1 . . . . . . . . . Thinner (Pint) . . . . . . . . 32.50

*NEW 989 FAST SET*
Resbond 989FS-1 . . . . . . . Pint . . . . . . . . . . . . . . . . . 49.95
Resbond 989FS-2 . . . . . . . Quart. . . . . . . . . . . . . . . . 89.95

*NEW 989 ULTRA FINE*
Resbond 989F-1 . . . . . . . . . Pint . . . . . . . . . . . . . . . . . 49.95
Resbond 989F-2 . . . . . . . . . Quart. . . . . . . . . . . . . . . . 89.95

Production Pricing is Available upon Request

GLEW EXHIBIT A