**PRODUCT INFORMATION**

# Information about *Dow Corning*® Brand Adhesive/Sealants

## Silicones and Electronics

Archeological evidence shows that adhesives have been in use for over 6000 years, and many objects can be seen in museums that are still bonded with adhesives after 3000 years or more. While you may not need that extreme of long-term, reliable protection, you still want your adhesive to outlast your device.

While our track record may not be thousands of years old, we have been making adhesives for electronics almost since their inception. Many Dow Corning products have been in continuous use for 30 years or more and are still being applied today, testifying to the suitability of silicone adhesives for electronics. Silicones have long been known for durable dielectric insulation, as barriers against environmental contaminants and for their stress-relieving shock and vibration absorption. They can sustain their physical and electrical properties over a wide range of temperature, humidity and other harsh environmental conditions.

Developments over the years have allowed Dow Corning to add special properties to this durable material foundation in response to your needs. Some of the more recent developments include:
- Fast tack-free
- Lower volatility
- Faster or lower temperature cure
- Adhesion to difficult current and future substrates
- Less inhibition in heat-cure adhesives
- Curable pressure-sensitive adhesives

Some of the applications with special needs for which we are currently developing materials include:
- PDP and LCD terminal sealing
- Automotive electronics module and sensor sealing
- Power supply and SMPS adhering
- Electrical instrument adhering and sealing
- Circuit board laminating and adhering

*Dow Corning*® brand Adhesives are supplied in three product forms:

**One-Part Moisture Cure RTV**
*Dow Corning* one-part moisture cure adhesives are generally cured at room temperature and in a range of 30 to 80 percent relative humidity. Greater than 90 percent of their full physical properties should be attained within 24 to 72 hours depending on the product chosen. Materials and parts can be handled in much shorter times of about 10 to 120 minutes depending on the product chosen and the amount of material used per part. These materials are not typically used for highly confined or deep section cures. Materials will generally cure about 0.25 inch per seven days from any exposed surface. Cure progresses from the outer surface and is dependent on the moisture in the air. Working time is generally a few minutes to an hour for these products until a surface skin begins to form. Mild heat acceleration of the cure rate may be possible, but temperatures above 60°C (140°F) are not recommended.

**Two-Part Room Temperature Condensation Cure**
*Dow Corning* two-part RTV adhesives cure rapidly at room temperature after mixing. Good strength is attained within an hour but full properties are not reached for a number of days. These adhesives contain their own source of moisture, and cure progresses evenly throughout the material. Deep-section or confined cures are possible; however, some limitations exist. Refer to the "Reversion" section of this datasheet for additional information. Working time is only a few minutes.

**Heat Cure**
*Dow Corning* addition-curing adhesives should be cured at 100°C (212°F) or above. The cure rate is rapidly accelerated with heat (see cure schedules in table). For thicker sections or if voiding is observed, use of one of the newer low-voiding adhesives or a 30-minute pre-cure at 70°C (158°F) may reduce voids in the elastomer. Addition-curing materials contain all the ingredients needed for cure with no byproducts from the cure mechanism. Deep-section or confined cures are possible. Cure progresses evenly throughout the material. These adhesives generally have long working times.

**DOW CORNING**

GLEW EXHIBIT B

## Custom Solutions

### Fast Formulation

Dow Corning manufactures a wide variety of adhesives to meet the needs of most application and process situations, and we are continuously expanding the product offerings in each of these families to ensure that there are products to meet your needs. However, if you cannot find a match for your needs, Dow Corning can modify any of our existing products to help meet your exact needs through our *Fast Formulation* process. A few examples of how *Fast Formulation* can help meet your exact needs include: modification of product cure schedule, modulus, viscosity or color, or adding/removing an inert intermediate such as UV indicator – all in a timely manner.

### Total Support

Product Finder – Dow Corning features a unique interactive product finder on our website. This tool can help you pick the right materials for your applications; you can access the product finder at **www.dowcorning.com/electronics** and selecting "Technical Details" on any of our product family pages.

### Production of Prototype Coated Boards or Process Design

We can produce sample parts, boards or test coupons and patterns for early evaluation of an adhesive's abilities and adhesives can be applied simulating your own process. Based on our extensive industry experience, we can advise you on the best methods and conditions for your process.

### Analytical, Environmental and Physical Testing

We have expertise to share on a wide range of testing to monitor quality, for specialized testing for trouble-shooting, or to simulate accelerated service conditions.

### Equipment Recommendations

Over many years of providing materials for electronics protection, Dow Corning has developed strong alliances with key equipment suppliers worldwide. We have just launched the External Equipment Provider Alliance with nine leading companies. Save time and expense by taking advantage of these alliances to ensure the optimum integration of material and processing.

### Consultation with Technical Experts

Have our experts visit your facility or join us at one of our global application centers to work together on your material and processing needs. We can provide seminars and training for your personnel to allow them to work more knowledgably. With material, process and equipment integration solutions from Dow Corning, you can manufacture more modules and assemblies in less time, at less cost, with fewer shutdowns and fewer customer rejects.

### Tutorials

An adhesive tutorial can be found on our web site. It is accessible from the product family pages or the left hand navigation bar under Technical Library.

## Product/Application Information

### PREPARING SURFACES

All surfaces should be thoroughly cleaned and/or degreased with *Dow Corning*® brand OS Fluids, naphtha, mineral spirits, methyl ethyl ketone (MEK) or other suitable solvent. Solvents such as acetone or isopropyl alcohol (IPA) do not tend to remove oils well, and any oils remaining on the surface may interfere with adhesion. Light surface abrasion is recommended whenever possible, because it promotes good cleaning and increases the surface area for bonding. A final surface wipe with acetone or IPA is also useful. Some cleaning techniques may provide better results than others; users should determine the best techniques for their particular applications.

### ADHESION

*Dow Corning* silicone adhesives are specially formulated to provide unprimed adhesion to many reactive metals, ceramics and glass, as well as to selected laminates, resins and plastics. However, good adhesion cannot be expected on nonreactive metal substrates or non-reactive plastic surfaces such as *Teflon*®, polyethylene or polypropylene. Special surface treatments such as chemical etching or plasma treatment can sometimes provide a reactive surface and promote adhesion to these types of substrates. *Dow Corning*® brand Primers (see "Primer Selection Guide", page 12) can be used to increase the chemical activity on difficult substrates.

Poor adhesion may be experienced on plastic or rubber substrates that are highly plasticized, because the mobile plasticizers act as release agents. Small-scale laboratory evaluation of all substrates is recommended before production trials are made.

In general, increasing the cure temperature and/or cure time will improve the ultimate adhesion.

### SUBSTRATE TESTING

Due to the wide variety of substrate types and differences in substrate surface conditions, general statements on adhesion and bond strength are impossible. To ensure maximum bond strength on a particular substrate, 100 percent cohesive failure of the adhesive in a lap shear or similar adhesive strength test is desired. This ensures compatibility of the adhesive with the substrate being considered. Also, this test can be used to determine minimum cure time or can detect the presence of surface contaminants such as mold release agents, oils, greases and oxide films.

