1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, CA 94304-1018
   Telephone:  650-813-5600
9  Facsimile:  650-494-0792

10
   Attorneys for Defendant
11 ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
   CHINA, ADVANCED MICRO-FABRICATION
12 EQUIPMENT, INC. ASIA, AND ADVANCED
   MICROFABRICATION EQUIPMENT INC.
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17

18 APPLIED MATERIALS, INC.,                   Case No.    C07 05248 JW (PVT)

19          Plaintiff,

20    v.                                      **ADMINISTRATIVE MOTION
                                              TO SEAL DESIGNATED
21 ADVANCED MICRO-FABRICATION                 DOCUMENTS RELATED TO
   EQUIPMENT INC. CHINA, ADVANCED             DEFENDANTS' OBJECTION TO
22 MICRO-FABRICATION EQUIPMENT, INC.,         SPECIAL MASTER DISCOVERY
   ASIA, ADVANCED MICRO-FABRICATION           ORDER NO. 4 RE TRADE
23 EQUIPMENT, INC.,                           SECRET LIST, EXHIBITS A, B, E,
                                              & G TO THE DECLARATON OF
24          Defendants.                       KENNETH KUWAYTI AND THE
                                              DECLARATION OF DR.
25                                            ALEXANDER GLEW IN SUPPORT
                                              THEREOF**
26

27

28

ADMINISTRATIVE MOTION TO SEAL DOCUMENTS DESIGNATED UNDER PROTECTIVE ORDER
CASE NO. C07 05248 JW(PVT)
pa-1256774

Defendants Advanced Micro-Fabrication Equipment Inc. China, Advanced Micro-Fabrication Equipment, Inc., Asia, and Advanced Micro-Fabrication Equipment, Inc. hereby lodge the following documents provisionally under seal pursuant to Civil Local Rule 79-5(d):

1. Defendants' Objection to Special Master Discovery Order No. 4 Re Trade Secret List.
2. Exhibit A to the Declaration of Kenneth Kuwayti in Support of Defendants' Objection to Special Master Discovery Order No. 4.
3. Exhibit B to the Declaration of Kenneth Kuwayti in Support of Defendants' Objection to Special Master Discovery Order No. 4.
4. Exhibit E to the Declaration of Kenneth Kuwayti in Support of Defendants' Objection to Special Master Discovery Order No. 4.
5. Exhibit G to the Declaration of Kenneth Kuwayti in Support of Defendants' Objection to Special Master Discovery Order No. 4.
6. The Declaration of Dr. Alexander Glew in Support of Defendants' Objection to Special Master Discovery Order No. 4

Plaintiff has designated as confidential under the protective order certain material cited in the Defendants' Objection to Special Master Discovery Order No. 4 Re Trade Secret List and Exhibits A, B, E, and G to the Declaration of Kenneth Kuwayti in Support of Defendants' Objection to Special Master Discovery Order No. 4.

An unredacted version of Defendants' Objection to Special Master Discovery Order No. 4 Re Trade Secret List and Exhibits A, B, E, and G to the Declaration of Kenneth Kuwayti, and the Declaration of Dr. Alexander Glew in Support of Defendants' Objection to Special Master Discovery Order No. 4 are attached hereto to be provisionally lodged under seal.

1  A redacted version of Defendants' Objection to Special Master Discovery Order No. 4 Re
2  Trade Secret List and the Declaration of Dr. Alexander Glew are also attached, to be placed in the
3  public record if the Court approves the requested sealing order.  Notice is hereby provided to
4  Plaintiff that, pursuant to Civil Local Rule 79-5(d), Plaintiff must file a declaration supporting the
5  sealability of the above-listed documents and a proposed sealing order.

Dated: May 19, 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By:  /s/ Kenneth A. Kuwayti
     Kenneth A. Kuwayti

Attorneys for Defendants