1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
   MORRISON & FOERSTER LLP
2  425 Market Street
   San Francisco, California 94105-2482
3  Telephone: 415.268.7000
   Facsimile: 415.268.7522
4
   KENNETH A. KUWAYTI (CA SBN 145384)
5  KKuwayti@mofo.com
   MARC DAVID PETERS (CA SBN 211725)
6  MDPeters@mofo.com
   MORRISON & FOERSTER LLP
7  755 Page Mill Road
   Palo Alto, CA 94304-1018
8  Telephone: 650-813-5600
   Facsimile: 650-494-0792
9
   Attorneys for Defendants
10 ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
   CHINA, ADVANCED MICRO-FABRICATION
11 EQUIPMENT, INC. ASIA, AND ADVANCED
   MICROFABRICATION EQUIPMENT INC.
12

13 ADDITIONAL COUNSEL LISTED ON CAPTION
   ATTACHMENT
14
                 UNITED STATES DISTRICT COURT
15
               NORTHERN DISTRICT OF CALIFORNIA
16
                      SAN JOSE DIVISION
17

18

19 | APPLIED MATERIALS, INC.,                        | Case No.   C07 05248 JW (PVT) |
   |                                                  |                               |
   |                   Plaintiff,                     | **STIPULATION REGARDING**     |
20 |                                                  | **COURT'S JURISDICTION OVER** |
   |         v.                                       | **AMEC, INC.**                |
21 |                                                  |                               |
   | ADVANCED MICRO-FABRICATION                       |                               |
22 | EQUIPMENT INC. CHINA, ADVANCED                   |                               |
   | MICRO-FABRICATION EQUIPMENT, INC.,               |                               |
23 | ASIA, ADVANCED MICRO-FABRICATION                 |                               |
   | EQUIPMENT, INC.,                                 |                               |
24 |                                                  |                               |
   |                   Defendants.                    |                               |
25

26

27

28

DEFENDANTS' OBJECTION TO DISCOVERY ORDER NO. 1 (RE TRADE SECRET LIST)
CASE NO. C07 05248 JW (PVT)
pa-1258531

1   THOMAS F. FITZPATRICK
    TFitzpatrick@goodwinprocter.com
2   GOODWIN PROCTER LLP
    135 Commonwealth Drive
3   Menlo Park, CA  94025
    Telephone:  650-752-3144
4   Facsimile:  650-853-1038

5   JOHN C. ENGLANDER (*pro hac vice*)
    JEnglander@goodwinprocter.com
6   JAMES C. REHNQUIST (*pro hac vice*)
    JRehnquist@goodwinprocter.com
7   MICHAEL G. STRAPP (*pro hac vice*)
    MStrapp@goodwinprocter.com
8   GOODWIN PROCTER LLP
    53 State Street
9   Boston, MA  02109
    Telephone:  617-570-1000
10  Facsimile:  617-523-1231

11  Attorneys for Plaintiff
    APPLIED MATERIALS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on February 29, 2008, the Court issued an Order Granting In Part And Denying In Part Defendants' Various Motions to Dismiss, which denied the motions to dismiss of defendants AMEC-Asia and AMEC-China on personal jurisdictional grounds pursuant to Federal Rule of Civil Procedure 12(b)(2) ("the February 29 Order");

WHEREAS, the February 29 Order deferred ruling on defendant AMEC, Inc.'s motion for personal jurisdiction, to permit plaintiff Applied Materials, Inc. ("Applied") to take certain discovery relating to the issue of whether defendant AMEC, Inc. has an alter ego or agency relationship with AMEC-Asia or AMEC-China ("the Alter Ego/Agency Issue");

WHEREAS, the parties have engaged in meet and confer discussions concerning this discovery under the supervision of Special Master Thomas Denver, and Defendants have been ordered to produce certain discovery pursuant to the Special Master's Discovery Order No. 2, and Applied contends that significant additional discovery into the Alter Ego/Agency Issue will be required;

WHEREAS, the discovery requested involves information that Defendants consider to be highly confidential and competitively sensitive and, in many cases to go beyond discovery that Applied would ordinarily be entitled to relating to the merits of the claims at issue in the action;

