*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

1  THOMAS HR DENVER (56872)
   Mediation Masters
2  96 North Third Street
   Suite 300
3  San Jose, CA 95112

4  Telephone: (408) 280-7883
5  Facsimile: (408) 292-7868

6  Special Master

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 | APPLIED MATERIALS, INC.,           | No. C 07-05248 JW
12 |                                    |
   |         Plaintiff,                 |
13 |                                    | **DISCOVERY REPORT NO. 1**
   |   vs.                              |
14 |                                    | **ORDER ADOPTING, AS MODIFIED**
   | ADVANCED MICRO-FABRICATION         | **THE SPECIAL MASTER'S**
15 | EQUIPMENT, INC., et al.,           | **RECOMMENDATION RE:**
   |                                    | **AMENDMENT TO THE SCHEDULING**
16 |                                    | **ORDER**
   |         Defendants.                |
17 |                                    |

18        Over the last several months, the Special Master has worked with counsel in
19 revising plaintiff's identification of trade secrets. In addition, the Special Master has ruled
20 on a number of discovery disputes and worked with counsel in an attempt to establish a
21 discovery plan.
22        Under the court's March 4, 2008, scheduling order, this matter is set for a
23 preliminary pretrial conference on September 22, 2008, at 11:00 a.m. The Special Master
24 believes that that date is unrealistic given the present state of discovery and discovery
25 planning and recommends that the date be vacated and reset for **November 17, 2008**, a
26 date provided by the court clerk, at **11:00 a.m.**
27
28

-1-
DISCOVERY REPORT NO. 1

1    In ongoing conferences with counsel, the Special Master will see that a discovery
2 plan is established, including limitations on the number and duration of depositions, as well
3 as on a more general discovery plan.

4    Counsel for the parties have provided the Special Master with their suggestions for
5 discovery and pretrial conference dates.  Having reviewed those suggestions and having in
6 mind the discovery which counsel have indicated they intend to conduct, the Special
7 Master recommends the following schedule, which he believes should apply to both the
8 case-in-chief and to the counter claims.  The Special Master makes no recommendation, at
9 this time, regarding bifurcation or separate trial of the counter claims.  These
10 recommended dates might require modification, at the preliminary pretrial conference, in
11 light of the progress made in discovery prior to that conference.

| | |
|---|---|
| Initial expert reports | February 6, 2009 |
| Motions to exclude experts | February 13, 2009 |
| Rebuttal expert reports | February 20, 2009 |
| Preliminary pretrial statements | February 27, 2009 |
| Preliminary pretrial conference | **March 9, 2009 at 11 a.m.** |
| Hearing on motions to exclude experts | **Motions to Exclude Experts are treated as motions in limine.  Accordingly, the deadline for filing these motions will be set in the Court's Preliminary Pretrial Order.** |
| Close of all discovery **is April 3, 2009** | |
| Last date to hear dispositive motions | **June 8, 2009 at 9 a.m.** |

22    Based on the present state of discovery and counsel's indication of contemplated
23 further discovery, the Special Master believes these dates are realistic.

26 Dated: September 17, 2008.          /s/ Thomas HR Denver
                                       THOMAS HR DENVER
27 **IT IS SO ORDERED**
   Dated:  September 17, 2008         _/s/ James Ware_____
28                                       JAMES WARE
                                        United States District Judge