1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Applied Materials, Inc., | NO. C 07-05248 JW |
| Plaintiff, | **ORDER DENYING DEFENDANTS'** |
| v. | **MOTION FOR RECONSIDERATION;** |
| | **SUSTAINING PLAINTIFF'S OBJECTION** |
| Advanced Micro-Fabrication Equipment | **TO DISCOVERY ORDER NO. 13;** |
| (Shanghai) Co., et al., | **OVERRULING AS MOOT PLAINTIFF'S** |
| | **OBJECTION TO DISCOVERY ORDER** |
| Defendants. | **NO. 14** |

On March 11, 2009, the Court issued an Order Sustaining Plaintiff's Objection to Discovery Order No. 13; Overruling as Moot Plaintiff's Objection to Discovery Order No. 14. (Docket Item No. 248.) In the March 11 Order, the Court ordered that certain documents remain designated "Highly Confidential - Attorney's Eyes Only," subject to the applicable Protective Order. On April 1, 2009, Defendants sought leave to file a motion for reconsideration, contending that the Court had not given them sufficient time to file an opposition to Plaintiff's initial objections to the Special Masters Discovery Order Nos. 13 and 14. (Docket Item No. 56.) In light of this procedural oversight, the Court permitted Defendants to file an opposition to Plaintiff's objections, and stated that it would reconsider its March 11 Order in light of any such opposition. On May 11, 2009, Defendants filed their Opposition to Plaintiff's Objection to Discover Order Nos. 13 and 14. (Docket Item No. 326.)

Upon review of the complete briefing of this issue, the Court finds no grounds to alter the conclusions contained in its March 11 Order. That is, despite Defendants' contentions, the Court

still finds that the documents at issue are appropriately subject to the Protective Order and designated "Highly Confidential - Attorney's Eyes Only."  Accordingly, the Court DENIES Defendants' Motion for Reconsideration and affirms the ruling in its March 11 Order.

Dated:  June 19, 2009

JAMES WARE
United States District Judge

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Brian Paul Gearing bgearing@mofo.com
Colette R. Verkuil cverkuil@mofo.com
3   D. Stuart Bartow sbartow@goodwinprocter.com
Daryl Stuart Bartow sbartow@goodwinprocter.com
4   Douglas C Doskocil ddoskocil@goodwinprocter.com
Harold J. McElhinny HmcElhinny@mofo.com
5   James C. Rehnquist jrehnquist@goodwinprocter.com
John C. Englander jenglander@goodwinprocter.com
6   Kenneth Alexander Kuwayti Kkuwayti@mofo.com
Marc David Peters mdpeters@mofo.com
7   Michael G. Strapp mstrapp@goodwinprocter.com
Paul Forrest Coyne pcoyne@mofo.com
8   Thomas F. Fitzpatrick tfitzpatrick@goodwinprocter.com
Thomas H R Denver tdenver@mediationmasters.com

9

10

11   **Dated:  June 19, 2009**                          **Richard W. Wieking, Clerk**

12                                                       By:___**/s/ JW Chambers**_____
**Elizabeth Garcia**
13                                                             **Courtroom Deputy**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28