HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, AND ADVANCED
MICROFABRICATION EQUIPMENT INC.

ADDITIONAL COUNSEL LISTED ON CAPTION
ATTACHMENT

IT IS SO ORDERED
AS MODIFIED

*Jamus Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>                    Plaintiff,<br><br>       v.<br><br>ADVANCED MICRO-FABRICATION<br>EQUIPMENT INC. CHINA, ADVANCED<br>MICRO-FABRICATION EQUIPMENT, INC.,<br>ASIA, ADVANCED MICRO-FABRICATION<br>EQUIPMENT, INC.,<br><br>                  Defendants. | Case No.    C07 05248 JW<br><br>**STIPULATION REGARDING SPECIAL MASTER'S REQUEST FOR CASE MANAGEMENT CONFERENCE ON OCTOBER 26, 2009** |

CASE NO. C07 05248 JW
pa-1346053

1    THOMAS F. FITZPATRICK
     TFitzpatrick@goodwinprocter.com
2    GOODWIN PROCTER LLP
     135 Commonwealth Drive
3    Menlo Park, CA  94025
     Telephone:  650-752-3144
4    Facsimile:  650-853-1038

5    JOHN C. ENGLANDER (*pro hac vice*)
     JEnglander@goodwinprocter.com
6    JAMES C. REHNQUIST (*pro hac vice*)
     JRehnquist@goodwinprocter.com
7    MICHAEL G. STRAPP (*pro hac vice*)
     MStrapp@goodwinprocter.com
8    GOODWIN PROCTER LLP
     53 State Street
9    Boston, MA  02109
     Telephone:  617-570-1000
10   Facsimile:  617-523-1231

11   Attorneys for Plaintiff
     APPLIED MATERIALS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C07 05248 JW
pa-1346053

1    WHEREAS, on June 23, 2009, Special Master Tom Denver proposed that a case

2    management conference be scheduled for the week of October 26, 2009;

3    WHEREAS counsel for all parties and the Special Master are available at the Court's

4    convenience on October 26, 2009; and

5    WHEREAS the parties agree with and join in the Special Master's request.

6    THEREFORE, THE PARTIES STIPULATE AND REQUEST that a case management

7    conference be scheduled for October 26, 2009.

8    Dated: July 6, 2009                    HAROLD J. MCELHINNY
                                            KENNETH A. KUWAYTI
9                                           MARC DAVID PETERS
                                            MORRISON & FOERSTER LLP
10

11
                                            By:    /s/ Marc David Peters
12                                                 Marc David Peters

13                                          Attorneys for Defendants

14
     Dated: July 6, 2009                    JOHN C.ENGLANDER
15                                          JAMES C. REHNQUIST
                                            MICHAEL G. STRAPP
16                                          THOMAS F. FITZPATRICK
                                            GOODWIN PROCTER LLP
17

18
                                            By:    /s/ Michael G. Strapp
19                                                 Michael G. Strapp

20                                          Attorneys for Plaintiff Applied
                                            Materials, Inc.
21                     [PROPOSED] ORDER

22    PURSUANT TO STIPULATION, IT IS ORDERED THAT a case management

23    conference be scheduled for October 26, 2009 at 10 a.m.

24

25

26   Dated: July 10, 2009          _____

27                                 JAMES WARE
                                   United States District Court Judge
28

CASE NO. C07 05248 JW                                                              1

pa-1346053