1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
7  PAUL F. COYNE (CA SBN 223900)
   PCoyne@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
10 Facsimile: 650.494.0792

11 Attorneys for Defendants
   ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,
12 ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
   ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT,
13 INC. CHINA

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17 APPLIED MATERIALS, INC.,                    Case No.   C 07-05248 JW

18              Plaintiff,                     **MANUAL FILING NOTIFICATION OF
                                               DEFENDANTS' NOTICE OF MOTION
19     v.                                      AND MOTION TO STRIKE
                                               PORTIONS OF EXPERT REPORT OF
20 ADVANCED MICRO-FABRICATION                  ROBERT ZEIDMAN**
   EQUIPMENT, INC., ADVANCED MICRO-
21 FABRICATION EQUIPMENT, INC. ASIA,           Date:  November 2, 2009
   ADVANCED MICRO-FABRICATION                  Time:  9:00 a.m.
22 EQUIPMENT, INC. CHINA,                      Dept.: Courtroom 8, Fourth Floor
                                               Judge: Honorable James Ware
23              Defendants.

MANUAL FILING NOTIFICATION OF DEFENDANTS' NOM AND MOTION TO STRIKE PORTIONS OF EXPERT
REPORT OF ROBERT ZEIDMAN - CASE NO. C07 05248 JW
pa-1357296                                                                              1

Regarding: Defendants' Notice Of Motion And Motion To Strike Portions Of Expert Report Of Robert Zeidman.  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

<u>x</u>  Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: August 31, 2009          HAROLD J. MCELHINNY
                                KENNETH A. KUWAYTI
                                MARC DAVID PETERS
                                PAUL F. COYNE
                                MORRISON & FOERSTER LLP

                                By:   /s/ Paul F. Coyne
                                      Paul F. Coyne
                                      Attorneys for Defendants

MANUAL FILING NOTIFICATION OF DEFENDANTS' NOM AND MOTION TO STRIKE PORTIONS OF EXPERT REPORT OF ROBERT ZEIDMAN - CASE NO. C07 05248 JW
pa-1357296

1