1  HAROLD J. MCELHINNY (CA SBN 66781)
   HMcElhinny@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  KENNETH A. KUWAYTI (CA SBN 145384)
   KKuwayti@mofo.com
6  MARC DAVID PETERS (CA SBN 211725)
   MDPeters@mofo.com
7  MORRISON & FOERSTER LLP
   755 Page Mill Road
8  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
9  Facsimile: 650.494.0792

10 Attorneys for Defendants
   ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,
11 ADVANCED MICRO-FABRICATION EQUIPMENT, INC.
   ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT,
12 INC. CHINA

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No.   C07 05248 JW |
| Plaintiff, | **DECLARATION OF PAUL F. COYNE IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PORTIONS OF EXPERT REPORT OF ROBERT ZEIDMAN** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, | Date: November 2, 2009<br>Time: 9:00 a.m.<br>Dept.: Courtroom 8, Fourth Floor<br>Judge: Honorable James Ware |
| Defendants. | |

1  I, Paul F. Coyne, do declare as follows:

2  1. I am an attorney in the law firm of Morrison & Foerster LLP. I am admitted to practice in the Northern District of California and am counsel for Defendants. In accordance with Local Civil Rule 37-3(b)(2), I hereby describe the efforts AMEC made to secure compliance without intervention by the Court. On August 25, 2009, my colleague Richard Ballinger left a voicemail for Applied's Counsel, Michael Strapp, regarding this issue; I was present for that call. Having received no response to Mr. Ballinger's voicemail, I sent an email regarding this issue to Michael Strapp, Tom Fitzpatrick, Stuart Bartow, and to a list that I understand is directed to all of Applied's counsel. I have received no response to that email.

2. Attached hereto as Exhibit A is a true and correct copy of Discovery Order No. 8, dated December 22, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of Attachment J to Applied's Interrogatory Responses, dated May 30, 2009. **FILED UNDER SEAL**

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of the May 6, 2009 deposition of Wesley Zhang. **FILED UNDER SEAL**

5. Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Robert Zeidman, with exhibits. **FILED UNDER SEAL**

6. Attached hereto as Exhibit E is a true and correct copy of a February 20, 2009 letter from Michael Strapp to Ken Kuwayti, without enclosure. **FILED UNDER SEAL**

7. Attached hereto as Exhibit F is a true and correct copy of Applied's March 31, 2009 Letter Brief to Special Master Denver. **FILED UNDER SEAL**

8. Attached hereto as Exhibit G is a true and correct copy of a document produced by Applied at Bates Number AMAT03355694. **FILED UNDER SEAL**

9. Attached hereto as Exhibit H is a true and correct copy of Discovery Order No. 17, dated April 23, 2009.

10. The original deadline for serving expert reports was June 15, 2009 (which was instead extended at the June 15, 2009 Case Management Conference).

DECL. OF PAUL F. COYNE ISO DEFS.' MOTION TO STRIKE PORTIONS OF R. ZEIDMAN EXPERT REPORT   1
CASE NO. C07 05248 JW
pa-1357021

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

Executed on August 31, 2009, in Palo Alto, California.

/s/ Paul F. Coyne
Paul F. Coyne

DECL. OF PAUL F. COYNE ISO DEFS.' MOTION TO STRIKE PORTIONS OF R. ZEIDMAN EXPERT REPORT
CASE NO. C07 05248 JW
pa-1357021

2