Thomas F. Fitzpatrick (CA Bar #193565)
D. Stuart Bartow (CA Bar #233107)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.:  650-752-3144
Fax:  650-853-1038
tfitzpatrick@goodwinprocter.com
sbartow@goodwinprocter.com

John C. Englander (*pro hac vice*)
James C. Rehnquist (*pro hac vice*)
Michael G. Strapp (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  617.570.1000
Fax:  617.523.1231
jenglander@goodwinprocter.com
jrehnquist@goodwinprocter.com
mstrapp@goodwinprocter.com

Attorneys for Applied Materials, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br>Plaintiff, <br><br>v. <br><br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC. <br><br>Defendants. | Case No. C07 05248 JW <br><br>**DECLARATION OF THOMAS FITZPATRICK IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DOCUMENTS REGARDING AMEC'S MOTION TO STRIKE PORTIONS OF EXPERT REPORT OF ROBERT ZEIDMAN** <br><br>Courtroom:  Courtroom 8, 4th Floor <br>Judge:  Honorable James Ware |

I, Thomas Fitzpatrick, declare as follows:

1. I am an attorney at the law firm Goodwin Procter LLP, counsel of record for Plaintiff Applied Materials, Inc. ("Applied") in this action.

2. The statements in this declaration are true and correct. If called as a witness, I could and would testify thereto under oath.

3. I make this declaration pursuant to Civil Local Rule 79-5(d), in support of Defendants' Administrative Request to File Under Seal Documents Regarding Their Motion to Strike Portions of Expert Report of Robert Zeidman ("Motion to File Under Seal"). In their Motion to File Under Seal, Defendants request that the Court file the documents listed below under seal. Each document identified below contains information designated "Highly Confidential - Attorneys' Eyes Only" by Applied pursuant to the Protective Order entered in this matter:

   a. Portions of Defendants' Notice of Motion and Motion to Strike Portions of Expert Report of Robert Zeidman refer to language of Applied's confidential and sensitive trade secrets, deposition testimony and other confidential business information of Applied Materials.

   b. Exhibit B to the Declaration of Paul Coyne in Support of Defendants' Motion to Strike Portions of Expert Report of Robert Zeidman (the "Coyne Declaration"): Exhibit B is a copy of Attachment J to Applied's Interrogatory Responses, dated March 30, 2009. This attachment refers to language of Applied's confidential and sensitive trade secrets and to confidential business information of Applied Materials.

   c. Exhibit D to the Coyne Declaration: Exhibit D is a copy of the Expert Report of Robert Zeidman, and contains information regarding Applied's trade secrets, confidential deposition testimony and other confidential business information of Applied Materials.

   d. Exhibit E to the Coyne Declaration: Exhibit E is a copy of a letter from Michael Strapp to Kenneth Kuwayti dated February 20, 2009 and includes Applied's Supplemental Identification of Source Code. Portions of this letter and the Supplemental Identification of Source Code contain information regarding Applied's trade secrets and other confidential business information of Applied Materials.

1   e. Exhibit F to the Coyne Declaration: Exhibit F is a copy of Applied's Motion to
2   Amend Trade Secrets 2-8 dated March 31, 2009 and includes Applied Materials, Inc.'s
3   Supplemental Identification of Trade Secrets dated March 31, 2009.  These documents contain
4   information regarding Applied's trade secrets and other confidential business information of
5   Applied Materials.
6   f. Exhibit G to the Coyne Declaration: Exhibit G is a copy of a document produced
7   in this litigation, bearing Bates Numbers AMAT03355694-3355715.  Exhibit G is an Applied
8   Materials AFSM Design and Programming Guide and contains information regarding Applied's
9   trade secrets and other confidential business information of Applied Materials.

1

2  I declare under penalty of perjury under the laws of the United States that the foregoing is

3  true and correct.  Executed this 9th day of September, 2009 at Menlo Park, California.

4

5                                                                    /s/ Thomas Fitzpatrick
                                                                        Thomas Fitzpatrick
6

7  Thomas F. Fitzpatrick (CA Bar #193565)
   D. Stuart Bartow (CA Bar #233107)
8  GOODWIN PROCTER LLP
   135 Commonwealth Drive
9  Menlo Park, CA 94025
   Tel.:  650-752-3144
10 Fax:  650-853-1038
   tfitzpatrick@goodwinprocter.com
11 sbartow@goodwinprocter.com

12 John C. Englander (*pro hac vice*)
   James C. Rehnquist (*pro hac vice*)
13 Michael G. Strapp (*pro hac vice*)
   GOODWIN PROCTER LLP
14 53 State Street
   Boston, Massachusetts  02109
15 Tel.:  617.570.1000
   Fax:  617.523.1231
16 jenglander@goodwinprocter.com
   jrehnquist@goodwinprocter.com
17 mstrapp@goodwinprocter.com

18
   Attorneys for Applied Materials, Inc.
19

20

21

22

23

24

25

26

27

28

DECLARATION OF FITZPATRICK IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE
UNDER SEAL RE MOTION TO STRIKE REPORT OF ZEIDMAN                    Case No. C07 05248 JW