IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Applied Materials, Inc., | NO. C 07-05248 JW |
| Plaintiff, v. | **ORDER CONTINUING HEARING ON MOTIONS AND CASE MANAGEMENT CONFERENCE** |
| Advanced Micro-Fabrication Equipment (Shanghai) Co., et al., | |
| Defendants. / | |

Presently before the Court are four Defendants' Motions noticed for hearing on November 2, 2009 (Docket Item Nos. 407, 410, 415, 477.) The Court continues the hearing to **November 4, 2009 at 9 a.m.**, a specially set date, to provide the parties with sufficient time to argue their positions.

In addition, the Court continues the Case Management Conference currently set for October 26, 2009 to **November 4, 2009** following the hearing on the Motions. On or before **October 23, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall, among other things, provide a clear time line of the procedure posture of the case, the claims and counterclaims remaining for trial, the parties' readiness for trial, and an update on the parties settlement efforts, if any.

Dated: October 15, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Paul Gearing bgearing@mofo.com
Colette R. Verkuil cverkuil@mofo.com
D. Stuart Bartow sbartow@goodwinprocter.com
Daryl Stuart Bartow sbartow@goodwinprocter.com
Douglas C Doskocil ddoskocil@goodwinprocter.com
Harold J. McElhinny HmcElhinny@mofo.com
James C. Rehnquist jrehnquist@goodwinprocter.com
John C. Englander jenglander@goodwinprocter.com
Kenneth Alexander Kuwayti Kkuwayti@mofo.com
Marc David Peters mdpeters@mofo.com
Marc J. Pernick mpernick@mofo.com
Michael G. Strapp mstrapp@goodwinprocter.com
Paul Forrest Coyne pcoyne@mofo.com
Richard Steven Ballinger Rballinger@mofo.com
Thomas F. Fitzpatrick tfitzpatrick@goodwinprocter.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated: October 15, 2009**          **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
            Elizabeth Garcia
            Courtroom Deputy**

**United States District Court**
For the Northern District of California