HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
PAUL F. COYNE (CA SBN 223900)
PCoyne@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT INC.
CHINA, ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. ASIA, ADVANCED MICRO-
FABRICATION EQUIPMENT INC.

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., <br><br> Defendants. | Case No. C07 05248 JW <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT DISCOVERY ORDER NO. 39 |

| | |
|---|---|
| 1 | Whereas on September 21, 2009, the Special Master issued Discovery Order No. 39 |
| 2 | ("DO 39"), which addressed issues related to Applied's Trade Secret 6; |
| 3 | Whereas the deadline for objecting to DO 39 would normally be October 5, 2009; |
| 4 | Whereas on October 1, 2009, Applied filed a motion for leave to amend Trade Secret 6 |
| 5 | ("Applied's Motion"); |
| 6 | Whereas the parties agree that, in the interest of judicial efficiency, any objection to |
| 7 | DO 39 should be due at the same time as an objection to the order that will issue on Applied's |
| 8 | Motion; and |
| 9 | Whereas the Special Master agrees with this approach (*see* October 1, 2009 email |
| 10 | correspondence from Special Master to parties); |
| 11 | THEREFORE, the Parties hereby STIPULATE as follows: |
| 12 | Objections to Discovery Order No 39 will not be due until ten days after the issuance of a |
| 13 | Discovery Order on Applied's Motion for Leave to Amend Trade Secret 6. |

Dated: October 2, 2009

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
PAUL F. COYNE
MORRISON & FOERSTER LLP

By: /s/ PAUL F. COYNE
    Paul F. Coyne

Attorneys for Defendants
ADVANCED MICRO-FABRICATION
EQUIPMENT, INC. CHINA, ADVANCED
MICRO-FABRICATION EQUIPMENT, INC.
ASIA, and ADVANCED MICRO-FABRICATION
EQUIPMENT INC.

| | | |
|---|---|---|
| 1 | Dated: October 2, 2009 | THOMAS F. FITZPATRICK<br>JOHN C. ENGLANDER |
| 2 | | JAMES C. REHNQUIST<br>MICHAEL G. STRAPP |
| 3 | | GOODWIN PROCTER LLP |
| 4 | | By:  /s/ MICHAEL G. STRAPP<br>       Michael G. Strapp |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>APPLIED MATERIALS, INC. |

**ORDER**

It is so ordered.

Dated: October 30, 2009

_____
Honorable James Ware
United States District Judge
Northern District of California