HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MARC J. PERNICK (CA SBN 160591)
MPernick@mofo.com
PAUL F. COYNE (CA SBN 223900)
PCoyne@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC.,
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT, INC., ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA,<br><br>Defendants. | Case No.   C07 05248 JW<br><br>**MANUAL FILING NOTIFICATION REGARDING DECLARATION OF JOHN C. BRAVMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON CERTAIN TRADE SECRETS AND EXHIBITS A THROUGH C**<br><br>Date:    December 7, 2009<br>Time:   9:00 a.m.<br>Dept..:  Courtroom 8, Fourth Floor<br>Judge:  Honorable James Ware |

Regarding: **Declaration of John C. Bravman in Support of Defendants' Opposition To Plaintiff's Motion for Summary Judgment On Certain Trade Secrets and Exhibits A Through C**.

This document is in paper or physical form only, and has been lodged, but not filed, with the Court, pending a stipulation and order from the Court regarding under seal filing procedure in this matter. If you are a participant on this case, this document will be served per the parties' agreement.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than the efiling system allows)

___ Unable to Scan Documents

___ Physical Object (description): _____
_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____
_____

Dated: November 2, 2009

HAROLD J. MCELHINNY
KENNETH A. KUWAYTI
MARC DAVID PETERS
MARC J. PERNICK
PAUL F. COYNE
MORRISON & FOERSTER LLP

By: /s/ Marc J. Pernick
Marc J. Pernick
Attorneys for Defendants

MFN RE BRAVMAN DECL ISO DEFS' OPP. TO PLAINTIFF'S MSJ ON CERTAIN TRADE SECRETS & EXS. A-C
CASE NO. C07 05248 JW
pa-1368544

1