[SEE SIGNATURE PAGE FOR ATTORNEY NAMES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC.,<br><br>　　　　Defendants. | Case No.   C07 05248 JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR FILING AND SUBMISSION OF APPLIED REPLIES IN SUPPORT OF MOTIONS *IN LIMINE* NOS. 1-11** |

1  WHEREAS, except for Applied's Motion *in Limine* No. 12, this Court's orders provide
2  that oppositions to motions *in limine* were to be filed and served on Thursday, December 3, 2009
3  and replies in support of motions *in limine* are to be filed, submitted, and served on Wednesday,
4  December 9, 2009;

5  WHEREAS AMEC served its oppositions to Applied's motion in limine nos. 1-11 at
6  12:59 a.m. on Friday, December 4, 2009 and filed its oppositions with the Court later that same
7  day;

8  WHEREAS Applied thereafter requested of AMEC an additional day to file its replies and
9  submit its motion in limine binders to the Court;

10  WHEREAS the parties have agreed that Applied may serve replies in support of its
11  Motions *in Limine* Nos. 1-11 at or before midnight, December 9, 2009, and may file and submit
12  to the Court replies in support of Applied's Motions *in Limine* Nos. 1-11 on Thursday, December
13  10, 2009;

14  THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby STIPULATE as
15  follows:

16  Applied may serve replies in support of its Motions *in Limine* Nos. 1-11 at or before
17  midnight, December 9, 2009, and may file and submit to the Court replies in support of Applied's
18  Motions *in Limine* Nos. 1-11 on Thursday, December 10, 2009.  The schedule and procedure
19  Ordered for Applied's Motion *in Limine* No. 12 are unaffected by this Stipulation.

STIP. AND [PROPOSED] ORDER RE: FILING AND SUBMISSION OF REPLIES ISO AMAT'S MIL NOS. 1-11
CASE NO. C07 05248 JW                                                                                                                              1

1 | Dated: December 9, 2009

| | |
|---|---|
| APPLIED MATERIALS, INC. | ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, AND ADVANCED MICRO-FABRICATION EQUIPMENT INC. |
| By its attorneys, | By their attorneys, |
| /s/ Michael G. Strapp<br>Thomas F. Fitzpatrick<br>tfitzpatrick@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: 650-752-3144<br>Fax: 650-853-1038 | /s/ Richard S. Ballinger<br>Harold J. McElhinny<br>hmcelhinny@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel.: 415-268-7000<br>Fax: 415-268-7522 |
| John C. Englander (*pro hac vice*)<br>jenglander@goodwinprocter.com<br>James C. Rehnquist (*pro hac vice*)<br>jrehnquist@goodwinprocter.com<br>Michael G. Strapp (*pro hac vice*)<br>mstrapp@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231 | Marc David Peters<br>mdpeters@mofo.com<br>Kenneth A. Kuwayti<br>kkuwayti@mofo.com<br>Richard S. Ballinger<br>rballinger@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Tel.: 650-813-5600<br>Fax: 650-494-0792 |
| Attorneys for Plaintiff<br>APPLIED MATERIALS, INC. | Attorneys for Defendants<br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties have complied with the stipulation.

Dated: December 11, 2009

_____
Honorable James Ware
United States District Judge
Northern District of California

## ATTESTATION

I, Michael G. Strapp, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FILING AND SUBMISSION OF REPLIES IN SUPPORT OF APPLIED'S MOTIONS IN LIMINE NOS. 1-11.  In compliance with General Order 45, X.B., I hereby attest that Richard S. Ballinger has concurred in this filing.

Dated: December 9, 2009          GOODWIN PROCTER LLP

                                 By:   /s/ Michael G. Strapp
                                       MICHAEL G. STRAPP

                                 Attorneys for Plaintiff