IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Applied Materials, Inc., | NO. C 07-05248 JW |
|---|---|
| Plaintiff,<br>v.<br>Advanced Micro-Fabrication Equipment (Shanghai) Co., et al.,<br>Defendants. | **ORDER SETTING FINAL TRIAL SCHEDULE; ADVANCING FINAL PRETRIAL CONFERENCE** |

The parties are scheduled for a Final Pretrial Conference on **December 21, 2009** at 11 a.m. The Court advances the conference to **10 a.m.** In the Court's Preliminary Pretrial Order, the Court had reserved the right to fold in sessions to create full days for trial. Accordingly, in advance of the Final Pretrial Conference, the Court modifies the trial schedule as follows:

**TRIAL SCHEDULE**

| **Final Pretrial Conference (¶4 )** | **December 21, 2009 at 10 a.m.** |
|---|---|
| **Deadline for Plaintiff to disclose to the Court and Defendants the order and methods of proof that it plans to present at trial.** *(Pursuant to the Court's December 14, 2009 Order, Docket Item No. 841.)* | **January 4, 2010** |
| **Jury Selection** | **January 19, 2010 at 9 a.m.** |

| Jury Trial Date and Sessions | |
|---|---|
| Sessions 1 | Jan. 19, 2010, 1-4 p.m. |
| Sessions 2-7 | Jan. 20-22, 2010, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m. |
| Sessions 8-15 | Jan. 26-29, 2010, 9 a.m. - 12 p.m., 1 p.m. - 4 p.m. |
| Sessions 16-23 | Feb. 2-5, 2010; 9 a.m. - 12 p.m., 1 p.m. - 4 p.m. |
| Sessions 24-31 | Feb. 9-12, 2010; 9 a.m. - 12 p.m., 1 p.m. - 4 p.m. |
| Sessions 32-35 | Feb. 16-17, 2010; 9 a.m. - 12 p.m., 1 p.m. - 4 p.m. |
| NO COURT SESSION | Feb. 18-19, 2010 (Judge at Conference) |
| Session 36[1] | Feb. 23, 2010, 9 a.m. - 12 p.m. |
| Argue & Submit | Feb. 23, 2010 at 1 p.m. |
| Jury Deliberations | Feb. 24-26, 2010 and Mar. 2-5, 2010, if necessary |

The parties shall prepare for trial within the time allocation above.

Dated: December 17, 2009

JAMES WARE
United States District Judge

---

[1] The Court previously gave the parties 27 sessions at 4 hours each which resulted in 108 hours of trial. The folded in trial has 36 sessions at 3 hours each to insure that the parties get their original allocation of hours.

2

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Paul Gearing bgearing@mofo.com
Colette R. Verkuil cverkuil@mofo.com
D. Stuart Bartow sbartow@goodwinprocter.com
Daryl Stuart Bartow sbartow@goodwinprocter.com
Douglas C Doskocil ddoskocil@goodwinprocter.com
Harold J. McElhinny HmcElhinny@mofo.com
James C. Rehnquist jrehnquist@goodwinprocter.com
John C. Englander jenglander@goodwinprocter.com
Kenneth Alexander Kuwayti Kkuwayti@mofo.com
Marc David Peters mdpeters@mofo.com
Michael G. Strapp mstrapp@goodwinprocter.com
Paul Forrest Coyne pcoyne@mofo.com
Thomas F. Fitzpatrick tfitzpatrick@goodwinprocter.com
Thomas H R Denver tdenver@mediationmasters.com

**Dated:  December 17, 2009**          **Richard W. Wieking, Clerk**

                                        **By:     /s/ JW Chambers                    **
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**