HAROLD J. MCELHINNY (CA SBN 66781)
HMcElhinny@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KENNETH A. KUWAYTI (CA SBN 145384)
KKuwayti@mofo.com
MARC DAVID PETERS (CA SBN 211725)
MDPeters@mofo.com
MARC J. PERNICK (CA SBN 160591)
MPernick@mofo.com
PAUL F. COYNE (CA SBN 223900)
PCoyne@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650-813-5600
Facsimile: 650-494-0792

Attorneys for Defendants
ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, AND ADVANCED MICROFABRICATION EQUIPMENT INC.

IT IS SO ORDERED AS MODIFIED
Judge James Ware
12/18/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., <br><br> Defendants. | Case No.   C07 05248 JW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR FILING AND SUBMISSION OF MOTIONS IN LIMINE AND DAUBERT MOTIONS RELATED TO COUNTERCLAIMS** |

1  WHEREAS, the parties have agreed that the deposition of AMEC's damages expert on its
2  counterclaims will proceed on December 16, 2009;

3  WHEREAS, the parties have agreed that the deposition of Applied's damages expert on
4  AMEC's counterclaims will proceed on December 30, 2009;

5  WHEREAS, the parties have agreed that any motions *in limine* or *Daubert* motions
6  directed at counterclaim experts should be filed at the same time; and

7  WHEREAS, the parties have agreed that any motions *in limine* or *Daubert* motions
8  directed at counterclaim experts will be due on **January 6, 2010**, that oppositions to such motions
9  shall be due **January 8, 2010**, and there will be no reply briefs;

10  THEREFORE, the Parties hereby STIPULATE as follows:

11  Any motions *in limine* or *Daubert* motions directed at counterclaim evidence or experts
12  will be due on **January 6, 2010**. Oppositions to such motions shall be due **January 8, 2010**.
13  There will be no reply briefs

Dated: December 15, 2009          KENNETH A. KUWAYTI
                                  MARC J. PERNICK
                                  MARC DAVID PETERS
                                  PAUL F. COYNE
                                  MORRISON & FOERSTER LLP

                                  By:   /s/ Marc J. Pernick
                                           MARC J. PERNICK

                                  Attorneys for Defendants

Dated: December 15, 2009          THOMAS F. FITZPATRICK
                                  JOHN C. ENGLANDER
                                  JAMES C. REHNQUIST
                                  MICHAEL G. STRAPP
                                  GOODWIN PROCTER LLP

                                  By:   /s/ Thomas F. Fitzpatrick
                                           THOMAS F. FITZPATRICK

                                  Attorneys for Plaintiff
                                  APPLIED MATERIALS, INC.

26  //
27  //
28

STIP. AND [PROPOSED] ORDER RE: FILING, SUBMISSION OF MILs & DAUBERT MOTIONS RE COUNTERCLAIMS
CASE NO. C07 05248 JW                                                                                1
sf-2779838

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

3

4  Dated:  December 18, 2009

5

6  _____
   Honorable James Ware
7  United States District Judge
   Northern District of California

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE: FILING, SUBMISSION OF MILs & DAUBERT MOTIONS RE COUNTERCLAIMS
CASE NO. C07 05248 JW
sf-2779838

2

## ATTESTATION

I, Marc J. Pernick, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING TIME FOR FILING AND SUBMISSION OF MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS RELATED TO COUNTERCLAIMS. In compliance with General Order 45, X.B., I hereby attest that Thomas F. Fitzpatrick has concurred in this filing.

Dated: December 17, 2009          MORRISON & FOERSTER LLP

By:  /s/ Marc J. Pernick
        MARC J. PERNICK

Attorneys for Defendants