UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. C07 05248 JW |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. Defendants. | |

In light of the representation made in the parties' Joint Status Report, the Court continues the Status Conference currently set for January 25, 2010 to **February 8, 2010 at 10 a.m.** On or before **February 1, 2010**, the parties shall file a Joint Status Report to update the Court on their efforts to advance this case.

Dated: January 20, 2010

_____
JAMES WARE
United States District Judge