UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MICRO-FABRICATION EQUIPMENT, INC. CHINA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT INC., <br><br> Defendants. | Case No. C07 05248 JW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION** |

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

Pursuant to Civil Local Rule 7-12, Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and the terms of the parties' Settlement, Release, Assignment and License Agreement, plaintiff Applied Materials, Inc. ("Applied") and defendants Advanced Micro-Fabrication Equipment (Shanghai) Co., Ltd., Advanced Micro-Fabrication Equipment Inc., Asia, and Advanced Micro-Fabrication Equipment Inc. (collectively, "AMEC") hereby stipulate to the dismissal with prejudice of the above-captioned action, including, without limitation, Applied's claims against AMEC and AMEC's counterclaim against Applied. All parties shall bear their own costs, expenses and attorneys' fees.

The dismissal of this action is being made on the understanding that an order will be entered dismissing Case No. (2009) Huyizhongminwu (Zhi) (*Advanced Micro-Fabrication Equipment Inc. (Shanghai) v. Applied Materials, Inc., et al.*) in the Shanghai No.1 Intermediate People's Court (the "Shanghai Action"), and this stipulation is made subject to the parties' rights to reopen this action in the event that the Shanghai Action is not dismissed by the Shanghai No.1 Intermediate People's Court.

Dated: January 20, 2010

| | |
|---|---|
| APPLIED MATERIALS, INC. | ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, AND ADVANCED MICRO-FABRICATION EQUIPMENT INC. |
| By its attorneys, | By their attorneys, |
| /s/ John C. Englander<br>Thomas F. Fitzpatrick<br>tfitzpatrick@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Tel.: 650-752-3144<br>Fax: 650-853-1038 | /s/ Harold J. McElhinny<br>Harold J. McElhinny<br>hmcelhinny@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel.: 415-268-7000<br>Fax: 415-268-7522 |
| John C. Englander (*pro hac vice*)<br>jenglander@goodwinprocter.com<br>James C. Rehnquist (*pro hac vice*)<br>jrehnquist@goodwinprocter.com<br>Michael G. Strapp (*pro hac vice*)<br>mstrapp@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231 | Marc David Peters<br>mdpeters@mofo.com<br>Kenneth A. Kuwayti<br>kkuwayti@mofo.com<br>Richard S. Ballinger<br>rballinger@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Tel.: 650-813-5600<br>Fax: 650-494-0792 |
| Attorneys for Plaintiff<br>APPLIED MATERIALS, INC. | Attorneys for Defendants<br>ADVANCED MICRO-FABRICATION EQUIPMENT (SHANGHAI) CO., LTD., ADVANCED MICRO-FABRICATION EQUIPMENT INC., ASIA, ADVANCED MICRO-FABRICATION EQUIPMENT, INC. |

1 **ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 The Clerk shall close this file.

Dated: January 21, 2010

_____
JAMES WARE
United States District Judge