GLEW EXHIBIT B

**USEFUL TEMPERATURE RANGES**
For most uses, silicone elastomers should be operational over a temperature range of -45 to 200°C (-49 to 392°F) for long periods of time. However, at both the low- and high-temperature ends of the spectrum, behavior of the materials and performance in particular applications can become more complex and require additional considerations.

For low-temperature performance, thermal cycling to conditions such as -55°C (-67°F) may be possible, but performance should be verified for your parts or assemblies. Factors that may influence performance are configuration and stress sensitivity of components, cooling rates and hold times, and prior temperature history.

At the high-temperature end, the durability of the cured silicone elastomer is time and temperature dependent. As expected, the higher the temperature, the shorter the time the material will remain useable.

**COMPATIBILITY**
Certain materials, chemicals, curing agents and plasticizers can inhibit the cure of addition cure adhesives. Most notable of these include:

- Organotin and other organometallic compounds
- Silicone rubber containing organotin catalyst
- Sulfur, polysulfides, polysulfones or other sulfur-containing materials
- Amines, urethanes or amine-containing materials
- Unsaturated hydrocarbon plasticizers
- Some solder flux residues

If a substrate or material is questionable with respect to potentially causing inhibition of cure, it is recommended that a small scale compatibility test be run to ascertain suitability in a given application. The presence of liquid or uncured product at the interface between the questionable substrate and the cured gel indicates incompatibility and inhibition of cure.

**MIXING AND DE-AIRING**
Upon standing, some filler may settle to the bottom of the liquid containers after several weeks. To ensure a uniform product mix, the material in each container should be thoroughly mixed prior to use.

Two-part materials should be mixed in the proper ratio (1:1 or 10:1) either by weight or volume. The presence of light colored streaks or marbling indicates inadequate mixing.

Automated airless dispense equipment can be used to reduce or avoid the need to de-air. If de-airing is required to reduce voids in the cured elastomer, consider a vacuum de-air schedule of >28 inches Hg for 10 minutes or until bubbling subsides.

### One-Part Moisture Cure RTV

**Type**
Noncorrosive, one or two-part moisture curing RTV silicone elastomers; cure at room temperature without the need for heat

**Physical Form**
Nonflowing and flowable options; cures to a flexible elastomer

**Special Properties**
Room temperature cure; opaque and translucent options; resists humidity and other harsh environments; good dielectric properties; good adhesion to a variety of common substrates; low stress, low volatility with some being fast tack-free; two-part materials can also offer rapid cure and green strength at room temperature and deep section cure

**Potential Uses**
Sealing modules and housings; gasketing; sealing of electronic equipment and modules; part fixing on circuit boards of power supply and CRT, LCD/LED/PDP module assembly, housing, gasketing, attaching electronic parts

### Two-Part Room Temperature Condensation Cure

**Type**
Two-part RTV silicone elastomers

**Physical Form**
Nonflowing; cures to a flexible elastomer

**Special Properties**
Rapid cure and green strength at room temperature; deep section cure; resists humidity and other harsh environments; good dielectric properties; self-priming adhesion; low stress

**Potential Uses**
Lid and housing seals; gasketing

### Heat Cure

**Type**
One- and two-part silicone elastomers provided in a wide variety of as-applied and as-cured forms

**Physical Form**
Non-flowing and flowable options; cures to a flexible elastomer; wide variety of cured forms and properties available

**Special Properties**
Fast thermal cure at lower temperature; resists humidity and other harsh environments; good dielectric properties; self-priming adhesion; low stress, less voiding during curing

**Potential Uses**
Lid and housing seals; seals for ECUs, power modules; fixing electronics parts to circuit boards; reinforcing or fixing parts of connectors; gasketing electronics parts/modules; sealing condensers and electronics components; fixing flyback transformers

GLEW EXHIBIT B

# PRODUCT INFORMATION

| Dow Corning® Brand Product | Description | Features | Potential or Typical Uses |
|---|---|---|---|
| **One-Part Moisture Cure RTV** | | | |
| EA-3000 White | 1-part, white, fast tack-free | Fast tack-free; low viscosity; noncorrosive (alcohol type RTV); excellent adhesion to most materials; self-priming; excellent dielectric properties; excellent thermal stability and cold resistance; low volatility | LCD & EL module assembly |
| SE 9120 Clear | 1-part, flowable; translucent, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility | EL, LCD module assembly, hybrid IC and PCB coating, encapsulation of electrical devices |
| SE 9120 S White | 1-part, flowable, white, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility | EL, LCD module assembly |
| SE 9152 HT | 1-part, flowable, reddish brown, moisture cure RTV | Fast tack-free time; noncorrosive; heat resistance to 275°C | Sealing of sheathed heater terminations |
| SE 9186 Clear or White | 1-part, flowable, translucent or white, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility | Sealing of electronic equipment and modules; parts fixing on circuit board |
| SE 9186 L Black or L Clear | 1-part, flowable, black or translucent, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility | Parts fixing on circuit board; LCD module assembly |
| SE 9187 L Black or L Clear or L White | 1 part, low viscosity, black, translucent or white, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility; UL 94HB (black only) | LCD module assembly; LED module assembly; potting |
| 3140 RTV Coating | 1-part, moderate flow, translucent, moisture cure RTV | Noncorrosive; good cured strength; contains UV indicator for automated inspection; UL 94V-1 and MIL-A-46146 | Sealing lids and housings where grooves or other configurations support a flowable material or where limited flow is desired |
| SE 9189 L Gray or L White RTV | 1-part, moderate flow, gray or white, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility; UL V-0 | PDP module assembly; parts fixing on circuit board |
| 3-1944 RTV Coating | 1-part, moderate flow, translucent, moisture cure RTV | Fast tack-free time; contains UV indicator; UL 94V-0 and MIL-A-46058 | Sealing lids and housings where grooves or other configurations support a flowable material or where limited flow is desired |
| SE 738 White | 1-part, nonflow, white, moisture cure RTV | Noncorrosive; general purpose; UL 94HB | Fixing capacitors of coils to circuit board |
| 739 Plastic Adhesive – White | | Noncorrosive; general purpose; good adhesion ; UL 94V-0 | Wedge bonding or CRT; parts fixing of power supply module |
| 744 RTV Sealant | | Noncorrosive; fast tack-free time; general purpose; good adhesion | Bonding of large components such as batteries or capacitors to circuit boards |
| 838 Silicone Adhesive/Sealant | | Noncorrosive; general purpose; UL 94HB | Sealing openings in modules and housings; adding mechanical stability to individual components; assembly of components on PWBs; sealing in and around wired and electrical leads; yoke assembly |
| 839 Silicone Adhesive/Sealant | 1-part, nonflow, translucent blue, moisture cure RTV | Noncorrosive; general purpose | Sealing openings in modules and housings; adding mechanical stability to individual components; assembly of components on PWBs; sealing in and around wired and electrical leads; yoke assembly |
| 3145 RTV MIL-A-46146 Adhesive/ Sealant – Clear | 1-part, nonflow, translucent, moisture cure RTV | Noncorrosive; high tensile strength, elongation, peel and lap shear values, contains UV indicator for automated inspection; MIL-A-46146 | Sealing openings in modules and housings; adding mechanical stability to individual components; assembly of components on PWBs; sealing in and around wired and electrical leads; yoke assembly |
| 3145 RTV MIL-A-46146 Adhesive/ Sealant – Gray | 1-part, nonflow, gray, moisture cure RTV | Noncorrosive; high tensile strength, elongation, peel and lap shear values, good for high-temperature applications; MIL-A-46146 | |
| 3165 Fast Tack RTV Adhesive/ Sealant[1] | 1-part, nonflow, gray, moisture cure RTV | Fast tack-free time; noncorrosive; good green strength; good room-temperature adhesion to most substrates; UL 94V-0 | |
| SE 9168 RTV | 1-part, nonflow, gray, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility; UL 94V-0 | Parts fixing on CRT, circuit board of power supply modules |
| SE 9184 White RTV | 1-part, nonflow, white, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility; thermally conductive; UL 94V-0 | Parts fixing on circuit board of power supply modules; heat transmission for electronics parts |
| SE 9185 Clear or White | 1-part, nonflow, translucent or white, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility | Sealing of electronic equipment and modules; parts fixing on circuit board |
| SE 9188 RTV | 1-part, nonflow, gray, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility; UL 94V-0 | Parts fixing on CRT, circuit board of power supply modules |
| SE 9189 White RTV | 1-part, nonflow, white, moisture cure RTV | Fast tack-free time; noncorrosive; controlled volatility; UL 94V-0; good thermal conductivity | Parts fixing on circuit board of power supply modules |
| 6-1104 CV Sealant | 1-part, nonflow, translucent, moisture cure RTV | Low-volatility space-grade material | Space-grade sealing and adhering |
| 6-1125 CV Sealant | 1-part, nonflow, white, moisture cure RTV | | |