WHEREAS, Defendants believe that there is little benefit to continuing to litigate the Court's jurisdiction over AMEC, Inc. if the Court is permitting the action to go forward against AMEC-Asia and AMEC-China in any event;

WHEREAS, the parties dispute whether there is an alter ego or agency relationship between AMEC, Inc. and either AMEC-Asia or AMEC-China, but, without conceding the validity of the opposing party's position, wish to avoid the expense and burden of further discovery relating to the Alter Ego/Agency Issue;

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Defendant AMEC, Inc. stipulates that any decision or order of the Court finding personal jurisdiction (by a prima facie case standard, preponderance of the evidence standard or

otherwise) over AMEC-Asia or AMEC-China in this action, including the February 29 Order, shall be deemed to apply to AMEC, Inc. as well, and stipulates that, if the Court has jurisdiction over either AMEC-Asia or AMEC-China in this action, then the Court has personal jurisdiction over AMEC, Inc. in this action as well.

2.  Since the Court has denied the motions to dismiss of AMEC-Asia and AMEC-China on personal jurisdiction grounds, AMEC, Inc. agrees to withdraw its pending motion to dismiss on personal jurisdiction grounds, and to file an answer to Applied's First Amended Complaint on or before June 6, 2008.

3.  Applied agrees that all of its existing discovery requests that relate solely to the Alter Ego/Agency Issue are hereby deemed to be withdrawn. Applied further agrees not to seek any further discovery that relates solely to the Alter Ego/Agency Issue. The parties agree further that Defendants are not required to provide any information or documents in response to Discovery Order No. 2 other than as agreed to by the parties in writing.

4.  The parties agree that nothing in this Stipulation shall be construed to prevent Applied from seeking or obtaining any discovery it is otherwise entitled to under Fed. R. Civ. P. 26 because such discovery is related to, or overlaps with, the discovery it has sought or could have sought on the Alter Ego/Agency Issue, provided such discovery is conducted in good faith and not for the purpose of circumventing this Stipulation.

5.  The parties agree that nothing in this Stipulation shall be construed to be a waiver of any rights that defendants have to appeal from any decision or order of this Court finding personal jurisdiction (by a prima facie case standard, preponderance of the evidence standard or otherwise); provided, however, that AMEC, Inc. stipulates that any determination by an appellate court that this Court properly exercised jurisdiction over either AMEC-Asia or AMEC-China shall be deemed to apply to AMEC, Inc. as well. Should the appellate court determine that this Court did not have jurisdiction over both AMEC-Asia and AMEC-China, the parties agree that this determination shall be deemed to apply to AMEC, Inc. as well.

6. Nothing in this Stipulation shall abridge, enlarge or otherwise modify any obligation defendants may have to further litigate the issue of personal jurisdiction in order to preserve the issue for appeal on a preponderance of the evidence standard.

7. This Stipulation applies only to this action, and to any appeal from this action, and shall not be construed as consent to jurisdiction in any other action or proceeding.

Dated: May 28 2008

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MORRISON & FOERSTER LLP

By: _____
         Kenneth A. Kuwayti

        Attorneys for Defendants

Dated: May ___ 2008
          June 2

JOHN C. ENGLANDER
JAMES C. REHNQUIST
MICHAEL G. STRAPP
THOMAS F. FITZPATRICK
GOODWIN PROCTER LLP

By: _____
         James C. Rehnquist

        Attorneys for Plaintiff Applied
        Materials, Inc.

LIBA/1888544.2

**ATTESTATION**

I, Marc David Peters, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING COURT'S JURISDICTION OVER AMEC, INC.  In compliance with General Order 45, X.B., I hereby attest that James Rehnquist has concurred in this filing.

Dated: June 11, 2008                    MORRISON & FOERSTER LLP

                                        By:    /s/ Marc David Peters
                                               Marc David Peters

                                        Attorneys for Defendants
                                        ADVANCED MICRO-FABRICATION
                                        EQUIPMENT, INC. CHINA, ADVANCED
                                        MICRO-FABRICATION EQUIPMENT, INC.
                                        ASIA, and ADVANCED MICRO-FABRICATION
                                        EQUIPMENT INC.