[1]Not available in Europe.

GLEW EXHIBIT B

# PRODUCT INFORMATION (Continued)

| Dow Corning® Brand Product | Description | Features | Potential or Typical Uses |
|---|---|---|---|
| **Two-Part Room Temperature Condensation Cure** | | | |
| CY 51-019 | 2-part, 10:1 mix ratio, white, condensation cure RTV | Noncorrosive; good flow; good adhesion | Solar cell sealing |
| Q3-6093 RTV Adhesive Kit | 2-part, 10:1 mix ratio, black, condensation cure RTV | Noncorrosive; self-priming; rapid room temperature and deep section cure; good green strength; good room-temperature adhesion to most substrates | Sealing lids and housings; attaching baseplates; gasketing |
| **Heat Cure** | | | |
| *Sylgard*® 577 Primerless Silicone Adhesive Kit | 2-part, 10:1 mix ratio, flowable, gray, heat cure | Noncorrosive; rapid heat cure; self-priming; high strength; UL 94V-0; MIL-PRF-23586F | Sealing lids and housings; attaching baseplates; gasketing, connector sealing |
| 866 Primerless Silicone Adhesive | 1-part, flowable, gray, heat cure | Noncorrosive; self-priming; high strength | Sealing lids and housings; attaching baseplates; gasketing, connector sealing |
| SE 1701 LTV[1] | 2-part, 10:1 mix ratio, flowable, beige, heat cure | Noncorrosive; self-priming; high strength | Sealing ceramic condensers; sealing electronic components; bonding agent for key pad of PC |
| SE 1713[1] | 1-part, flowable, beige, heat cure | Noncorrosive; self-priming; high strength; good adhesion | Sealing lids and housings for ECUs, power modules; fixing electronics parts to circuit boards; reinforcing or fixing parts of connectors |
| SE 1714 or SE 1714 Black[1] | 1-part, flowable, beige or black, heat cure | | |
| SE 1720 CV[1] | 2-part, 1:1 mix ratio, white, low void, fast cure, CV grade | Noncorrosive; self-priming; high strength; non-slump | |
| SE 1750 White[1] | 1-part, flowable, white, heat cure | Noncorrosive; self-priming; good strength; good adhesion | Sealing lids and housings for ECUs, power modules; fixing electronics parts to circuit boards; reinforcing or fixing parts of connectors |
| 3-1595 Silicone Adhesive | 1-part, thixotropic, gray, heat cure | Self-priming; soft | Sealing lids and housings; attaching baseplates; gasketing; connector sealing; engine control; ABS; transmission; lighting |
| 3-1598 HP | 1-part, low void, black, flowable | High-performance version of 3-1598 especially minimizing voids | |
| 3-6265 HP | 1-part, low void, black, nonflow | High-performance version of 3-6265 especially minizing voids | |
| 3-6876 Black Adhesive | 1-part, good flow, black, heat cure | Noncorrosive; self-priming; rapid heat cure; high strength; lower viscosity version of Q3-6611 Adhesive | |
| 3-6876 Gray Adhesive | 1-part, good flow, gray, heat cure | | |
| 96-083 Silicone Adhesive Kit | 2-part, 10:1 mix ratio, low viscosity, heat cure | Noncorrosive; self-priming; heat cure; high strength; low viscosity | Fixing components; bonding to various substrates such as ceramics, plastics, glass and metals |
| EA-6052 Fast Low-Temp Cure Adhesive Kit | 2-part, 1:1 mix ratio, moderate flow, black, heat cure | Noncorrosive; rapid low-temperature cure; flowable to allow channel filling; contains UV indicator for automated inspection | Sealing lids and housings; attaching baseplates; gasketing; connector sealing |
| X3-1598 Adhesive | 1-part black heat cure, moderate flow, high strength, similar to Q3-6611 Adhesive with UV indicator, self-priming | Noncorrosive; self-priming; rapid heat cure; high strength; flowable; contains UV indicator for automated inspection | Sealing lids and housings; attaching baseplates; gasketing; connector sealing; engine control; ABS; transmission; lighting |
| Q3-6611 Adhesive, Black | 1-part, moderate flow, black, heat cure | Noncorrosive; self-priming; rapid heat cure; high strength | |
| Q3-6611 Adhesive, Gray | 1-part, moderate flow, gray, heat cure | | |
| Q5-8401 Adhesive Kit | 2-part, 1:1 mix ratio, moderate flow, gray, heat cure | Noncorrosive; self-priming; high strength | |
| EA-6054 Thixotropic Fast Low-Temp Cure Adhesive Kit | 2-part, 1:1 mix ratio, nonflow, black, heat cure | Noncorrosive; rapid low-temperature cure; non-slump; contains UV indicator for automated inspection | Sealing lids and housings; attaching baseplates; gasketing; multiple plane dispensing |
| SE 1700 Clear[1] | 2-part, 10:1 mix ratio, nonflow, translucent, heat cure | Noncorrosive; self-priming; high strength | Sealing ceramic condensers; sealing electronic components; bonding agent for key pad of PC |
| SE 1700 White[1] | 2-part, 10:1 mix ratio, nonflow, white, heat cure | Noncorrosive; self-priming; high strength | Sealing ceramic condensers; sealing electronic components; bonding agent for key pad of PC |
| Q1-9225 Silicone Adhesive Kit | 2-part, 10:1 mix ratio, non-slump, white, heat cure | Self-priming; high strength | Sealing ceramic condensers; sealing eletronic components; bonding agent for key pad of PC |
| 3-6265 Thixotropic Adhesive | 1-part, nonflow, black, heat cure | Noncorrosive; self-priming; rapid heat cure; high strength; non-flowing version of Q3-6611 Adhesive; contains UV indicator for automated inspection | Sealing lids and housings; attaching baseplates; gasketing; connector sealing |

GLEW EXHIBIT B

## TYPICAL PROPERTIES – PHYSICAL

Specification Writers: Please contact your local Dow Corning sales office or your Global Dow Corning Connection before writing specifications on this product.

| Dow Corning® Brand Product | One- or Two-Part | Color | Viscosity/Flowability, cps or mPa-sec | Extrusion Rate[1], g/min | Durometer | Tensile Strength psi | Tensile Strength MPa | Tensile Strength kgf/cm$^2$ | Elongation, percent | Specific Gravity |
|---|---|---|---|---|---|---|---|---|---|---|
| **One-Part Moisture Cure RTV** | | | | | | | | | | |
| EA-3000 White | 1 | White | 1,100 | NA | 18 A | 45 | 0.3 | 3 | 100 | 1.00 |
| SE 9120 Clear | 1 | Translucent | 8,200 | NA | 23 A | 210 | 1.4 | 15 | 420 | 1.05 |
| SE 9120 S White | 1 | White | 8,200 | NA | 23 A | 210 | 1.4 | 15 | 420 | 1.05 |
| SE 9152 HT | 1 | Reddish Brown | 11,000 | NA | 30 A | 230 | 1.6 | 16 | 250 | 1.06 |
| SE 9186 Clear or White | 1 | Translucent or White | 63,000 | NA | 20 A | 300 | 2.1 | 21 | 490 | 1.04 |
| SE 9186 L Black or L Clear | 1 | Black or Translucent | 25,000 | NA | 25 A | 230 | 1.6 | 16 | 320 | 1.02 |
| SE 9187 L Black or L Clear or L White | 1 | Black or Translucent or White | 1,100 | NA | 17 A | 60 | 0.4 | 4 | 170 | 1.00 |
| 3140 RTV Coating | 1 | Translucent | 31,000 | NA | 31 A | 450 | 3.1 | 32 | 420 | 1.03 |
| SE 9189 L Gray or L White RTV | 1 | Gray or White | 22,000 | NA | 32 A | 270 | 1.9 | 19 | 250 | 1.19 |
| 3-1944 RTV Coating | 1 | Translucent | 60,000 | NA | 29 A | — | — | — | — | 1.03 |
| SE 738 White | 1 | White | Nonflow | — | 33 A | 360 | 2.5 | 25 | 410 | 1.05 |
| 739 Plastic Adhesive – White | 1 | White | Nonflow | — | 24 A | 200 | 1.4 | 14 | 500 | 1.40 |
| 744 RTV Sealant | 1 | White | Nonflow | — | 39 A | 380 | 2.6 | 27 | 630 | 1.40 |
| 838 Silicone Adhesive/Sealant | 1 | White | Nonflow | 220 | 28 A | 230 | 1.6 | 16 | 430 | 1.02 |
| 839 Silicone Adhesive/Sealant | 1 | Translucent Blue | Nonflow | 220 | 28 A | 250 | 1.7 | 18 | 350 | 1.02 |
| 3145 RTV MIL-A-46146 Adhesive/Sealant – Clear | 1 | Translucent | Nonflow | 110 | 45 A | 940 | 6.5 | 66 | 660 | 1.10 |
| 3145 RTV MIL-A-46146 Adhesive/Sealant – Gray | 1 | Gray | Nonflow | 145 | 49 A | 1030 | 7.1 | 72 | 670 | 1.11 |
| 3165 Fast Tack RTV Adhesive/Sealant[3] | 1 | Gray | Nonflow | 200 | — | 170 | 1.2 | 12 | 180 | 1.28 |
| SE 9168 RTV | 1 | Gray | Nonflow | — | 46 A | 520 | 3.6 | 37 | 300 | 1.32 |
| SE 9184 White RTV | 1 | White | Nonflow | — | 72 A | 420 | 2.9 | 30 | 70 | 2.22 |
| SE 9185 Clear or White | 1 | Translucent or White | Nonflow | — | 31 A | 400 | 2.8 | 28 | 530 | 1.05 |
| SE 9188 RTV | 1 | Gray | Nonflow | — | 37 A | 400 | 2.8 | 28 | 350 | 1.29 |
| SE 9189 White RTV | 1 | White | Nonflow | — | 73 A | 470 | 3.2 | 33 | 60 | 1.70 |
| 6-1104 CV Sealant | 1 | Translucent | Contact customer service for product details | | | | | | | |
| 6-1125 CV Sealant | 1 | White | Contact customer service for product details | | | | | | | |

[1]Measured at 90 psi (6.2 bar) through a 1/8" (3.18 mm) orifice.
[2]Cure time: 3-mm thickness, 20°C, 55% MRH.
[3]Not available in Europe.

GLEW EXHIBIT B

| Dow Corning® Brand Product | Working Time, RT | RT Tack-Free Time, minutes | Room Temp Cure Time, hr | Heat Cure Time | Unprimed Adhesion Lap Shear | | | Linear Coefficient of Thermal Expansion, micron/m °C or ppm | Shelf Life from Date of Manufacture, months |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | psi | N/cm² | kgf/cm² | | |
| **One-Part Moisture Cure RTV** | | | | | | | | | |
| EA-3000 White | — | 8 | — | — | — | — | — | — | 15 at <32°C |
| SE 9120 Clear | NA | 9 | 24 | NA | 50 | 40 (GL) | 3.9 | — | 15 at <32°C |
| SE 9120 S White | NA | 9 | 24 | NA | 50 | 40 (GL) | 3.9 | — | 15 at <32°C |
| SE 9152 HT | NA | 16 | 24 | NA | 80 | 55 (GL) | 5.6 | — | 12 at <32°C |
| SE 9186 Clear or White | NA | 9 | 48 | NA | 230 | 160 (GL) | 16.1 | — | 15 at <32°C |
| SE 9186 L Black or L Clear | NA | 8 | 48 | NA | 160 | 115 (GL) | 11.5 | — | 15 at <32°C |
| SE 9187 L Black or L Clear or L White | NA | 9 | 48 | NA | 40 | 30 (GL) | 3.1 | — | 12 at <32°C |
| 3140 RTV Coating | NA | 70 | 72 | NA | — | — | — | 315 | 12 at <32°C |
| SE 9189 L Gray or L White RTV | NA | 9 | 72 | NA | 200 | 140 (GL) | 14.4 | — | 15 at <32°C |
| 3-1944 RTV Coating | NA | 13 | 24 | NA | — | — | — | — | 12 at <30°C |
| SE 738 White | NA | 100 | 72[2] | NA | 80 | 55 (AL) | 5.7 | — | 24 at <32°C |
| 739 Plastic Adhesive – White | NA | 30 | 72[2] | NA | 140 | 100 (GL) | 10.0 | — | 15 at <27°C |
| 744 RTV Sealant | NA | 30 | 48 | NA | — | — | — | — | 12 at <30°C |
| 838 Silicone Adhesive/Sealant | NA | 45 | 48 | NA | 140 | 95 | 9.8 | 380 | 24 at <32°C |
| 839 Silicone Adhesive/Sealant | NA | 35 | 48 | NA | 140 | 95 | 9.5 | 300 | 24 at <32°C |
| 3145 RTV MIL-A-46146 Adhesive/Sealant – Clear | NA | 55 | 48 | NA | — | — | — | 370 | 12 at <32°C |
| 3145 RTV MIL-A-46146 Adhesive/Sealant – Gray | NA | 75 | 48 | NA | — | — | — | — | 12 at <32°C |
| 3165 Fast Tack RTV Adhesive/Sealant | NA | 4 | 24 | NA | 200 | 140 | 14.0 | 250 | 12 at <32°C |
| SE 9168 RTV | NA | 6 | 48 | NA | 300 | 210 (GL) | 21.4 | — | 15 at <32°C |
| SE 9184 White RTV | NA | 2 | 48 | NA | 300 | 205 (GL) | 20.9 | — | 7 at <25°C |
| SE 9185 Clear or White | NA | 5 | 48 | NA | 210 | 145 (GL) | 14.8 | — | 15 at <32°C |
| SE 9188 RTV | NA | 9 | 48 | NA | 260 | 180 (GL) | 18.4 | — | 15 at <32°C |
| SE 9189 White RTV | NA | 8 | 72 | NA | 250 | 175 (GL) | 18.0 | — | 15 at <25°C |
| 6-1104 CV Sealant | Contact customer service for product details | | | | | | | | |
| 6-1125 CV Sealant | Contact customer service for product details | | | | | | | | |

GLEW EXHIBIT B

# TYPICAL PROPERTIES – PHYSICAL (continued)

Specification Writers: Please contact your local Dow Corning sales office or your Global Dow Corning Connection before writing specifications on this product.

| Dow Corning® Brand Product | One- or Two-Part | Color | Viscosity/ Flowability, Mixed or A/B, cps or mPa·sec | Extrusion Rate,[4] g/min | Durometer | Tensile Strength psi | Tensile Strength MPa | Tensile Strength kgf/cm$^2$ | Elongation, percent | Specific Gravity |
|---|---|---|---|---|---|---|---|---|---|---|
| **Two-Part Room Temperature Condensation Cure** | | | | | | | | | | |
| CY 51-019 | 2 | White | 11,000 | NA | 34 A | 160 | 1.1 | 11 | 200 | 1.27 |
| Q3-6093 RTV Adhesive Kit | 2 | Black | Nonflow | — | 42 A | 250 | 1.7 | 18 | 220 | 1.37 |
| **Heat Cure** | | | | | | | | | | |
| Sylgard® 577 Primerless Silicone Adhesive Kit | 2 | Gray | 66,000 | NA | 63 A | 950 | 6.6 | 67 | 200 | 1.29 |
| 866 Primerless Silicone Adhesive | 1 | Gray | 47,000 | NA | 56 A | 930 | 6.4 | 65 | 210 | 1.31 |
| SE 1701 LTV[5] | 2 | White | 80,000 | NA | 64 A | 1000 | 6.9 | 70 | 200 | — |
| SE 1713[5] | 1 | Beige | 80,000 | NA | 61 A | 1070 | 7.4 | 75 | 220 | 1.25 |
| SE 1714 or SE 1714 Black[5] | 1 | Beige or Black | 60,000 | NA | 65 A | 1030 | 7.1 | 72 | 250 | 1.30 |
| SE 1720 CV[5] | 2 | White | 85,000 | NA | — | 460 | 3.2 | 32 | 360 | 1.06 |
| SE 1750 White[5] | 1 | White | 65,000 | NA | 66 A | 920 | 6.3 | 65 | 120 | 1.50 |
| 3-1595 Silicone Adhesive | 1 | Gray | 570,000 | NA | 60 OO | 240 | 1.7 | 17 | 800 | 1.06 |
| 3-1598 HP | 1 | Black | 86,000 | NA | 57 A | 780 | 5.4 | 55 | 260 | 1.31 |
| 3-6265 HP | 1 | Black | 400,000 | NA | 71 A | 870 | 6.0 | 61 | 150 | 1.31 |
| 3-6876 Black Adhesive | 1 | Black | 37,000 | NA | 53 A | — | — | — | — | — |
| 3-6876 Gray Adhesive | 1 | Gray | 36,000 | NA | 54 A | 800 | 5.5 | 56 | 260 | 1.31 |
| 96-083 Silicone Adhesive Kit | 2 | Translucent | 9,000 | NA | 56 A | 840 | 5.8 | 59 | 120 | 1.08 |
| EA-6052 Fast Low-Temp Cure Adhesive Kit | 2 | Black | 41,000/ 51,000 | NA | 56 A | 770 | 5.3 | 54 | 150 | 1.09 |
| X3-1598 Adhesive | 1 | Black | 84,000 | NA | 60 A | 820 | 5.7 | 58 | 220 | 1.32 |
| Q3-6611 Adhesive, Black | 1 | Black | 85,000 | NA | 60 A | 840 | 5.8 | 59 | 230 | 1.31 |
| Q3-6611 Adhesive, Gray | 1 | Gray | 85,000 | NA | 60 A | 850 | 5.9 | 60 | 240 | 1.31 |
| Q5-8401 Adhesive Kit | 2 | Dark Gray | 120,000/ 63,000 | NA | 60 A | 870 | 6.0 | 61 | 200 | 1.31 |
| EA-6054 Thixotropic Fast Low-Temp Cure Adhesive Kit | 2 | Black | 290,000/ 300,000 | NA | 63 A | 800 | 5.5 | 56 | 170 | 1.29 |
| SE 1700 Clear[5] | 2 | Translucent | Nonflow | — | 46 A | 1000 | 6.9 | 70 | 420 | — |
| SE 1700 White[5] | 2 | White | Nonflow | — | 46 A | 1000 | 6.9 | 70 | 420 | — |
| Q1-9225 Silicone Adhesive Kit | 2 | White | Nonflow | — | 46 A | 1000 | 6.9 | 70 | 420 | — |
| 3-6265 Thixotropic Adhesive | 1 | Black | Nonflow | 85 | — | 680 | 4.7 | 48 | 180 | 1.35 |

[4]Measured at 90 psi (6.2 bar) through a 1/8" (3.18 mm) orifice.
[5]Not available in Europe.

| Dow Corning® Brand Product | Working Time, RT | RT Tack-Free Time, minutes | Room Temp Cure Time, hr | Heat Cure Time | Unprimed Adhesion Lap Shear | | | Linear Coefficient of Thermal Expansion, micron/ m °C or ppm | Shelf Life from Date of Manufacture, months |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | psi | N/cm² | kgf/cm² | | |
| **Two-Part Room Temperature Condensation Cure** | | | | | | | | | |
| CY 51-019 | 4 hr | NA | 24 | NA | 120 | 80 (AL/GL) | 8.4 | — | 12 at <32°C |
| Q3-6093 RTV Adhesive - Kit | 32 min | — | 1.5 | NA | 230 | 160 | 16.5 | 285 | 12 at RT |
| **Heat Cure** | | | | | | | | | |
| Sylgard® 577 Primerless Silicone Adhesive Kit | >12 hr | NA | NA | 60 min @ 125°C | 880 | 605 | 61.9 | 300 | 12 at <32°C |
| 866 Primerless Silicone Adhesive | NA | NA | NA | 60 min @ 150°C | 700 | 480 | 48.9 | 360 | 12 at <30°C |
| SE 1701 LTV | 6 hr | NA | NA | 30 min @ 150°C | 820 | 570 (AL) | 57.9 | — | 14 at <30°C |
| SE 1713 | NA | NA | NA | 30 min @ 150°C | 740 | 510 (AL) | 52.0 | — | 8 at <10°C |
| SE 1714 or SE 1714 Black | NA | NA | NA | 30 min @ 150°C | 750 | 520 (AL) | 53.0 | — | 9 at <10°C |
| SE 1720 CV | 6 hr | — | — | 120 min @ 80°C, 60 min @ 100°C | 220 | 155 | 15.9 | — | 9 at <32°C |
| SE 1750 White | NA | NA | NA | 30 min @ 150°C | 500 | 345 (AL) | 35.4 | — | 8 at <10°C |
| 3-1595 Silicone Adhesive | NA | NA | NA | <60 min @ 125°C | 230 | 160 | 16.3 | — | 12 at <5°C |
| 3-1598 HP | — | — | — | 180 min @ 100°C, 30 min @ 125°C, 15 min @ 150°C | 820 | 570 | 58.1 | 275 | 6 at <5°C |
| 3-6265 HP | — | — | — | 35 min @ 100°C, 7 min @ 125°C, 5 min @ 150°C | 870 | 605 | 61.8 | 265 | 6 at <5°C |
| 3-6876 Black Adhesive | NA | NA | NA | — | 620 | 430 | 43.6 | — | 12 at <5°C |
| 3-6876 Gray Adhesive | NA | NA | NA | 30 min @ 150°C, 60 min @ 125°C | 620 | 430 | 43.9 | — | 12 at <4°C |
| 96-083 Silicone Adhesive Kit | — | NA | NA | — | NA | — | — | — | 12 at <32°C |
| EA-6052 Fast Low-Temp Cure Adhesive Kit | 304 min | NA | NA | 60 min @ 90°C, 30 min @ 125°C, 10 min @ 150°C | 730 (AL) | 500 | 51.2 | 290 | 12 at <40°C |
| X3-1598 Adhesive | NA | NA | NA | 30 min @ 150°C, 60 min @ 125°C | 790 | 545 | 55.5 | — | 12 at <5°C |
| Q3-6611 Adhesive, Black | NA | NA | NA | — | 820 | 570 | 58.0 | 260 | 12 at <4°C |
| Q3-6611 Adhesive, Gray | NA | NA | NA | 30 min @ 150°C, 60 min @ 125°C | 800 | 550 | 56.2 | 255 | 12 at <4°C |
| Q5-8401 Adhesive Kit | 9 min | NA | NA | 90 min @ 120°C | 760 | 530 | 53.9 | — | 12 at <50°C |
| EA-6054 Thixotropic Fast Low-Temp Cure Adhesive Kit | 115 min | NA | NA | 60 min @ 90°C, 30 min @ 125°C, 10 min @ 150°C | 780 (AL) | 535 | 54.6 | 250 | 12 at <40°C |
| SE 1700 Clear | 8 hr | NA | NA | 30 min @ 150°C | 420 | 290 (AL) | 29.5 | — | 18 at <30°C |
| SE 1700 White | 8 hr | NA | NA | 30 min @ 150°C | 420 | 290 (AL) | 29.5 | — | 18 at <32°C |
| Q1-9225 Silicone Adhesive Kit | 8 hr | NA | NA | 30 min @ 150°C | 420 | 290 (AL) | 29.5 | — | 12 at <30°C |
| 3-6265 Thixotropic Adhesive | NA | NA | NA | 60 min @ 125°C, 30 min @ 150°C | 550 (AL) | 380 | 39.0 | 270 | 12 at <5°C |

GLEW EXHIBIT B

**TYPICAL PROPERTIES – ELECTRICAL**

Specification Writers: Please contact your local Dow Corning sales office or your Global Dow Corning Connection before writing specifications on this product.

| Dow Corning® Brand Product | Dielectric Strength | | Dielectric Constant | | | Dissipation Factor | | | Volume Resistivity, ohm-cm | Agency Listing |
|---|---|---|---|---|---|---|---|---|---|---|
| | volts/mil | kV/mm | At 100 Hz | At 100 kHz | At 1MHz | At 100 Hz | At 100 kHz | At 1MHz | | |
| **One-Part Moisture Cure RTV** | | | | | | | | | | |
| EA-3000 White | 475 | 19 | — | — | 2.8 | — | — | 9.00E-04 | 1.0E+15 | NA |
| SE 9120 Clear | 575 | 23 | — | — | 2.7 | — | — | 4.00E-04 | 7.0E+15 | NA |
| SE 9120 S White | 575 | 23 | — | — | 2.7 | — | — | 4.00E-04 | 7.0E+15 | NA |
| SE 9152 HT | 625 | 25 | — | — | 2.6 | — | — | 1.00E-03 | 3.0E+16 | NA |
| SE 9186 Clear or White | 575 | 23 | — | — | 2.8 | — | — | 9.00E-04 | 2.0E+16 | NA |
| SE 9186 L Black or L Clear | 575 | 23 | — | — | 2.7 | — | — | 1.30E-03 | 6.0E+15 | NA |
| SE 9187 L Black or L Clear or L White | 500 | 20 | — | — | 2.8 | — | — | 9.00E-04 | 3.0E+15 | UL 94HB - black only |
| 3140 RTV Coating | 445 | 18 | 2.52 | 2.52 | — | 0.004 | 0.0010 | — | 2.1E+14 | UL 94V-1/ MIL-A-46146 |
| SE 9189 L Gray or L White RTV | 625 | 25 | — | — | 3.1 | — | — | 4.00E-04 | 9.0E+14 | UL 94V-0 |
| 3-1944 RTV Coating | 425 | 17 | 2.67 | 2.73 | — | 0.001 | <0.0002 | — | 1.3E+15 | UL 94V-0/ MIL-A-46058 |
| SE 738 White | 500 | 20 | — | — | 2.8 | — | — | 7.00E-04 | 3.0E+15 | UL 94HB |
| 739 Plastic Adhesive – White | 625 | 25 | — | — | 3.5 | — | — | 4.00E-03 | 2.0E+15 | UL 94V-0 |
| 744 RTV Sealant | 400 | 16 | — | — | — | — | — | — | 1.1E+15 | NA |
| 838 Silicone Adhesive/Sealant | 500 | 20 | 2.64 | 2.63 | — | <0.001 | 0.0010 | — | 2.2E+15 | UL 94HB |
| 839 Silicone Adhesive/Sealant | 480 | 19 | 2.51 | 2.49 | — | <0.001 | <0.0002 | — | 2.5E+14 | NA |
| 3145 RTV MIL-A-46146 Adhesive/Sealant – Clear | 500 | 20 | 2.83 | 2.83 | — | <0.001 | 0.0010 | — | 4.4E+14 | MIL-A-46146 |
| 3145 RTV MIL-A-46146 Adhesive/Sealant – Gray | 500 | 20 | — | — | — | — | — | — | — | MIL-A-46146 |
| 3165 Fast Tack RTV Adhesive/Sealant[1] | 500 | 20 | 2.22 | 2.38 | — | 0.003 | 0.0010 | — | 2.4E+15 | UL 94V-0 |
| SE 9168 RTV | 650 | 26 | — | — | 3.2 | — | — | 2.00E-03 | 8.0E+15 | UL 94V-0 |
| SE 9184 White RTV | 500 | 20 | — | — | 3.9 | — | — | 2.00E-03 | 1.5E+15 | UL 94V-0 |
| SE 9185 Clear or White | 550 | 22 | — | — | 2.8 | — | — | 7.00E-04 | 2.0E+16 | NA |
| SE 9188 RTV | 750 | 30 | — | — | 3.4 | — | — | 3.00E-04 | 1.0E+15 | UL 94V-0 |
| SE 9189 White RTV | 800 | 31 | — | — | 3.2 | — | — | 1.40E-03 | 2.3E+15 | UL 94V-0 |
| 6-1104 CV Sealant | Contact customer service for product details | | | | | | | | | |
| 6-1125 CV Sealant | Contact customer service for product details | | | | | | | | | |

[1]Not available in Europe.

GLEW EXHIBIT B

# TYPICAL PROPERTIES – ELECTRICAL (continued)

Specification Writers: Please contact your local Dow Corning sales office or your Global Dow Corning Connection before writing specifications on this product.

| Dow Corning® Brand Product | Dielectric Strength | | Dielectric Constant | | | Dissipation Factor | | | Volume Resistivity, ohm-cm | Agency Listing |
|---|---|---|---|---|---|---|---|---|---|---|
| | volts/mil | kV/mm | At 100 Hz | At 100 kHz | At 1MHz | At 100 Hz | At 100 kHz | At 1MHz | | |
| **Two-Part Room Temperature Condensation Cure** | | | | | | | | | | |
| CY 51-019 | 500 | 20 | — | — | 3.1 | — | — | 4.00E-03 | 4.0E+12 | NA |
| Q3-6093 RTV Adhesive - Kit | 500 | 20 | 3.38 | 3.26 | — | 0.009 | 0.0026 | — | 7.3E+14 | NA |
| **Heat Cure** | | | | | | | | | | |
| Sylgard® 577 Primerless Silicone Adhesive Kit | 500 | 20 | 2.83 | 2.78 | — | 0.006 | 0.0004 | — | 1.3E+15 | UL 94V-0/ MIL-PRF-23586F |
| 866 Primerless Silicone Adhesive | 500 | 20 | — | — | — | — | — | — | 2.0E+15 | NA |
| SE 1701 LTV[1] | 725 | 29 | — | — | 3 | — | — | 3.00E-03 | 1.0E+15 | NA |
| SE 1713[1] | 750 | 30 | — | — | 3 | — | — | 3.00E-03 | 5.0E+15 | NA |
| SE 1714 or SE 1714 Black[1] | 750 | 30 | — | — | 3.1 | — | — | 2.80E-03 | 5.0E+15 | NA |
| SE 1720 CV[1] | 650 | 26 | — | — | 2.7 | — | — | 2.00E-03 | 3.0E+16 | NA |
| SE 1750 White[1] | 700 | 28 | — | — | 3.2 | — | — | 2.00E-03 | 9.0E+14 | NA |
| EA-6052 Fast Low-Temp Cure Adhesive Kit | 575 | 23 | 3.06 | 3.01 | — | 0.002 | <0.0002 | — | 5.3E+14 | NA |
| EA-6054 Thixotropic Fast Low-Temp Cure Adhesive Kit | 550 | 22 | 3.08 | 3.02 | — | 0.002 | <0.0002 | — | 2.8E+14 | NA |
| 3-1595 Silicone Adhesive | — | — | — | — | — | — | — | — | — | NA |
| 3-1598 HP | 500 | 20 | 3.09 | 3.03 | — | 0.006 | 0.0003 | — | 4.5E+14 | NA |
| X3-1598 Adhesive | — | — | — | — | — | — | — | — | — | NA |
| 3-6265 HP | 600 | 24 | 3.14 | 3.09 | — | 0.005 | 0.0019 | — | 9.2E+14 | NA |
| Q3-6611 Adhesive, Black | 350 | 14 | 3.09 | 3.02 | — | 0.012 | 0.0038 | — | 1.6E+14 | NA |
| Q3-6611 Adhesive, Gray | 350 | 14 | 3.02 | 2.95 | — | 0.012 | 0.0031 | — | 1.6E+14 | NA |
| 3-6876 Black Adhesive | 525 | 21 | 2.81 | 2.78 | — | 0.008 | 0.0010 | — | 1.0E+14 | NA |
| 3-6876 Gray Adhesive | 525 | 21 | 2.81 | 2.78 | — | 0.008 | 0.0010 | — | 1.0E+14 | NA |
| Q5-8401 Adhesive Kit | 350 | 14 | — | — | — | — | — | — | 8.8E+14 | NA |
| 96-083 Silicone Adhesive Kit | 450 | 18 | — | — | — | — | — | — | 1.7E+15 | NA |
| SE 1700 Clear[1] | 550 | 22 | — | — | 3 | — | — | 1.00E-03 | 5.0E+14 | NA |
| SE 1700 White[1] | 550 | 22 | — | — | 3 | — | — | 1.00E-03 | 5.0E+14 | NA |
| Q1-9225 Silicone Adhesive Kit | 550 | 22 | — | — | 3 | — | — | 1.00E-03 | 5.0E+14 | NA |
| 3-6265 Thixotropic Adhesive | 525 | 21 | 2.94 | 2.89 | — | 0.009 | 0.0010 | — | 4.7E+14 | NA |

**REVERSION**
When two-part condensation curing materials with organotin catalysts, such as *Dow Corning*® Q3-6093 RTV Adhesive, are cured in confinement (especially in deep section) and are later subjected to high heat conditions, they can potentially revert from a cured elastomer to a flowable polymer. Although this condition is unusual, parts using two-part condensation cure adhesives should be thoroughly tested in accelerated temperature conditions for this potential limitation.

**SOLVENT EXPOSURE**
The silicone adhesives discussed in this brochure are intended only to survive splash or intermittent exposures to liquid or vapor solvent or fuel that may occur in an application. These adhesives are not suitable for continuous solvent or fuel exposure. Testing should be done to confirm performance of the adhesives under these conditions.

**STORAGE AND SHELF LIFE**
Shelf life is indicated by the "Use Before" date found on the product label.

For best results, *Dow Corning* RTV adhesives should be stored at or below 25°C (77°F). Special precautions must be taken to prevent moisture from contacting these materials. Containers should be kept tightly closed with head or air space minimized. Partially filled containers should be purged with dry air or other gases, such as nitrogen.

*Dow Corning* heat-cure adhesives should also be stored at or below 25°C (77°C). Containers should be kept tightly closed and kept in cold storage at all times to extend shelf life.

**PACKAGING**
In general, *Dow Corning* adhesives/sealants are supplied in nominal 0.45-, 3.6-, 18- and 200-kg (1-, 8-, 40- and 440-lb) containers, net weight. Not all products may be available in all packages and some additional packages, such as a bladder packs or tubes, may be available for certain coatings and package sizes.

**LIMITATIONS**
These products are neither tested nor represented as suitable for medical or pharmaceutical uses.

**SAFE HANDLING INFORMATION**
PRODUCT SAFETY INFORMATION REQUIRED FOR SAFE USE IS NOT INCLUDED IN THIS DOCUMENT. BEFORE HANDLING, READ PRODUCT AND MATERIAL SAFETY DATA SHEETS AND CONTAINER LABELS FOR SAFE USE, PHYSICAL AND HEALTH HAZARD INFORMATION. THE MATERIAL SAFETY DATA SHEET IS AVAILABLE ON THE DOW CORNING

**PRIMER SELECTION GUIDE**
Detailed information is available in the Primers data sheet, form number 10-909, available from the Dow Corning website (www.dowcorning.com/electronics) or from Dow Corning Customer Service.

Specification Writers: Please contact your local Dow Corning sales office or your Global Dow Corning Connection before writing specifications on these products.

| *Dow Corning*® brand Primer or Adhesion Promoter | Flash Point, °C (°F) | Volatile Organic Content (VOC)[4], grams/liter | Special Properties | For Use On | For Use With |
|---|---|---|---|---|---|
| P5200 Clear[1] | 31 (87) | 77/522 | | Most metals, glass, ceramics and some plastics | Pigmented two-part addition cure |
| 1200 Clear | 13 (55) | 723 | | | |
| 1200 Red | 13 (55) | 723 | Colored for easier identification | | |
| P5200 Red[2] | 31 (87) | 77/521 | | | |
| 1204 | 8 (46) | 753 | | Most metals, glass and ceramics | All one-part alcohol cure |
| P5204[3] | 14 (57) | 205/591 | | | |
| 1205 | 13 (55) | 862 | Film-forming | Most plastics | All |
| 3-6060 | 15 (59) | 784 | Improves inhibition resistance | Most plastics and metals | All two-part addition cure |
| 92-023 | -13 (9) | 681 | | Most metals, glass and ceramics | |
| *Sylgard*® Prime Coat | -13 (9) | 688 | | | |

[1]P5200 Clear is a low-VOC alternative to 1200 Clear.
[2]P5200 Red is a low-VOC alternative to 1200 Red.
[3]P5204 is a low-VOC alternative to 1204.
[4]The lower VOC value is for states and air quality management districts that have recognized volatile methylsiloxanes as VOC exempt.

GLEW EXHIBIT B

WEBSITE AT WWW.DOWCORNING.COM, OR FROM YOUR DOW CORNING REPRESENTATIVE, OR DISTRIBUTOR, OR BY CALLING YOUR GLOBAL DOW CORNING CONNECTION.

**HEALTH AND ENVIRONMENTAL INFORMATION**
To support customers in their product safety needs, Dow Corning has an extensive Product Stewardship organization and a team of Product Safety and Regulatory Compliance (PS&RC) specialists available in each area.

For further information, please see our website, www.dowcorning.com, or consult your local Dow Corning representative.

**LIMITED WARRANTY INFORMATION –
PLEASE READ CAREFULLY**
The information contained herein is offered in good faith and is believed to be accurate. However, because conditions and methods of use of our products are beyond our control, this information should not be used in substitution for customer's tests to ensure that Dow Corning's products are safe, effective, and fully satisfactory for the intended end use. Suggestions of use shall not be taken as inducements to infringe any patent.

Dow Corning's sole warranty is that the product will meet the Dow Corning sales specifications in effect at the time of shipment. Your exclusive remedy for breach of such warranty is limited to refund of purchase price or replacement of any product shown to be other than as warranted.

**DOW CORNING SPECIFICALLY DISCLAIMS ANY OTHER EXPRESS OR IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE OR MERCHANTABILITY.**

**DOW CORNING DISCLAIMS LIABILITY FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES.**

GLEW EXHIBIT B

**For More Information**

To learn more about these and other products available from Dow Corning, please visit the Dow Corning Electronics website at **www.dowcorning.com/electronics**.



Electronics
Solutions

*Dow Corning* and *Sylgard* are registered trademarks of Dow Corning Corporation.
All other brand names are the property of their respective owners.
©2000-2006 Dow Corning Corporation. All rights reserved.
Printed in USA            AGP8125            Form No. 11-1871B-01

GLEW EXHIBIT B